# EXHIBIT 2 - Gregory-Press Article Example

# Pennsylvania Governor Candidate ████████████

████████████████████ criticism of Republican Doug Mastriano.

**By** Katherine Knott



Doug Mastriano, Republican gubernatorial candidate in Pennsylvania, has been the subject of criticism over his 2013 dissertation.

Mark Makela/Getty Images

---

**S**ome ███████████████████ are speaking out against Republican Doug Mastriano's controversial bid to

become the next governor of Pennsylvania—a campaign in which Mastriano's higher education credentials from a Canadian university also have been called into question, *The Philadelphia Inquirer* reported.



A spokesman for Mastriano did not respond to a request for comment.

. Mastriano's campaign

is not only attracting critics from academe, but they are also attacking his academic background.

If elected, Mastriano has said he'll make Pennsylvanians re-register in order to vote and could decertify voting machines, the *Inquirer* reported. As governor, he would have the power to appoint the secretary of state, who oversees elections. ███████████████

████████████████████████████████

██████████████████████████████████

███████████████████████████████

████████████████████

"Everybody has one thing in common—all are raising serious questions about his integrity," said Jeffrey Brown, an associate professor of history at the University of New Brunswick who has questioned the veracity of Mastriano's 2013 dissertation.

Brown's concerns were not heeded, and he was dropped from the dissertation committee. Mastriano received a Ph.D. in history from the university. Other scholars, including a graduate student at the University of Oklahoma, have continued to question Mastriano's research.

██████████████████████████████

██████████████████

██████████████████████████████

███████████████████████████

████████████████████████████████



## A Disputed Dissertation

Mastriano's dissertation and subsequent book, *Alvin York: A New Biography of the Hero of the Argonne* (University of Kentucky Press, 2014), focused on World War I hero Sergeant Alvin York, who won the Medal of Honor after killing at least 20 German soldiers. York, who was drafted into the Army, initially started as a pacifist but then became convinced that God wanted him to fight.

James Gregory, a graduate student in history at the University of Oklahoma, detailed numerous factual errors in Mastriano's book, including fraudulent citations, nearly a decade after it was published. Gregory told the *Inquirer* that he found 213 problems in the 480-page thesis, which was made public last month along with

six pages of corrections.

Gregory detailed the book's errors in a March 2021 letter to the university's history department, Brown said, which led to an internal review of the dissertation.

"There were alarming charges of academic fraud—none of which surprised me," he said.

Brown said he raised "all the red flags I could" while serving as a member of the dissertation committee and was embarrassed to be part of it.

"His agenda is to make Sergeant York into a spiritual warrior like he is," Brown said.

Mastriano has pointed to his doctoral degree on the campaign trail "as evidence of his knowledgeability," according to the Associated Press. ███████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████

Following news reports on the controversy, the University of New Brunswick acknowledged the questions circulating about the thesis and said it took seriously any allegation of research misconduct.

"As stated previously, UNB will review its internal processes and procedures to ensure our systems and policies around the awarding

of Ph.D.s remain of the highest standard," the statement says. "This review will be conducted by two qualified independent academics and will begin as soon as possible. Our commitment to our students and the UNB community to continue to strive for nothing less than academic excellence in all we do has never wavered and will never diminish."

Brown said reviewing the internal processes is not good enough. He wants to see Mastriano's dissertation reviewed.

Not doing so undermines the university's reputation, he said.

## Written By

Katherine Knott

Copyright © 2024 Inside Higher Ed All rights reserved. |