# EXHIBIT 4 - UNB Defamation Letter

## FILED UNDER SEAL