IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Douglas Mastriano | : CIVIL NO. 5:24-cv-00567-F |
| Plaintiff, | : |
| v. | : |
| James Gregory, III, *et al* | : |
| Defendants. | : |

## MOTION TO SEAL

The Plaintiff, by and through his undersigned attorneys, hereby submits this motion to seal Exhibit 4 to his Complaint. Exhibit 4 contains a letter published by certain Defendants that is to be filed under seal upon Order of this Court. The letter contains highly defamatory statements and assertions.

WHEREFORE the Plaintiff requests that the Court enter an Order sealing Exhibit 4 to the Complaint.

Respectfully submitted,
Daniel L. Cox
The Cox Law Center, LLC

By: _____//s//_____
Daniel L. Cox
Attorney for Plaintiff
The Cox Law Center, LLC
P.O. Box 545
Emmitsburg, MD 21727
Ph: 410-254-7000
Fx: 410-254-7220
E-mail: dcox@coxlawcenter.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was served on counsel of record via CM/ECF and will be served by Plaintiff upon Defendants with the Summons and/or Rule 4 waiver therewith.


_____/s/_____
Daniel L. Cox