IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Douglas Mastriano | : CIVIL NO. 5:24-cv-00567-F |
| Plaintiff, | : |
| v. | : |
| James Gregory, III, *et al* | : |
| Defendants. | : |

## [proposed] ORDER

For the reasons set forth in the Plaintiff's Motion to Seal, it is hereby **ORDERED** this ____ day of _____, 2024, that Exhibit 4 to the Plaintiff's Complaint is hereby **SEALED** until further order of this Court.

_____
Judge, United States District Court for
the Western District of Oklahoma