# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Douglas Mastriano | : | CIVIL NO. 5:24-cv-00567-F |
| Plaintiff, | : | |
| v. | : | |
| James Gregory, III, *et al* | : | |
| Defendants. | : | |

## ORDER

For the reasons set forth in the Plaintiff's Motion to Seal, it is hereby **ORDERED** this 2nd day of July, 2024, that

1) the motion is GRANTED, and

2) leave is hereby GRANTED for Plaintiff to file Exhibit 4 under seal; and

3) Exhibit 4 shall thereupon be **SEALED** until further order of this Court.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0567p001.PO.docx