AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| Douglas Mastriano<br><br>Plaintiff(s),<br><br>v.<br><br>James Gregory, III, et al<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)  Case No. 5:24-cv-00567-F<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    University of New Brunswick, Canada
    Sir Howard Douglas Hall
    P.O. Box 4400
    Fredericton, New Brunswick
    Canada
    E3B 5A3

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Douglas Mastriano
    c/o Daniel L. Cox
    The Cox Law Center, LLC
    P.O. Box 545
    Emmitsburg, MD 21727     410-254-7000; e-mail: dcox@coxlawcenter.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **University of New Brunswick, Canada**
was received by me on **July 15, 2024**.

☐ I personally served the summons on the individual at *(place)* _____
 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Melissa Dawe, Chief of Staff, Office of the President**, who is designated by law to accept service of process on behalf of *(name of organization)* **University of New Brunswick**
on *(date)* **July 16, 2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $**0.00** for travel and $ **75.00** for services, for a total of $ **75.00**

I declare under penalty of perjury that this information is true.

Date: July **18**, 2024

_____
Server's signature

**Brandon McCrea, Process Server**
Printed name and title

**KND Process Servers, 95 Linden Crescent, Fredericton, NB E3A 5A1**
Server's office address

DECLARED TO BEFORE ME at the City of
Fredericton, County of York and Province of New
Brunswick this **18** day of July 2024.

_____
Emily Cochrane
A NOTARY PUBLIC in and for the Province of New Brunswick
Being A Solicitor