# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Douglas Mastriano, | ) |
|         Plaintiff, | ) |
| v. | ) |
| James Gregory, III<br>1509 Vandivort Place<br>Edmond, OK 73034 | ) Case No: CIV-24-567-F |
| And | ) |
| Roland Kuhn, the National Research Council of Canada, Paul Mazerolle, President and Vice Chancellor, University of New Brunswick, Canada; David MaGee, Vice-President, Research; Drew Randall, Dean, Graduate Studies; Jeff Brown; Cindy Brown; Stephen Dutcher; Sean Kennedy, Erin Morton, Matthew Sears; Lee Windsor; Stefanie Hunt-Kennedy; Carolyn MacDonald; Sasha Mullaly; Lisa Todd; Sarah-Jane Corke; Bonnie Huskins; Elizabeth Mancke; Janet Mullin; Angela Tozer; Margaret MacMillan; Robert Bothwell; John Ferris; *-each in his or her individual capacity*, | ) |
| And | ) |
| University of New Brunswick, Canada, | ) |
| And | ) |
| National Research Counsel of Canada, | ) |
| And | ) |
| John & Jane Doe. | ) |
|         Defendants. | ) |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

Defendants, University of New Brunswick (identified in the Complaint as "University of New Brunswick, Canada"), Paul Mazerolle, David Magee, Drew Randall, Jeff Brown, Cindy Brown, Stephen Dutcher, Sean Kennedy, Erin Morton, Matthew Sears, Lee Windsor, Stephanie Hunt-Kennedy, Carolyn MacDonald, Sasha Mullaly, Lisa Todd, Sarah-Jane Corke, Bonnie Huskins, Elizabeth Mancke, and Angela Tozer.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

s/Don W. Danz
DON W. DANZ, OBA #14607
McATEE & WOODS, P.C.
410 N.W. 13th Street
Oklahoma City, OK  73103
Telephone: (405) 232-5067
Facsimile: (405) 232-0009
dond@mcateeandwoods.com
***Attorney for Defendants***

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 2nd day of August, 2024, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Daniel L. Cox, OBA #2490 | Richard White, OBA #9546 |
| The Cox Law Center, LLC | Barber & Bartz |
| P.O. Box 545 | 525 S. Main Street, Ste. 800 |
| Emmitsburg, MD 21727 | Tulsa, Oklahoma 74103 |
| Telephone: (410) 254-7000 | Telephone: (918) 599-7755 |
| dcox@coxlawcenter.com | rwhite@barberbartz.com |
| ***Lead Counsel for Plaintiff*** | ***Local Counsel for Plaintiff*** |

                                              s/*Don W. Danz*
                                              DON W. DANZ