# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO<br><br>*PLAINTIFF*,<br><br>v.<br><br>James Gregory, III<br>1509 Vandivort Place<br>Edmond, OK 73034<br><br>And<br><br>Roland Kuhn, the National Research Council of Canada, Paul Mazerolle, President and Vice-Chancellor, University of New Brunswick, Canada; David MaGee, Vice-President, Research; Drew Rendall, Dean, Graduate Studies; Jeff Brown; Cindy Brown; Stephen Dutcher; Sean Kennedy; Erin Morton; Mattew Sears; Lee Windsor; Stefanie Hunt-Kennedy; Carolyn MacDonald; Sasha Mullaly; Lisa Todd; Sarah-Jane Corke; Bonnie Huskins; Elizabeth Mancke; Janet Mullin; Angela Tozer; Margaret MacMillan; Robert Bothwell; John Ferris;<br>   - *each in his or her individual capacity*<br><br>And<br><br>University of New Brunswick, Canada,<br><br>And<br><br>John & Jane Doe<br><br>*DEFENDANTS*. | Case No.: 5:24-cv-00567-F<br><br>Assigned to the Hon. Stephen P. Friot |

# ORDER

This matter coming before the Court on the Motion for Leave to File Oversized Brief filed by the University of New Brunswick, Paul Mazerolle, David MaGee, Drew Rendall, Jeff Brown, Cindy Brown, Stephen Dutcher, Sean Kennedy, Erin Morton, Matthew Sears, Lee Windsor, Stefanie Hunt-Kennedy, Carolyn MacDonald, Sasha Mullaly, Lisa Todd, Sarah-Jane Corke, Bonnie Huskins, the Estate of Elizabeth Mancke, and Angela Tozer (collectively referred to as "the University Defendants") (Doc. No.10), the Court having reviewed the Motion, and for good cause shown, the Court hereby orders that:

1. The University Defendants' Motion is GRANTED.
2. The University Defendants may file a Motion to Dismiss and Brief in Support that is 35 pages in length.

**IT IS SO ORDERED** this 2nd day of August, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0567p004.PO.docx