<table>
<tr><td>

# CHAPTER 40

### University of New Brunswick Act

*Assented to June 29, 1984*

Her Majesty, by and with the advice and consent of the Legislative Assembly of New Brunswick, enacts as follows:

## INTERPRETATION

**1**  In this Act

"academic year" means the period of time from the first day of July in a calendar year to the last day of June in the calendar year then following, inclusive;

"Associated Alumnae" means the Associated Alumnae of the University;

"Associated Alumni" means the Associated Alumni of the University;

"Board" means the Board of Governors, as constituted under this Act, of the University;

"Chancellor" means the Chancellor of the University;

"faculty" means an administrative unit headed by a Dean;

"faculty member" means a full-time member of the teaching staff of the University who holds the rank of lecturer, assistant professor, associate professor or professor;

</td><td>

# CHAPITRE 40

### Loi sur l'Université du Nouveau-Brunswick

*Sanctionnée le 29 juin 1984*

Sa Majesté, sur l'avis et du consentement de l'Assemblée législative du Nouveau-Brunswick, décrète:

## DÉFINITIONS

**1**  Dans la présente loi

«année universitaire» désigne la période de temps allant du premier juillet d'une année civile au dernier jour de juin de l'année civile suivante, ces deux dates comprises;

«année universitaire ordinaire» désigne la période de temps allant de la date fixée pour le début général des cours magistraux au mois de septembre d'une année universitaire jusqu'au dernier jour des cérémonies de collation des grades pendant cette année universitaire, ces deux dates comprises;

«Association des anciennes étudiantes» désigne l'Association des anciennes étudiantes de l'Université;

«Association des anciens étudiants» désigne l'Association des anciens étudiants de l'Université;

«associations reconnues des étudiants» désigne les associations ou l'association des étudiants de l'Université, constituées en corporation ou non,

</td></tr>
</table>

EXHIBIT 2

''full-time'', when in reference to the teaching staff of the University, means an appointment made or conventionally recognized as made on that condition of service;

''head'' means,

(a) when in reference to the head of an affiliated school, college or university, the person who is or is certified by the governing body of such school, college or university to be the head thereof, and

(b) when in reference to the head of an academic department of the University, the person designated head of the department or, at the campus of the University in Saint John, the person designated head of the department or division, and includes a person designated chairman of the department or division;

''institute'' means an institute, institution, organization or society for or in connection with the purposes or objects, or any of them, of the University whether constituted under this Act or the *University of New Brunswick Act, 1968* or by the Senate under the *University of New Brunswick Act, 1952;*

''Librarian'' means the Librarian of the University;

''President'' means the President of the University;

''recognized student bodies'' means the associations or association, whether incorporated or otherwise, of students of the University recognized by the Board as being representative of students for purposes of student government;

''regular academic year'' means the period of time from the date set for the general commencement of lectures in the month of September in an academic year to the date set for the conclusion of Encaenial exercises in that academic year, inclusive;

reconnues par le Conseil à titre d'organes représentatifs des étudiants pour les fins de la gestion étudiante;

«bibliothécaire» désigne le bibliothécaire de l'Université;

«chancelier» désigne le chancelier de l'Université;

«Conseil» désigne le Conseil des gouverneurs de l'Université constitué en vertu de la présente loi;

«directeur» désigne:

a) lorsque ce mot est employé relativement au directeur d'une école, d'un collège ou d'une université affiliés, la personne qui est le directeur de cette école, de ce collège ou de cette université ou dont l'organisme dirigeant atteste qu'il en est le directeur; et

b) lorsque ce mot est employé relativement à un département de l'Université, la personne désignée à titre de directeur du département et, dans le cas du campus de l'Université à Saint-Jean, la personne désignée à titre de directeur du département ou de la division, et comprend la personne désignée à titre de président du département ou de la division;

«faculté» désigne une entité administrative dirigée par un doyen;

«institut» désigne un institut, une institution, un organisme ou une société constitué en vertu de la présente loi ou de la loi intitulée *University of New Brunswick Act, 1968,* ou par le Sénat en vertu de la loi intitulée *University of New Brunswick Act, 1952,* pour les fins ou les objets de l'Université ou relativement à ceux-ci, ou à l'un d'entre eux;

«membre du corps professoral» désigne un membre à plein temps du personnel enseignant de l'Université ayant le rang de chargé de cours, de professeur adjoint, de professeur agrégé ou de professeur;

"Secretary of the Board" means the Secretary of the Board of Governors;

"Senate" means the Senate constituted under this Act as The University Senate;

"teaching staff", when in reference to the University, means the professors, associate professors, assistant professors, lecturers, instructors, demonstrators and all others engaged as such in the work of teaching or giving instruction and includes an administrative dean, or an administrative head of a department, of a faculty or of a school;

"tenure", when in reference to the teaching staff, means, subject to such provision as the Board may make, an appointment held without term and made, or conventionally recognized as made, permanent;

"University" means The University of New Brunswick continued under this Act.

«permanence» lorsque ce mot est employé relativement au personnel enseignant, désigne, sous réserve des dispositions que le Conseil peut prendre, une nomination faite pour une période indéterminée et de façon permanente ou reconnue comme telle par convention;

«personnel enseignant» désigne, lorsque cette expression est employée relativement à l'Université, les professeurs, les professeurs agrégés, les professeurs adjoints, les chargés de cours, les moniteurs, les chargés de travaux pratiques ainsi que tous ceux qui, comme tels, dispensent un enseignement, et comprend un doyen administratif ou le directeur administratif d'un département, d'une faculté ou d'une école;

«plein temps» lorsque cette expression est employée relativement au personnel enseignant de l'Université, désigne une nomination faite ou reconnue par convention comme étant faite à cette condition d'emploi;

«recteur» désigne le recteur de l'Université;

«secrétaire du Conseil» désigne le secrétaire du Conseil des gouverneurs;

«Sénat» désigne le Sénat constitué en vertu de la présente loi à titre de Sénat de l'Université;

«Université» désigne l'Université du Nouveau-Brunswick maintenue en existence sous le régime de la présente loi.

## CORPORATION

**2** The University, incorporated by Chapter 63 of 22 Victoria, 1859, as "The University of New Brunswick," and continued by Chapter 12 of the Acts of New Brunswick, 1968, is hereby continued and, subject to this Act, has, holds, possesses and enjoys all the rights, powers, privileges and immunities of every nature or kind whatsoever which are vested in or belong to the University at the time of the coming into force of this Act.

## CORPORATION

**2** L'Université, constituée en corporation par le chapitre 63 de 22 Victoria 1859 sous le nom de «The University of New Brunswick,» et maintenue en existence par le chapitre 12 des Lois du Nouveau-Brunswick de 1968, est maintenue en existence par la présente loi. Sous réserve des autres dispositions de la présente loi, elle a, détient, possède tous les droits, pouvoirs, privilèges et immunités de toute nature ou de toute sorte qui lui sont dévolus ou lui appartiennent au moment de l'entrée en vigueur de la présente loi et en a la jouissance.

**3** All real and personal property of every nature and kind which at the time of the coming into force of this Act was vested in the University continues, subject to this Act, to be vested in the University.

**4** The members of the Board are and shall be deemed the members of the Corporation continued by this Act.

**5** The University shall have a common seal.

**6** The University has full power and authority to promote and carry on the work of a university and, without restricting the generality of the foregoing, full power and authority

    *(a)* to give and provide instruction and teaching in the several faculties, schools and different branches of knowledge, and to examine candidates for degrees in the several faculties and schools and for certificates and diplomas in the different branches of knowledge, and to grant such degrees, certificates and diplomas after examination in the manner provided;

    *(b)* to undertake and provide for research in the several faculties, schools and different branches of knowledge;

    *(c)* to undertake and provide extra-mural university instruction, service, and teaching in the different branches of knowledge; and

    *(d)* to establish and provide programs, services and facilities in respect of such purposes, or any of them, and to enter into arrangements with or co-operate with any authorities governmental, municipal, local or otherwise or with any institution, body or person for the establishment and provision of such programs, services or facilities, or any of them.

**7** The University may acquire by gift, purchase or any other manner, and hold, for the purposes of the University, any and all property, real and personal, of every nature and kind whatsoever and, without restricting the generality of the foregoing, the University is able and capable

---

**3** Sous réserve des autres dispositions de la présente loi, tous les biens réels et personnels de toute nature et de toute sorte qui étaient dévolus à l'Université au moment de l'entrée en vigueur de la présente loi, continuent de l'être.

**4** Les membres du Conseil sont membres de la corporation maintenue en existence par la présente loi et sont réputés l'être.

**5** L'Université a un sceau.

**6** L'Université a pleins pouvoirs pour promouvoir et entreprendre les activités d'une université et, notamment, pour:

    *a)* dispenser et offrir un enseignement dans les diverses facultés et écoles et dans les différents domaines des connaissances, pour faire subir des examens de la manière prévue à des candidats avant de leur décerner des grades dans les diverses facultés et écoles ainsi que des certificats et diplômes dans les différents domaines des connaissances;

    *b)* se livrer et subvenir à la recherche dans les diverses facultés et écoles ainsi que dans les différents domaines des connaissances;

    *c)* se livrer et subvenir à l'enseignement et au service universitaire extra-muros dans les différents domaines des connaissances; et

    *d)* établir et offrir des programmes, services et installations relativement à ces fins, ou à l'une quelconque d'entre elles, et conclure des ententes ou coopérer avec les autorités gouvernementales, municipales, locales ou autres ou avec une institution, un organisme ou une personne pour établir et offrir de tels programmes, services ou installations, ou l'un quelconque d'entre eux.

**7** L'Université peut, pour ses fins, acquérir par voie de donation, d'achat ou de toute autre manière et détenir des biens réels et personnels de toute nature et de toute sorte. Elle peut notamment:

*(a)* to have, take, and receive, purchase, acquire, hold, possess, enjoy and maintain, to and for the use of the University, any messuages, lands, tenements, and hereditaments of any nature, kind, or quality whatsoever;

*(b)* to acquire and deal with any invention or any interest therein or any licence to make or use or sell an invention and a patent for an invention, a copyright, a trademark, trade name and the like, or any interest therein; and

*(c)* to take, purchase, acquire, have, hold, enjoy, receive, possess and retain any and all goods, chattels, or other personal property of whatever description, charitable or other contributions, gifts, or benefactions whatsoever.

**8** *Sections 30 and 31 of Chapter 49 of the Consolidated Statutes of 1903, continued as section 8 of Chapter 12 of the Acts of New Brunswick, 1968, are unrepealed, viz:*

All the real and personal estate, rights, easements, privileges, and immunities of every nature or kind whatsoever, which were vested in or belonged to "The Chancellor, President, and scholars of King's College, at Fredericton, in the Province of New Brunswick," when the Act made and passed in the twenty-second year of Her late Majesty's reign, intituled *An Act to establish the University of New Brunswick,* came into force, are vested in "The University of New Brunswick"; and all leases and contracts whatsoever made by or with the Chancellor, President, and scholars of King's College, shall be dealt with in all respects as if the same had been made by and with the University of New Brunswick; and all debts, rents, interest, or moneys due or to grow due thereon, shall be henceforth payable to and recoverable by the University of New Brunswick and all covenants, contracts, or agreements, made with or entered into by the said Chancellor, President, and scholars of King's College, shall be deemed and taken in all Courts of Law and Equity

*a)* avoir, prendre, recevoir, acheter, acquérir, détenir, posséder, maintenir des bâtiments et terrains, des biens-fonds, des tènements et des biens héréditaires de toute nature, sorte ou qualité et en avoir la jouissance pour ses propres fins;

*b)* acquérir une invention, un droit sur celle-ci ou une licence pour réaliser, utiliser ou vendre une invention ainsi qu'un brevet pour une invention, des droits d'auteur, une marque de commerce, un nom commercial et toute chose du même genre ou un droit sur ceux-ci et faire toutes opérations à leur égard; et

*c)* prendre, acheter, acquérir, avoir, détenir, recevoir, posséder, garder tous les objets ou autres biens personnels, quelle qu'en soit la désignation, des contributions charitables ou autres, des donations ou des dons de toute nature et en avoir la jouissance.

**8** *Les articles 30 et 31 du chapitre 49 des Lois refondues de 1903, devenus l'article 8 du chapitre 12 des Lois du Nouveau-Brunswick de 1968, restent en vigueur, à savoir:*

Tous les biens réels et personnels, les droits, les servitudes, les privilèges et les immunités de toute nature ou de toute sorte, qui étaient dévolus ou qui appartenaient à la personne morale appelée: «The Chancellor, President and Scholars of King's College, at Fredericton, in the Province of New Brunswick» lorsque la loi adoptée pendant la vingt-deuxième année du règne de feue Sa Majesté la Reine et intitulée *«An Act to establish the University of New Brunswick»* est entrée en vigueur, sont dévolus à l'Université du Nouveau-Brunswick. Tous les baux et contrats de quelque nature, conclus par ou avec la personne morale susnommée doivent être traités à tous égards comme s'ils avaient été conclus par et avec l'Université du Nouveau-Brunswick. L'ensemble des créances, tous les loyers, intérêts ou sommes d'argent dus ou à échoir sur ceux-ci seront dorénavant payables à l'Université du Nouveau-Brunswick et recouvrables par elle. Tous les engagements, contrats ou conventions conclus par ou avec la personne morale susnommée seront

to have been made with and entered into by the University of New Brunswick; and all tenants of the said Chancellor, President and scholars of King's College, shall be deemed and taken to be tenants of the said University; and all debts due by the said Chancellor, President, and scholars of King's College, shall be paid and payable by the said University.

The University of New Brunswick shall have full power and authority to sue for and recover all debts, damages, or demands due or accruing, or arising upon any bond, covenant, contract, or agreement, made to the late corporation of King's College, or the governor and trustees of the College of New Brunswick; and to assign and transfer any mortgage made or hereafter made to the said corporation, or the late corporation of King's College, or of the governor and trustees of the College of New Brunswick, for the purpose of collecting in the debts due to the said corporation.

**9** The University may

    *(a)* acquire, take and hold all such property both real and personal, as shall have been *bona fide* mortgaged, hypothecated or pledged to it by way of security, or foreclosed, or conveyed to it in satisfaction of debts previously contracted, or purchased at judicial sales upon levy for such indebtedness, or otherwise purchased for the purpose of avoiding a loss to the University in respect thereof or to the owners in respect thereof; and

    *(b)* acquire by gift, purchase, or any other manner, and hold land having an historical interest, or buildings, monuments, or other erections having an historical interest and the land on which the same are situate or so much thereof as it may deem advisable, and provide for the care, maintenance and preservation of property so acquired.

réputés, devant tous les tribunaux de *Common Law* et d'Équité, avoir été conclus par et avec l'Université du Nouveau-Brunswick. Tous les locataires de la personne morale susnommée sont réputés être les locataires de l'Université. Toutes les dettes de la personne morale susnommée doivent être acquittées et sont payables par l'Université.

L'Université du Nouveau-Brunswick a pleins pouvoirs pour ester en justice et recouvrer toutes les créances, réclamations ou tous les dommages-intérêts dus ou à échoir, ou résultant d'un cautionnement, d'un engagement, d'un contrat ou d'une convention conclu avec l'ancienne corporation du King's College ou avec le gouverneur et les fiduciaires du College of New Brunswick, et pour céder et transférer toute hypothèque consentie avant ou après l'entrée en vigueur de la présente loi à cette corporation, à l'ancienne corporation du King's College ou au gouverneur et aux fiduciaires du College of New Brunswick aux fins de recouvrer les créances de cette corporation.

**9** L'Université peut:

    *a)* acquérir, prendre et détenir tous les biens réels et personnels qui ont été hypothéqués, affectés en garantie ou donnés en gage de bonne foi en sa faveur par voie de sûreté, qui ont fait l'objet d'une forclusion ou d'un transfert en sa faveur pour le règlement de dettes contractées antérieurement, qui ont été achetés à des ventes judiciaires à la suite d'une saisie en recouvrement de ces dettes ou qui ont été achetés d'une autre manière afin d'éviter une perte à l'Université ou aux propriétaires relativement à ces dettes; et

    *b)* acquérir notamment par voie de donation ou achat et détenir des biens-fonds ayant un intérêt historique ou des bâtiments, monuments ou autres constructions ayant un intérêt historique, ainsi que les biens-fonds sur lesquels ils sont situés ou la partie de ces biens-fonds qui peut être jugée utile et pourvoir à l'entretien et à la conservation des biens ainsi acquis.

**10(1)** The real property vested in the University shall not be liable to be entered on, used, or taken by any municipal or other corporation or by any person possessing the right of taking lands compulsorily for any purposes whatsoever; and no power to expropriate real property conferred by statute shall extend to such real property unless the Act conferring the power is made in express terms to apply to property of the University.

**10(2)** The real property vested in the University shall be deemed, as far as the application thereto of any statute of limitations is concerned, to be in the same position as land vested in the Crown and the period of limitation shall be the period prescribed under the *Limitation of Actions Act* for land vested in the Crown.

**10(3)** The University may expropriate all such land as it may deem necessary for the purposes of the University in accordance with the *Expropriation Act.*

**11(1)** The University may borrow money, in addition to any amounts that heretofore have been or hereafter may be authorized by any Act of the Legislature, as it may deem necessary, at any rate of interest which may be agreed upon, and for the said money so borrowed and interest may give promissory notes or accept bills of exchange, or give other certificates of indebtedness of the University.

**11(2)** The University, with the approval of the Lieutenant-Governor in Council, may guarantee securities of any kind or description for or in connection with the erection, repair, addition to, furnishing, or equipping of any building for student accommodation, and the University, with the approval of the Lieutenant-Governor in Council, may issue debentures or other securities guaranteed by the Province for or in connection with the erection, repair, addition to, furnishing, or equipping of any building, whether for student accommodation or for other purposes of the University, upon such terms and conditions as may be agreed upon by the Lieutenant-Governor in Council and the University.

**10(1)** Les biens réels dévolus à l'Université ne sont pas susceptibles de faire l'objet de prise de possession, d'être utilisés ou pris par une corporation municipale ou autre ou par une personne possédant un droit d'expropriation forcée pour toutes fins que ce soit. Aucun pouvoir d'exproprier des biens réels, conféré par une loi, ne s'applique à ceux de l'Université, à moins que la loi accordant le pouvoir ne le prévoie de façon expresse.

**10(2)** Les biens réels dévolus à l'Université sont réputés être, dans la mesure où l'application d'une loi concernant la prescription est visée, dans la même situation que les terres dévolues à la Couronne. Le délai de prescription est celui qui est prévu par la *Loi sur la prescription* pour les terres dévolues à la Couronne.

**10(3)** L'Université peut exproprier tous les biens-fonds dont elle estime avoir besoin pour la réalisation de ses fins conformément à la *Loi sur l'expropriation.*

**11(1)** En plus des emprunts qui ont été autorisés jusqu'à présent ou qui peuvent être autorisés dorénavant par toute loi de la Législature, l'Université peut faire, à un taux d'intérêt qui peut être convenu, les emprunts qu'elle peut juger nécessaires. Elle peut émettre des billets à ordre, accepter des lettres de change ou donner d'autres titres de créance pour ces emprunts et les intérêts.

**11(2)** L'Université peut, avec l'approbation du lieutenant-gouverneur en conseil, se porter garante des sûretés de toute sorte ou désignation données pour la construction, la réparation, l'agrandissement, l'ameublement ou l'équipement des bâtiments pour le logement des étudiants. L'Université peut, avec l'approbation du lieutenant-gouverneur en conseil, émettre des débentures ou d'autres valeurs garanties par la province pour la construction, la réparation, l'agrandissement, l'ameublement ou l'équipement des bâtiments soit pour le logement des étudiants, soit pour d'autres fins de l'Université, aux conditions dont elle peut convenir avec le lieutenant-gouverneur en conseil.

12(1)  The University may invest and re-invest all or any funds held by it, including the proceeds of all property that comes to it, whether the funds or proceeds are held in trust or otherwise, and available for investment, unless forbidden by the express terms of any trust or trusts affecting the same, in any securities authorized as trustee investments in the Province, in any securities in which Life Insurance Companies are authorized from time to time by the Parliament of Canada to invest, and, if otherwise reasonable and proper, in any other investments or securities of whatever description, as to the University may seem meet, and it may take, hold and dispose of any investments or securities held by it in trust or otherwise, for such purposes.

12(2)  Nothing expressed in this section shall preclude the University from holding any type of bond, debenture, stock, share or other type of investment entity donated to it, or from carrying out the terms of investment contained in any trust.

13  The University may, subject to the terms of any trust upon which it may be held,

(a) mortgage, sell, transfer, lease, licence, or otherwise dispose of, any of its personal property;

(b) convey easements or rights of way over any of its real property and grant licences with respect thereto upon such terms as it deems advisable; and

(c) lease such parts or portions of any of its real property for such term or terms not exceeding twenty-one years, and for and upon such consideration or rents, and with such covenant or covenants, as it may deem advisable.

14  The University may, subject to the approval of the Lieutenant-Governor in Council and to the terms of any trust upon which it may be held,

12(1)  L'Université peut placer et placer de nouveau la totalité ou une partie des fonds qu'elle détient, y compris le produit des biens qu'elle acquiert, que les fonds ou le produit soient détenus ou non en fiducie, et qui sont disponibles pour le placement, à moins que les fiducies les visant l'interdisent expressément, dans des valeurs qui sont autorisées à titre de placements fiduciaires dans la province ou dans lesquelles les compagnies d'assurance-vie sont autorisées par le Parlement du Canada à faire des placements et, si cela est par ailleurs raisonnable et approprié, dans d'autres placements ou valeurs sous quelque désignation que ce soit que l'Université peut juger convenables. En outre, elle peut prendre, détenir et aliéner les placements ou valeurs qu'elle détient notamment en fiducie pour ces fins.

12(2)  Le présent article n'a pas pour effet d'empêcher l'Université de détenir toute catégorie d'obligations, de débentures, d'actions ou d'autres catégories de placements qui lui ont été données ou d'exécuter les modalités relatives aux placements contenues dans une fiducie.

13  Sous réserve des modalités de toute fiducie en vertu de laquelle ils peuvent être détenus, l'Université peut:

a) hypothéquer, vendre, transférer, louer, concéder par licence ou aliéner d'une autre manière ses biens personnels;

b) transférer des servitudes ou des droits de passage sur ses biens réels et accorder des licences relativement à ceux-ci aux conditions qui lui semblent indiquées; et

c) louer les parties de ses biens réels pendant la durée ou les durées n'excédant pas vingt et un ans, moyennant la contrepartie ou les loyers ainsi que l'engagement ou les engagements qui peuvent lui sembler indiqués.

14  Sous réserve de l'approbation du lieutenant-gouverneur en conseil et des modalités de toute fiducie en vertu de laquelle ils peuvent être détenus, l'Université peut:

*University of New Brunswick Act*                                    Chap. *40*

(a) sell, transfer, exchange, or dispose of, in fee simple, such parts or portions of any of its real property for such price and upon such terms of payment as it may deem advisable;

(b) mortgage such parts or portions of any of its real property as it may deem advisable; and

(c) lease such parts or portions of any of its real property for a term exceeding twenty-one years and not exceeding ninety-nine years, and for and upon such rents, and with such covenant or covenants, as it may deem advisable.

**15(1)** The University may, for the purpose of giving effect to the powers expressed in section 3 and in sections 6 to 14, or any of them, make and execute all necessary and proper conveyances, transfers, leases, instruments, and other documents as may be applicable and required.

**15(2)** All deeds, transfers, leases, mortgages, instruments and other documents required to be in writing under seal, and to which the University is a party, shall be deemed to be properly executed by the University if

(a) the corporate name and seal of the University are affixed thereto by the Secretary of the Board or by some other officer authorized by the Board; and

(b) the document is signed by the President of the University or by some other person authorized by the Board in that behalf.

**16** Notwithstanding any vacancy in any of the offices provided for in sections 17 to 21, it shall be competent for the University to exercise all or any of its powers.

### THE VISITOR

**17(1)** The Lieutenant-Governor of the Province shall be the Visitor of the University on behalf of Her Majesty, and such visitatorial powers may be exercised by commission under the Great Seal of the Province.

a) vendre, transférer, échanger ou aliéner en fief simple les parties de ses biens réels au prix et aux conditions de paiement qui peuvent lui sembler indiqués;

b) hypothéquer les parties de ses biens réels qui peuvent lui sembler indiquées; et

c) louer les parties de ses biens réels pour une durée supérieure à vingt et un ans, mais n'excédant pas quatre-vingt-dix-neuf ans, moyennant les loyers ainsi que l'engagement ou les engagements qui peuvent lui sembler indiqués.

**15(1)** Aux fins d'exercer l'ensemble ou l'un quelconque des pouvoirs prévus à l'article 3 et aux articles 6 à 14, l'Université peut établir et passer tous les actes de transfert, transferts, baux, instruments et autres documents nécessaires et appropriés qui peuvent être applicables et requis.

**15(2)** Tous les actes scellés, transferts, baux, hypothèques, instruments et autres documents qui doivent être écrits et scellés et auxquels l'Université est partie sont réputés être passés régulièrement par cette dernière si les conditions suivantes sont réunies:

a) la dénomination sociale et le sceau de l'Université y sont apposés par le secrétaire du Conseil ou par un autre dirigeant autorisé par le Conseil;

b) le document est signé par le recteur de l'Université ou par une autre personne que le Conseil autorise à cette fin.

**16** Nonobstant la vacance de l'un quelconque des postes prévus aux articles 17 à 21, l'Université a la faculté d'exercer tous ses pouvoirs.

### LE VISITEUR

**17(1)** Le Lieutenant-Gouverneur de la province est le visiteur de l'Université pour le compte de Sa Majesté. Ses pouvoirs de visite peuvent être exercés par délégation sous le grand sceau de la province.

*Loi sur l'Université du Nouveau-Brunswick*

**17(2)** When such powers are exercised by commission, the person appointed to the exercise thereof shall be a layman, and appointed by and with the consent of the Executive Council.

### OFFICE OF THE CHANCELLOR

**18(1)** There shall be a Chancellor of the University who shall be appointed by the Lieutenant-Governor in Council.

**18(2)** The Chancellor shall have and enjoy all the rights and privileges of office and, in addition to the other functions assigned by this Act, the Chancellor or the President of the University shall, at the pleasure of the Board and subject to the provisions of this Act, publicly confer any diplomas for degrees or other diplomas or certificates.

### OFFICE OF PRESIDENT AND VICE-CHANCELLOR

**19(1)** There shall be a President of the University and a Vice-Chancellor of the University.

**19(2)** The President shall be *ex officio* Vice-Chancellor and shall be appointed by the Lieutenant-Governor in Council after consideration of the nomination or nominations made in accordance with this section.

**19(3)** When a vacancy exists in the office of President, or when notification is received by the Secretary of the Board that the resignation of an incumbent has been accepted, the Secretary of the Board shall immediately convene a meeting of the Board and a meeting of the Senate, and the Board and the Senate shall constitute a Joint Nominating Committee for the office of President composed of three members of the Board, appointed by the Board, and three members of the Senate, appointed by the Senate.

**19(4)** The Joint Nominating Committee shall appoint a chairman from among its members or from outside the membership and, in the event of a failure to agree within two weeks of its constitution, the Lieutenant-Governor in Council shall ap-

**17(2)** Lorsque ces pouvoirs sont exercés par délégation, la personne nommée pour les exercer doit être un laïc. Elle est nommée avec le consentement du Conseil exécutif.

### LE CHANCELIER

**18(1)** L'Université a un chancelier nommé par le lieutenant-gouverneur en conseil.

**18(2)** Le chancelier est investi et jouit de tous les pouvoirs et privilèges de sa charge. En plus des autres fonctions assignées par la présente loi, le chancelier ou le recteur de l'Université décerne publiquement les diplômes pour les grades ou les autres diplômes ou certificats au gré du Conseil et sous réserve des autres dispositions de la présente loi.

### LE RECTEUR ET LE VICE-CHANCELIER

**19(1)** L'Université a un recteur et un vice-chancelier.

**19(2)** Le recteur est vice-chancelier d'office. Il est nommé par le lieutenant-gouverneur en conseil après examen de la candidature ou des candidatures déposées conformément au présent article.

**19(3)** En cas de vacance du poste de recteur ou lorsque le secrétaire du Conseil est avisé de l'acceptation de la démission du titulaire, le secrétaire du Conseil doit immédiatement convoquer une réunion du Conseil et une réunion du Sénat. Le Conseil et le Sénat constituent un comité mixte des candidatures pour le poste de recteur, composé de trois membres du Conseil, nommés par celui-ci, et de trois membres du Sénat, nommés par celui-ci.

**19(4)** Le comité mixte des candidatures nomme un président en son sein ou en dehors. À défaut d'entente dans les deux semaines de la constitution du comité, le lieutenant-gouverneur en conseil nomme le président parmi les membres du comité

point the chairman from among the members or from outside the membership of the Committee; the Committee may determine its own procedure.

**19**(5) The Secretary of the Board, on request made by the Joint Nominating Committee or by the Board or by the Senate, shall convene a joint meeting of the Board and Senate to consider the report, if any, of the Joint Nominating Committee and such other names as may be placed in nomination at that time for the office of President; the report, if any, of the Joint Nominating Committee may be referred back to the Committee, together with other names, or a nomination for the office of President may be determined upon by the joint meeting and if so determined, the Secretary of the Board shall communicate the nomination as a recommendation to the Lieutenant-Governor in Council.

**19**(6) The Secretary of the Board shall be Chairman of the joint meeting and the meeting may determine its own procedure, provided that a nomination shall be determined upon for recommendation to the Lieutenant-Governor in Council only when the Board and the Senate concur in that nomination and, for such purposes, the Board and the Senate shall vote and may meet separately in accordance with the provisions expressed in this Act.

**19**(7) Subject to subsection (8), one or more nominations may be made to the Lieutenant-Governor in Council and subsequent to the first joint meeting, the Secretary of the Board, subject to the procedure, if any, established, may convene joint meetings of the Board and Senate as may be required.

**19**(8) If a nomination is not submitted to the Lieutenant-Governor in Council, or if the Lieutenant-Governor in Council does not approve the first or any subsequent nomination submitted, within the academic year of the vacancy or notification of the acceptance of the resignation of an incumbent and one academic year thereafter, the Lieutenant-Governor in Council may make an appointment to the office of President under subsection (2) and the limitations of that subsection shall not apply.

ou en dehors de ceux-ci. Le comité peut établir sa propre procédure.

**19**(5) A la demande du comité mixte des candidatures, du Conseil ou du Sénat, le secrétaire du Conseil convoque une réunion conjointe du Conseil et du Sénat afin d'examiner le rapport du comité mixte des candidatures, s'il y a lieu, et les autres noms qui peuvent être mis en candidature à ce moment pour le poste de recteur. Le rapport du comité mixte des candidatures peut lui être renvoyé avec les autres noms ou la réunion conjointe peut choisir une candidature pour le poste de recteur. Si une candidature est ainsi choisie, le secrétaire du Conseil la fait parvenir au lieutenant-gouverneur en conseil à titre de recommandation.

**19**(6) Le secrétaire du Conseil préside la réunion conjointe. La réunion peut établir sa propre procédure. Toutefois, une candidature ne peut être recommandée au lieutenant-gouverneur en conseil que si le Conseil et le Sénat y souscrivent. A ces fins, le Conseil et le Sénat votent et peuvent se réunir séparément conformément à la présente loi.

**19**(7) Sous réserve du paragraphe (8), une ou plusieurs candidatures peuvent être présentées au lieutenant-gouverneur en conseil et après la première réunion conjointe, le secrétaire du Conseil peut convoquer les réunions conjointes du Conseil et du Sénat qui peuvent être requises, sous réserve de la procédure établie le cas échéant.

**19**(8) Si aucune candidature n'est présentée au lieutenant-gouverneur en conseil ou si celui-ci n'approuve pas la première candidature ou les candidatures qui lui sont présentées ultérieurement pendant l'année universitaire de la vacance ou de la notification de l'acceptation de la démission du titulaire et pendant une année universitaire par la suite, le lieutenant-gouverneur en conseil peut, en vertu du paragraphe (2), nommer le recteur. Dans ce cas, les restrictions énoncées dans ce paragraphe ne s'appliquent pas.

Chap. 40 — *Loi sur l'Université du Nouveau-Brunswick*

**20(1)** The Board, when the President is absent or unable to act or in the case of a vacancy in the office, may appoint a faculty member or a member of the university administration Acting-President with such of the powers, functions or duties, or any of them, of the President, subject to the provisions of this Act, as the Board may deem meet and the person so appointed, subject to the terms of the appointment, shall be the occupant of the statutory offices of the President during the absence, inability, or vacancy.

**20(2)** An Acting-President, when a vacancy exists in the office of President, shall be appointed for the remainder of the academic year in which the vacancy occurred and may be re-appointed to a term of one academic year thereafter, and successive such terms, subject, on any such appointment, to earlier determination on the date fixed for the assumption of office by the person appointed President.

**20(3)** Notwithstanding any other provision made in this Act, an Acting-President, appointed when a vacancy exists in the office of President, shall continue in office until the date fixed for the assumption of office by a successor Acting-President or for the assumption of office by the person appointed President.

### OFFICES OF VICE-PRESIDENT, COMPTROLLER, REGISTRAR AND SECRETARY OF THE BOARD

**21(1)** There shall be a Vice-President (Academic) of the University, a Vice-President (Finance and Administration) of the University, a Registrar of the University, and a Comptroller of the University.

**21(2)** The officers in subsection (1) shall be appointed by, and hold office during the pleasure of, the Board.

**21(3)** The Board may appoint one or more Assistant Comptrollers of the University who shall hold office during the pleasure of the Board.

**20(1)** Sous réserve des autres dispositions de la présente loi, en cas d'absence ou d'empêchement du recteur ou de vacance de son poste, le Conseil peut nommer recteur par intérim un membre du corps professoral ou de l'administration de l'Université avec les pouvoirs ou fonctions du recteur ou ceux d'entre eux que le Conseil peut juger indiqués. Sous réserve des conditions de la nomination, la personne ainsi nommée assume, pendant la durée de l'absence, de l'empêchement ou de la vacance, les fonctions que le recteur tient des lois.

**20(2)** En cas de vacance du poste de recteur, le recteur par intérim est nommé pour le reste de l'année universitaire pendant laquelle la vacance survient. Il peut être nommé de nouveau pour une autre année universitaire et pour des périodes consécutives d'une année universitaire chacune, étant entendu que chacune de ces nominations peut prendre fin avant terme à la date d'entrée en fonction de la personne nommée recteur.

**20(3)** Par dérogation à toute autre disposition de la présente loi, le recteur par intérim, nommé en cas de vacance du poste de recteur, demeure en fonction jusqu'à la date fixée pour l'entrée en fonction d'un autre recteur par intérim ou de la personne nommée à titre de recteur.

### LE VICE-RECTEUR, LE CONTRÔLEUR, LE REGISTRAIRE ET LE SECRÉTAIRE DU CONSEIL

**21(1)** L'Université a un vice-recteur à l'enseignement, un vice-recteur aux finances et à l'administration, un registraire et un contrôleur.

**21(2)** Le Conseil nomme les personnes visées au paragraphe (1); celles-ci exercent leurs fonctions à titre amovible et peuvent être révoquées par le Conseil.

**21(3)** Le Conseil peut nommer un ou plusieurs contrôleurs adjoints de l'Université; ceux-ci exercent leurs fonctions à titre amovible et peuvent être révoqués par le Conseil.

*University of New Brunswick Act*          *Chap. 40*

**21(4)** There shall be a Secretary of the Board who shall be appointed by, and hold office during the pleasure of, the Board.

**21(5)** The Board may appoint a Vice-President (Saint John) of the University who shall hold office during the pleasure of the Board.

## BOARD OF GOVERNORS

**22** There shall be a Board to be known as the Board of Governors of the University.

**23(1)** The Board of Governors, subject to the provisions of this Act, shall consist of

 *(a)* the Chancellor;

 *(b)* the President and Vice-Chancellor;

 *(c)* the Vice-President (Academic) and the Vice-President (Finance and Administration);

 *(d)* the Vice-President (Saint John);

 *(e)* the Minister of Education;

 *(f)* the Deputy-Minister of Education designated by the Lieutenant-Governor in Council;

 *(g)* the Director of Alumni Affairs;

 *(h)* the Mayor of the City of Fredericton and the Mayor of the City of Saint John; and

the members following elected or appointed in accordance with the provisions of this Act:

 *(i)* ten members appointed by the Lieutenant-Governor in Council;

 *(j)* three members elected by the Associated Alumni;

**21(4)** Le Conseil se nomme un secrétaire; celui-ci exerce ses fonctions à titre amovible et peut être révoqué par le Conseil.

**21(5)** Le Conseil peut nommer un vice-recteur de l'Université à Saint-Jean; celui-ci exerce ses fonctions à titre amovible et peut être révoqué par le Conseil.

## CONSEIL DES GOUVERNEURS

**22** Est établi un conseil appelé Conseil des gouverneurs de l'Université.

**23(1)** Sous réserve des autres dispositions de la présente loi, le Conseil des gouverneurs se compose:

 *a)* du chancelier;

 *b)* du recteur et du vice-chancelier;

 *c)* du vice-recteur à l'enseignement et du vice-recteur aux finances et à l'administration;

 *d)* du vice-recteur à Saint-Jean;

 *e)* du ministre de l'Éducation;

 *f)* du sous-ministre de l'Éducation, désigné par le lieutenant-gouverneur en conseil;

 *g)* du directeur du service aux anciens étudiants;

 *h)* du maire de la cité de Fredericton et du maire de la cité de Saint-Jean,

et des membres suivants élus ou nommés conformément à la présente loi:

 *i)* dix membres nommés par le lieutenant-gouverneur en conseil;

 *j)* trois membres élus par l'Association des anciens étudiants;

*(k)* two members elected by the Associated Alumnae;

*(l)* one member elected by the New Brunswick Teachers' Association;

*(m)* four elected faculty members from the University at the Fredericton campus and one elected faculty member from the University at the Saint John campus;

*(n)* three members elected or appointed by the students of the University;

*(o)* the additional members appointed by the Board; and

*(p)* the Governors Emeriti appointed by the Board.

**23(2)** The Board as it deems advisable may appoint not more than two persons to be additional members of the Board within paragraph (1)(o) and a person so appointed is a member of the Board within subsection (1).

**23(3)** The Board may confer the style and dignity of Governor Emeritus on any former member of the Senate of the University, as constituted under the *University of New Brunswick Act,* Chapter 12 of the Acts of New Brunswick, 1968, or on any member of the Board who resigns or whose term of office has expired, and such person is a member of the Board within subsection (1).

**23(4)** A member of the Board within paragraph (1)(c), (d), (g), or (p) may exercise and enjoy all the rights and privileges of a member of the Board and may participate in discussions and serve on committees, provided that such member shall not have a vote in any of the proceedings of the Board or of any committee constituted under the Board except an advisory committee, and no such member shall be included in determining a quorum of the Board or of any committee constituted under the Board except an advisory committee.

*k)* deux membres élus par l'Association des anciennes étudiantes;

*l)* un membre élu par la New Brunswick Teachers' Association;

*m)* quatre membres élus par le corps professoral de l'Université au campus de Fredericton et un membre élu par le corps professoral de l'Université au campus de Saint-Jean;

*n)* trois membres élus ou nommés par les étudiants de l'Université;

*o)* les membres supplémentaires nommés par le Conseil; et

*p)* les gouverneurs émérites nommés par le Conseil.

**23(2)** Le Conseil peut, s'il le juge indiqué, nommer deux personnes au plus à titre de membres supplémentaires du Conseil en vertu de l'alinéa (1)o). Les personnes ainsi nommées sont membres du Conseil en vertu du paragraphe (1).

**23(3)** Le Conseil peut conférer le titre et la dignité de gouverneur émérite, soit à tout ancien membre du Sénat de l'Université, constitué en vertu de la loi intitulée *University of New Brunswick Act,* chapitre 12 des Lois du Nouveau-Brunswick de 1968, soit à tout membre du Conseil qui démissionne ou dont le mandat a pris fin. Cette personne est membre du Conseil en vertu du paragraphe (1).

**23(4)** Tout membre du Conseil en vertu de l'alinéa (1)c), d), g) ou p) peut exercer tous les pouvoirs et privilèges d'un membre du Conseil et peut en jouir. Il peut participer aux discussions et siéger à des comités, mais n'a pas voix délibérative aux séances du Conseil ou de l'un quelconque des comités constitués sous l'autorité du Conseil, à l'exception d'un comité consultatif. Il n'est pas non plus pris en compte dans le calcul du quorum du Conseil ou d'un comité constitué sous l'autorité du Conseil, à l'exception d'un comité consultatif.

**24**(1)  A member of the Board appointed by the Lieutenant-Governor in Council shall be appointed for a term of three years which shall commence on the date fixed in the appointment and, if not so fixed, shall commence on the date of the first meeting of the Board next following the appointment; such appointment may be renewed by the Lieutenant-Governor in Council for a maximum of two additional terms of three years each.

**24**(2)  A member of the Board elected by the Associated Alumni shall be elected for such period of service and by such method of election as may be prescribed by by-law of the Associated Alumni, provided that no person is eligible for election under this subsection unless a member of the Associated Alumni and unless a member for such length of time as may be prescribed by by-law of the Associated Alumni.

**24**(3)  A member of the Board elected by the Associated Alumnae shall be elected for such period of service and by such method of election as may be prescribed by by-law of the Associated Alumnae, provided that no person is eligible for election under this subsection unless a member of the Associated Alumnae and unless a member for such length of time as may be prescribed by by-law of the Associated Alumnae.

**24**(4)  A member of the Board elected by the New Brunswick Teachers' Association shall be elected at an annual meeting of the Association, and the term of office shall commence on the first day of September next following the election and continue for a period of three years from and inclusive of that date, provided that no person is eligible for election under this subsection unless a member of the Association and a graduate of the University.

**24**(5)  The term of office of a member elected by the Associated Alumni or by the Associated Alumnae shall commence on the first day of July of the academic year next after the election.

**24**(6)  The term of office of a member of the Board appointed by the Board within paragraph 23(1)(o) shall commence on the date fixed in the

**24**(1)  Le mandat des membres du Conseil nommés par le lieutenant-gouverneur en conseil est de trois ans. Le mandat débute à la date fixée dans l'acte de nomination ou, à défaut, à la date de la première réunion du Conseil après la nomination. La nomination peut être renouvelée par le lieutenant-gouverneur en conseil pour deux mandats supplémentaires au plus de trois ans chacun.          ·

**24**(2)  La durée du mandat et le mode d'élection des membres du Conseil élus par l'Association des anciens étudiants sont définis par les règlements administratifs de cette association. Seuls sont éligibles en vertu du présent paragraphe les membres de l'Association des anciens étudiants qui l'ont été pour la durée fixée par les règlements administratifs de l'Association.

**24**(3)  La durée du mandat et le mode d'élection des membres du Conseil élus par l'Association des anciennes étudiantes sont définis par les règlements administratifs de cette association. Seuls sont éligibles en vertu du présent paragraphe les membres de l'Association des anciennes étudiantes qui l'ont été pour la durée fixée par les règlements administratifs de l'Association.

**24**(4)  Le membre du Conseil élu par la New Brunswick Teachers' Association est élu lors de l'assemblée annuelle de cette association. Son mandat est de trois ans et débute à compter du premier septembre suivant l'élection. Seuls sont éligibles en vertu du présent paragraphe les membres de l'Association qui sont diplômés de l'Université.

**24**(5)  Le mandat des membres élus par l'Association des anciens étudiants ou par l'Association des anciennes étudiantes débute le premier juillet de l'année universitaire suivant l'élection.

**24**(6)  Le mandat des membres du Conseil, nommés par celui-ci en vertu de l'alinéa 23(1)o), est de trois ans. Le mandat débute à la date fixée

appointment and, if not so fixed, shall commence on the date of the first meeting of the Board next after the appointment and shall continue for a period of three years from and inclusive of that date.

**24(7)** The term of office of a member of the Board appointed by the Board within paragraph 23(1)(p) shall commence on the date fixed in the appointment and, if not so fixed, shall commence on the date of the first meeting of the Board next after the appointment and shall continue for a period to be determined by the Board.

**25(1)** The Board, subject to the provisions of this section, shall prescribe rules and regulations to govern the election to the Board of the members to be elected within paragraph 23(1)(m) and, without limiting the generality of the foregoing, the Board may prescribe rules and regulations in respect of nominations, the closing of nominations, the form of ballot, and the time and manner of an election.

**25(2)** No person is eligible for nomination under this section unless that person is, on the date prescribed for the closing of nominations, a faculty member; provided that a faculty member on leave of absence, if otherwise qualified, is eligible for nomination only if his leave of absence will expire before the date prescribed for the commencement of office.

**25(3)** No person is eligible to vote at an election conducted under this section unless that person is, on the date prescribed for the election, a faculty member; provided that a faculty member on leave of absence, if otherwise qualified, is eligible to vote only if the Board so provides.

**25(4)** An election under this section shall be held within three months prior to the date prescribed for the commencement of the term of office and not later than the fifteenth day of May previous to that date.

**24(7)** Le Conseil fixe la durée du mandat des membres qu'il nomme en vertu de l'alinéa 23(1)p). Leur mandat débute à la date fixée dans l'acte de nomination ou, à défaut, à la date de la première assemblée du Conseil après la nomination.

**25(1)** Sous réserve des autres dispositions du présent article, le Conseil établit les règles et les règlements régissant l'élection au Conseil des membres qui doivent être élus en vertu de l'alinéa 23(1)m), notamment, en ce qui concerne les candidatures, la date-limite pour la présentation des candidatures, la formule du bulletin de vote, l'heure et la date ainsi que le mode de l'élection.

**25(2)** Ne peuvent être candidats en vertu du présent article que ceux qui, à la date-limite fixée pour la présentation des candidatures, sont membres du corps professoral. Les membres du corps professoral qui sont en congé autorisé et qui par ailleurs remplissent les conditions requises, peuvent également poser leur candidature, mais uniquement si leur congé autorisé prend fin avant la date prévue pour le début du mandat.

**25(3)** Ne peuvent voter lors d'une élection tenue en vertu du présent article que ceux qui, à la date fixée pour l'élection, sont membres du corps professoral. Les membres du corps professoral qui sont en congé autorisé, mais qui par ailleurs remplissent les conditions requises, peuvent voter uniquement si le Conseil le permet.

**25(4)** L'élection prévue au présent article doit se tenir dans les trois mois qui précèdent la date fixée pour le début du mandat et au plus tard le 15 mai avant cette date.

25(5) Voting under this section shall be by secret ballot and, unless the Board shall otherwise provide, the vote may be taken by campus mail or by regular mail, or both, as the Board may determine.

25(6) The term of office of a member elected under this section shall commence on the first day of July of the academic year next following the election and shall continue for a period of three years from and inclusive of that date.

25(7) The Secretary of the Board, or such other person as the Board may designate, shall, in every year in which an election is to take place, prepare an alphabetical list, to be called the "Faculty Election Register", of the names and addresses of the faculty members who are entitled to vote at an election, and the Faculty Election Register shall be open for inspection at all reasonable hours by all faculty members.

25(8) The Secretary of the Board, or such other person as the Board may designate, shall conduct all elections that are required under this section and shall report the results of the election to the Board at the next meeting following the election.

25(9) In the event of only one candidate being nominated, or of only so many candidates being nominated as are required to be elected to the Board, such candidate or candidates shall be deemed to have been elected.

25(10) In the event of more candidates being nominated than are required to be elected to the Board, the candidates, to the number required, receiving the highest number of votes shall be dcemed elected and, in the event of an equality of votes between candidates with respect to the last candidate required to be elected, or between candidates when only one is to be elected, the Board shall cast the deciding vote.

26 Notwithstanding anything in sections 24 and 25, an appointed or an elected member of the Board within paragraphs 23(1)(i) to (m) shall remain in office until his successor is appointed or

25(5) Le vote en vertu du présent article se fait au scrutin secret. Sauf disposition contraire du Conseil, il peut avoir lieu par correspondance, soit par le courrier interne, soit par le courrier ordinaire, ou par ces deux méthodes, selon ce que le Conseil peut décider.

25(6) Le mandat d'un membre élu en vertu du présent article est de trois ans courant à compter du premier juillet de l'année universitaire suivant l'élection.

25(7) Le secrétaire du Conseil, ou telle autre personne que le Conseil peut désigner, dresse chaque année où une élection doit se tenir une liste alphabétique des noms et adresses des membres du corps professoral qui ont le droit de voter à une élection, appelée «registre des élections du corps professoral». Ce registre peut être examiné par tous les membres du corps professoral à toute heure convenable.

25(8) Le secrétaire du Conseil, ou telle autre personne que le Conseil peut désigner, organise toutes les élections prévues par le présent article et fait rapport au Conseil sur les résultats de l'élection lors de la première réunion suivant l'élection.

25(9) S'il n'y a qu'une seule candidature ou si le nombre de candidatures correspond au nombre de postes à pourvoir au sein du Conseil, le candidat ou les candidats sont réputés élus.

25(10) Si le nombre de candidatures est supérieur au nombre de postes à pourvoir au sein du Conseil, les candidats, à concurrence du nombre requis, qui reçoivent le plus grand nombre de voix sont réputés élus. En cas de partage des voix entre les candidats pour le dernier ou le seul poste à pourvoir, le Conseil a voix prépondérante.

26 Par dérogation aux articles 24 et 25, les membres du Conseil, nommés ou élus en vertu des alinéas 23(1)i) à m), demeurent en fonction jusqu'à ce que leurs remplaçants respectifs soient

elected, and a member within paragraphs (i) to (m) and (o) and (p) of that subsection, except as expressly provided by the electing body or in this Act, if otherwise qualified, is eligible for re-election or re-appointment.

**27(1)** When an appointed or an elected member of the Board within paragraphs 23(1)(i) to (m) and (o) refuses to act, becomes incapable of acting, or fails to attend the meetings of the Board for the space of two years from the date prescribed for the commencement of his term of office, his seat on the Board shall *ipso facto* become vacant.

**27(2)** When an elected or an appointed member of the Board within paragraph 23(1)(m) accepts leave of absence, his seat on the Board shall *ipso facto* become vacant on the date fixed for the commencement of the leave if the leave is to extend for a period of over six months, provided that the seat shall not be vacated if the leave is not taken up on that date or on a subsequent date.

**27(3)** When an appointed or an elected member of the Board within paragraphs 23(1)(j) to (m) ceases to be a member of the body which elected or appointed him, his seat shall *ipso facto* become vacant.

**27(4)** In the case of a vacancy in the Board caused by death, resignation or any other cause which happens before the term of office for which a member within paragraphs 23(1)(i) to (m) and (o) and (p) has been appointed or elected, as the case may be, has expired, a declaration of the existence of the vacancy, when entered upon the minutes of the Board, shall be conclusive evidence thereof.

**27(5)** When a vacancy in the Board occurs from any cause in respect of a member appointed by the Lieutenant-Governor in Council within paragraph 23(1)(i), the Lieutenant-Governor in Council shall fill the vacancy and the appointment made shall be held subject to subsection 24(1).

**27(6)** When a vacancy in the Board occurs from any cause in respect of a member appointed by the Board within paragraph 23(1)(o), the Board may

nommés ou élus. Sauf disposition contraire prise pas le corps électif ou énoncée dans la présente loi, les membres nommés ou élus en vertu des alinéas 23(1)i) à m), o) et p) sont rééligibles ou peuvent être nommés de nouveau s'ils remplissent par ailleurs les conditions requises.

**27(1)** Lorsqu'un membre du Conseil, nommé ou élu en vertu des alinéas 23(1)i) à m) et o), refuse ou devient incapable d'agir ou omet d'assister aux réunions du Conseil pendant deux ans à compter de la date prévue pour le début de son mandat, son siège au Conseil devient *ipso facto* vacant.

**27(2)** Lorsqu'un membre du Conseil, élu ou nommé en vertu de l'alinéa 23(1)m), accepte un congé autorisé, son siège au Conseil devient *ipso facto* vacant à la date fixée pour le début de son congé si celui-ci est de plus de six mois. Le siège n'est pas vacant si le congé n'est pas pris à cette date ou à une date ultérieure.

**27(3)** Lorsqu'un membre du Conseil, nommé ou élu en vertu des alinéas 23(1)j) à m), cesse d'être membre de l'organisme qui l'a élu ou nommé, son siège devient *ipso facto* vacant.

**27(4)** En cas de vacance au sein du Conseil par suite du décès ou de la démission d'un membre ou par suite d'une autre cause qui survient avant la fin du mandat pour lequel il a été nommé ou élu, selon le cas, en vertu des alinéas 23(1)i) à m) et o) et p), une déclaration de l'existence de la vacance en constitue une preuve concluante lorsqu'elle est mentionnée au procès-verbal du Conseil.

**27(5)** Sous réserve du paragraphe 24(1), le lieutenant-gouverneur en conseil comble les vacances qui surviennent au sein du Conseil quelle qu'en soit la cause, lorsque les sièges vacants sont ceux des membres qu'il a nommés en vertu de l'alinéa 23(1)i).

**27(6)** Sous réserve du paragraphe 24(6), le Conseil comble les vacances qui surviennent en son sein quelle qu'en soit la cause, lorsque les sièges

fill the vacancy and an appointment so made shall be held subject to subsection 24(6).

**27(7)** When a vacancy in the Board is due to a vacancy from any cause in any of the offices within paragraphs 23(1)(e) to (h), the person designated to the office until the vacancy is filled shall be a member of the Board, and the Board, when the vacancy is in respect of the offices within paragraphs (c) and (d) of that subsection, may appoint a substitute to act until the vacancy is filled.

**27(8)** When a vacancy in the Board occurs from any cause in respect of a member elected by the Associated Alumni, or by the Associated Alumnae, or by the New Brunswick Teachers' Association, the vacancy shall be filled by the electing body by election in accordance with the provisions of this Act; and the member so elected shall hold office in accordance with the provisions of this Act.

**27(9)** When a vacancy in the Board occurs from any cause in respect of an elected faculty member, the vacancy shall be filled by election within three months of the vacancy occurring and such additional period as may be required to place the election within the regular academic year; an election under this subsection shall be held in accordance with the provisions of this Act and, notwithstanding section 25, a member elected under this subsection shall assume office from the date of his election and shall hold office from that date and for a period of three years from and inclusive of the first day of July of the academic year next following his election.

**28(1)** The Board shall meet as often as may be necessary to transact the business of the Board, and not less than three times in a year.

**28(2)** Any five members of the Board may by notice in writing addressed to the President request a special meeting of the Board, and the President upon receipt of such notice shall call a meeting within a reasonable time.

vacants sont ceux des membres qu'il a nommés en vertu de l'alinéa 23(1)o).

**27(7)** Lorsque la vacance, quelle qu'en soit la cause, de l'un des postes visés aux alinéas 23(1)e) à h) entraîne une vacance au sein du Conseil, la personne désignée en remplacement jusqu'à ce que la vacance soit comblée siège au Conseil. En cas de vacance de l'un des postes prévus aux alinéas 23(1)c) et d), le Conseil peut nommer un remplaçant jusqu'à ce que la vacance soit comblée.

**27(8)** L'Association des anciens étudiants, l'Association des anciennes étudiantes ou la New Brunswick Teachers' Association comble par voie d'élection, conformément à la présente loi, la vacance qui survient au sein du Conseil, quelle qu'en soit la cause, lorsque le siège vacant est celui d'un membre qu'elle a élu. Le membre ainsi élu exerce ses fonctions conformément à la présente loi.

**27(9)** L'élection en vue de combler une vacance au sein du Conseil, lorsque le siège vacant est celui d'un membre élu par le corps professoral, doit être tenue dans les trois mois de la vacance ou dans le délai supplémentaire qui peut être nécessaire pour que l'élection se tienne durant l'année universitaire ordinaire. Une élection en vertu du présent paragraphe doit se tenir conformément à la présente loi. Par dérogation à l'article 25, un membre élu en vertu du présent paragraphe assume ses fonctions à compter de la date de son élection et occupe son poste à compter de cette date et pendant trois ans à compter du premier juillet de l'année universitaire suivant son élection.

**28(1)** Le Conseil se réunit pour vaquer à ses affaires aussi souvent qu'il y a lieu de le faire. Il se réunit au moins trois fois par année.

**28(2)** Cinq membres du Conseil peuvent, au moyen d'un avis écrit adressé au recteur, demander la tenue d'une réunion spéciale du Conseil. Sur réception d'un tel avis, le recteur doit convoquer une réunion dans un délai raisonnable.

*Chap. 40*  *Loi sur l'Université du Nouveau-Brunswick*

**28**(3) Eight members of the Board shall be a quorum for the transaction of business.

**28**(4) Notwithstanding any vacancy in the Board, so long as there are at least eight members, it is competent for the Board to exercise any or all of its powers, duties and functions.

**28**(5) The Chairman and Vice-Chairman of the Board shall be elected by the Board from among the members of the Board.

**28**(6) The Chairman of the Board shall preside at all meetings of the Board and shall call special meetings, at such times as he may consider necessary, by giving due notice thereof to each member of the Board, and the Vice-Chairman shall act in the place and stead of the Chairman when the Chairman is unable to act.

### UNIVERSITY SENATE

**29** There shall be a Senate of the University to be known as The University Senate.

**30**(1) The University Senate, subject to the provisions of this Act, shall consist of the following members:

(a) the President and Vice-Chancellor;

(b) the Vice-President (Academic) and the Vice-President (Finance and Administration);

(c) the Vice-President (Saint John);

(d) the President of Saint Thomas University or a representative designated by him from time to time;

(e) the Deans of the faculties of the University and the Dean of the Faculty of the University at the Saint John campus;

(f) the Dean of the School of Graduate Studies;

(g) the Librarian;

**28**(3) Le quorum pour les délibérations du Conseil est de huit membres.

**28**(4) Nonobstant toute vacance au sein du Conseil, celui-ci a la faculté d'exercer tous ses pouvoirs et fonctions tant qu'il se compose d'au moins huit membres.

**28**(5) Le Conseil élit ses président et vice-président en son sein.

**28**(6) Le président du Conseil préside toutes les réunions du Conseil et convoque les réunions spéciales aux dates qu'il peut juger indiquées, en en donnant dûment avis à chaque membre du Conseil. En cas d'empêchement du président, le vice-président assume la présidence.

### LE SÉNAT DE L'UNIVERSITÉ

**29** L'Université a un sénat, appelé le Sénat de l'Université.

**30**(1) Sous réserve des autres dispositions de la présente loi, le Sénat de l'Université se compose des membres suivants:

a) le recteur et vice-chancelier;

b) le vice-recteur à l'enseignement et le vice-recteur aux finances et à l'administration;

c) le vice-recteur à Saint-Jean;

d) le recteur de la Saint Thomas University ou le représentant qu'il désigne;

e) les doyens des facultés de l'Université et le doyen de la faculté de l'Université au campus de Saint-Jean;

f) le doyen de l'École des études supérieures;

g) le bibliothécaire;

*(h)* the Director of Summer Schools and Extension Services of the University;

*(i)* the Dean of Students;

*(j)* four representatives of the faculty members in Arts at the Fredericton campus;

*(k)* two representatives of the faculty members in Science at the Fredericton campus;

*(l)* three representatives of the faculty members at the Saint John campus;

*(m)* two representatives of the faculty members in Engineering at the Fredericton campus;

*(n)* one representative of the faculty members in Forestry;

*(o)* one representative of the faculty members in Law;

*(p)* two representatives of the faculty members in Education;

*(q)* one representative of the faculty members in Physical Education and Recreation at the Fredericton campus;

*(r)* one representative of the Associated Alumni;

*(s)* one representative of the faculty members in Administration;

*(t)* one representative of the faculty members in Nursing;

*(u)* the elected or the appointed faculty members of the Board;

*(v)* the Director of Alumni Affairs;

*h)* le directeur des écoles d'été et des services de l'éducation permanente de l'Université;

*i)* le directeur des services aux étudiants;

*j)* quatre représentants des membres du corps professoral de la Faculté des arts au campus de Fredericton;

*k)* deux représentants des membres du corps professoral de la Faculté des sciences au campus de Fredericton;

*l)* trois représentants des membres du corps professoral au campus de Saint-Jean;

*m)* deux représentants des membres du corps professoral de la Faculté de génie au campus de Fredericton;

*n)* un représentant des membres du corps professoral de la Faculté de génie forestier;

*o)* un représentant des membres du corps professoral de la Faculté de droit;

*p)* deux représentants des membres du corps professoral de la Faculté des sciences de l'éducation;

*q)* un représentant des membres du corps professoral de la Faculté d'éducation physique et des loisirs au campus de Fredericton;

*r)* un représentant des anciens étudiants;

*s)* un représentant des membres du corps professoral de la Faculté d'administration;

*t)* un représentant des membres du corps professoral de la Faculté des sciences infirmières;

*u)* les membres du corps professoral élus ou nommés au Conseil;

*v)* le directeur des services aux anciens étudiants;

*Loi sur l'Université du Nouveau-Brunswick*

*(w)* three members appointed by the Board from the members of the Board exclusive of the elected or appointed faculty members of the Board;

*(x)* two representatives of the faculty members;

*(y)* the additional faculty members elected to seats constituted under subsection (5);

*(z)* one representative of the full-time graduate students of the University elected by the full-time graduate students of the University pursuant to the regulations under subsection 31(5);

*(aa)* one representative to be elected by the librarians of the University.

**30(2)** The representatives mentioned in paragraphs (1)(j) to (q) and (s) and (t) shall be elected by the appropriate Faculty Council from among its faculty members.

**30(3)** The representative appointed pursuant to paragraph (1)(r) shall be elected by the Associated Alumni for such period of service and by such method of election as may be prescribed by by-law of the Associated Alumni, but no person is eligible for election under this section unless

*(a)* he is a member of the Associated Alumni and has been for such length of time as may be prescribed by by-law of the Associated Alumni, and

*(b)* he is not a faculty member, an employee of the University or a registered student at the University.

**30(4)** The Senate may prescribe rules and regulations, not inconsistent with this Act, to regulate the time and manner of election of the representatives, or any of them, within subsection (2).

*w)* trois membres nommés par le Conseil parmi ses propres membres, à l'exclusion des membres du corps professoral élus ou nommés au Conseil;

*x)* deux représentants des membres du corps professoral;

*y)* les membres supplémentaires élus aux sièges créés en vertu du paragraphe (5);

*z)* un représentant des étudiants à plein temps de deuxième et troisième cycles de l'Université, élu par ceux-ci en conformité avec les règlements établis en vertu du paragraphe 31(5);

*aa)* un représentant élu par les bibliothécaires de l'Université.

**30(2)** Les représentants mentionnés aux alinéas (1)j) à q), s) et t) sont élus par le conseil de faculté compétent parmi les membres du corps professoral de la faculté en question.

**30(3)** Le représentant nommé conformément à l'alinéa (1)r) est élu par l'Association des anciens étudiants selon le mode d'élection et pour un mandat dont la durée peuvent être prescrits par les règlements administratifs de cette association. Pour être éligible en vertu du présent article, il faut

*a)* être membre de l'Association des anciens étudiants et l'avoir été pendant la durée qui peut être prescrite par les règlements administratifs de cette association; et

*b)* ne pas être membre du corps professoral, employé de l'Université ni étudiant inscrit à l'Université.

**30(4)** Le Sénat peut établir des règles et règlements compatibles avec la présente loi pour régir les date, heure et mode d'élection de l'ensemble ou de l'un des représentants visés au paragraphe (2).

*University of New Brunswick Act*                    *Chap. 40*

**30(5)** An additional seat within paragraph (1)(y) shall be constituted whenever a seat on the Senate is constituted under section 74, and the number shall equal the number so constituted, and an additional seat within that paragraph shall be constituted whenever, by an increase in the seats under paragraph (1)(e), the total number of seats on the Senate as constituted under paragraphs (1)(a) to (i) is increased and exceeds the total number constituted under paragraphs (1)(j) to (q) and (s) to (u), and the number of additional seats so constituted shall equal the difference.

**30(6)** The following provisions shall apply to the election of faculty members mentioned in paragraphs (1)(x) and (y):

*(a)* a faculty member on leave of absence, if otherwise eligible, is eligible for nomination only if his leave of absence will expire before the date prescribed for the commencement of office;

*(b)* only those persons who are eligible for nomination shall be entitled to vote at an election; provided that a faculty member on leave of absence, if otherwise qualified, is eligible to vote only if the Senate so provides;

*(c)* an election shall be held at or before the second meeting of the Senate following the creation of an additional seat; and

*(d)* such election shall be conducted by the Secretary of the Senate pursuant to such regulations governing such election as may be made by the Senate.

**30(7)** An additional seat, constituted on the creation of a seat within subsection (1) by an increase in the seats under paragraph (1)(e), is, on the expiration of the term for which it is held, discontinued whenever the corresponding seat under paragraph (1)(e) is discontinued, and an additional seat, constituted on the creation of a seat within section 74, is, on the expiration of the term

**30(5)** Un siège supplémentaire au sens de l'alinéa (1)y) est constitué toutes les fois qu'un siège est constitué au Sénat en vertu de l'article 74. Leur nombre doit égaler le nombre de sièges ainsi constitués. Un siège supplémentaire au sens de cet alinéa est constitué toutes les fois qu'en augmentant le nombre de sièges prévu à l'alinéa (1)e), le nombre total de sièges au Sénat, prévus aux alinéas (1)a) à i), est augmenté et dépasse le nombre total de sièges prévu aux alinéas (1)j) à q) et s) à u). Le nombre de sièges supplémentaires ainsi constitués doit égaler la différence.

**30(6)** Les dispositions suivantes s'appliquent à l'élection des membres du corps professoral mentionnés aux alinéas (1)x) et y):

*a)* La candidature d'un membre du corps professoral en congé autorisé mais remplissant par ailleurs les conditions d'éligibilité requises ne peut être présentée que si son congé autorisé prend fin avant la date prévue pour le début du mandat;

*b)* N'ont le droit de voter à une élection que ceux qui peuvent être mis en candidature. Les membres du corps professoral qui sont en congé autorisé, mais qui par ailleurs remplissent les conditions requises, peuvent voter uniquement si le Sénat le permet;

*c)* Une élection doit être tenue au plus tard à la deuxième réunion du Sénat suivant la création d'un siège supplémentaire; et

*d)* Le secrétaire du Sénat organise cette élection en conformité avec les règlements établis à cet égard par le Sénat.

**30(7)** Un siège supplémentaire, constitué en raison de la création d'un siège conformément au paragraphe (1) par suite de l'augmentation du nombre des sièges prévus à l'alinéa (1)e), est supprimé à la fin du mandat pour lequel il est détenu toutes les fois qu'il y a suppression du siège correspondant prévu à l'alinéa (1)e). Un siège supplémentaire, constitué en raison de la

*Chap. 40*                    *Loi sur l'Université du Nouveau-Brunswick*

for which it is held, discontinued or the number is reduced whenever the corresponding seat within that section is discontinued or the number within the section is reduced.

**31**(1)  The term of office of a member of the Senate within paragraphs 30(1)(j) to (t) and (x), (y) and (aa) shall be three years commencing on the first day of July of the academic year next following the date of election; provided that a member elected to an additional seat within paragraph 30(1)(y), on the constitution of the seat, shall assume office from the date of election and shall hold office from that date and for a period of three years from and inclusive of the first day of July of the academic year next following the election.

**31**(2)  The term of office of a member of the Senate within paragraph 30(1)(w) and appointed by the Board shall commence on the date fixed in the appointment and shall continue, unless a shorter period is prescribed by the Board, from that date and for a period of three years from and inclusive of the first day of July of the academic year next following the appointment.

**31**(3)  The body possessing the power of appointment or election within paragraphs 30(1)(j) to (t) and (w) and (aa) shall forthwith after the appointment or election by it of a member of the Senate give notice thereof in writing to the Secretary of the Senate, and no such appointed or elected member of the Senate shall have the right to sit or act as a member of the Senate unless and until his appointment or election is so certified in writing to the Secretary of the Senate.

**31**(4)  Notwithstanding anything in this section, a member of the Senate within paragraphs 30(1)(j) to (y) and (aa), subject to a member within paragraph (w) being a member of the Board and to the continuance of the seat of a member within paragraph (y), shall continue in office until his successor is elected or appointed, and, if otherwise qualified, a member within paragraphs (j) to (t) and (w), (x), (y) and (aa) is eligible for re-election

création d'un siège conformément à l'article 74, est supprimé à la fin du mandat pour lequel il est détenu ou le nombre est réduit toutes les fois qu'il y a suppression du siège correspondant prévu à cet article ou qu'il y a réduction du nombre prévu à cet article.

**31**(1)  Le mandat d'un membre du Sénat en vertu des alinéas 30(1)(j) à t) et x), y) et aa) est de trois ans et débute le premier juillet de l'année universitaire suivant la date de l'élection. Tout membre qui est élu à un siège supplémentaire conformément à alinéa 30(1)y) doit, lorsque le siège est constitué, assumer ses fonctions à compter de la date de l'élection et occuper sa charge à compter de cette date et pour une période de trois ans débutant le premier juillet de l'année universitaire suivant l'élection.

**31**(2)  Le mandat d'un membre du Sénat en vertu de l'alinéa 30(1)w), qui est nommé par le Conseil, débute à la date fixée dans la nomination. A moins que le Conseil ne fixe un mandat d'une durée plus courte, son mandat dure trois ans à compter de cette date et à compter du premier juillet de l'année universitaire suivant la nomination.

**31**(3)  L'organisme qui nomme ou élit en vertu des alinéas 30(1)j) à t) et w) et aa) doit, immédiatement après avoir nommé ou élu un membre au Sénat, en donner avis écrit au secrétaire du Sénat. Le membre ainsi nommé ou élu au Sénat n'a pas le droit de siéger ou d'agir à titre de membre du Sénat, à moins que sa nomination ou son élection ne soit ainsi attestée par écrit au secrétaire du Sénat.

**31**(4)  Nonobstant toute disposition contraire du présent article, un membre du Sénat en vertu des alinéas 30(1)j) à y) et aa) sous réserve, pour un membre en vertu de l'alinéa w), de la conservation de sa qualité de membre du Conseil et, pour un membre en vertu de l'alinéa y), de la continuation de son siège, demeure en poste jusqu'à l'élection ou la nomination de son remplaçant. S'il remplit par ailleurs les conditions requises, un

*University of New Brunswick Act*                              *Chap. 40*

or re-appointment.

**31(5)** The Senate may make regulations respecting the election of a representative within paragraph 30(1)(z), which regulations may prescribe, *inter alia,*

    *(a)* the qualifications for full-time graduate student status for election purposes;

    *(b)* the qualifications, if any, for eligibility for re-election;

    *(c)* the date of commencement of the term of office of such representative; and

    *(d)* the length of the term of office of such representative.

**32(1)** When an elected or appointed member of the Senate within paragraphs 30(1)(j) to (t) and (x), (y) and (aa) refuses to act, becomes incapable of acting, or fails to attend the meetings of the Senate for the space of one year from the date prescribed for the commencement of his term of office, his seat on the Senate shall *ipso facto* become vacant.

**32(2)** When an elected or an appointed member of the Senate within paragraphs 30(1)(j) to (q) and (s), (t), (x), (y) and (aa) accepts leave of absence, his seat on the Senate shall *ipso facto* become vacant on the date fixed for the commencement of the leave if the leave is to extend for a period of over six months, provided that the seat shall not be vacated if the leave is not taken up on that date or on a subsequent date.

**32(3)** When an elected member of the Senate within paragraphs 30(1)(j) to (t) and (x), (y) and (aa) ceases to be a member of the body which elected him, his seat shall *ipso facto* become vacant.

membre en vertu des alinéas j) à t) et w), x), y) et aa) est rééligible ou peut être nommé de nouveau.

**31(5)** Le Sénat peut établir des règlements concernant l'élection d'un représentant en vertu de l'alinéa 30(1)z). Ces règlements peuvent fixer, entre autres:

    *a)* les conditions à remplir pour être considéré comme étudiant à plein temps de deuxième ou troisième cycle aux fins d'élection;

    *b)* le cas échéant, les conditions de rééligibilité;

    *c)* la date du début de son mandat; et

    *d)* la durée de son mandat.

**32(1)** Lorsqu'un membre du Sénat, élu ou nommé en vertu des alinéas 30(1)j) à t), x), y) et aa), refuse ou devient incapable d'agir ou omet d'assister aux réunions du Sénat pendant une année à compter de la date fixée pour le début de son mandat, son siège au Sénat devient *ipso facto* vacant.

**32(2)** Lorsqu'un membre du Sénat, élu ou nommé en vertu des alinéas 30(1)j) à q), et s), t), x), y) et aa), accepte un congé autorisé, son siège au Sénat devient *ipso facto* vacant à la date fixée pour le début de son congé, si celui-ci est de plus de six mois. Le siège n'est pas vacant, si le congé n'est pas pris à cette date ou à une date ultérieure.

**32(3)** Lorsqu'un membre du Sénat, élu en vertu des alinéas 30(1)j) à t) et x), y) et aa), cesse d'être membre de l'organisme qui l'a élu, son siège devient *ipso facto* vacant.

Chap. 40          *Loi sur l'Université du Nouveau-Brunswick*

**32(4)** A vacancy in the seat of a member of the Senate within paragraphs 30(1)(j) to (t) and (x) and (y) shall occur *ipso facto* on election or appointment to a seat on the Board within paragraph 23(1)(m) on the date prescribed for the commencement of office.

**32(5)** A vacancy in the seat of a member of the Senate within paragraphs 30(1)(u) and (w) shall occur *ipso facto* when the member ceases to be a member of the Board.

**32(6)** In the case of a vacancy in the Senate caused by death, resignation or any other cause which happens before the term of office for which a member within paragraphs 30(1)(j) to (t) and (x), (y) and (aa) has been appointed or elected as the case may be, has expired, a declaration of the existence of the vacancy, when entered upon the minutes of the Senate, shall be conclusive evidence thereof.

**32(7)** When a vacancy in the Senate occurs from any cause in respect of a member within paragraphs 30(1)(j) to (t) and (aa), the vacancy shall be filled by a person elected or appointed by the electing or appointing body for the remainder of the unexpired term.

**32(8)** When a vacancy in the Senate is due to a vacancy from any cause in any of the offices within paragraphs 30(1)(b), (c) and (e) to (i), the Board may appoint a substitute to act until the vacancy is filled, provided that an acting dean, unless the appointment otherwise provides, is a member of the Senate.

**32(9)** When a vacancy in the Senate is due to a vacancy from any cause in any of the offices within paragraph 30(1)(d), the appointing body may appoint a substitute to act as a member of the Senate until the vacancy is filled.

**32(10)** When a vacancy in the Senate occurs from any cause in respect of a member within paragraph 30(1)(w), the vacancy shall be filled by the Board and the person so appointed shall

**32(4)** Le siège d'un membre du Sénat en vertu des alinéas 30(1)j) à t) et x) et y) devient *ipso facto* vacant à la suite de son élection ou de sa nomination au Conseil en vertu de l'alinéa 23(1)m) à compter de la date fixée pour le début de son mandat.

**32(5)** Le siège d'un membre du Sénat en vertu des alinéas 30(1)u) et w) devient *ipso facto* vacant lorsqu'il cesse d'être membre du Conseil.

**32(6)** En cas de vacance au sein du Sénat par suite du décès ou de la démission d'un membre ou par suite d'une autre cause qui survient avant la fin du mandat pour lequel il a été nommé ou élu, selon le cas, en vertu des alinéas 30(1)j) à t) et x), y) et aa), une déclaration de l'existence de la vacance en constitue une preuve concluante lorsqu'elle est mentionée au procès-verbal du Sénat.

**32(7)** L'organisme investi du pouvoir d'élire ou de nommer comble la vacance qui survient au sein du Sénat, quelle qu'en soit la cause, lorsque le siège vacant est celui d'un membre qu'il a élu ou nommé en vertu des alinéas 30(1)j) à t) et aa). Le remplaçant élu ou nommé ne demeure en fonctions que pour la durée inachevée du mandat.

**32(8)** Lorsque la vacance, quelle qu'en soit la cause, de l'un des postes visés aux alinéas 30(1)b), c) et e) à i) entraîne une vacance au sein du Sénat, le Conseil peut nommer un suppléant jusqu'à ce que la vacance soit comblée. Sauf disposition contraire des conditions de la nomination, un doyen par intérim est membre du Sénat.

**32(9)** Lorsque la vacance, quelle qu'en soit la cause, de l'un des postes prévus à l'alinéa 30(1)d) entraîne une vacance au sein du Sénat, l'organisme investi du pouvoir de nomination peut nommer un suppléant pour agir à titre de membre du Sénat jusqu'à ce que la vacance soit comblée.

**32(10)** Le Conseil comble la vacance qui survient au sein du Sénat, quelle qu'en soit la cause, lorsque le siège vacant est celui d'un membre en vertu de l'alinéa 30(1)w). Celui qui est ainsi nommé

*University of New Brunswick Act* *Chap. 40*

assume office from the date of appointment or from the date of the vacancy, whichever is the later, and shall hold office from that date and, unless a shorter period is prescribed by the Board, for a period of three years from and inclusive of the first day of July of the academic year next following his appointment.

32(11)  The following provision shall apply with respect to the filling of a vacancy which occurs within paragraphs 30(1)(x) and (y), unless the seat is discontinued: the seat shall be filled by election pursuant to subsection 30(5), and the member so elected shall assume office from the date of his election and shall hold office from that date and for a period of three years from and inclusive of the first day of July of the academic year next following his election.

33(1)  The Senate shall meet as often as may be necessary to transact the business of the Senate and not less than three times in a year.

33(2)  Any ten members of the Senate may by notice in writing addressed to the President request a special meeting of the Senate, and the President upon receipt of such notice shall call a meeting within a reasonable time.

33(3)  Ten members of the Senate shall be a quorum for the transaction of business.

33(4)  Notwithstanding any vacancy in the Senate, so long as there are at least ten members, it is competent for the Senate to exercise any or all of its powers, duties and functions.

33(5)  The President is the chairman of the Senate, and it is his duty, when present, to preside at all meetings of the Senate, and to call special meetings, at such times as he may think necessary, by giving due notice thereof to each member of the Senate.

33(6)  The Vice-President (Academic) is Vice-Chairman of the Senate and, in the absence of the President at a meeting of the Senate, shall act as chairman.

assume ses fonctions à compter de la date de sa nomination ou de la date de la vacance, la dernière de ces dates étant à retenir. À moins que le Conseil fixe une durée plus courte, son mandat est de trois ans à compter de cette date et à compter du premier juillet de l'année universitaire suivant la nomination.

32(11)  La disposition qui suit s'applique lorsqu'il s'agit de combler une vacance qui survient dans l'un des postes visés aux alinéas 30(1)x) et y), sauf en cas de suppression du siège: le siège est pourvu par voie d'élection conformément au paragraphe 30(5) et le membre ainsi élu assume ses fonctions à compter de la date de son élection. Son mandat dure trois ans à compter de cette date et à compter du premier juillet de l'année universitaire suivant son élection.

33(1)  Le Sénat se réunit pour vaquer à ses affaires aussi souvent qu'il y a lieu de le faire. Il se réunit au moins trois fois par année.

33(2)  Dix membres du Sénat peuvent, au moyen d'un avis écrit adressé au recteur, demander la tenue d'une réunion spéciale du Sénat. Sur réception d'un tel avis, le recteur doit convoquer une réunion dans un délai raisonnable.

33(3)  Le quorum pour les délibérations du Sénat est de dix membres.

33(4)  Nonobstant toute vacance au sein du Sénat, celui-ci a la faculté d'exercer tous ses pouvoirs et fonctions tant qu'il se compose d'au moins dix membres.

33(5)  Le recteur est le président du Sénat et, lorsqu'il est présent, il lui incombe de présider toutes les réunions du Sénat et de convoquer les réunions spéciales aux dates qu'il peut juger indiquées, en en donnant dûment avis à chaque membre du Sénat.

33(6)  Le vice-recteur à l'enseignement est le vice-président du Sénat et, en cas d'absence du recteur à une réunion du Sénat, il assume la présidence.

Chap. 40                    *Loi sur l'Université du Nouveau-Brunswick*

33(7)  The Secretary of the Senate shall be appointed by the Senate.

33(7)  Le Sénat nomme son secrétaire.

## FACULTY COUNCILS

## CONSEILS DE FACULTÉS

34(1)  There shall be a Faculty Council for each faculty of the University.

34(1)  Chaque faculté de l'Université est pourvue d'un conseil de faculté.

34(2)  Each Faculty Council, other than the Faculty Council of Saint John campus, subject to the provisions of this Act, shall consist of the President, the Vice-President (Academic), the Dean of the Faculty, the heads of the departments and the faculty members, except that for the Faculty of Law the Faculty Council shall consist of the President, the Vice-President (Academic), the Dean, the faculty members and such other members as the Faculty of Law shall determine.

34(2)  Sous réserve des autres dispositions de la présente loi, chaque conseil de faculté, à l'exception de celui du campus de Saint-Jean, se compose du recteur, du vice-recteur à l'enseignement, du doyen de la faculté, des directeurs des départements et des membres du corps professoral, à l'exception de la Faculté de droit dont le conseil se compose du recteur, du vice-recteur à l'enseignement, du doyen, des membres du corps professoral et des autres membres que la Faculté de droit détermine.

34(3)  The Board may provide that the Vice-President (Saint John) shall be a member of the Faculty Councils or of any of the them.

34(3)  Le Conseil peut prévoir que le vice-recteur à Saint-Jean est membre des conseils de faculté ou de l'un quelconque d'entre eux.

34(4)  The Dean of a Faculty is chairman of the Faculty Council.

34(4)  Le doyen d'une faculté est le président du conseil de faculté.

34(5)  The Secretary of a Faculty Council shall be appointed by the Council.

34(5)  Le conseil de faculté nomme son secrétaire.

34(6)  The Board may constitute a council of the same nature as a Faculty Council for any school of the University and may confer upon any such council such powers, duties, and functions as are not inconsistent with the powers, duties and functions of a Faculty Council, and the Board may provide that the Director of a School be chairman of any such council and have and exercise such powers, duties and functions as are not inconsistent with the powers, duties and functions of a dean of a faculty, and, subject to the foregoing and without restricting the powers of the Senate, any such council shall be deemed a Faculty Council within such provisions of this Act, except section 30, as the Board may from time to time determine or approve.

34(6)  Le Conseil peut constituer un conseil de la même nature qu'un conseil de faculté pour toute école de l'Université et peut lui conférer des pouvoirs et fonctions compatibles avec ceux d'un conseil de faculté. Le Conseil peut prévoir que le directeur d'une école est le président d'un tel conseil et qu'il possède et exerce des pouvoirs et fonctions compatibles avec ceux du doyen d'une faculté. Sous réserve de ce qui précède et sans que soient limités les pouvoirs du Sénat, un tel conseil est réputé être un conseil de faculté au sens de la présente loi, à l'exception de l'article 30, selon ce que le Conseil peut déterminer ou approuver.

*University of New Brunswick Act*                    *Chap. 40*

**34(7)** The Board may constitute for the branch of the University in Saint John a faculty council which, subject to the provisions of this Act, shall consist of the President, the Vice-President (Saint John), the Dean of the Faculty and the faculty members.

**34(8)** The Board may confer on a faculty council constituted under subsection (7) the powers, duties and functions of a Faculty Council within subsection (1).

**34(9)** When a faculty council constituted under subsection (7) is not constituted a Faculty Council within the meaning of subsections (1) and (8), the Board may confer on such faculty council such powers, duties and functions as are not inconsistent with the powers, duties and functions of a Faculty Council within the meaning of subsection (1) and may provide that the Dean of the Faculty of the University at the Saint John campus shall be chairman of such faculty council and shall have and exercise such powers, duties and functions as are not inconsistent with the powers, duties and functions of a dean of a faculty and, subject to the foregoing and without restricting the powers of the Senate, such faculty council shall be deemed a Faculty Council within such provisions of this Act as the Board may from time to time determine or approve.

**34(7)** Le Conseil peut constituer un conseil de faculté pour la constituante de l'Université à Saint-Jean qui, sous réserve des autres dispositions de la présente loi, se compose du recteur, du vice-recteur à Saint-Jean, du doyen de la faculté et des membres du corps professoral.

**34(8)** Le Conseil peut conférer à un conseil de faculté constitué en vertu du paragraphe (7) les pouvoirs et fonctions d'un conseil de faculté au sens du paragraphe (1).

**34(9)** Lorsqu'un conseil de faculté constitué en vertu du paragraphe (7) n'est pas constitué en conseil de faculté au sens des paragraphes (1) et (8), le Conseil peut lui conférer des pouvoirs et fonctions compatibles avec ceux d'un conseil de faculté au sens du paragraphe (1) et prévoir que le doyen de la faculté de l'Université au campus de Saint-Jean est le président de ce conseil de faculté et qu'il possède et exerce des pouvoirs et fonctions compatibles avec ceux du doyen d'une faculté. Sous réserve de ce qui précède et sans que soient limités les pouvoirs du Sénat, un tel conseil de faculté est réputé être un conseil de faculté au sens de la présente loi selon ce que le Conseil peut déterminer ou approuver.

## BOARD OF DEANS

**35(1)** There shall be a Board of Deans and the Board shall consist of the President, the Vice-President (Academic), the Vice-President (Saint John), and the Deans of the Faculties and of the Schools of the University.

**35(2)** The Board of Deans may fix the time and place of its meetings and make rules and regulations for governing its proceedings, provided that the President may summon meetings whenever he may deem it necessary to do so.

**35(3)** Four members of the Board of Deans shall constitute a quorum and, notwithstanding any vacancy in the Board, so long as there are four members, it is competent for the Board to exercise any or all of its powers, duties and functions.

## CONSEIL DES DOYENS

**35(1)** Est constitué un conseil des doyens, qui se compose du recteur, du vice-recteur à l'enseignement, du vice-recteur à Saint-Jean et des doyens des facultés et écoles de l'Université.

**35(2)** Le conseil des doyens peut fixer la date, l'heure et le lieu de ses réunions et établir des règles et des règlements pour régir ses délibérations, pourvu que le recteur puisse convoquer des réunions toutes les fois qu'il l'estime nécessaire.

**35(3)** Le quorum du conseil des doyens est constitué de quatre membres. Nonobstant toute vacance au sein du conseil, celui-ci a la faculté d'exercer tous ses pouvoirs et fonctions tant qu'il se compose de quatre membres.

Chap. 40 *Loi sur l'Université du Nouveau-Brunswick*

35(4) The President is chairman of the Board of Deans and, in his absence at meetings of the Board, the Vice-President (Academic) shall act as chairman.

35(5) The Secretary of the Board of Deans shall be appointed by the Board of Governors.

## POWERS AND DUTIES OF
## THE BOARD OF GOVERNORS

**36** Without limiting the general powers by and in this Act conferred upon or vested in the Board, it is hereby declared that the Board has all powers necessary or convenient to perform the functions and achieve the objects and purposes of the University, including the following powers:

(a) to make rules and regulations not inconsistent with this Act for the regulation and conduct of its meetings and its transactions;

(b) to exercise, in the name of and for the benefit of the University, and as the act and deed of the University, any or all of the powers, authorities and privileges by sections 3 to 16 conferred upon the University;

(c) to possess and exercise all the powers necessary for the management and government of the University, and for carrying into effect all laws relating thereto;

(d) subject to section 28, to hold regular meetings as shall be determined upon, and such special meetings as may be called by the President;

(e) to maintain and keep in proper order and condition such real property as it may deem necessary for the use of the University, and to erect and maintain thereon such buildings and structures as in its opinion are proper and necessary;

35(4) Le recteur est le président du conseil des doyens et, en son absence aux réunions, le vice-recteur à l'enseignement assume la présidence.

35(5) Le secrétaire du conseil des doyens est nommé par le Conseil des gouverneurs.

## POUVOIRS ET FONCTIONS
## DU CONSEIL DES GOUVERNEURS

**36** Sans préjudice des pouvoirs généraux qui lui sont conférés par la présente loi, il est par les présentes déclaré que le Conseil est investi de tous les pouvoirs nécessaires ou utiles à l'exercice de ses fonctions et à la réalisation des fins et des objectifs de l'Université. Le Conseil est notamment investi des pouvoirs:

a) d'établir des règles et des règlements compatibles avec la présente loi en ce qui concerne la tenue de ses réunions et la conduite de ses affaires;

b) d'exercer, au nom et dans l'intérêt de l'Université, et pour la lier, tous les pouvoirs, attributions et privilèges qui sont conférés à celle-ci par les articles 3 à 16;

c) de posséder et d'exercer tous les pouvoirs nécessaires pour la gestion et l'administration de l'Université et pour l'application des lois pertinentes;

d) sous réserve de l'article 28, de tenir les réunions ordinaires prévues ainsi que les réunions spéciales que le recteur peut convoquer;

e) d'entretenir et de conserver en bon état les biens réels qu'il estime nécessaires à l'Université ainsi que de construire et d'entretenir les bâtiments et les constructions qui, à son avis, sont utiles et nécessaires;

*University of New Brunswick Act* Chap. 40

*(f)* to lay out and expend such sums as may be deemed necessary for the support and maintenance of the University, for the betterment of existing buildings, for the erection of such new buildings as the Board may deem necessary for the uses or purposes of the University, and for the furnishing and equipment of such existing and new buildings;

*(g)* to lay out and expend such sums as it may deem expedient for the erection, equipment, furnishing, and maintenance of residences and dining-halls or other accommodations, for the use or accommodation of the students of the University, whether such students be graduates or undergraduates;

*(h)* to make rules and regulations as the Board may deem meet for the government and discipline of the University and for the management, government, control, or use of the University buildings, facilities, and lands, including, without restricting the generality of the foregoing, for the government and discipline of students and the imposition of fines and other penalties and sanctions;

*(i)* to determine or prescribe, as a condition of assistance or service, the interest of the University in any invention made by a person with the facilities, equipment or financial aid of the University, or made by an officer or employee of the University while acting within the scope of his duties or employment or resulting from or connected with his duties or employment;

*(j)* subject to sections 53 to 56, to appoint the Vice-President (Saint John), the deans of all the faculties, the heads of all the departments and divisions, the directors of all the schools, the librarian, the professors, associate professors, assistant professors, lecturers, instructors, and other teaching staff in the University, and all such officers, clerks, employees, and servants as the Board may deem necessary for the purposes of the University, and to fix their salaries or remuneration, and to define their

*f)* de débourser et de dépenser les sommes jugées nécessaires afin de pourvoir aux besoins de l'Université et à son entretien, d'améliorer les bâtiments existants, de construire les nouveaux bâtiments que le Conseil peut juger nécessaires à l'usage ou aux fins de l'Université et de meubler et équiper tous ces bâtiments;

*g)* de débourser et de dépenser les sommes jugées utiles pour la construction, l'équipement, l'ameublement et l'entretien des résidences, réfectoires ou autres installations à l'usage ou pour le logement des étudiants de l'Université, qu'ils soient du premier, du second ou du troisième cycle;

*h)* d'établir les règles et les règlements que le Conseil peut estimer indiqués pour l'administration et la discipline de l'Université, ainsi que pour la gestion, l'administration, le contrôle et l'utilisation des bâtiments, installations et biens-fonds de l'Université, y compris notamment, pour la gouverne et la discipline des étudiants et l'imposition d'amendes et autres peines et sanctions;

*i)* de déterminer ou d'établir, comme condition d'octroi de l'aide ou d'emploi, les droits de l'Université dans l'invention qu'une personne réalise en se servant des installations ou du matériel de l'Université ou grâce à l'aide financière de l'Université ou qu'un dirigeant ou un employé de l'Université réalise dans le cadre ou à l'occasion de ses fonctions ou de son emploi;

*j)* sous réserve des articles 53 à 56, de nommer le vice-recteur à Saint-Jean, les doyens de toutes les facultés, les directeurs de tous les départements et de toutes les divisions, les directeurs de toutes les écoles, le bibliothécaire, les professeurs, les professeurs agrégés, les professeurs adjoints, les chargés de cours, les moniteurs et autres membres du personnel enseignant de l'Université et tous les autres cadres, préposés, employés et commis que le Conseil peut juger nécessaires aux fins de

duties and conditions of service or employment, and their tenure of office or employment, which, unless otherwise provided, shall be during the pleasure of the Board;

*(k)* to make rules and regulations in respect of and to provide for payments by way of gratuities, retiring allowances, superannuation allowances, pensions, annuities, life insurance, disability insurance, medical or health or other such care, or any combination thereof, payable to, in respect of, or for the benefit of the persons mentioned in paragraph (j) and of the persons appointed by the Board under other sections of this Act and the President, or any class or classes thereof, out of a fund or funds comprising contributions made by such persons or any class or classes thereof or by the Board, or both, or otherwise, whether effected by agreements or arrangements entered into with one or more companies licensed to transact such business, or any of it, in the Province, or otherwise;

*(l)* to establish, on the recommendation and with the approval and consent of the Senate, such faculties, schools and departments or divisions of the University, and such chairs, bursaries, fellowships, · scholarships, medals, prizes, awards, and courses of instruction in any subject, except theology, as the Board and Senate may deem meet, and to provide for the maintenance thereof and for suitable teaching staffs;

*(m)* subject to section 40, to make rules and regulations as the Board may deem meet for the establishment and regulation of bursaries, fellowships, scholarships, prizes, medals, awards, and exhibitions;

*(n)* · to fix, determine, and collect the fees to be paid for post-graduate instruction, the fees to be paid by regular and occasional students for instruction in the faculties and

l'Université, de fixer leurs traitements ou leurs rémunérations, de définir leurs fonctions et leurs conditions de travail, ainsi que la durée de leurs fonctions auxquelles, sauf disposition contraire, ils sont nommés à titre amovible;

*k)* d'établir des ·règles et des règlements régissant les gratifications, les allocations et les pensions de retraite, les pensions, les rentes, l'assurance-vie, l'assurance-invalidité, les soins médicaux, de santé ou autre ou une combinaison de ces prestations, qui sont payables aux personnes mentionnées à l'alinéa j), à leur égard ou à leur profit ainsi qu'à l'égard ou au profit des personnes nommées par le Conseil et le président en vertu d'autres articles de la présente loi ou à l'égard ou au profit d'une ou plusieurs de ces catégories et de pourvoir au service de ces prestations en prélevant sur un fonds ou des fonds constitués par les contributions de ces personnes ou d'une ou de plusieurs de ces catégories de personnes ou par le Conseil ou par ceux-ci ou autrement, qu'elles soient servies en vertu d'accords ou d'ententes conclus avec une ou plusieurs compagnies autorisées à effectuer ces opérations ou certaines d'entre elles dans la province ou ailleurs;

*l)* d'établir, sur recommandation et avec l'approbation et le consentement du Sénat, les facultés, écoles et départements ou divisions de l'Université, ainsi que les chaires, bourses de recherche, bourses d'études, médailles, prix, récompenses et cours dans n'importe quelle matière, à l'exception de la théologie, que le Conseil et le Sénat peuvent juger indiqués, d'y subvenir et de maintenir un personnel enseignant adéquat;

*m)* sous réserve de l'article 40, d'établir les règles et règlements que le Conseil peut juger indiqués pour la création et la réglementation des bourses d'études, bourses de recherche, prix, médailles, récompenses et autres bourses;

*n)* de fixer et de percevoir les frais de scolarité payables tant par les étudiants réguliers que les étudiants à temps partiel pour l'enseignement post-universitaire et l'enseigne-

schools of the University, fees for extra-mural instruction and for public lecturing, library fees, laboratory fees, fees for examinations, degrees, diplomas and certificates, and fees for the use of any student organization having in charge student activities, social, athletic, or otherwise and, without restricting the generality of the foregoing, the building and operation of a student union or of a gymnasium or other athletic facilities, and to pay over to any such student organization the fees collected on its behalf;

*(o)* to fix, determine and collect charges or fees for any service or facility made available by the University and not comprised in paragraph (n), whether *ejusdem generis* or otherwise;

*(p)* to enter into such arrangements with the governing body of any secondary school as the Board may deem necessary for the purpose of or in connection with the academic work of the University, or of any faculty, department or division thereof; and the governing body of any such school shall have authority to make such arrangements with the Board;

*(q)* to select a seal, crest and coat of arms for the University;

*(r)* to confer, on the recommendation and with the approval and consent of the Senate, degrees of bachelor, master and doctor in course;

*(s)* to confer honorary degrees, to wit (but without limitation by reason of such particularity): doctor of laws, doctor of civil law, doctor of science, doctor of letters;

*(t)* to confer, on the recommendation and with the approval and consent of the Senate, such other degree or degrees in course or *ad eundem* and such certificates or diplomas in course and such certificates or diplomas of

ment dispensé dans les facultés et écoles de l'Université, ainsi que les frais relatifs aux cours extra-muraux, aux conférences publiques, à la bibliothèque, aux laboratoires, aux examens, aux grades, aux diplômes et aux certificats de même que les frais destinés aux organisations étudiantes qui s'occupent des activités étudiantes à caractère social, sportif ou autre, et notamment de la construction et du fonctionnement d'un centre des étudiants, d'un gymnase ou d'autres installations sportives et de remettre à ces organisations étudiantes les frais ainsi perçus en leur nom;

*o)* de fixer et de percevoir les charges ou les frais relatifs aux services offerts par l'Université, mais qui ne sont pas visés à l'alinéa n), qu'ils soient de même nature ou d'une autre nature;

*p)* de conclure avec les organismes dirigeants de n'importe quelles écoles secondaires les ententes que le Conseil peut juger nécessaires aux fins ou dans le cadre des fonctions universitaires de l'Université ou d'une faculté, d'un département ou d'une division de celle-ci, dans la mesure où ces organismes dirigeants ont le pouvoir de conclure de telles ententes avec le Conseil;

*q)* de choisir le sceau, l'emblème et les armoiries de l'Université;

*r)* de conférer, sur la recommandation et avec l'approbation et le consentement du Sénat, des baccalauréats, des maîtrises et des doctorats;

*s)* de conférer des grades honorifiques, à savoir (sans que cette énumération soit limitative): docteur en droit, docteur en droit civil, docteur en sciences, docteur en lettres;

*t)* de conférer, sur la recommandation et avec l'approbation et le consentement du Sénat, d'autres grades *in course* ou *ad eundem,* ainsi que les certificats ou diplômes *in course,* les certificats ou les diplômes

honour, merit and attendance at lectures as the Board on the recommendation and with the approval and consent of the Senate, may by regulation determine;

*(u)* to cancel, recall or suspend a degree whether heretofore or hereafter granted or conferred on any graduate of the University or graduate *ad eundem statum* of the University when the Board is satisfied that the degree was obtained by fraudulent means;

*(v)* on the advice and recommendation of the President, to expel a student from the University for a disciplinary offence; and

*(w)* to do and perform all other matters and things which may seem good, fit, and useful for the well ordering and advancement of the University, the doing of such things not being repugnant to this Act or to any law in force in the Province.

**37(1)** The Board, except when provision is expressly made in this Act, in the case of the absence of a member of the teaching staff or of any of the officers or servants of the University, appointed by the Board, or in the case of the inability of any member of the teaching staff or of any of the officers or servants of the University, appointed by the Board, to perform his duties as such, may, subject to such conditions as it may determine, appoint a person to perform the duties or to fill the office with acting rank during the absence or inability, and the Board, when the occupant of the office is a statutory member of a body constituted by this Act, may provide that the person so appointed shall act in that capacity and be a substitute for the occupant of the office during the absence or inability, provided that a person appointed an acting dean, unless the appointment otherwise provides, shall act as a substitute in the office for all of the purposes of this Act during the absence or inability.

**37(2)** An appointment under subsection (1) is subject to the pleasure of the Board and, if to the teaching staff, is subject to the approval of the

spécialisés, d'excellence ou de présence aux cours, que le Conseil peut, par règlements, établir sur la recommandation et avec l'approbation et le consentement du Sénat;

*u)* d'annuler, de révoquer ou de suspendre un grade conféré avant ou après l'entrée en vigueur de la présente loi à un diplômé de l'Université ou à un diplômé *ad eundem statum* lorsque le Conseil est convaincu que le grade a été obtenu par des moyens frauduleux;

*v)* sur l'avis et la recommandation du recteur, de renvoyer un étudiant de l'Université pour une infraction à la discipline; et

*w)* de faire toute autre chose qui peut sembler indiquée, justifiée et utile au bon fonctionnement et au développement de l'Université, et dont la réalisation est compatible avec la présente loi ou toute autre loi en vigueur dans la province.

**37(1)** En cas d'absence ou d'empêchement d'un membre du personnel enseignant, d'un dirigeant ou d'un préposé de l'Université nommé par le Conseil, ce dernier, sauf disposition expresse de la présente loi, peut, sous réserve des conditions qu'il peut déterminer, nommer un suppléant pour exécuter les fonctions ou pour occuper le poste pendant l'absence ou l'empêchement. Lorsque le titulaire du poste est un membre régulier d'un organisme constitué en vertu de la présente loi, le Conseil peut prévoir que le suppléant ainsi nommé agisse en cette qualité et remplace le titulaire du poste pendant l'absence ou l'empêchement. Sauf disposition contraire des conditions de la nomination, un doyen par intérim assume le décanat pendant l'absence ou l'empêchement pour toutes les fins de la présente loi.

**37(2)** Les nominations en vertu du paragraphe (1) sont faites à titre amovible et, dans le cas où il s'agit de membres du personnel enseig-

*University of New Brunswick Act*                                          *Chap. 40*

President as provided in this Act, and except for the purposes of that subsection, is and shall remain subject to the provisions of subsections 53(1) and 54(1).

**38**(1)  If any question arises touching the election of any elective member of the Board, or as to the right of any person to vote at any such election, or as to the appointment of a member within paragraph 23(1)(n), or as to the right of any person to be or sit or act as a member of the Board, or as to the right of any person to be or sit or act as a member of the Senate, when the question is not subject to determination by the Senate, it shall be settled and determined by the Board, whose decision shall be final.

**38**(2)  If any question arises as to the powers and duties of the Senate, the Board of Deans, the Faculty Councils, the schools, the institutes, the teaching staff, or any officer or servant of the University, it shall be settled and determined by the Board, whose decision shall be final.

**39**  All the powers over, in respect of, or in relation to the University which are not by the terms of this Act directed to be exercised by any other person or body of persons, are hereby, subject to the provisions of this Act, vested in the Board.

### POWERS AND DUTIES
### OF THE UNIVERSITY SENATE

**40**  The University Senate, subject to the provisions of this Act, is responsible for the academic affairs of the University and in particular, but without limiting the generality of the foregoing or the powers or any of them by and in this Act conferred upon or vested in it, the Senate is empowered

*a)* to make rules and regulations not inconsistent with this Act for the regulation and conduct of its meetings and its transactions;

*(b)* to recommend to the Board the conferring of honorary degrees;

nant, sont subordonnées à l'approbation du recteur dans les conditions prévues par la présente loi. Ces nominations sont et restent assujetties aux paragraphes 53(1) et 54(1), sauf pour l'application du paragraphe (1).

**38**(1)  Les questions qui ont trait, soit à l'élection d'un membre électif du Conseil, soit au droit de vote d'une personne à une telle élection, soit à la nomination d'un membre en vertu de l'alinéa 23(1)n), soit au droit d'une personne d'être membre du Conseil ou du Sénat, d'y siéger ou d'agir comme membre du Conseil ou du Sénat, à l'exclusion des questions qui relèvent du Sénat, sont tranchées par le Conseil, dont la décision est définitive.

**38**(2)  Les questions qui ont trait aux pouvoirs et aux fonctions du Sénat, du conseil des doyens, des conseils de faculté, des écoles, des instituts, du personnel enseignant, des dirigeants ou préposés de l'Université sont tranchées par le Conseil, dont la décision est définitive.

**39**  Sous réserve des autres dispositions de la présente loi, le Conseil est investi de tous les pouvoirs qui régissent l'Université ou qui s'y rapportent, mais qui ne sont conférés par la présente loi à personne d'autre ou à aucun autre groupe de personnes.

### POUVOIRS ET FONCTIONS
### DU SÉNAT DE L'UNIVERSITÉ

**40**  Sous réserve des autres dispositions de la présente loi, le Sénat de l'Université est responsable des affaires académiques de l'Université et en particulier, mais sans préjudice de la portée générale de ce qui précède ou de l'ensemble ou de l'un quelconque des pouvoirs qui lui sont conférés ou dévolus par la présente loi, le Sénat a le pouvoir:

*a)* d'établir des règles et des règlements compatibles avec la présente loi en ce qui concerne la tenue de ses réunions et la conduite de ses affaires;

*b)* de recommander au Conseil l'attribution de grades honorifiques;

*Loi sur l'Université du Nouveau-Brunswick*

*(c)* to recommend to the Board and to approve and consent to the conferring of degrees in course or *ad eundem* and the conferring of certificates or diplomas in course or of honour, merit and attendance at lectures;

*(d)* to recommend to the Board with the concurrence of the Faculty Council concerned, the cancellation, recall or suspension of a degree, whether heretofore or hereafter granted to or conferred on any graduate of the University or graduate *ad eundem* of the University, when satisfied that the degree was obtained by fraudulent means;

*(e)* to recommend to the Board and to approve and consent to the establishment of faculties, schools, departments, divisions, chairs, and courses of instruction in the University in any subject, except theology, which to the Senate may seem meet, and to recommend discontinuance to the Board;

*(f)* to recommend to the Board and to approve and consent to the establishment of bursaries, fellowships, scholarships, prizes, medals and other academic awards, and to recommend discontinuance to the Board;

*(g)* to make recommendations to the Board in respect of the affiliation of other institutions, academic planning, campus planning, building programs, the regulation and use of University facilities, and such other matters, whether or not *ejusdem generis* with the foregoing, as to the Senate may seem advisable;

*(h)* to exercise any power of a Faculty Council that the Senate may deem it advisable to exercise;

*(i)* to make rules and regulations for the management and conduct of the libraries;

*c)* de recommander au Conseil et d'approuver et permettre l'attribution de grades *in course* ou *ad eundem* et l'attribution de certificats ou de diplômes *in course,* de diplômes honorifiques ou d'excellence et de présence aux cours;

*d)* de recommander au Conseil, avec l'assentiment du conseil de faculté concerné, l'annulation, la révocation ou la suspension d'un grade conféré avant ou après l'entrée en vigueur de la présente loi à un diplômé ou à un diplômé *ad eundem* de l'université, lorsqu'il est convaincu que le grade a été obtenu par des moyens frauduleux;

*e)* de recommander au Conseil et d'approuver la création, à l'Université, de facultés, d'écoles, de départements, de divisions, de chaires et de cours d'enseignement dans n'importe quelle matière, sauf en théologie, que le Sénat peut juger indiqués, ainsi que de recommander leur suppression au Conseil;

*f)* de recommander au Conseil et d'approuver la création de bourses d'études, de bourses de recherche, de prix, de médailles et autres récompenses universitaires, d'y consentir ainsi que de recommander au Conseil leur suppression;

*g)* de présenter au Conseil les recommandations qui lui semble indiquées en ce qui concerne l'affiliation d'autres institutions, la planification des programmes pédagogiques, l'aménagement du campus, les projets de construction, la réglementation et l'utilisation des installations de l'Université et toutes autres choses, qu'elles soient ou non de même nature que ce qui précède, ainsi que le Sénat le juge à propos;

*h)* d'exercer tout pouvoir d'un conseil de faculté qu'il peut juger utile d'exercer;

*i)* d'établir des règles et des règlements pour la gestion et la direction des bibliothèques;

*University of New Brunswick Act* *Chap. 40*

*(j)* to provide for the preparation and publication of calendars;

*(k)* to regulate and determine the courses of study, instruction, and education in all the faculties, schools and departments of the University, including summer session and extension, subject to such exemptions as to the Senate may seem meet;

*(l)* to regulate and determine the conditions of award of bursaries, fellowships, scholarships, prizes, medals and other academic awards except when in relation to any such matter the conditions are prescribed by, or are to be determined by the Board under, the terms of any trust established before, or taking effect subsequent to, the commencement of this Act;

*(m)* to regulate and determine the conditions of matriculation and entrance or of entrance to the faculties and schools of the University;

*(n)* to regulate and determine the standing or advancement to be accorded in the faculties and schools of the University to persons holding certificates of having passed examinations given by other institutions or holding degrees awarded by other institutions;

*(o)* to regulate and determine the conditions of academic advancement or promotion of students and of compulsory withdrawal on academic grounds and the academic standing of any student;

*(p)* to regulate and establish the conditions under which leave of absence may be granted to a student;

*(q)* to take action upon the reports made by the respective Faculty Councils concerning the appointment of examiners and the conduct of examinations, and to provide, if it so desires, for the appointment of a University Board of Examiners and for the conduct of all University examinations;

*j)* de voir à la préparation et à la publication d'annuaires;

*k)* de réglementer et de déterminer, sous réserve des exceptions qui lui semble indiquées, les cours, l'enseignement et l'éducation que dispensent toutes les facultés, écoles et tous les départements de l'Université, y compris ceux dispensés lors de la session d'été et à l'éducation permanente;

*l)* de réglementer et de déterminer les conditions d'octroi des bourses d'études, bourses de recherche, prix, médailles et autres récompenses universitaires, sauf lorsqu'il s'agit de choses dont les conditions sont prescrites ou doivent être déterminées par le Conseil aux termes des modalités d'une fiducie établie avant l'entrée en vigueur de la présente loi ou qui prend effet après l'entrée en vigueur de la présente loi;

*m)* de réglementer et de déterminer les conditions d'inscription et d'admission ou encore les conditions d'admission aux facultés et écoles de l'Université;

*n)* de réglementer et de déterminer le régime d'équivalences et d'avancement applicable dans les facultés et écoles de l'Université pour les titulaires de certificats ou de grades conférés par d'autres institutions;

*o)* de réglementer et de déterminer les conditions de passage ou de promotion scolaire des étudiants, ainsi que les conditions de retrait obligatoire d'étudiants pour des motifs scolaires et l'ordre de classement des étudiants;

*p)* de réglementer et de déterminer les conditions suivant lesquelles un congé autorisé peut être accordé à un étudiant;

*q)* de donner suite aux rapports faits par les conseils de faculté respectifs en ce qui concerne la nomination d'examinateurs et l'organisation des examens et de veiller, s'il le désire, à la nomination d'un jury d'examen et à l'organisation de tous les examens de l'Université;

*(r)* to regulate and determine academic standards and exercise such jurisdiction over the results of all examinations as to the Senate may seem proper and necessary;

*(s)* to regulate and determine the dates for the commencement and ending of courses of instruction and for the commencement and ending of the University terms, semesters and sessions, inclusive of the summer session;

*(t)* to fix and determine the time-tables for examinations and for lectures and other instruction in the University and the conditions of exemption from and of the suspension of lectures and other instruction;

*(u)* to require written or oral reports from the various faculty or student councils or members of the teaching staff of the University, as it may deem advisable, and to require the attendance, if it so desires, of any member of the teaching staff or student, and as a result of such reports and attendances to make such recommendations to the Board as to it may seem meet;

*(v)* to hear and determine appeals from decisions of the Faculty Councils on applications by students or others;

*(w)* to consider all such matters as shall be reported to it by the council of any faculty, and to communicate its opinion or action thereon to the Faculty Council;

*(x)* subject to the powers of the Board and for the purposes of sections 53 and 54, to regulate and determine, as the Senate may deem meet, the standards in respect of all or any class or classes of initial appointment to the teaching staff of the University of the rank of professor or below, and, as the Senate may deem meet, the standards of tenure, promotion, or advancement in respect of all or any class or classes of the teaching staff to and including the rank of professor; and

*r)* de réglementer et de déterminer les normes pédagogiques et d'exercer l'autorité qu'il juge à propos et nécessaire relativement aux résultats de tous les examens;

*s)* de réglementer et de déterminer les dates du début et de la fin des cours, ainsi que des trimestres, semestres et sessions de l'Université, y compris celles de la session d'été;

*t)* d'établir et de déterminer l'horaire des examens, des cours magistraux et autres cours d'enseignement dispensés à l'Université, ainsi que les conditions de dispense ou de suspension des cours magistraux et autres cours d'enseignement;

*u)* d'exiger des divers conseils de faculté, conseils des étudiants ou membres du personnel enseignant de l'Université les rapports écrits ou verbaux qu'il juge indiqués; d'exiger, si le Sénat le désire, la comparution d'un membre du personnel enseignant ou d'un étudiant et de présenter au Conseil les recommandations qu'il peut juger indiquées à la suite de ces rapports et de ces comparutions;

*v)* d'entendre et de trancher les appels des décisions des conseils de faculté relativement aux requêtes présentées par des étudiants ou par d'autres personnes;

*w)* d'examiner toutes les autres questions qui lui sont déférées par un conseil de faculté et de faire part au conseil de faculté de son opinion ou des mesures adoptées à ce sujet;

*x)* de réglementer et de déterminer, sous réserve des pouvoirs du Conseil et pour l'application des articles 53 et 54, les normes qu'il peut juger indiquées en ce qui concerne toutes les catégories de nomination initiale au sein du personnel enseignant de l'Université, au rang de professeur ou à un rang inférieur, ainsi que les normes relatives à la permanence, à la promotion ou à l'avancement, qu'il peut juger indiquées en ce qui concerne toutes les catégories du personnel enseignant, y compris jusqu'au rang de professeur; et

*University of New Brunswick Act*                    *Chap. 40*

*(y)* to inquire into all matters tending to enhance the usefulness of the University and to report upon and make recommendations in respect of the same to the Board, the President, the Board of Deans, and the Faculty Councils as may be appropriate.

**41**(1)  A copy of every rule or regulation of the Senate providing for any of the matters mentioned in paragraphs 40(i) and (k) to (s), save a matter of the academic standing of a student within paragraph 40(o), shall within ten days after the passing thereof be transmitted to the Secretary of the Board and no such rule or regulation shall have force until it is approved by the Board.

**41**(2)  The Board may exempt from prior approval any class or classes of rules or regulations within subsection (1) and may at any time withdraw the exemption.

**41**(3)  The Board may at any time withdraw its approval of any rule or regulation within subsection (1) and may at any time annul a rule or regulation exempted under subsection (2), and from and after the withdrawal or annulment the rule or regulation shall cease to have any force.

**41**(4)  Nothing expressed in section 40 or in the other provisions of this Act shall be construed to give to the Senate power to take any action that imposes any financial obligation or liability on the University, or to fix or remit any fees or charges payable to the University.

**41**(5)  Nothing expressed in section 40 shall extend to, or be construed to affect, the powers of the Board expressed in subsection 76(1) and in section 77 of this Act.

**41**(6)  Any recommendation from the Senate to the Board or to the Board of Deans shall be transmitted to the Board or to the Board of Deans through the President and any recommendation or communication from the Senate to a Faculty Council shall be transmitted through the Dean of the Faculty.

*y)* d'examiner toutes les questions susceptibles d'accroître l'utilité de l'Université, d'en faire rapport et de présenter à ce sujet, le cas échéant, des recommandations au Conseil, au recteur, au conseil des doyens et aux conseils des facultés.

**41**(1)  Une copie de chaque règle ou règlement établi par le Sénat et qui porte sur l'une quelconque des questions mentionnées aux alinéas 40i) et k) à s), à l'exception des questions relatives au classement des étudiants au sens de l'alinéa 40o), doit être transmise au secrétaire du Conseil dans les dix jours de son établissement. Ces règles ou ces règlements n'entrent en vigueur qu'après avoir été approuvés par le Conseil.

**41**(2)  Le Conseil peut dispenser de l'approbation préalable toutes catégories de règles ou de règlements visés au paragraphe (1) et peut révoquer cette dispense n'importe quand.

**41**(3)  Le Conseil peut, n'importe quand, révoquer son approbation d'une règle ou d'un règlement visé au paragraphe (1) et annuler une règle ou un règlement faisant l'objet d'une dispense en vertu du paragraphe (2) et la règle ou le règlement en question cesse de s'appliquer à compter de la révocation ou de l'annulation.

**41**(4)  Ni l'article 40 ni aucune disposition de la présente loi ne doivent s'interpréter comme conférant au Sénat le pouvoir, soit de prendre des initiatives qui imposent des obligations ou responsabilités financières à l'Université, soit de fixer ou de remettre des frais ou charges payables à l'Université.

**41**(5)  L'article 40 ne s'applique pas aux pouvoirs du Conseil prévus au paragraphe 76(1) et à l'article 77 de la présente loi ou ne doit pas s'interpréter comme leur portant atteinte.

**41**(6)  Les recommandations que le Sénat présente au Conseil ou au conseil des doyens leur sont transmises par l'entremise du recteur. Les recommandations ou les communications que le Sénat adresse à un conseil de faculté sont transmises par l'entremise du doyen de la faculté.

**42(1)**  If any question arises touching the election of any elective member of the Senate within paragraphs 30(1)(j) to (q) and (s), (t), (x), (y) and (aa), or as to the right of any person to vote at any such election, or as to the right of any such elective person to be or to sit or act as a member of the Senate, it shall be settled and determined by the Senate whose decision shall be final.

**42(2)**  If any question arises touching student representation on the Senate, on a Faculty Council or on any committee constituted by or under the Senate or a Faculty Council, it shall be settled and determined by the Senate, whose decision shall be final.

### COMMITTEES OF BOARD AND SENATE

**43(1)**  The Board is empowered to constitute or appoint an Executive Committee and such other committees of the Board as the Board may deem advisable and to confer upon the Executive Committee or any such committee authority to act for the Board with respect to any matter or class or classes of matters vested in the Board, provided that the Executive Committee and any other committee constituted under this subsection shall include the President and in addition the Executive Committee, and any other committee appointed under this subsection when an Executive Committee has not been constituted, shall comprise at least five other members of the Board, one of whom shall be a member within paragraph 23(1)(m), and that a quorum thereof shall be at least three such members.

**43(2)**  The Senate, subject to the provisions of this Act, is empowered to constitute or appoint an Executive Committee and such other committees of the Senate as the Senate may deem advisable and to confer upon the Executive Committee or any such committee authority to act for the Senate with respect to any matter or class or classes of matters vested in the Senate, provided that the Executive Committee and any other committee constituted under this subsection shall include the President, and that the Executive Committee shall in addition comprise at least five other members of the Senate, and that a quorum thereof shall be at least three such members.

**42(1)**  Les questions qui ont trait, soit à l'élection d'un membre électif du Sénat en vertu des alinéas 30(1)j) à q) et s), t), x), y) et aa), soit au droit de vote d'une personne à une telle élection, soit au droit d'une personne élue d'être membre du Sénat, d'y siéger ou d'agir comme membre du Sénat, sont tranchées par le Sénat, dont la décision est définitive.

**42(2)**  Les questions qui ont trait à la représentation des étudiants au sein du Sénat, d'un conseil de faculté ou d'un comité constitué sous l'autorité du Sénat, d'un conseil de faculté ou par ceux-ci sont tranchées par le Sénat, dont la décision est définitive.

### COMITÉS DU CONSEIL ET DU SÉNAT

**43(1)**  Le Conseil est habilité à constituer ou nommer un comité exécutif et les autres comités qu'il peut juger indiqués et à leur conférer le pouvoir d'agir en son nom en ce qui concerne toutes les questions ou les catégories de questions qui relèvent de sa compétence, pourvu que le comité exécutif et tout autre comité constitué en vertu du présent paragraphe comprennent le recteur. En outre, le comité exécutif ainsi que tout autre comité nommé en vertu du présent paragraphe lorsqu'un comité exécutif n'a pas été constitué, doit comprendre au moins cinq autres membres du Conseil, dont l'un d'eux doit être membre en vertu de l'alinéa 23(1)m). Le quorum de ces comités est constitué d'au moins trois de ces membres.

**43(2)**  Sous réserve des autres dispositions de la présente loi, le Sénat est habilité à constituer ou à nommer un comité exécutif et les autres comités du Sénat qu'il peut juger indiqués et à leur conférer le pouvoir d'agir en son nom en ce qui concerne toutes les questions ou les catégories de questions qui relèvent du Sénat, pourvu que le comité exécutif ainsi que tout autre comité constitué en vertu du présent paragraphe comprennent le recteur. En outre, le comité exécutif doit comprendre au moins cinq autres membres du Sénat. Le quorum de ces comités est constitué d'au moins trois de ces membres.

**43(3)**  Joint Committees of the Board and of the Senate, exclusive of the provision made in section 19, may be constituted to act conjointly, and as a single body, for the Board and for the Senate as the Board and Senate may deem advisable and the Board, exclusive of the powers expressed in section 19, is empowered to confer upon any such joint committee authority to act with respect to any matter or class or classes or matters vested in the Board, and the Senate, exclusive of the powers expressed in that section, is empowered to confer upon any such joint committee authority to act with respect to any matter or class or classes of matters vested in the Senate, provided that any such joint committee shall comprise the President and in equal numbers at least three other members of the Board and at least three other members of the Senate and that a quorum thereof shall be at least four such members.

**43(4)**  An Executive Committee constituted under this section, subject to the restrictions and conditions imposed by its appointing body, is empowered to exercise all of the powers of the respective appointing body with respect to the appointment of other committees under subsections (1) and (2).

**43(5)**  A committee, other than an Executive Committee, constituted under subsections (1) to (4) shall exercise the power or powers conferred subject to the restrictions and conditions imposed by its appointing body and, in the absence of express provision made by the appointing body, a power conferred shall not include a power of sub-delegation.

**43(6)**  Advisory Committees may be appointed by the Board, by the Senate, and by the Executive Committees thereof, and any such committee may be separate or joint and may comprise members of the appointing body or non-members.

**43(7)**  Nothing in this section shall be construed to restrict, or impair, or affect the powers of the Board or the powers of the Senate to assign powers, functions, or duties, or any of them, that may be assigned or delegated by the Board or by

**43(3)**  Sous réserve de l'article 19, si le Conseil et le Sénat le jugent indiqué, des comités mixtes du Conseil et du Sénat peuvent être constitués pour agir conjointement et comme un seul organisme au nom du Conseil et du Sénat. Le Conseil et le Sénat sont chacun habilités à conférer à un tel comité mixte le pouvoir d'agir relativement à toutes les questions ou catégories de questions qui relèvent respectivement du Conseil et du Sénat, à l'exception des pouvoirs prévus à l'article 19. Tout comité mixte comprend le recteur, au moins trois membres du Conseil et autant de membres du Sénat. Le quorum de ces comités mixtes est constitué d'au moins quatre de ces membres.

**43(4)**  Sous réserve des restrictions et des conditions imposées par l'organisme investi du pouvoir de nomination, le comité exécutif constitué en vertu du présent article est habilité à exercer tous les pouvoirs de l'organisme qui l'a nommé pour la nomination d'autres comités en vertu des paragraphes (1) et (2).

**43(5)**  Les comités, à l'exception du comité exécutif, constitués en vertu des paragraphes (1) à (4) exercent le ou les pouvoirs qui leur sont conférés sous réserve des restrictions et des conditions imposées par l'organisme investi du pouvoir de nomination et, à défaut d'une disposition expresse prévue par cet organisme, le pouvoir conféré ne comprend pas le pouvoir de subdélégation.

**43(6)**  Le Conseil, le Sénat ainsi que leurs comités exécutifs peuvent nommer des comités consultatifs. Ces comités peuvent être distincts ou mixtes et peuvent comprendre des membres de l'organisme investi du pouvoir de nomination ou des non-membres.

**43(7)**  Le présent article ne doit pas s'interpréter comme restreignant ou diminuant la faculté du Conseil ou du Sénat d'attribuer les pouvoirs ou les fonctions, ou l'un quelconque de ceux-ci, qu'ils peuvent attribuer ou déléguer, indépendamment

the Senate independently of this section under the provisions of this Act.

**43(8)** The qualification expressed in subsection (1) with respect to the appointment of a member within paragraph 23(1)(m) shall not apply when all of the seats within the class are vacant, and a committee constituted under that subsection when all the seats are vacant shall not be affected by the circumstance that seats within the class become filled, and a committee constituted under that subsection when seats within the class are filled shall not be affected by the circumstance that the seat of a member of the committee within the class becomes vacant, provided that an appointment of a member within the class shall be made to the committee within four months of a seat within the class first becoming filled and within four months of the vacancy in such seat first occurring in the committee, respectively.

**44(1)** The appointing body shall designate the chairman of a committee constituted under section 43, provided that the President is the Chairman of a Joint Committee and of an Executive Committee constituted under that section and of any committee constituted under subsection (1) of that section when an Executive Committee has not been constituted.

**44(2)** The appointing body, subject to the provisions of this Act, may determine the size and quorum of a committee constituted under section 43 and may prescribe rules and regulations to govern the procedure of any such committee.

**45** A committee constituted under section 43 may be dissolved, discharged, or re-constituted and its powers may be restricted, abridged, or enlarged, in accordance with and subject to the provisions of that section, by the appointing body, or by the Board when the appointing body is the Executive Committee thereof, or by the Senate when the Executive Committee thereof is the appointing body.

du présent article, en vertu de la présente loi, ou comme portant atteinte à cette faculté.

**43(8)** La condition énoncée au paragraphe (1) relativement à la nomination d'un membre conformément à l'alinéa 23(1)m) ne s'applique pas lorsque tous les sièges de la catégorie sont vacants. Il n'est pas porté atteinte à un comité constitué en vertu de ce paragraphe du fait que des sièges de la catégorie deviennent comblés lorsque tous les sièges sont vacants. Il n'est pas non plus porté atteinte à un comité constitué en vertu de ce paragraphe du fait que le siège d'un membre du comité de la catégorie devient vacant lorsque des sièges de la catégorie sont comblés. La nomination au comité d'un membre de la catégorie doit être effectuée dans les quatre mois du jour où le siège de la catégorie a été comblé ou du jour de la vacance de ce siège au comité.

**44(1)** L'organisme investi du pouvoir de nomination désigne les présidents des comités constitués en vertu de l'article 43, à l'exception des comités mixtes, des comités exécutifs constitués en vertu de l'article 43 ainsi que des autres comités constitués en vertu du paragraphe 43(1), qui sont présidés par le recteur lorsqu'aucun comité exécutif n'a été constitué.

**44(2)** Sous réserve de la présente loi, l'organisme investi du pouvoir de nomination peut fixer le nombre de membres et le quorum d'un comité constitué en vertu de l'article 43 et établir les règles et les règlements pour régir les délibérations de ces comités.

**45** Un comité constitué en vertu de l'article 43 peut être dissout, destitué ou reconstitué et ses pouvoirs peuvent être restreints, réduits ou accrus en conformité et sous réserve de cet article, soit par l'organisme investi du pouvoir de nomination, soit par le Conseil ou le Sénat lorsque le comité exécutif du Conseil ou du Sénat est l'organisme investi du pouvoir de nomination.

## POWERS OF FACULTY COUNCILS

**46** Each Faculty Council, subject to the provisions of this Act, may

*(a)* fix the time and place of its meetings and make rules and regulations for governing its proceedings, including the determination of the quorum necessary for the transaction of business;

*(b)* subject to the powers of the Senate and to approval of the Senate, appoint the examiners and conduct the examinations for the faculty and determine the results of such examinations;

*(c)* make recommendations to the Senate in respect of all applications and memorials by students and others in connection with the faculty;

*(d)* consider and report to the Senate upon such matters affecting the faculty as to the Faculty Council may seem meet; and

*(e)* generally deal with all such matters as may be assigned to it by the Board or by the Senate, provided that in the latter case such matters fall within the powers conferred upon the Senate by this Act.

**47** A Faculty Council is empowered to constitute such committees of the Council as the Council may deem meet and to confer upon any such committee authority to act for the Council with respect to any matter or class or classes of matters vested in the Council, provided that every regulation providing for the constitution of a committee with delegated power is subject to the approval of the Senate, as provided in section 48, and to the prior approval of, and to annulment by, the Board.

**48**(1) A copy of every general rule or regulation made by a Faculty Council shall within ten days of the passing thereof be transmitted to the Secretary of the Senate, and no such general rule or regulation shall have force until it is approved by the Senate.

## POUVOIRS DES CONSEILS DE FACULTÉ

**46** Sous réserve des autres dispositions de la présente loi, chaque conseil de faculté peut:

*a)* fixer la date, heure et lieu de ses réunions et établir les règles et les règlements pour régir ses délibérations, notamment la détermination du quorum nécessaire pour ses travaux;

*b)* sous réserve des pouvoirs et de l'approbation du Sénat, nommer les examinateurs, organiser les examens pour la faculté et déterminer les résultats de ceux-ci;

*c)* faire des recommandations au Sénat en ce qui concerne toutes les requêtes et les pétitions présentées par des étudiants et d'autres personnes en rapport avec la faculté;

*d)* examiner les questions, que le conseil de faculté estime utile d'examiner concernant la faculté et en faire rapport au Sénat; et

*e)* d'une façon générale, se saisir de toutes les questions que le Conseil ou le Sénat peut lui assigner, pourvu que dans ce dernier cas, les questions relèvent des pouvoirs conférés au Sénat en vertu de la présente loi.

**47** Le conseil de faculté est habilité à constituer les comités qu'il peut juger indiqués et à leur conférer le pouvoir d'agir en son nom en ce qui concerne toutes les questions ou catégories de questions qui relèvent de lui, pourvu que les règlements prévoyant la constitution d'un comité doté de pouvoirs délégués soient soumis à l'approbation du Sénat, tel qu'il est prévu à l'article 48, ainsi qu'à l'approbation préalable et au pouvoir d'annulation du Conseil.

**48**(1) Une copie de chaque règle ou de chaque règlement général établi par le conseil de faculté est transmise au secrétaire du Sénat dans les dix jours de son établissement. La règle ou le règlement général n'entre en vigueur qu'après avoir été approuvé par le Sénat.

**48(2)** The Senate may determine the class or classes of rules or regulations within subsection (1) and may exempt from prior approval any class or classes of rules or regulations within that subsection and may at any time withdraw the exemption.

**48(2)** Le Sénat peut déterminer la catégorie ou les catégories de règles ou de règlements visés au paragraphe (1). Il peut dispenser de l'approbation préalable toutes catégories de règles ou de règlements visés à ce paragraphe et peut révoquer cette dispense n'importe quand.

**48(3)** The Senate may at any time withdraw its approval of any rule or regulation within subsection (1) and may at any time annul a rule or regulation exempted under subsection (2) and from and after the withdrawal or annulment the rule or regulation shall cease to have any force.

**48(3)** Le Sénat peut, n'importe quand, révoquer son approbation d'une règle ou d'un règlement visé au paragraphe (1) et annuler une règle ou un règlement faisant l'objet d'une dispense en vertu du paragraphe (2). La règle ou le règlement cesse de s'appliquer à compter de la révocation ou de l'annulation.

**49** A Faculty Council may advise the President in any matter affecting the interests of the University, whether academic or in relation to discipline, provided that the power and authority of the President shall not be subject to control by reason thereof.

**49** Le conseil de faculté peut conseiller le recteur sur toutes questions qui touchent les intérêts de l'Université, qu'elles soient de nature scolaire ou disciplinaire, pourvu que ce faisant, les pouvoirs et l'autorité du recteur ne soient pas assujettis à un droit de regard.

### POWERS OF BOARD OF DEANS

### POUVOIRS DU CONSEIL DES DOYENS

**50(1)** The Board of Deans may

**50(1)** Le conseil des doyens peut:

*(a)* act, on the call of the President, as an advisory body to the President;

*a)* agir, lorsque le recteur le requiert, à titre d'organisme consultatif auprès de celui-ci;

*(b)* make recommendations and representations to the Senate on any matters affecting the various faculties and schools or the University as a whole;

*b)* faire des recommandations et présenter des observations au Sénat relativement aux questions qui touchent les diverses facultés et écoles ou qui touchent l'Université dans son ensemble;

*(c)* try breaches of the rules and regulations committed by the students, and, subject to such rules and regulations as may be made in that behalf, adjudge the punishment thereof; and

*c)* juger les infractions aux règles et aux règlements commises par les étudiants et, sous réserve des règles et des règlements qui peuvent être établis à cette fin, prononcer les sanctions en l'espèce; et

*(d)* make recommendations through the President to the Board of Governors on any matters concerned with student discipline.

*d)* faire, par l'entremise du recteur, des recommandations au Conseil des gouverneurs en ce qui concerne la discipline des étudiants.

**50(2)** The Board of Governors, or the Board of Deans with the approval of the Board, may constitute a disciplinary tribunal or tribunals with

**50(2)** Le Conseil des gouverneurs ou le conseil des doyens avec l'approbation du Conseil, peut constituer un ou plusieurs tribunaux discipli-

such jurisdiction over student disciplinary offences, or any of them, within paragraph (1)(c) as the Board may determine and approve, and the Board may provide for such rights of appeal to the Board of Deans or to the Board of Governors, or either of them or both, as the Board may allow, determine or approve, provided that nothing in this section shall be construed to restrict or qualify the provisions made in this Act with respect to the expulsion of a student from the University for a disciplinary offence.

**50(3)** Nothing in subsections (1) and (2) shall be construed to restrict, or impair, or affect the disciplinary jurisdiction vested in the President under this Act.

### POWERS OF THE PRESIDENT

**51** The President is the chief executive officer of the University, and has supervision of and direction over the academic work of the University and the teaching staff thereof, and the officers and servants employed in, or in connection with, such work, including (but without limitation by reason of such particularity) the Registrar of the University, the Librarian, and the Comptroller and the Assistant Comptrollers, and has such other powers and shall perform such other duties as may be conferred upon or assigned to him by the Board.

**52** The President, in the absence of the Chancellor, shall exercise the functions of Chancellor at Encaenia and at special Convocations.

**53(1)** The President, subject to and in accordance with such standards as may be determined by the Senate, may make recommendations to the Board respecting all appointments to the teaching staff of the University.

**53(2)** No person shall be appointed a member of the teaching staff of the University, or of any school or faculty thereof, unless he is approved

naires, dont il peut déterminer et approuver la compétence en matière d'infractions à la discipline commises par les étudiants, ainsi qu'il est prévu à l'alinéa (1)c). Le Conseil peut prévoir des droits d'appel au Conseil des gouverneurs, au conseil des doyens ou à l'un et à l'autre, selon ce qu'il peut accorder, déterminer ou approuver. Le présent article ne doit pas s'interpréter comme restreignant ou modifiant les dispositions de la présente loi en ce qui concerne l'expulsion d'un étudiant de l'Université pour une infraction à la discipline.

**50(3)** Les paragraphes (1) et (2) ne doivent pas s'interpréter comme restreignant ou diminuant la compétence conférée au recteur par la présente loi en matière disciplinaire ou comme portant atteinte à cette compétence.

### POUVOIRS DU RECTEUR

**51** Le recteur est le premier dirigeant de l'Université. Il supervise et dirige les activités pédagogiques de l'Université, le personnel enseignant, les dirigeants et les préposés qui sont chargés directement ou indirectement de ces activités, et notamment (mais non exhaustivement) le registraire de l'Université, le bibliothécaire, le contrôleur et les contrôleurs adjoints. Il est investi de tous les autres pouvoirs et exerce toutes autres fonctions que peut lui conférer ou lui assigner le Conseil.

**52** En cas d'absence du chancelier, le recteur exerce les fonctions de chancelier aux cérémonies régulières et spéciales de collation des grades.

**53(1)** Sous réserve des normes que le Sénat peut déterminer et en conformité avec celles-ci, le recteur peut faire des recommandations au Conseil en ce qui a trait à toutes les nominations au sein du personnel enseignant de l'Université.

**53(2)** Nul n'est nommé membre du personnel enseignant de l'Université, d'une école ou d'une faculté de l'Université, à moins que le recteur ne

*Chap. 40*                                   *Loi sur l'Université du Nouveau-Brunswick*

for the position to which it is proposed to appoint him by the President.

**54**(1)  The President may make recommendations to the Board respecting all grants of tenure, or promotion, or both, in the teaching staff of the University, or of any school or faculty thereof, provided that, when the Senate has determined standards of tenure or of promotion in respect of any class or classes of the teaching staff, no recommendation within any such class or classes shall be made until after consultation had with the Senate or a committee thereof.

**54**(2)  No person shall be accorded tenure, or promoted, or both, in the teaching staff of the University, or of any school or faculty thereof, except on the recommendation and with the approval of the President.

**55**  No member of the teaching staff of the University, or of any school or faculty thereof, shall be demoted by the Board, and no member of the teaching staff of the University, or of any school or faculty thereof, shall be removed by the Board on grounds pertaining to his teaching ability, academic qualifications or academic behaviour, except with the approval of the President.

**56**  Subsection 53(2), subsection 54(2) and the proviso with respect to the approval of the President in section 55 shall not apply when there is a vacancy in the office of President.

**57**  The President may make recommendations to the Board respecting all removals from the teaching staff of the University, and respecting the appointment, promotion, or removal of any of the officers or servants of the University.

**58**(1)  The President may exercise the powers conferred in subsection 37(1) except that of appointment of a substitute to act for the occupant of a statutory office, other than dean, on a body constituted by this Act, provided that the President

l'agrée pour occuper le poste auquel il est proposé de le nommer.

**54**(1)  Le recteur peut faire des recommandations au Conseil en ce qui a trait à toutes les attributions de permanence, de promotion ou les deux au sein du personnel enseignant de l'Université, d'une école ou d'une faculté de l'Université, pourvu que lorsque le Sénat a déterminé les normes de permanence ou de promotion relativement à une ou à des catégories du personnel enseignant, aucune recommandation ne doit être faite relativement à cette ou à ces catégories sans consultation avec le Sénat ou avec un de ses comités.

**54**(2)  Nul ne peut se voir attribuer la permanence, une promotion ou les deux au sein du personnel enseignant de l'Université, d'une école ou d'une faculté de l'Université, sans la recommandation et l'approbation du recteur.

**55**  Aucun membre du personnel enseignant de l'Université, d'une école ou d'une faculté de l'Université ne peut être rétrogradé par le Conseil et aucun membre du personnel enseignant de l'Université, d'une école ou d'une faculté de l'Université ne peut être destitué de ses fonctions par le Conseil pour des motifs qui ont trait à ses compétences pédagogiques, à ses titres universitaires ou à son comportement professionnel, sans l'approbation du recteur.

**56**  Les paragraphes 53(2) et 54(2) ainsi que la disposition relative à l'approbation du recteur à l'article 55 ne s'appliquent pas lorsque le poste de recteur est vacant.

**57**  Le recteur peut faire des recommandations au Conseil en ce qui a trait à toutes les destitutions des membres du personnel enseignant de l'Université et en ce qui a trait aux nominations, aux promotions ou aux destitutions de tout dirigeant ou préposé de l'Université.

**58**(1)  Pourvu qu'il en fasse immédiatement rapport au Conseil, le recteur peut exercer les pouvoirs conférés au paragraphe 37(1), sauf celui de nomination du suppléant du titulaire d'un poste prévu par une loi, autre que celui de doyen, au sein

*University of New Brunswick Act*                    Chap. 40

shall forthwith report his action to the Board and an appointment so made shall be held subject to confirmation by the Board and to the provisions of subsection 37(2).

**58**(2) The President, whenever an appointment within subsection 37(1) becomes vacant, may, subject to such conditions as he may determine, appoint a person to perform the duties or to fill the office during the vacancy, provided that an appointment so made, when the office is that of a statutory member, other than dean, on a body constituted by this Act, shall not include appointment in that capacity, provided further that every appointment made under this subsection shall forthwith be reported to the Board and shall be held subject to confirmation by the Board and to such additional capacity, other than those that the President could not confer under this subsection, as the Board may determine and shall be held during the pleasure of the Board.

**58**(3) An appointment to the teaching staff under subsection (2) is subject to the provisions of subsections 53(1) and 54(1) and, except for the purposes of subsection (2), shall remain subject to the provisions of section 53 and 54.

**59**(1) The President may

(a) suspend any member of the teaching staff of the University or any officer or servant thereof, but when he exercises such power he shall forthwith report his action to the Board with a statement of his reasons therefor;

(b) summon meetings of any faculty council or school whenever he may deem it necessary to do so, and at his discretion convene joint meetings of all the faculty councils and schools or any two or more of them;

(c) suspend any student for a period not exceeding sixty days and deal summarily with any matter of student discipline notwithstanding any other provisions made in this Act relating to discipline of students, provided that

d'un organisme créé par la présente loi. La nomination doit être confirmée par le Conseil et est faite sous réserve du paragraphe 37(2).

**58**(2) Toutes les fois qu'un poste visé au paragraphe 37(1) devient vacant, le recteur peut, sous réserve des conditions qu'il peut déterminer, nommer un suppléant pour occuper le poste pendant la durée de la vacance. A l'exception du décanat, la suppléance ne s'étend au poste d'un membre prévu par la loi au sein d'un organisme créé par la présente loi. Le recteur rapporte immédiatement toute nomination qu'il fait en vertu du présent paragraphe au Conseil. La nomination est sujette à la confirmation par le Conseil ainsi qu'à toutes les autres fonctions précédemment mentionnées que le Conseil peut déterminer. La personne nommée exerce ses fonctions à titre amovible et peut être révoquée par le Conseil.

**58**(3) Toute nomination au sein du personnel enseignant en vertu du paragraphe (2) est assujettie aux paragraphes 53(1) et 54(1) et, sauf pour l'application du paragraphe (2), demeure assujettie aux articles 53 et 54.

**59**(1) Le recteur peut:

a) suspendre un membre du personnel enseignant de l'Université, un dirigeant ou un préposé de l'Université, étant entendu toutefois que lorsqu'il exerce ce pouvoir, il doit immédiatement remettre un rapport motivé au Conseil;

b) convoquer les réunions d'un conseil de faculté ou d'école lorsqu'il le juge nécessaire et convoquer à sa discrétion des réunions conjointes de tous les conseils de facultés et d'écoles ou de plusieurs d'entre eux;

c) suspendre un étudiant pour une période n'excédant pas soixante jours et connaître sommairement de toutes les questions de discipline des étudiants, par dérogation à toutes les autres dispositions de la présente loi

the President under this paragraph has no power to expel a student from the University; and

*(d)* subject to such rules and regulations as may be made by the Senate, grant to a student leave of absence from the University, for reasonable cause, and for such length of time as he judges the occasion to require.

**59**(2)  Upon the exercise by the President of any of his disciplinary powers under paragraph (1)(c), he shall forthwith report his action to the Board of Deans and to the Faculty Council concerned, with a statement of his reasons therefor, and his action shall be final subject in all cases to an appeal which, as the Board shall provide, may be to the Board, or to the Board of Deans, or both, as the Board may provide.

**59**(3)  Recommendations for the expulsion of a student from the University shall be made to the Board by the President only with the concurrence of the Board of Deans.

**60**(1)  The President shall report annually to the Board and to the Senate upon the progress and efficiency of the academic work of the University, and as to its requirements, and make such recommendations thereon as he may deem advisable; and he shall also report upon any matter which may be referred to him by the Board or by the Senate.

**60**(2)  The President shall report to the Board, as he deems occasion may require, concerning the state and discipline of the University, and lay before the Board for consideration such suggestions touching the discipline and government of the University as he may deem meet.

**61**  The enumeration of the express powers, functions and duties mentioned in sections 52 to 60 shall not be construed to restrict or limit the general powers, functions, or duties, or any of them, of the President conferred in section 51 or by or under any other section of this Act.

qui se rapportent à la discipline des étudiants, étant entendu toutefois que le recteur n'a pas le pouvoir d'expulser un étudiant de l'Université en vertu du présent alinéa; et

*d)* sous réserve des règles et des règlements qui peuvent être établis par le Sénat, accorder à un étudiant un congé autorisé pour un motif raisonnable et pour la durée qu'il estime suffisante dans les circonstances.

**59**(2)  Lorsque le recteur exerce un de ses pouvoirs disciplinaires prévus à l'alinéa (1)c), il doit immédiatement faire un rapport motivé au conseil des doyens et au conseil de faculté concerné. Son intervention est finale, sous réserve d'un appel que le Conseil doit prévoir, et qui peut être interjeté soit au Conseil des gouverneurs, soit au conseil des doyens ou aux deux, selon ce que le Conseil peut prévoir.

**59**(3)  Les recommandations d'expulsion d'étudiants de l'Université sont faites au Conseil par le recteur uniquement avec l'assentiment du conseil des doyens.

**60**(1)  Chaque année le recteur fait rapport au Conseil et au Sénat au sujet du progrès et de l'efficacité des activités pédagogiques de l'Université ainsi qu'au sujet des besoins de cette dernière et fait les recommandations qu'il peut juger indiquées à cet effet. Il doit également faire rapport au sujet des questions que le Conseil ou le Sénat peuvent lui renvoyer.

**60**(2)  Selon qu'il juge que les circonstances l'exigent, le recteur fait rapport au Conseil au sujet de la situation de l'Université et la discipline à l'Université et lui présente, pour étude, les propositions qu'il peut juger indiquées en ce qui a trait à la discipline à l'Université et à l'administration de l'Université.

**61**  L'énumération des pouvoirs et des fonctions exprès mentionnés aux articles 52 à 60 ne doit pas s'interpréter comme restreignant ou limitant les pouvoirs généraux et les fonctions générales conférés au recteur à l'article 51 ou dans tout autre article de la présente loi.

*University of New Brunswick Act* Chap. 40

**62** The President may delegate any of his powers, duties, or functions as he may deem advisable and prescribe conditions governing the exercise of any delegated power, duty or function, provided that, in the absence of express provision made by him, a power delegated shall not include a power of sub-delegation.

## POWERS OF THE VICE-PRESIDENTS

**63** The Vice-President (Academic) and, if appointed under subsection 21(5), the Vice-President (Saint John), in addition to such powers, functions and duties as are assigned in other sections of this Act, shall act for the President in such academic matters as the President may, within his own powers, delegate to them.

**64**(1) The Vice-President (Finance and Administration) shall

 (a) be responsible to the President for the co-ordination and control of the executive and administrative functions of the Fredericton campus of the University and all of the subsidiaries of the University other than in respect of academic matters; and

 (b) perform such additional duties and have such powers as may from time to time be assigned to him by the Board or by the President within its or his powers of delegation.

**64**(2) The Vice-President (Saint John) shall, in addition to the powers specified in section 63,

 (a) be responsible to the President for the co-ordination and control of the executive and administrative functions of the University on the Saint John campus; and

 (b) perform such additional duties and have such powers as may from time to time be assigned to him by the Board or by the President within its or his powers of delegation.

**62** Le recteur peut déléguer ceux de ses pouvoirs ou fonctions qu'il peut juger utiles de déléguer et en définir les conditions d'exercice. A défaut d'une disposition expresse prise en ce sens par le recteur , un pouvoir délégué ne comprend pas un pouvoir de subdélégation.

## POUVOIRS DES VICES-RECTEURS

**63** Le vice-recteur à l'enseignement et, s'il est nommé en vertu du paragraphe 21(5), le vice-recteur à Saint-Jean, en plus des pouvoirs et des fonctions qui lui sont attribués dans les autres articles de la présente loi, agit au nom du recteur en ce qui concerne les questions pédagogiques que ce dernier peut, conformément à ses pouvoirs, lui déléguer.

**64**(1) Le vice-recteur aux finances et à l'administration:

 a) est responsable devant le recteur de la coordination et du contrôle des fonctions exécutives et administratives, à l'exception des questions pédagogiques, du campus de l'Université à Fredericton, ainsi que de toutes les constituantes de l'Université; et

 b) exerce les fonctions additionnelles et détient les pouvoirs qui peuvent lui être attribués de temps à autre par le Conseil ou par le recteur conformément à leurs pouvoirs de délégation.

**64**(2) En plus des pouvoirs spécifiés à l'article 63, le vice-recteur à Saint-Jean:

 a) est responsable devant le recteur de la coordination et du contrôle des fonctions exécutives et administratives du campus de l'Université à Saint-Jean; et

 b) exerce les fonctions additionnelles et détient les pouvoirs qui peuvent lui être attribués de temps à autre par le Conseil ou par le recteur conformément à leurs pouvoirs de délégation.

*Chap. 40*          *Loi sur l'Université du Nouveau-Brunswick*

## POWERS OF THE COMPTROLLER

**65** The Comptroller shall

*(a)* be responsible to the Vice-President (Finance and Administration) and shall act as his chief executive assistant;

*(b)* be responsible for preparation of the University statistics, and of annual financial statements for submission to the Board and to the Lieutenant-Governor in Council;

*(c)* have oversight over the properties, revenues and expenditures of the University including the supervision of the servants and employees concerned therewith; and

*(d)* exercise such other powers and functions as may be assigned to him by the Board.

**66** The Assistant Comptroller shall keep the accounts of the University and assist the Comptroller; the senior Assistant Comptroller shall carry out the duties of the Comptroller in his absence.

## DUTIES OF SECRETARY OF THE BOARD AND OF THE REGISTRAR

**67** The Secretary of the Board, in addition to the powers and duties expressed in other sections of this Act, shall have such powers and perform such duties as may be assigned to him by the Board.

**68** The Registrar shall have such powers and perform such duties as may be assigned to him by the Board, the Senate or the President.

## DEANS OF FACULTIES

**69(1)** The Dean of a faculty is the chief executive officer of the faculty to which he is appointed, and, subject to the control of the President, has general supervision over and direction of the work of the faculty, the teaching staff, and the teaching and training of the students, and shall have such other powers and duties as may be assigned to him by the President.

## POUVOIRS DU CONTRÔLEUR

**65** Le contrôleur:

*a)* est responsable devant le vice-recteur aux finances et à l'administration et agit à titre de premier dirigeant adjoint de celui-ci;

*b)* est responsable de la préparation des statistiques de l'Université ainsi que des états financiers annuels qui sont présentés au Conseil et au lieutenant-gouverneur en conseil;

*c)* est chargé de la surveillance des biens, des revenus et des dépenses de l'Université, y compris la supervision des préposés et des employés que ces choses concernent; et

*d)* exerce les autres pouvoirs et fonctions qui peuvent lui être attribués par le Conseil.

**66** Le contrôleur adjoint tient les comptes de l'Université, assiste le contrôleur et exerce les fonctions de ce dernier en son absence.

## FONCTIONS DU SECRÉTAIRE DU CONSEIL ET DU REGISTRAIRE

**67** Le secrétaire du Conseil, en plus des pouvoirs et des fonctions prévus aux autres articles de la présente loi, est investi des pouvoirs et exerce les fonctions que le Conseil lui attribue.

**68** Le registraire est investi des pouvoirs et exerce les fonctions que le Conseil, le Sénat ou le recteur lui assigne.

## DOYENS DES FACULTÉS

**69(1)** Le doyen d'une faculté est le premier dirigeant de la faculté à laquelle il est nommé et, sous réserve du droit de regard du recteur, il assure la supervision générale et la direction des activités de la faculté, du personnel enseignant, de l'enseignement et de la formation des étudiants. En outre, il est investi de tous les autres pouvoirs et fonctions que le recteur peut lui assigner.

*University of New Brunswick Act*                    *Chap.* 40

**69(2)** The head of each department or division is responsible to the Dean, in the first instance, for the satisfactory performance of the work of the department or division within the faculty.

**69(3)** The Dean is responsible for providing that the minutes of the Faculty Council are properly kept, and he shall keep in his possession copies of all minutes and records of the Faculty Council.

**69(4)** The Dean of a faculty, subject to the approval of the President, may delegate any of his powers or duties under this section subject to such restrictions and conditions as may be imposed, provided that a power delegated shall not include a power of sub-delegation.

### GENERAL FACULTY

**70(1)** The General Faculty of the University shall consist of the members of the Faculty Councils, the Vice-President (Saint John), the Directors of Schools of the University, the Vice-President (Finance and Administration), the Registrar, the Comptroller, the Assistant Comptrollers, the Librarian, and such other members or class or classes of members, subject to such conditions of membership, as the Senate, subject to the approval of the Board, shall determine.

**70(2)** The General Faculty may inquire into all matters tending to enhance the usefulness of the University and may report upon and make recommendations in respect of the same to the Board, or to Senate, or to the Board of Deans, or to the Faculty Councils, as may be appropriate.

**70(3)** The General Faculty may make rules and regulations to govern its proceedings and transactions, provided that the President may summon meetings whenever he may deem it necessary to do so.

**70(4)** The President is the chairman of the General Faculty and, in the absence of the President at a meeting of the General Faculty, the Vice-President (Academic) shall act as chairman.

**69(2)** Le directeur de chaque départment ou de chaque division est en premier lieu responsable devant le doyen de la bonne exécution des activités du département ou de la division au sein de la faculté.

**69(3)** Le doyen est tenu de s'assurer que les procès-verbaux du conseil de faculté sont convenablement tenus et il doit conserver en sa possession des copies de tous les procès-verbaux et registres du conseil de faculté.

**69(4)** Sous réserve de l'approbation du recteur, le doyen d'une faculté peut déléguer l'un quelconque de ses pouvoirs ou fonctions prévus au présent article, sous réserve des restrictions et des conditions qui peuvent être imposées. Le pouvoir délégué ne comprend pas le pouvoir de subdélégation.

### CONSEIL GÉNÉRAL DES FACULTÉS

**70(1)** Le conseil général des facultés de l'Université est constitué des membres des divers conseils de faculté, du vice-recteur à Saint-Jean, des directeurs des écoles de l'Université, du vice-recteur aux finances et à l'administration, du registraire, du contrôleur, des contrôleurs adjoints, du bibliothécaire et des autres membres ou autres catégories de membres, sous réserve des conditions de participation que le Sénat détermine avec l'approbation du Conseil.

**70(2)** Le conseil général des facultés peut étudier toutes les questions susceptibles d'accroître l'utilité de l'Université, en faire rapport et faire les recommandations appropriées à ce sujet au Conseil, au Sénat, au conseil des doyens ou aux conseils des facultés.

**70(3)** Le conseil général des facultés peut établir des règles et des règlements pour régir ses délibérations et ses affaires. Toutefois, le recteur peut convoquer des réunions toutes les fois qu'il peut le juger nécessaire.

**70(4)** Le recteur est le président du conseil général des facultés. En l'absence du recteur à une réunion du conseil général des facultés, le vice-recteur à l'enseignement assume la présidence.

**70(5)**  The Secretary of the General Faculty shall be appointed by the General Faculty.

**70(5)**  Le conseil général des facultés se nomme un secrétaire.

### INSTITUTES AND AFFILIATED COLLEGES

### INSTITUTS ET COLLÈGES AFFILIÉS

**71**  The Board, subject to the laws of the Province, may establish any institute, institution, organization or society for or in connection with the purposes or objects, or any of them, of the University, subject to the consent and approval of the Senate when the creation of any such body is in relation to a matter within the powers of the Senate, and the Board may make provision for the maintenance thereof, and, subject to the provisions of this Act, the Board and the Senate may confer upon any such body such powers and assign such duties, subject to such restrictions and conditions, as to the Board and Senate may seem meet.

**71**  Sous réserve des lois de la province, le Conseil peut créer un institut, une institution, un organisme ou une association pour les fins ou les objets de l'Université ou en rapport avec ceux-ci ou avec l'un quelconque d'entre eux, sous réserve du consentement et de l'approbation du Sénat lorsque la création de l'un quelconque de ces organismes se rapporte à une question qui relève des attributions du Sénat. Le Conseil peut prendre des mesures pour assurer leur existence. Sous réserve des autres dispositions de la présente loi, le Conseil et le Sénat peuvent conférer à l'un quelconque de ces organismes les pouvoirs et fonctions qu'ils jugent à propos, sous réserve des restrictions et des conditions qu'ils jugent indiquées.

**72**  Any teachers' college or normal school or teacher-training school in existence or established hereafter, organized by the Department of Education for the instruction and training of teachers in the science of education and the art of teaching, may be affiliated with the University, upon such terms and conditions, not repugnant to any law or system of education in force in the Province, as the Board may deem meet, but the terms and conditions of the affiliation of any such teachers' college, normal school or teacher-training school shall be subject to the approval of the Lieutenant-Governor in Council.

**72**  Les écoles normales existantes ou qui seront établies dorénavant, que le ministère de l'Éducation organise pour l'instruction et la formation d'enseignants en sciences de l'éducation et dans l'art d'enseigner, peuvent être affiliées à l'Université suivant les modalités et aux conditions que le Conseil peut juger indiquées et qui sont compatibles avec les lois et le système d'éducation en vigueur dans la province. Les modalités et conditions de l'affiliation d'une école normale sont soumises à l'approbation du lieutenant-gouverneur en conseil.

**73(1)**  Any college or university in the Province may be affiliated with the University, upon such terms and conditions, not repugnant to any law or system of education in force in the Province, as the Board may think fit, but the terms and conditions of the affiliation of any such college or university shall be subject to the approval of the Lieutenant-Governor in Council.

**73(1)**  Tout collège ou université de la province peut être affilié à l'Université suivant les modalités et aux conditions que le Conseil peut juger appropriées et qui sont compatibles avec les lois et le système d'éducation en vigueur dans la province. Les modalités et conditions de l'affiliation d'un collège ou d'une université sont soumises à l'approbation du lieutenant-gouverneur en conseil.

**73(2)**  Nothing contained in this Act shall interfere with the right

**73(2)**  La présente loi n'a pas pour effet de porter atteinte au droit:

*(a)* of any affiliated college or university to make such provision in regard to religious instruction and religious worship for its own students as it may deem proper, and to require the same to be observed as part of its own discipline; and

*(b)* of any affiliated theological college to grant and confer degrees in theology, including honorary degrees and certificates of proficiency.

**74**(1)  The Board, subject to the provisions of this subsection, shall prescribe such rules and regulations as it shall determine to govern the election or appointment to the Board of the members to be elected or appointed within paragraph 23(1)(n) and, without restricting the generality of the foregoing, the Board may determine the manner of selection and whether by election or appointment, the constituency for an election or appointment and the class or classes of students to be excluded from or included therein, the time and manner and conduct of an election or appointment, the commencement of and the term of office and the conditions of vacation of office and the filling of a vacancy, the eligibility for reelection or re-appointment and the qualifications for office, provided that the persons eligible for office shall be in good academic standing in the University and provided further that the term of office, subject to such provision as may be made for continuance in office until a successor is elected or appointed, shall not exceed three years.

**74**(2)  A member of the Board elected or appointed under subsection (1) shall hold office thereon subject to and in accordance with the provisions expressed in and made under that subsection.

**74**(3)  The Senate, in accordance with such rules and regulations as it shall determine or approve, subject to subsection 42(2), may provide for student representation, or appoint such representation to, the Senate.

*a)* d'un collège ou d'une université affiliés de prendre les dispositions qui peuvent sembler justifiées en ce qui concerne l'enseignement de la religion et le culte religieux pour leurs étudiants et d'exiger leur respect dans le cadre de sa propre discipline;

*b)* d'un séminaire affilié de décerner et de conférer des grades en théologie, y compris des grades honorifiques et des certificats d'aptitude.

**74**(1)  Sous réserve du présent paragraphe, le Conseil établit les règles et les règlements applicables à l'élection ou à la nomination au sein du Conseil des membres qui doivent être élus ou nommés conformément à l'alinéa 23(1)n). Le Conseil peut notamment déterminer le mode de sélection par élection ou nomination, le corps électif ou l'organisme investi du pouvoir de nomination, la ou les catégories d'étudiants qui en sont exclus ou y sont inclus, la date et le mode d'élection ou de la nomination, le début et la durée du mandat, les conditions relatives à la vacance d'un poste, ainsi que celles qui visent à combler une vacance, les conditions de rééligibilité ou d'admissibilité à une nouvelle nomination et les qualités requises pour occuper le poste. Les candidats doivent être des étudiants en règle de l'Université et leur mandat ne peut, sous réserve des dispositions qui peuvent être adoptées pour le maintien en poste jusqu'à l'élection ou à la nomination d'un successeur, dépasser trois ans.

**74**(2)  Le membre du Conseil élu ou nommé en vertu du paragraphe (1) occupe ce poste conformément aux dispositions prévues à ce paragraphe ou adoptées en vertu de celui-ci.

**74**(3)  Sous réserve du paragraphe 42(2) et conformément aux règles et aux règlements qu'il arrête ou approuve, le Sénat peut prendre des dispositions relativement à la représentation des étudiants ou nommer des représentants étudiants au Sénat.

**74(4)** A Faculty Council, in accordance with such rules and regulations as it shall determine or approve, subject to subsection 42(2), may provide for student representation on, or appoint such representation to, the Faculty Council.

**74(5)** The Board and the Senate, in accordance with such rules and regulations as each shall determine, may provide for student representation on or appoint such representation to advisory committees, whether joint or separate, constituted under the Board and the Senate respectively, and, in addition thereto or otherwise, the Senate, in accordance with such rules and regulations as it shall determine or approve, may provide for student representation on or appoint such representation to advisory committees constituted under a Faculty Council.

**74(6)** A student within the provision or appointment made under subsection (3), (4) or (5) shall, subject to the rules and regulations made under the subsection, be a member of the body within the provision or appointment, except that a student shall not be a member of any such body for the purpose of subsection 27(9) or 70(1) and shall not be a member of any such body for any purpose in relation to the determination of examination results and the award of degrees, certificates and diplomas in course.

**74(7)** The Senate may make provision for enabling the students of the University, and of the affiliated institutions and colleges, to appoint a representative committee of themselves, to be chosen in such manner as shall be approved by the Senate, and which shall be the recognized official medium of communication on behalf of such students between them and the Senate, and which shall have the right to make communications through the President to the Senate upon any subject in which they are or may deem themselves to be interested, and the Senate may give to any such committee such powers of government with respect to the conduct of the students it represents

**74(4)** Sous réserve du paragraphe 42(2) et conformément aux règles et aux règlements qu'il arrête ou approuve, un conseil de faculté peut prendre des dispositions relativement à la représentation des étudiants ou nommer des représentants étudiants au conseil de faculté.

**74(5)** Conformément aux règles et aux règlements qu'ils arrêtent respectivement, le Conseil et le Sénat peuvent prendre des dispositions relativement à la représentation des étudiants ou nommer des représentants étudiants au sein des comités consultatifs, qu'ils soient mixtes ou distincts, constitués sous leur autorité respective. En outre ou par ailleurs, conformément aux règles et aux règlements qu'il arrête ou approuve, le Sénat peut prendre des dispositions relativement à la représentation des étudiants ou nommer des représentants étudiants au sein des comités consultatifs constitués sous l'autorité d'un conseil de faculté.

**74(6)** Sous réserve des règles et des règlements établis en vertu du paragraphe (3), (4) ou (5), l'étudiant visé par le paragraphe (3), (4) ou (5) ou nommé en vertu d'un de ceux-ci doit être membre de l'organisme en question. Toutefois, pour l'application des paragraphes 27(9) ou 70(1) et aux fins de la détermination des résultats d'examen, de l'octroi de grades, certificats et diplômes *in course,* l'étudiant n'est pas tenu d'être membre d'un tel organisme.

**74(7)** Le Sénat peut prendre des dispositions pour permettre aux étudiants de l'Université, des institutions et des collèges affiliés de se nommer un comité de représentants devant être choisis selon le mode approuvé par le Sénat. Le comité est le porte-parole officiel des étudiants auprès du Sénat et peut se prononcer, par l'entremise du recteur, sur toutes les questions qui les intéressent ou peuvent les intéresser. Le Sénat, de la manière qu'il juge indiquée, peut doter ce comité des pouvoirs de direction en ce qui concerne les étudiants que le comité représente, sous réserve, bien entendu et tel qu'il est prévu dans la présente loi, du droit de regard du Conseil, du Sénat, du

*University of New Brunswick Act*                    *Chap.* 40

as to the Senate shall seem meet, subject always, as provided in this Act, to the control of the Board, the Senate, the President and the Board of Deans.

**74(8)** Nothing expressed in subsection (7) shall be construed to take away or impair the right of any student of the University or of an affiliated institution or college to make complaint to the governing bodies thereof in respect of any matter as to which he is or may deem himself to be entitled to complain; every such complaint shall be transmitted through the President to the proper governing body and nothing in that subsection shall be construed to impair or affect the right of control which an affiliated institution or college possesses over its students.

**74(9)** The Board, the Senate and the Faculty Councils, in providing for student representation under this section, may consult with representatives of the recognized student bodies.

## ENDOWMENTS AND SCHOLARSHIPS

**75** With the consent of the Board, and subject to the powers of the Senate, any person may found such and so many faculties, schools, professorships, lectureships, fellowships, scholarships, exhibitions, prizes, loan funds, or other rewards in the University, not inconsistent with the spirit and provisions of this Act, as he may think proper, by providing a sufficient endowment therefor in money, land or other property.

**76(1)** There shall be in the University five scholarships in the general undergraduate courses to be known as "University Scholarships" of such value as the Board may determine and awarded annually under such regulations as the Board may prescribe.

**76(2)** Nothing in subsection (1) shall be construed to limit the power of the Board to create other fellowships or scholarships, whether undergraduate or graduate, of like or different amounts.

recteur et du conseil des doyens.

**74(8)** Le paragraphe (7) ne doit pas s'interpréter comme supprimant ou limitant le droit d'un étudiant de l'Université, d'une institution ou d'un collège affiliés de porter plainte auprès des organes dirigeants de ces institutions à propos d'une question au sujet de laquelle il estime avoir le droit de le faire. Ces plaintes sont transmises aux organes dirigeants concernés par l'entremise du recteur. Le paragraphe (7) ne doit pas non plus s'interpréter comme diminuant le droit de contrôle qu'une institution ou qu'un collège affilié possède à l'égard de ses étudiants ni comme portant atteinte à ce droit.

**74(9)** Pour pourvoir à la représentation des étudiants en vertu du présent article, le Conseil, le Sénat et les conseils de faculté peuvent consulter des représentants des associations reconnues des étudiants.

## DOTATIONS ET BOURSES

**75** Sous réserve du consentement du Conseil et des pouvoirs du Sénat, toute personne peut, selon qu'elle peut le juger à propos, fonder à l'Université autant de facultés, d'écoles, de chaires d'enseignement au rang de professeur ou de chargé de cours, de bourses de recherche, de bourses d'études, de prix, de fonds de prêts ou autres récompenses compatibles avec l'esprit et les dispositions de la présente loi, en fournissant une dotation adéquate à cette fin en argent, en biensfonds ou en biens d'une autre nature.

**76(1)** Au niveau du premier cycle, 5 bourses, dites «Bourses d'étude de l'Université», dont le Conseil peut déterminer la valeur, sont décernées annuellement suivant les règlements que le Conseil peut établir.

**76(2)** Le paragraphe (1) ne saurait s'interpréter comme limitant le pouvoir du Conseil de créer d'autres bourses de recherche ou d'études de montants identiques ou différents pour les premier, deuxième ou troisième cycles.

*Chap. 40*                *Loi sur l'Université du Nouveau-Brunswick*

**77** Section 29 of Chapter 64 of the Consolidated Statutes of 1877, re-enacted as section 29 of Chapter 49 of the Consolidated Statutes of 1903 and continued, as amended, as section 77 of Chapter 12 of the Acts of New Brunswick, 1968, is hereby continued, viz:

Whereas, His Excellency the late Sir Howard Douglas, Baronet, then Lieutenant-Governor of this Province, and Chancellor of the University of King's College, paid into the Treasury of this Province the sum of four hundred dollars upon condition that the yearly interest thereof should be applied to the purchases of the Medal or Prize hereinafter mentioned; Henceforth and for ever there shall be paid to the said Corporation the yearly sum of forty dollars out of the Treasury of this Province, to be applied and disposed of for the purchase of a suitable medal or prize for the best composition in prose or verse in the Greek, Latin or English Languages, on such subject as the Visitor of the University for the time being may appoint, under such regulations for that purpose as may be made by the Board of said University.

**GENERAL PROVISIONS**

**78** The Board may admit, at its discretion, into the undergraduate courses or the graduate courses of the University free of fees, such persons as it may deem deserving of such gratuitous instruction, subject to such rules and regulations as may be prescribed by it.

**79** All students proceeding to any degree, except in cases for which special provision is made on the authority of the Board and the Senate, shall be enrolled in the University.

**80** A person who has not received his instruction in the University, or in any affiliated college or institution, may be admitted as a candidate for examination for standing, or for any degree, honour, fellowship, scholarship, diploma or certificate of proficiency authorized to be granted or conferred by the University, on such conditions as the Board and the Senate may determine.

**77** L'article 29 du chapitre 64 des Lois refondues de 1877, réédicté en tant qu'article 29 du chapitre 49 des Lois refondues de 1903 et prorogé, tel qu'il est modifié, en tant qu'article 77 du chapitre 12 des Lois du Nouveau-Brunswick de 1968, est par les présentes prorogé, à savoir:

Attendu que Son Excellence le défunt baronnet, Sir Howard Douglas, alors lieutenant-gouverneur de la province et chancelier de «The University of King's College» a versé au Trésor de la province la somme de quatre cents dollars, à la condition que les intérêts annuels de cette somme soient utilisés pour l'achat des médailles et des prix ci-après mentionnés. Dorénavant, il sera payé à ladite corporation, en prélevant sur le Trésor de la province, la somme annuelle de quarante dollars afin qu'elle soit utilisée pour l'achat d'une médaille ou d'un prix approprié, pour la meilleure composition, en prose ou en vers, de grec, de latin ou d'anglais, sur un sujet que le visiteur en fonction de l'Université désignera, selon les règlements que le Conseil de l'Université pourra prendre à cette fin.

**DISPOSITIONS GÉNÉRALES**

**78** Le Conseil est libre d'admettre aux cours des premier, deuxième et troisième cycles de l'Université, sans frais de scolarité, les personnes qui peuvent sembler mériter un tel enseignement gratuit, sous réserve des règles et des règlements qu'il peut établir.

**79** Sauf dans les cas où des dispositions spéciales sont prises sur l'ordre du Conseil et du Sénat, tous les étudiants visant l'obtention d'un quelconque grade doivent être inscrits à l'Université.

**80** Quiconque n'a pas reçu son enseignement à l'Université ou dans un collège ou une institution affiliés peut être admis à titre de candidat à un examen d'équivalence ou à l'un quelconque des grades, baccalauréats spécialisés, bourses de recherche, bourses d'études, diplômes ou certificats d'aptitude que l'Université est autorisée à décerner ou à conférer, aux conditions que le Conseil et le Sénat peuvent fixer.

**81** The Board may make rules and regulations relative to the physical examination of the students, or any of them, of the University.

**82** The Board may make rules and regulations relative to approval of the accommodations of the students, or any of them, of the University.

**83** The Board and the Senate respectively, in addition to the powers conferred to prescribe or approve rules and regulations in respect to the meetings of any body, including the Board and Senate, constituted by or under this Act, may make rules and regulations to provide for the validation of the proceedings of any such body when any defect arises in relation to any omission to give notice or any defect in the form of notice or any defect in the calling of a meeting and, in addition thereto or otherwise, the Board may make such provision in relation to the Board of Deans and to meetings of the General Faculty.

**84**(1) Whenever a body constituted by or under this Act is authorized or empowered to take action by rule or by regulation, or by both, the action may be taken by the body in that manner or, subject to subsection (2), by resolution as the body may determine, provided that when any such action is subject to approval, and such action is taken by resolution, the resolution shall be subject to approval as if a rule or regulation.

**84**  (2) The Board and the Senate respectively may prescribe that action taken by a body constituted under the Board and the Senate, or taken by a body when the action is subject to the approval of the Board and the Senate respectively, be taken in the manner prescribed for action by the body.

**84**(3) The Board and the Senate respectively may prescribe the manner of authentication of any rule or regulation or resolution made or adopted by the

**81** Le Conseil peut établir des règles et des règlements relatifs à l'examen médical de l'ensemble ou de l'un quelconque des étudiants de l'Université.

**82** Le Conseil peut établir des règles et des règlements relatifs à l'approbation des logements de l'ensemble ou de l'un quelconque des étudiants de l'Université.

**83** En plus des pouvoirs qui leur sont conférés pour établir ou approuver des règles et règlements relatifs aux réunions d'un organisme constitué par la présente loi ou en vertu de celle-ci, y compris pour leurs propres réunions, le Conseil et le Sénat respectivement peuvent établir des règles et règlements pour valider les délibérations d'un tel organisme lorsqu'elles sont frappées d'un vice qui se rapporte à une omission de donner avis, à un vice de forme de l'avis ou à un vice dans la procédure de convocation d'une réunion. En outre ou par ailleurs, le Conseil peut prendre des dispositions semblables relativement au conseil des doyens et aux réunions du conseil général de facultés.

**84**(1) Toutes les fois qu'un organisme constitué par la présente loi ou en vertu de celle-ci est autorisé à prendre des mesures par voie de règle ou de règlement, ou les deux, ou est investi de ce pouvoir, l'organisme peut prendre les mesures de cette manière ou, sous réserve du paragraphe (2), par voie de résolution qu'il peut adopter, à la condition que si une telle mesure est assujettie à l'approbation et que la mesure est prise par voie de résolution, celle-ci soit assujettie à l'approbation comme si elle était une règle ou un règlement.

**84**(2) Le Conseil et le Sénat respectivement peuvent ordonner que la mesure prise par un organisme constitué sous leur autorité ou prise par un organisme alors que la mesure est assujettie à leur approbation le soit de la manière prescrite pour une mesure prise par l'organisme en question.

**84**(3) Le Conseil et le Sénat respectivement peuvent établir le mode d'authentification d'une règle, d'un règlement ou d'une résolution

Board and the Senate, or by a body constituted thereunder, and, in addition thereto or otherwise, the Senate may make such provision in relation to the Faculty Councils and the Board may make such provision in relation to the Board of Deans and to the General Faculty, and it shall not be essential to the validity of any rule or regulation or resolution made or adopted by the Board that it be under the corporate seal of the Board if it is authenticated in the manner prescribed by the Board.

**84(4)** Nothing in subsection (3) shall be construed to qualify, affect, or extend as such to section 15 of this Act.

**85(1)** Subject to the provisions of this Act, any act or thing done by the majority of the members present at a meeting of a body constituted by or under this Act shall be deemed to have been done by the body as long as the members present at that meeting constitute a quorum and the body is otherwise constituted in accordance with this Act.

**85(2)** Except as expressly provided in this Act, in the case of the absence of the chairman and an acting chairman as provided in this Act, at a meeting of any body constituted by or under this Act, the President may designate a member of the body to act as chairman *pro tempore* and, in the absence of such designation, the body may appoint one of its members to act as chairman *pro tempore* and the person so designated or appointed shall act as and have all the powers of the chairman.

**85(3)** The chairman of a body constituted by or under this Act, subject to the provision made in subsection 19(6) and to the restrictions expressed in subsection 23(4), shall have the same right of voting as other members of the body and a question, in the case of an equality of votes on a motion, shall be deemed to be resolved in the negative.

prise ou adoptée par le Conseil et le Sénat ou par un organisme constitué sous leur autorité. En outre ou par ailleurs, le Sénat peut prendre des dispositions semblables relativement aux conseils de faculté et le Conseil peut en faire de même relativement au conseil des doyens et au conseil général des facultés. Le sceau du conseil n'est pas essentiel pour valider une règle, un règlement ou une résolution prise ou adoptée par le Conseil s'ils sont authentifiés de la manière prescrite par le Conseil.

**84(4)** Le paragraphe (3) ne saurait s'interpréter comme limitant la portée de l'article 15 de la présente loi, le visant ni s'y appliquant comme tel.

**85(1)** Sous réserve des autres dispositions de la présente loi, tout acte ou toute chose accompli par la majorité des membres présents à une réunion d'un organisme constitué par la présente loi ou en vertu de celle-ci est réputé avoir été accompli par l'organisme tant que les membres présents à cette réunion forment un quorum et que l'organisme est constitué en conformité avec la présente loi.

**85(2)** Sauf disposition expresse contraire de la présente loi, en cas d'absence du président et du président par intérim, tel qu'il est prévu par la présente loi, à une réunion d'un organisme constitué par la présente loi ou en vertu de celle-ci, le recteur peut désigner un suppléant temporaire pour agir à titre de président de l'organisme. A défaut d'une telle désignation, l'organisme en question peut nommer un de ses membres à titre de président temporaire. La personne ainsi désignée ou nommée exerce les fonctions et les pouvoirs du président.

**85(3)** Sous réserve du paragraphe 19(6) et des restrictions exprimées au paragaphe 23(4), le président d'un organisme constitué par la présente loi ou en vertu de celle-ci a le même droit de vote que les autres membres de l'organisme. En cas de partage égal des voix, la question mise au vote est réputée avoir reçu une réponse négative.

**85(4)**  A member of the Senate who is a member within paragraph 30(1)(u) and, by virtue of office, a member within paragraphs 30(1)(e) and (f), shall have only one vote.

**86**  There shall be no professorship of theology in the University, nor shall any religious test whatever be required of or imposed upon any member of the Board, any member of the teaching or administrative staff, student, or other person in any way connected with the University.

**87**  Every graduate of the former College of New Brunswick or of the former King's College shall be deemed to be a graduate of The University of New Brunswick.

**88**  No action shall be brought against any member of the Board on account of anything done or omitted by him in the execution of his office except with the written consent of the Attorney General.

**89**  No person shall assume or use the crest or coat of arms of the University or any design in imitation of the same except upon and in accordance with the consent of the Board or except as may be authorized under and in accordance with such regulations as may be prescribed by the Board.

**90**  Whenever in any Act, prior to the commencement of this Act, or in any document, reference is made to the Senate of the University or to the University Council, the same shall be construed, unless the context and the provisions of this Act otherwise require, as a reference to the Board or to The University Senate, respectively, as constituted under this Act.

### REPEAL

**91**  *The University of New Brunswick Act, Chapter 12 of the Acts of New Brunswick, 1968, is repealed except sections 8 and 77 as provided in sections 8 and 77 of this Act.*

**85(4)**  Tout membre du Sénat qui est membre au sens de l'alinéa 30(1)u) et qui est membre au sens des alinéas 30(1)e) et f) en vertu de son poste a droit uniquement à une voix.

**86**  Il ne peut y avoir de chaire de théologie à l'Université. Les membres du Conseil, du personnel enseignant ou du personnel administratif, les étudiants ou les autres personnes liées de quelque façon que ce soit à l'Université ne peuvent être obligés de subir quelque vérification des croyances religieuses que ce soit ou se voir imposer une telle vérification.

**87**  Tous les diplômés de l'ancien College of New Brunswick ou de l'ancien King's College sont réputés être des diplômés de l'Université du Nouveau-Brunswick.

**88**  Il ne peut être intenté d'action contre un membre du Conseil en raison d'un acte ou d'une omission qu'il commet dans l'exécution de ses fonctions, à moins d'obtenir le consentement écrit du procureur général.

**89**  Il est interdit à une personne de s'approprier ou d'utiliser l'emblème ou les armoiries de l'Université ou un dessin qui les imite, à moins d'obtenir le consentement du Conseil ou d'y être autorisé aux termes des règlements qui peuvent être établis par le Conseil.

**90**  Toutes les fois qu'une loi, avant l'entrée en vigueur de la présente loi, ou qu'un document mentionne le Sénat de l'Université ou le Conseil de l'Université, ce renvoi est censé être un renvoi au Conseil ou au Sénat de l'Université, constitués sous le régime de la présente loi, à moins que le contexte et les dispositions de la présente loi n'exigent une interprétation différente.

### ABROGATION ET ENTRÉE EN VIGUEUR

**91**  *La loi intitulée The University of New Brunswick Act, chapitre 12 des Lois du Nouveau-Brunswick de 1968, est abrogée, à l'exception des articles 8 et 77, ainsi qu'il est prévu aux articles 8 et 77 de la présente loi.*

QUEEN'S PRINTER FOR NEW BRUNSWICK  ©  L'IMPRIMEUR DE LA REINE POUR LE NOUVEAU-BRUNSWICK