*Rule / Règle 18*

| SERVICE | SIGNIFICATION |
|---|---|
| **RULE 18** | **RÈGLE 18** |
| **SERVICE OF PROCESS** | **SIGNIFICATION DES ACTES DE PROCÉDURE** |

| | |
|---|---|
| **18.01 When Personal Service is Necessary** | **18.01 Cas où la signification personnelle est requise** |
| *Originating Process* | *Acte introductif d'instance* |
| (1) An originating process | (1) La signification de l'acte introductif d'instance |
| (a) shall be served personally unless provided otherwise by an Act or by these rules, and | a) doit être personnelle, sauf disposition contraire d'une loi ou des présentes règles, et |
| (b) need not be served on a party who has filed and served a defence. | b) n'est pas requise à l'égard d'une partie qui a déjà déposé et signifié une défense. |
| *Other Documents* | *Autres documents* |
| (2) Other documents need not be served personally unless personal service is expressly required by an Act, these rules, or an order of the court. | (2) La signification personnelle n'est pas requise pour les autres documents, sauf prescription expresse d'une loi, des présentes règles ou d'une ordonnance de la cour. |
| **18.02 How Personal Service Shall be Made** | **18.02 Comment se fait la signification personnelle** |
| (1) Personal service shall be made as follows: | (1) La signification personnelle s'effectue comme suit : |
| *Individual* | *Particuliers* |
| (a) on an individual, other than a person under disability, by leaving a copy of the document with him; | a) à un particulier autre qu'une personne frappée d'incapacité, en lui laissant une copie du document; |
| *Local Government* | *Gouvernements locaux* |
| (b) on a local government, by leaving a copy of the document with the mayor, deputy-mayor, clerk, assistant clerk, or with any solicitor for the local government; | b) à un gouvernement local, en laissant une copie du document au maire, au maire suppléant, au greffier, au greffier adjoint ou à un avocat représentant le gouvernement local; |
| *Other Corporation* | *Autres corporations* |
| (c) on any other corporation, by leaving a copy of the document with an officer, director, or agent, or with the manager or a person who appears to be in control or management of any office or other place where the corporation carries on business in New Brunswick; | c) à toute autre corporation, en laissant une copie du document à un dirigeant, administrateur ou représentant ou au gérant ou à celui qui paraît en être responsable d'un bureau ou autre établissement de la corporation au Nouveau-Brunswick; |
| *Board, Tribunal or Commission* | *Conseils, tribunaux administratifs et commissions* |
| (d) on any board or commission, by leaving a copy of the document with the secretary, an officer, or a member; | d) à un conseil ou une commission, en laissant une copie du document au secrétaire, à un agent ou à un membre; |

1

EXHIBIT 4

*Rule / Règle 18*

*Persons Out of New Brunswick Carrying on Business in New Brunswick*

(e)   on any person out of New Brunswick who carries on business in New Brunswick, by leaving a copy of the document with any person in New Brunswick carrying on business for him in New Brunswick;

*Crown in Right of New Brunswick*

(f)   on the Crown in Right of New Brunswick, by serving in accordance with the provisions of the *Proceedings Against the Crown Act*;

*Crown in Right of Canada*

(g)   on the Crown in Right of Canada, by serving in accordance with the provisions of the *Crown Liability Act* (R.S.C. 1970, c.C-38);

*Attorney General*

(h)   on the Attorney-General, by leaving a copy of the document to be served with him or with any lawyer employed in the Office of the Attorney General, the part of the Department of Justice and Public Safety that includes the Legal Services Branch, the Legislative Services Branch, the Family Crown Services Branch and the Public Prosecution Services Branch, at Fredericton;

*Minor*

(i)   on a minor, by leaving a copy of the document with his parent, his guardian, or another adult with whom or in whose care he resides, and, if the minor is of the age of 16 years or over, by leaving a copy of the document with him;

*Persons with a Representative, Committee or Lack of Capacity*

(j)   on a person of whose estate the Public Trustee is the committee by virtue of the *Mental Health Act*, by leaving a copy of the document with the committee; on a person for whom a representative has been appointed under the *Supported Decision-Making and Representation Act*, by leaving a copy of the document with the representative; on a person who lacks the capacity to make decisions with respect to the proceeding but for whom a representative has not been appointed, by leaving a copy of the document with the person and with the person in whose care the person resides;

*Étrangers exerçant un commerce au Nouveau-Brunswick*

e)   à une personne qui ne réside pas au Nouveau-Brunswick mais qui y exerce un commerce, en laissant une copie du document à quiconque exerce un commerce pour lui dans la province;

*La Couronne du chef du Nouveau-Brunswick*

f)   à la Couronne du chef du Nouveau-Brunswick, en effectuant la signification conformément à la *Loi sur les procédures contre la Couronne*;

*La Couronne du chef du Canada*

g)   à la Couronne du chef du Canada, en effectuant la signification conformément à la *Loi sur la responsabilité de la Couronne* (S.R.C. 1970, c.C-38);

*Procureur général*

h)   au Procureur général, en laissant une copie du document à lui personnellement ou à un avocat à l'emploi du Cabinet du procureur général, la partie du ministère de la Justice et et de la Sécurité publique qui comprend la Direction des services juridiques, la Direction des services législatifs, la Direction des services des procureurs de la Couronne à la famille et la Direction des services des poursuites publiques, à Fredericton;

*Mineurs*

i)   à un mineur, en laissant une copie du document à un parent, à un tuteur ou à un autre adulte chez qui il réside ou qui en a la charge et, si le mineur est âgé de 16 ans ou plus, en lui en laissant une copie;

*Personne ayant un représentant ou un curateur ou qui n'est pas apte*

j)   à une personne dont les biens ont été commis à la curatelle du curateur public aux termes de la *Loi sur la santé mentale*, en laissant une copie du document au curateur; à une personne pour qui un représentant a été nommé en vertu de la *Loi sur la prise de décision accompagnée et la représentation*, en laissant une copie du document au représentant; et à une personne qui n'est pas apte à prendre des décisions relativement à l'instance, mais pour qui aucun représentant n'a été nommé, en lui laissant une copie du document ainsi qu'une copie de celui-ci à la personne qui en a la charge;

2

*Rule / Règle 18*

*Persons in Psychiatric Facilities*

(k)    on a person to whom section 44 of the *Mental Health Act* applies, in accordance with the procedure provided therein;

*Absentee*

(l)    on a person declared to be an absentee under the *Presumption of Death Act*, by leaving a copy of the document with his committee;

*Partnerships*

(m)    on a partnership by leaving a copy of the document with one or more of the partners or with any person at a place of business of the partnership who appears to be in control or management;

*Sole Proprietorship*

(n)    on a sole proprietorship, by leaving a copy of the document with the sole proprietor or with any person at a place of business of the sole proprietorship who appears to be in control or management;

*Unincorporated Associations*

(o)    on an unincorporated association, by leaving a copy with an officer of the association or with any person at any office or premises occupied by the association who appears to be in control or management.

(2)    When effecting service of a document, it is not necessary for the server to produce the original document or have it in his possession.

2006, c.16, s.95; 2008-58; 2012, c.39, s.81; 2013, c.42, s.10; 2017, c.20, s.87; 2019, c.2, s.79; 2020, c.25, s.65; 2023-67

### 18.03   Other Ways to Effect Personal Service

*Where available*

(1)    With the exception of Rules 33.03 and 55.03, where personal service is required by these rules, any appropriate method of service authorized by this subrule may be used.

*Service on Solicitor*

(2)    A party who is represented by a solicitor may be served by leaving a copy of the document with his solicitor if the solicitor endorses on a copy his acceptance of service and the date of his acceptance. By so doing, the

*Pensionnaires d'établissements psychiatriques*

k)    à une personne visée par l'article 44 de la *Loi sur la santé mentale*, conformément à la procédure qui y est prescrite

*Personnes absentes*

l)    à une personne déclarée absente en vertu de la *Loi sur la présomption de décès*, en laissant une copie du document à son curateur;

*Sociétés de personnes*

m)    à une société de personnes, en laissant une copie du document à un ou à plusieurs associés ou à celui qui, dans un des établissements de la société, paraît en être responsable;

*Entreprises individuelles*

n)    à une entreprise individuelle, en laissant une copie du document au propriétaire ou à celui qui, dans un des établissements de l'entreprise, paraît en être responsable;

*Associations non constituées*

o)    à une association non constituée en corporation, en laissant une copie du document à un dirigeant de l'association ou à celui qui, dans un bureau ou un local de l'association, paraît en être responsable.

(2)    Celui qui effectue la signification d'un document n'est pas tenu de présenter l'original ni de l'avoir en sa possession.

2006, ch. 16, art. 95; 2008-58; 2012, ch. 39, art. 81; 2013, ch. 42, art. 10; 2017, ch. 20, art. 87; 2019, ch. 2, art. 79; 2020, ch. 25, art. 65; 2023-67

### 18.03   Autres modes de signification personnelle

*Applicabilité*

(1)    Exception faite des règles 33.03 et 55.03, lorsque les présentes règles requièrent la signification personnelle, tout mode de signification approprié et autorisé par le présent article peut être utilisé.

*Signification à l'avocat*

(2)    La signification d'un document à une partie représentée par un avocat peut s'effectuer en laissant copie à cet avocat, pourvu que celui-ci déclare sur une autre copie qu'il accepte la signification et indique la date de son acceptation. Par ce fait, l'avocat est réputé avoir lais-

*Rule / Règle 18*

solicitor shall be deemed to represent to the court that he has the authority of his client to accept service.

*Service by Prepaid Mail or Prepaid Courier*

(3)    Where personal service of a document may be made by leaving a copy with a person pursuant to Rule 18.02(1), such service may be made anywhere in Canada by sending a copy of the document, together with an Acknowledgement of Receipt Card (Form 18A), by prepaid mail or prepaid courier addressed to the person at the last known address of the person.

(4)    Service by prepaid mail or prepaid courier shall be deemed to have been effected only if any one of the following is returned to and received by the sender:

(a)    the Acknowledgement of Receipt Card bearing a signature which purports to be the signature of the person to whom the document was sent;

(b)    a post office receipt bearing a signature which purports to be the signature or a copy of the signature of the person to whom the document was sent;

(c)    any other form of acknowledgement of receipt in writing bearing a signature which purports to be the signature or a copy of the signature of the person to whom the document was sent; or

(d)    confirmation in writing from the carrier that the document was delivered to the person to whom the document was sent.

(5)    Service by prepaid mail or prepaid courier shall be deemed to have been effected on the date the sender receives a receipt or confirmation under paragraph (4).

*Service at Place of Residence*

(6)    Where an attempt is made to serve a person personally at his place of residence and such service cannot be effected, the document may be served on him by leaving a copy in a sealed envelope addressed to him, with any person who appears to be an adult and an occupant of the dwelling in which the person to be served resides, and on the same or next day sending another copy of the document by prepaid mail, addressed to the person to be served, at his place of residence.

---

sé entendre à la cour que son client l'a autorisé à accepter la signification.

*Signification par poste affranchie ou par messagerie affranchie*

(3)    Lorsque la signification personnelle d'un document peut s'effectuer en laissant une copie à quelqu'un conformément à la règle 18.02(1), cette signification peut aussi s'effectuer n'importe où au Canada en lui envoyant par poste affranchie ou par messagerie affranchie, à sa dernière adresse connue, copie du document accompagnée d'une carte d'accusé de réception (formule 18A).

(4)    La signification par poste affranchie ou par messagerie affranchie n'est réputée avoir été effectuée que si l'un des éléments suivants est renvoyé et reçu par l'expéditeur :

a)    la carte d'accusé de réception portant une signature qui se veut être celle du destinataire;

b)    un récépissé du service des postes portant une signature qui se veut être celle du destinataire ou une copie de celle du destinataire;

c)    une autre forme écrite d'accusé de réception portant une signature qui se veut être celle du destinataire ou une copie de celle du destinataire; ou

d)    une confirmation écrite du porteur attestant que le document a été signifié au destinataire.

(5)    La signification par poste affranchie ou par messagerie affranchie est réputée avoir été effectuée le jour où l'expéditeur reçoit le récépissé ou la confirmation prévus au paragraphe (4).

*Signification à domicile*

(6)    Lorsqu'une tentative de signification personnelle à domicile s'avère sans succès, la signification peut se faire en laissant à une personne qui paraît être majeure et habiter le même logement que le destinataire, copie du document dans une enveloppe scellée et adressée au destinataire, et en envoyant à ce dernier, par poste affranchie, soit le même jour soit le lendemain, une autre copie du document.

4

*Rule / Règle 18*

*Service on a Corporation*

(7)   Where an office of a corporation or other place where it carries on business in the province cannot be found and is not located at any address given in the last statement of the corporation delivered to the Service New Brunswick, the corporation may be served by mailing a copy of the document addressed to the corporation at that address and by mailing a copy of the document to one of the officers of the corporation at his address shown on the last statement of the corporation delivered to the Service New Brunswick.

92-3; 99-71; 2006, c.16, s.95

**18.04   Substituted Service**

(1)   Where personal service of a document is required by these rules, and it appears to the court that it is impractical to effect prompt personal service, the court may make an order for substituted service.

(2)   In an order for substituted service, the court shall specify when service in accordance with the order is effective.

86-87

**18.05   Where Personal Service Not Required**

A document which is not required to be served personally on a person

(a)   where he has a solicitor of record, shall be served upon him by serving that solicitor, and such service may be effected by mailing a copy of the document addressed to the solicitor at his business address, and

(b)   where he has no solicitor of record, may be served upon him by mailing a copy of the document addressed to him at the last address for service furnished by him or, if no such address has been furnished, at his last known address.

**18.06   Service by Mail**

Where personal service is not required and where the mailing of a document is authorized or required by these rules, the document shall be sent by prepaid mail or prepaid courier and service shall be deemed to have been effected on the third day following the date the document was sent.

92-3

*Signification à une corporation*

(7)   Lorsque le bureau d'une corporation ou un autre endroit où celle-ci exerce ses activités dans la province ne se trouve pas à l'adresse indiquée dans le dernier état délivré par la corporation à Services Nouveau-Brunswick et qu'il n'y est pas situé, la signification à la corporation peut s'effectuer en envoyant par la poste copie du document à cette adresse et une autre copie à l'un des dirigeants à son adresse telle qu'indiquée dans l'état susmentionné.

92-3; 99-71; 2006, ch. 16, art. 95

**18.04   Signification indirecte**

(1)   Lorsque les présentes règles prescrivent la signification personnelle mais que la cour estime qu'il est difficile de l'effectuer sans délai, celle-ci peut ordonner la signification indirecte.

(2)   Lorsque la cour ordonne la signification indirecte, elle doit indiquer à quel moment la signification prend effet.

86-87

**18.05   Cas où la signification personnelle n'est pas requise**

Tout document dont la signification personelle n'est pas requise

a)   doit être signifié au destinataire par l'intermédiaire de son avocat, au cas où un avocat aurait été commis au dossier. La signification peut s'effectuer en envoyant à ce dernier, par la poste et à son adresse professionnelle, copie du document et

b)   peut être signifié au destinataire, s'il n'a commis aucun avocat au dossier, en lui en envoyant copie par la poste à la dernière adresse qu'il a donnée aux fins de signification ou, à défaut, à sa dernière adresse connue.

**18.06   Signification par la poste**

Lorsque la signification personnelle n'est pas requise et que les présentes règles autorisent ou prescrivent l'envoi du document par la poste, ce document doit être expédié par courrier affranchi ou par messagerie affranchie; la signification sera réputée avoir été effectuée trois jour après l'envoi du document.

92-3

5

**18.07    Service on Solicitor of Record**

(1)    Where service of a document on the solicitor of record for a party is authorized or required by these rules, the document may also be served

(a)    by leaving a copy with an employee in the office of the solicitor, or

(b)    by faxing the document to the office of the solicitor in accordance with paragraph (2) but when it is faxed between 4 p.m. and midnight, service shall be deemed to have been made on the following day.

(2)    A document to be served by fax shall include a cover page indicating the following:

(a)    the name, address, telephone number and fax number of the sender;

(b)    the name of the solicitor to be served;

(c)    the date the document is faxed;

(d)    the total number of pages to be faxed, including the cover page; and

(e)    the name and telephone number of a person to contact if problems occur when the document is faxed.

90-20; 2010-61; 2012-86

**18.07.1    Service by Electronic Mail**

(1)    Where service of a document on a solicitor is authorized under Rule 18.03(2) or where service of a document on the solicitor of record is authorized or required by these rules, the document may also be served by attaching a copy of the document to an e-mail message sent to the solicitor's e-mail address in accordance with paragraph (2). Service under this paragraph is effective only if the solicitor being served provides by e-mail to the sender an acceptance of service and the date of the acceptance, and where the e-mail acceptance is received between 4 p.m. and midnight, service shall be deemed to have been made on the following day.

(2)    The e-mail message to which a document served under paragraph (1) is attached shall include:

**18.07    Signification à l'avocat commis au dossier**

(1)    Lorsque les présentes règles autorisent ou prescrivent la signification d'un document à l'avocat commis au dossier, la signification peut aussi lui être faite

a)    en en laissant une copie à un employé, au bureau de l'avocat, ou

b)    en télécopiant le document au bureau de l'avocat, en conformité avec le paragraphe (2); toutefois, lorsqu'il est télécopié entre 16 h et minuit, la signification est réputée avoir été effectuée le jour suivant.

(2)    Le document signifié par télécopieur comprend une page couverture qui indique :

a)    les nom, adresse, numéro de téléphone et numéro de télécopieur de l'expéditeur;

b)    le nom de l'avocat qui doit recevoir la signification;

c)    la date à laquelle le document est télécopié;

d)    le nombre total de pages à télécopier, y compris la page couverture;

e)    les nom et numéro de téléphone d'une personne-ressource en cas de difficulté au moment où le document est télécopié.

90-20; 2010-61; 2012-86

**18.07.1    Signification par courrier électronique**

(1)    Lorsque la règle 18.03(2) autorise la signification d'un document à l'avocat ou que les présentes règles autorisent ou prescrivent la signification d'un document à l'avocat commis au dossier, la signification peut aussi lui être faite en joignant copie du document à un courriel envoyé à l'adresse électronique de l'avocat conformément au paragraphe (2). La signification effectuée en vertu du présent paragraphe n'est valide que si l'avocat qui a reçu signification fournit à l'expéditeur par courriel une acceptation de la signification et y indique la date de l'acceptation; de plus, si l'acceptation par courriel est reçue entre 16 h et minuit, la signification est réputée avoir été effectuée le jour suivant.

(2)    Le courriel auquel est joint un document signifié en vertu du paragraphe (1) contient les renseignements suivants :

*Rule / Règle 18*

(a)   the sender's name, address, telephone number, fax number and e-mail address;

(b)   the date and time of transmission;

(c)   the name and telephone number of a person to contact in the event of transmission problems.

2010-61

### 18.08   Service Not Conclusive

(1)   Whether or not a person has been served with a document in accordance with these rules, the person may show on a motion to set aside the consequences of default, or on a motion for an adjournment of a proceeding or for an extension of time, that the document

(a)   did not come to the person's notice, or

(b)   came to the person's notice only at some time later than when it was served or is deemed to have been served.

(2)   On the hearing of a motion referred to in paragraph (1), the court may allow the motion if it is satisfied that the applicant has established the grounds referred to in clause (1)(a) or (b).

90-20

### 18.09   Validating Service

Where a document has been served by some method not authorized by an Act, these rules or an order of the court, or where there has been some irregularity in service, the court may order that the service be validated on such terms as may be just, if the court is satisfied that

(a)   the document came to the notice of the person sought to be served, or

(b)   the document was left so that it would have come to the notice of the person sought to be served, except for his own attempts to evade service.

### 18.10   Proof of Service

(1)   The service of a document may be proved by an affidavit of the person effecting such service (Form 18B).

(2)   The personal service of a document by a sheriff or his deputy may be proved by a Certificate of Service (Form 18C) endorsed on a copy of the document served.

a)   les nom, adresse, numéro de téléphone, numéro de télécopieur et adresse électronique de l'expéditeur;

b)   les date et heure de la transmission;

c)   les nom et numéro de téléphone d'une personne-ressource en cas de difficultés de transmission.

2010-61

### 18.08   Réfutation d'une signification

(1)   Qu'une personne ait reçu ou non signification d'un document en conformité des présentes règles, elle peut établir sur une motion en relevé des conséquences du défaut, ou en ajournement de l'instance ou en prolongation du délai, que le document

a)   n'a pas été porté à son attention, ou

b)   n'a été porté à son attention que quelque temps après la signification ou la signification réputée avoir été effectuée.

(2)   Lors de l'audition de la motion visée au paragraphe (1), la cour peut, une fois qu'elle est convaincue du bien-fondé des faits visés aux alinéas (1)a) ou b), accepter la motion.

90-20

### 18.09   Validation de la signification

Si la signification a été effectuée par une voie autre que celle autorisée par une loi, par les présentes règles ou par une ordonnance de la cour ou s'il y a eu quelque irrégularité dans la signification, la cour peut ordonner que la signification soit validée aux conditions qu'elle estime justes, si elle est assurée

a)   que le destinataire a eu connaissance du document ou

b)   que le document a été laissé de telle sorte que le destinataire en aurait pris connaissance s'il n'avait pas tenté d'éviter la signification.

### 18.10   Preuve de la signification

(1)   La preuve de la signification peut être faite au moyen d'un affidavit de la personne qui a effectué la signification (formule 18B).

(2)   La preuve d'une signification personnelle effectuée par un shérif ou son adjoint se fait par l'inscription

7

*Rule / Règle 18*

du procès-verbal de la signification (formule 18C) sur une copie du document signifié.

(3)   The written admission or acceptance of service by a solicitor is sufficient proof of service and need not be verified by an affidavit.

(3)   La reconnaissance par écrit ou l'acceptation de la signification par un avocat est une preuve suffisante de la signification et il n'est pas nécessaire qu'elle soit confirmée par un affidavit.

8