IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Douglas Mastriano<br><br>    *PLAINTIFF*,<br><br>v.<br><br>James Gregory, III<br>1509 Vandivort Place<br>Edmond, OK 73034<br><br>And<br><br>Roland Kuhn, the National Research Council of Canada, Paul Mazerolle, President and Vice-Chancellor, University of New Brunswick, Canada; David MaGee, Vice-President, Research; Drew Rendall, Dean, Graduate Studies; Jeff Brown; Cindy Brown; Stephen Dutcher; Sean Kennedy; Erin Morton; Mattew Sears; Lee Windsor; Stefanie Hunt-Kennedy; Carolyn MacDonald; Sasha Mullaly; Lisa Todd; Sarah-Jane Corke; Bonnie Huskins; Elizabeth Mancke; Janet Mullin; Angela Tozer; Margaret MacMillan; Robert Bothwell; John Ferris;<br>  - *each in his or her individual capacity*<br><br>And<br><br>University of New Brunswick, Canada,<br><br>And<br><br>John & Jane Doe<br><br>    *DEFENDANTS*. | Case No.: 5:24-cv-00567-F<br><br>Assigned to the Hon. Stephen P. Friot |

# ORDER

This matter is before the Court upon the Motions of resident attorney Don W. Danz pursuant to Local Rule LCvR83.2(g) of the United States District Court for the Western District of Oklahoma for the admission pro hac vice of William C. Swallow, Michael H. Passman and Emily M. Vanderlaan, to appear and practice in this Court on behalf of Defendants University of New Brunswick, Canada, Paul Mazerolle, David MaGee, Drew Rendall, Jeff Brown, Cindy Brown, Stephen Dutcher, Sean Kennedy, Erin Morton, Matthew Sears, Lee Windsor, Stefanie Hunt-Kennedy, Carolyn MacDonald, Sasha Mullaly, Lisa Todd, Sarah-Jane Corke, Bonnie Huskins, the Estate of Elizabeth Mancke, and Angela Tozer (collectively the "University Defendants") in the above-captioned matter (Doc. Nos. 13, 14 and 15).

And the Court, having considered said Motions, together with the respective requests for admission pro hac vice, and being duly advised in the premises, now finds that the same are proper and should be GRANTED.

IT IS THEREFORE ORDERED that William C. Swallow, Michael H. Passman and Emily M. Vanderlaan be, and hereby are, allowed to appear and practice in this Court on behalf of the University Defendants in the instant action, ***provided*** that attorneys Swallow, Passman and Vanderlaan link their individual PACER accounts to this court in order to request e-filing access and then electronically file entries of appearance, consistent with LCvR83.4.

**IT IS SO ORDERED** this 7th day of August, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0567p005.PO.docx