UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Douglas Mastriano | ) <br> ) <br> ) <br> ) |
| vs.                                   Plaintiff(s) | )   Case No. 5:24-cv-00567-F |
| James Gregory, et. al. | ) <br> ) <br> ) <br> ) |
| Defendant(s) | ) |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Sara Berinhout

2. State bar membership number: 703217

3. Business address, telephone and fax numbers:

   510 Walnut Street, Suite 900
   Philadelphia, PA 19106
   Ph: 215-717-3473
   Fax: 215-717-3440

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   Member of Massachusetts state bar
   Admitted to the Court of Appeals for the First Circuit

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
(United States Government Attorneys are exempted from paying this fee.)

DATED this 7th day of August, 2024.

Sara Berinhout
Signature of Applicant

EXHIBIT 1

005/rvsd 04-23