# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

**DOUGLAS MASTRIANO**

      **Plaintiffs,**

v.

**JAMES GREGORY III,** *et. al.***,**

      **Defendants.**

**Case No. 5:24-cv-00567-F**

## MOTION FOR ADMISSION *PRO HAC VICE* OF NON–RESIDENT ATTORNEY

Robert D. Nelon, being duly admitted to practice in the State of Oklahoma and before this court, moves pursuant to LCvR 83.2 and 83.4 to grant admission to the United States District Court for the Western District of Oklahoma *pro hac vice* to the non–resident attorney identified below to represent the defendant, James Gregory, in this case. In support of this motion, the undersigned represents as follows:

1.    Applicant Greg H. Greubel is a member in good standing of the Bars of the States of California, Iowa, Pennsylvania, and New Jersey. He is a Senior Attorney at the Foundation for Individual Rights and Expression. His contact information is as follows:

> 510 Walnut Street, Suite 900
> Philadelphia, PA 19106
> Tel: (215) 717-3473
> Fax: (215) 717-3440
> greg.greubel@thefire.org

2.    In accordance with LCvR 83.2(g), attached as Exhibit 1 is the Request for Admission Pro Hac Vice form completed by the applicant.

Dated:  August 7, 2024                    Respectfully submitted,

                                               **HALL, ESTILL, HARDWICK,**
                                               **GABLE, GOLDEN & NELSON, P.C.**

By:   *s/Robert D. Nelon*
       Robert D. Nelon, OBA #6610
       100 North Broadway, Suite 2900
       Oklahoma City, OK  73102-8865
       Telephone:  (405) 553-2828
       Facsimile:  (405) 553-2855
       Email:  bnelon@hallestill.com

**ATTORNEYS FOR DEFENDANT**
**JAMES GREGORY**

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, which will transmit a Notice of Electronic Filing to all ECF registrants of record in this matter.

/s/Robert D. Nelon