IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DOUGLAS MASTRIANO,

    Plaintiff,

v.

JAMES GREGORY III, *et. al.*,

    Defendants.

Case No. 5:24-cv-00567-F

## ORDER

Before the Court are the motions filed by Robert D. Nelon requesting the *pro hac vice* admission of Sara Berinhout and Greg Greubel of the Foundation of Individual Rights and Expression. Upon review of the motions, the Court hereby GRANTS the Motions for Admission *PRO HAC VICE* [Doc. Nos. 18 and 19]. Sara Berinhout and Greg Greubel are admitted to practice before this Court for the limited purpose of participating in this case on behalf of defendant James Gregory, **provided** that counsel link their individual PACER accounts to this court in order to request e-filing access and then electronically file their entries of appearance, consistent with LCvR83.4.

IT IS SO ORDERED this 7th day of August, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0567p006.PO.docx