Case 5:24-cv-00567-F Document 22 Filed 08/08/24 Page 1 of 2
Case 5:24-cv-00567-F Document 3 Filed 07/02/24 Page 15 of 64
AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

| | | |
|---|---|---|
| Douglas Mastriano<br><br>Plaintiff(s),<br><br>v.<br><br>James Gregory, III, et al<br><br>Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 5:24-cv-00567-F |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    James Gregory, III
    1509 Vandivort Place
    Edmond, OK 73034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Douglas Mastriano
    c/o Daniel L. Cox
    The Cox Law Center, LLC
    P.O. Box 545
    Emmitsburg, MD 21727    410-254-7000; e-mail: dcox@coxlawcenter.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS ISSUED:**
4:27 pm, July 02, 2024
*JOAN KANE, CLERK*

By: _____

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:24-cv-00567-F

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James Gregory, III was received by me on *(date)* July 19, 2024.

- [X] I personally served the summons on the individual at *(place)* 92 Tower Dr, Baton Rouge, LA 70803 on *(date)* Tue, Jul 30 2024 ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- [ ] I returned the summons unexecuted because: _____; or

- [ ] Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 8/1/2024

_____
*Server's signature*

Amy Donarski 9510-030119-LA

_____
*Printed name and title*

PO Box 775, Walker, LA 70785

_____
*Server's address*

Additional information regarding attempted service, etc.:
Successful Attempt: Jul 30, 2024, 12:48 pm CDT at Brookshire Military Museum: 92 Tower Dr, Baton Rouge, LA 70803 received by James Gregory, III. Age: 29; Ethnicity: Caucasian; Gender: Male; Weight: 160; Height: 5'7"; Hair: Brown; Other: Glasses. Mr. Gregory provided us with his Louisiana Driver's License for verification. The full name on his license is "James Patrick Gregory Jr." DOB: 02/15/1995. Mr. Gregory matches the physical photo description provided in the service documents, and he was aware of them. However, he stated to server that he was not the intended defendant, as noted with the name difference on his driver's license. Service documents were left with Mr. Gregory as instructed.;
The recipient was served by delivering and leaving a true copy of the above referenced document(s).