# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DOUGLAS MASTRIANO,** <br><br> **Plaintiff,** <br> v. <br><br> **JAMES GREGORY III,** *et. al.*, <br><br> **Defendants.** | Case No. 5:24-cv-00567-F |

## ORDER

Before the Court for consideration is defendant James Gregory's Motion for Extension of Time to Answer Plaintiff's Complaint by Thirty Days [Doc. 23]. Having reviewed the Motion, the Court finds that the Motion should be GRANTED.

The deadline for this defendant to file an answer or otherwise respond to Plaintiff's Complaint shall be extended by thirty (30) days. As such, defendant James Gregory shall file his answer on or before September 19, 2024.

IT IS SO ORDERED this 9th day of August, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0567p007.PO.docx