THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO,<br><br>*Plaintiff,*<br><br>v.<br><br>JAMES GREGORY III, *et al.*,<br><br>*Defendants.* | CIVIL ACTION NO.:<br>5:24-cv-00567-F |

ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant James Gregory.

1. I certify that I am admitted to practice *pro hac vice* in this matter.

Respectfully Submitted,

*/s/ Greg H. Greubel*
Greg Harold Greubel*
PA Bar No. 321130; NJ Bar No. 171622015;
CA Bar No. 343028; IA Bar No. 201452
Foundation for Individual Rights and Expression
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
greg.greubel@thefire.org

* Admitted Pro Hac Vice

Dated August 15, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, which will transmit a Notice of Electronic Filing to all ECF registrants of record in this matter.

*/s/ Greg H. Greubel*
Greg H. Greubel