THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO, *Plaintiff,* v. JAMES GREGORY III, *et al.*, *Defendants.* | CIVIL ACTION NO.: 5:24-cv-00567-F |

**DEFENDANT GREGORY'S NOTICE OF JOINDER**

Defendant James Gregory joins the "Motion of Prof. Eugene Volokh to Unseal Record Documents." (Doc. #7). Gregory contends that the Motion to Unseal should be granted for the reasons set forth in Docs. ##7, 30, and the lack of reasonable objections by Plaintiff in Doc. #21. Defendant Gregory joins the Motion in all respects.

Respectfully Submitted,

/s/ Robert D. Nelon
Robert D. Nelon, OBA #6610
Hall, Estill, Hardwick, Gable,
Golden & Nelson, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553–2828
Facsimile: (405) 553–2855
bnelon@hallestill.com

/s/ Greg H. Greubel
Greg Harold Greubel*
PA Bar No. 321130; NJ Bar No. 171622015; CA Bar No. 343028; IA Bar No. 201452
Foundation for Individual Rights and Expression
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
greg.greubel@thefire.org
* Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, which will transmit a Notice of Electronic Filing to all ECF registrants of record in this matter.

/s/ *Greg H. Greubel*
Greg H. Greubel