**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

DOUGLAS MASTRIANO )
)
)
)
Plaintiff(s), )
)
v. )  Case No. 5:24-cv-00567-F
JAMES GREGORY, III, et al. )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for:

Defendants , See attached List of Represented Parties .
(Plaintiff/Defendant)           (Name of Party)

      I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Emily Vanderlaan      8/20/2024
Signature            Date

Emily Vanderlaan
Print Name

Clyde & Co US LLP
Firm

999 18th Street, Unit 1765N
Address

Denver, CO 80202
City          State          Zip Code

303-301-8950          303-301-8974
Telephone          Fax Number

Emily.Vanderlaan@clydeco.us
Internet E-mail Address

REVISED 8/31/06

*Certificate of Service*

☑ I hereby certify that on (date) 08/20/2024 _____, I electronically transmitted the

attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on

file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

☐ I hereby certify that on (date) _____, I served the attached document by

(service method) _____ on the

following, who are not registered participants of the ECF System: (insert names and addresses)

s/ Emily Vanderlaan
s/ Attorney Name

## LIST OF REPRESENTED PARTIES

University of New Brunswick
        (identified in the Complaint as "University of New Brunswick, Canada")

Paul Mazerolle

David MaGee

Drew Rendall

Jeff Brown

Cindy Brown

Stephen Dutcher

Sean Kennedy

Erin Morton

Matthew Sears

Lee Windsor

Stefanie Hunt-Kennedy

Carolyn MacDonald

Sasha Mullaly

Lisa Todd

Sarah-Jane Corke

Bonnie Huskins

The Estate of Elizabeth Mancke

Angela Tozer