# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Douglas Mastriano | : CIVIL NO. 5:24-cv-00567-F |
| Plaintiff, | : |
| v. | : |
| James Gregory, III, *et al* | : |
| Defendants. | : |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND

BEFORE THE HONORABLE STEPHEN P. FRIOT, UNITED STATES DISTRICT JUDGE.

The Plaintiff, by and through his undersigned attorneys, hereby submits his consent motion to respond in opposition to the Certain Defendants' Motion to Dismiss and Brief in Support (ECF 12), with the consent of Bill Swallow, Esq., partner, Clyde & Co., attorneys for certain defendants, and says in support thereof:

1. The undersigned consented to the certain defendants filing extended briefing of 35 pages, which brief has a response date of Monday, August 26, 2024.

2. The undersigned has been diligently working and recently has been tasked with substantial filings in another federal case.

3. In addition, the undersigned with his wife and his family have just returned from dropping his freshman son off at a university out of town to begin his degree in writing, with time out of the office for the family trip.

4. A short extension of time of 14 days from the due date of August 26, 2024 until September 9, 2024 is requested to respond to the certain defendants' motion and their attorney, Bill Swallow, has stated consent is provided.

5. No prejudice to any party will occur as dates for response to the complaint for other defendants have also been extended.

WHEREFORE the Plaintiff requests the Court GRANT his consent request for an extension of time until September 9, 2024 to respond to the certain defendants' motion.

Respectfully submitted,
The Cox Law Center, LLC

By: _____//s//_____
Daniel L. Cox, Ok. Fed. Bar No. 2490
Attorney for Plaintiff
The Cox Law Center, LLC
P.O. Box 545
Emmitsburg, MD 21727
Ph: 410-254-7000
Fx: 410-254-7220
E-mail: dcox@coxlawcenter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on counsel of record via CM/ECF.

_____/s/_____
Daniel L. Cox