IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Douglas Mastriano | : CIVIL NO. 5:24-cv-00567-F |
| Plaintiff, | : |
| v. | : |
| James Gregory, III, *et al* | : |
| Defendants. | : |

ORDER

UPON CONSIDERATION of the plaintiff's consent motion to extend time to respond to the certain defendants' motion to dismiss and brief in support (ECF 12) it is therefore this 23rd day of August, 2024, hereby

ORDERED, that the extension of time is GRANTED, and it is

ORDERED, that the plaintiff's response deadline is extended and may be filed on or before September 9, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0567p009.PO.docx