**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

DOUGLAS MASTRIANO,

                              Plaintiff,

v.                                      Case No.: 5:24-cv-00567-F

ROLAND KUHN, et al.,

                            Defendants.

DISCLOSURE STATEMENT

| **"PARTY" DEFINED:** | Within this form, the terms "party" and "parties" refer to any party, intervenor, or proposed intervenor to this action. |
|---|---|

Pursuant to Fed. R. Civ. P. 7.1 and LCvR7.1-1:

Jeff Brown
_____

*[enter name of party on the line above]*

who is a (check one)   ☐ PLAINTIFF     ☒ DEFENDANT     ☐ OTHER: _____

in this action, makes the following disclosures:

| **INSTRUCTIONS**: | 1. Determine which part(s) of the form apply:<br>• Part I is applicable in all cases and must be completed by all parties.<br>• Part II is applicable in all cases and must be completed by all nongovernmental parties that are not natural persons.<br>2. Check the applicable box or boxes, and fully provide any required information.<br>3. Attach separate pages as necessary to fully provide required information. |
|---|---|

## **PART I**

☒    This party is an individual who is a citizen of the state of __Canada_____.

☐    This party is a corporation incorporated in _____ and with a principal place of business in _____.

☐    This party is an unincorporated association or another artificial entity, including a limited liability company or limited liability partnership.

        If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship.   If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐    This party is a trust.

If yes, identify each trustee and each trustee's state of citizenship.   If any trustee is other than an individual person, the required information identifying ownership of the non-individual trustee and state of citizenship of each sub-trustee must be provided as well.

## **PART II**

☐    This party is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☐    This party is publicly held.

☐    This party has one or more parent entities.

If yes, identify all parent entities, including grandparent and great-grandparent entities.

☐    This party has one or more subsidiaries.

If yes, identify all subsidiaries.

☐    Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners.

☐    Another association, firm, partnership, corporation, or other artificial entity related to the party—not already identified through other answers—has a direct financial interest in the outcome of the litigation.

If yes, identify all associations, firms, partnerships, corporations or other artificial entities and the nature of their interest.

☐    This party is a trade association.

If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

☐    This party is a trust.

If yes, identify each trustee, their parent entities, and any publicly held companies that own ten percent or more of a trustee's stock.

**Any additional pertinent information should also be provided on attached page(s).**

**Dated this 28th day of August, 2024.**

Disclosure Statement CV-24 (03/23)

Respectfully submitted,

*/s/ William C. Swallow*
William C. Swallow  (IL No. 6293910)
*Admitted Pro Hac Vice*
Michael H. Passman (IL No. 6297381)
*Admitted Pro Hac Vice*
Emily M. Vanderlaan (CO No. 55293)
*Admitted Pro Hac Vice*
CLYDE & CO US LLP
55 W. Monroe Street, Suite 3000
Chicago, Illinois 60603
T: (312) 635-7000
E: bill.swallow@clydeco.us
E: michael.passman@clydeco.us
E: emily.vanderlaan@clydeco.us

Don W. Danz
McATEE & WOODS, P.C.
410 NW 13th Street
Oklahoma City, OK 73103
T: (405) 232-5067
F: (405) 232-0009
E: DonD@McAteeandWoods.com

*Attorneys for the University of New Brunswick, Paul Mazerolle, David MaGee, Drew Rendall, Jeff Brown, Cindy Brown, Stephen Dutcher, Sean Kennedy, Erin Morton, Matthew Sears, Lee Windsor, Stefanie Hunt-Kennedy, Carolyn MacDonald, Sasha Mullaly, Lisa Todd, Sarah-Jane Corke, Bonnie Huskins, the Estate of Elizabeth Mancke, Angela Tozer, Margaret MacMillan, Robert Bothwell, and John Ferris*

Disclosure Statement CV-24 (03/23)

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically on this 28th day of August, 2024, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

<div style="text-align:center; margin-left:40%;">

*/s/ William C. Swallow*
William C. Swallow
*Admitted Pro Hac Vice*

</div>