Additional Information Pertaining to Jeff Brown

Jeff Brown is a dual citizen of Canada and the United States; however, he considers his permanent domicile to be Canada. Although Mr. Brown was born in Rochester, New York, he only holds a Canadian passport and has lived in Canada without interruption for over 22 years, since May of 2002. Mr. Brown owns a residence in Canada, and he does not rent or own any property in any other country, including the United States.