THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO,<br><br>*Plaintiff*,<br><br>v.<br><br>JAMES GREGORY III, *et al.*,<br><br>*Defendants*. | Case No. CIV-24-00567-F |

## ORDER

This matter coming before the Court on the Motion for Leave to File Oversized Brief filed by Defendant James Gregory, the Court having reviewed the Motion, and for good cause shown, the Court hereby orders that:

1. Defendant Gregory's Motion is GRANTED;
2. Defendant Gregory may file a Motion to Dismiss and Brief in Support that is 35 pages in length.

**IT IS SO ORDERED** this 29th day of August 2024.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0567p011.PO.docx