# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO,<br><br>*Plaintiff*,<br><br>v.<br><br>JAMES GREGORY III, *et al.*,<br><br>*Defendants*. | **CIVIL ACTION NO.:**<br>**5:24-cv-00567-F** |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant James Gregory.

1. I certify that I am admitted to practice *pro hac vice* in this matter.

Respectfully Submitted,

*/s/ Sara E. Berinhout*
Sara E. Berinhout*
MA Bar No. 703217
Foundation for Individual Rights and Expression
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
sara.berinhout@thefire.org

* Admitted Pro Hac Vice

Dated August 28, 2024

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 28, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, which will transmit a Notice of Electronic Filing to all ECF registrants of record in this matter.

*/s/ Sara E. Berinhout*
Sara E. Berinhout
