IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-24-567-F |
| JAMES GREGORY, III, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

The court's docket does not reflect that plaintiff has effected service of process upon defendants Roland Kuhn, the National Research Council of Canada, Janet Mullin, John Doe and Jane Doe. The 90-day period prescribed for service of process by Rule 4(m), Fed. R. Civ. P., has passed.

Accordingly, plaintiff Douglas Mastriano is **ORDERED** to show good cause in writing by **September 9, 2024**, for his failure to effect service of process upon defendants Roland Kuhn, the National Research Council of Canada, Janet Mullin, John Doe and Jane Doe within the 90-day period prescribed by Rule 4(m). *See*, Espinoza v. United States, 52 F.3d 838, 841 (10th Cir. 1995). If plaintiff fails to show good cause, the court will consider whether a permissive extension of time to effect service of process is warranted. *Id*. at 841. At that point, the court may, in its discretion, either dismiss plaintiff's action against defendants without prejudice or extend the time for service of process.

DATED this 30th day of August, 2024.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0567p012.docx