IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Douglas Mastriano | : CIVIL NO. 5:24-cv-00567-F |
| Plaintiff, | : |
| v. | : |
| James Gregory, III, *et al* | : |
| Defendants. | : |

**NOTICE OF FILING UNREDACTED EXHIBIT 2 TO COMPLAINT**

The Plaintiff, by and through his undersigned attorneys, hereby provides notice of filing, pursuant to this Court's Order, ECF 36, of the attached unredacted Exhibit 2 to his Complaint.

Respectfully submitted,
The Cox Law Center, LLC

By:
_____//s//_____
Daniel L. Cox, OKWD Bar 2490
Attorney for Plaintiff
The Cox Law Center, LLC
P.O. Box 545
Emmitsburg, MD 21727
Ph: 410-254-7000
Fx: 410-254-7220
E-mail: dcox@coxlawcenter.com

**CERTIFICATE OF SERVICE**

This is to certify on this 30th day of August, 2024, that a copy of the foregoing was served on counsel of record via CM/ECF.

_____/s/_____
Daniel L. Cox