# EXHIBIT ONE



April 28, 2023

Daniel Lewis Cox
The Cox Law Centre, LLC
P.O. Box. 545
Emmitsburg, MD 21727

E-mail: Daniel Cox <dcox@coxlawcenter.com>

Dear Mr. Cox,

I am writing as counsel to the University of New Brunswick regarding your letter dated April 27, 2023 addressed to Dr. David MaGee, Vice-President (Research) at UNB.

The statements in the Facebook posting are the personal views and opinions of the signatories of the letter and are not the university's, they are not authorized to and are not speaking on behalf of the university, and it is not published or authorized by the university.

You will need to contact the signatories to that letter directly.

Sincerely,

Ryan Johnston, LLB, CPHR
University General Counsel


Cc: Vice-President (Research)

UNIVERSITY OF NEW BRUNSWICK
PO BOX 4400
Fredericton, NB
Canada E3B 5A3

unb.ca

RYAN JOHNSTON, LLB, CPHR
University General Counsel
T 506-458-7682
C 506-476-6877
ryanj@unb.ca

| | |
|---|---|
| **Subject:** | Reply to April 27 letter |
| **Date:** | Friday, April 28, 2023 at 3:25:45 PM Eastern Daylight Time |
| **From:** | Vicki Allen |
| **To:** | Daniel Cox |
| **CC:** | Ryan Johnston, David MaGee |

**Attachments:** image001.jpg, image002.jpg, image003.jpg, image004.jpg, 2023-04-28 Cox Ltr.pdf

Good afternoon:

Please see attached letter.

Sincerely,

**VICKI ALLEN, APC** (she/her)
Executive Assistant
Vice-President (Administration and Finance)
& University General Counsel
**T** 506 453-4797 **C** 506 470-9484




/uofnb  @unb  @discoverunb  **UNB.ca**