# EXHIBIT THREE

| | |
|---|---|
| **Subject:** | Fw: Allegation of research misconduct |
| **Date:** | Thursday, March 9, 2023 at 10:38:57 AM Eastern Standard Time |
| **From:** | Douglas/Rebbie Mastriano |
| **To:** | Daniel Cox |
| **Attachments:** | Outlook-University.png, [Untitled][91].pdf, Second Report of Academic Fraud.docx |

**From:** David MaGee <dmagee@unb.ca>
**Sent:** Friday, March 3, 2023 2:53 PM
**To:** Douglas/Rebbie Mastriano <hooah4yeshua@msn.com>
**Cc:** Ryan Johnston <ryanj@unb.ca>
**Subject:** Allegation of research misconduct

Dear Dr. Mastriano.

Please see attached letter. If you have any questions, please do not hesitate to contact me.

Sincerely

David MaGee
Vice President (Research)
University of New Brunswick
Fredericton, NB
E3B 5A3

**UNB campuses are open with strict adherence to New Brunswick Public Health requirements. Our priority continues to be providing high quality education while ensuring the health and safety of our community.**



**Territorial acknowledgement:** We recognize and respectfully acknowledge that the UNB student ex[perience] is also known as Wolastoq, along which settled the Wolastoqiyik – the people of the beautiful and be[autiful]

**Confidentiality Note:** This email and the information contained in it is confidential, may be privileged a[nd] or reproducing it. If you have received this communication in error, please reply by email to the sender a[nd]

**Subject:** Re: PRIVILEGED & CONFIDENTIAL: ON BEHALF OF DR. MASTRIANO: Response to Letter Dated March 3, 2023
**Date:** Friday, March 10, 2023 at 3:14:26 PM Eastern Standard Time
**From:** Amanda Manuel
**To:** Daniel Cox
**Attachments:** image001.png, image002.png, image003.png

I just got your message. Dave just mentioned he replied to you.

Thanks,
Amanda

Sent from my iPad

> On Mar 10, 2023, at 3:58 PM, Daniel Cox <dcox@coxlawcenter.com> wrote:

✉**External message:** Use caution.

Daniel L. Cox, Esq.
The Cox Law Center, LLC
PO Box 545
Emmitsburg, MD 21727
<image001.png>

--

**From:** Daniel Cox <dcox@coxlawcenter.com>
**Date:** Friday, March 10, 2023 at 2:54 PM
**To:** "vpr@unb.ca" <vpr@unb.ca>, "dmagee@unb.ca" <dmagee@unb.ca>
**Cc:** "ryanj@unb.ca" <ryanj@unb.ca>
**Subject:** Re: PRIVILEGED & CONFIDENTIAL: ON BEHALF OF DR. MASTRIANO: Response to Letter Dated March 3, 2023

Dr. MaGee:
Kindly confirm receipt and that the submission is timely, as we responded prior to the "deadline" of 3pm AST.

Thank you sir.

Very truly yours,

Daniel L. Cox, Esq.
The Cox Law Center, LLC
PO Box 545
Emmitsburg, MD 21727

--

---

**From:** Daniel Cox <dcox@coxlawcenter.com>
**Date:** Friday, March 10, 2023 at 2:45 PM
**To:** "vpr@unb.ca" <vpr@unb.ca>, "dmagee@unb.ca" <dmagee@unb.ca>
**Cc:** "ryanj@unb.ca" <ryanj@unb.ca>
**Subject:** PRIVILEGED & CONFIDENTIAL: ON BEHALF OF DR. MASTRIANO: Response to Letter Dated March 3, 2023

Dr. Magee, et al:

Please see the attached response to your letters. You will find our cover letter, Motion to Admit Pro Hac Vice, Motion to Dismiss and proposed Orders.

Your timely response is appreciated.

Very truly yours,

Daniel L. Cox, Esq.
The Cox Law Center, LLC
PO Box 545
Emmitsburg, MD 21727
<image003.png>

--