**Subject:** FW: Mastriano v. Gregory III, et al
**Date:** Wednesday, July 17, 2024 at 1:27:35 PM Eastern Daylight Time
**From:** Daniel Cox
**To:** Cyril.Goutte@nrc-cnrc.gc.ca
**CC:** Kuhn, Roland
**Attachments:** image001.png, image002.png, image003.png

Cyril Goutte:

This matter is one of urgency that Mr. Kuhn has not timely responded to as promised. I respectfully request his immediate response by close of business.

Thank you,

Daniel L. Cox, Esq.
The Cox Law Center, LLC
PO Box 545
Emmitsburg, MD 21727



--

---

**From:** "Kuhn, Roland" <Roland.Kuhn@nrc-cnrc.gc.ca>
**Date:** Wednesday, July 17, 2024 at 1:23 PM
**To:** Daniel Cox <dcox@coxlawcenter.com>
**Subject:** Automatic reply: Mastriano v. Gregory III, et al

Bonjour,

Je serai absent du bureau, jusqu'au 6 aout. Pour des questions reliées au projet sur les technologies pour les langues autochtones ou d'autres sujets importants, SVP consulter Cyril Goutte (Cyril.Goutte@nrc-cnrc.gc.ca).

I'll be away from the office until August 6. For questions related to the Indigenous Languages Technology project or other important matters, please consult Cyril Goutte (Cyril.Goutte@nrc-cnrc.gc.ca).

Roland Kuhn.

**From:** Daniel Cox <dcox@coxlawcenter.com>
**Date:** Wednesday, July 17, 2024 at 1:23 PM
**To:** "Kuhn, Roland" <Roland.Kuhn@nrc-cnrc.gc.ca>, "Info (NRC/CNRC)" <Info.NRC@nrc-cnrc.gc.ca>
**Subject:** Re: Mastriano v. Gregory III, et al

Mr. Kuhn:

I have not received any communication from your lawyers and we have waited 15 days.  The delay in service of process is not a mutually agreed matter and the matter must be resolved pursuant to the Court's mandates under the Rules of Procedure here in the United States of America.

Prior to incurring costs of service, which we will pursue in reimbursement, I await your final communication regarding waiver of service under RULE 4 of the Federal Rules of Procedure.

We respectfully request a response by close of business so that we may proceed with our service upon you.

Very truly yours,

Daniel L. Cox, Esq.
The Cox Law Center, LLC
PO Box 545
Emmitsburg, MD 21727



--

**From:** "Kuhn, Roland" <Roland.Kuhn@nrc-cnrc.gc.ca>
**Date:** Friday, July 5, 2024 at 2:35 PM
**To:** Daniel Cox <dcox@coxlawcenter.com>, "Info (NRC/CNRC)" <Info.NRC@nrc-cnrc.gc.ca>
**Subject:** RE: Mastriano v. Gregory III, et al

Dear Mr. Cox,

My apologies for the slight delay in replying to this email, and the earlier one you sent.  Our work email was down for several days.

You will be hearing back from my lawyers soon.

Sincerely, Roland Kuhn.

**From:** Daniel Cox <dcox@coxlawcenter.com>
**Sent:** July 2, 2024 8:30 PM
**To:** Kuhn, Roland <Roland.Kuhn@nrc-cnrc.gc.ca>; Info (NRC/CNRC) <Info.NRC@nrc-cnrc.gc.ca>
**Subject:** Re: Mastriano v. Gregory III, et al

**\*\*\*Attention\*\*\* This email originated from outside of the NRC. \*\*\*Attention\*\*\* Ce courriel provient de l'extérieur du CNRC.**

<u>This notice is also to remind you of your ESI (Electronically-Stored Information) hold requirements under United States law</u>. You may not delete or fail to preserve all electronically-stored information and all is requested to be preserved for discovery and production to our office which in any relates to Dr. Mastriano, the facts and matters in this case and any defendant herein relating to the case in any way.

Rule 4 Notice of a Lawsuit and Request to Waive Service of Summons.

(Caption)

To (name the defendant or — if the defendant is a corporation, partnership, or association — name an officer or agent authorized to receive service):

Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within (give at least 30 days or at least 60 days if the defendant is outside any judicial district of the United States) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____ _____

(Signature of the attorney or unrepresented party)

_____

(Printed name)

_____

(Address)

_____

(E-mail address)

_____

(Telephone number)

---

Rule 4 Waiver of the Service of Summons.

(Caption)

To (name the plaintiff's attorney or the unrepresented plaintiff):

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____

(Signature of the attorney or unrepresented party)

_____

(Printed name)

_____

(Address)

_____

(E-mail address)

_____

(Telephone number)

---

(Attach the following)

Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.


Daniel L. Cox, Esq.
The Cox Law Center, LLC
PO Box 545
Emmitsburg, MD 21727



--


**From:** Daniel Cox <dcox@coxlawcenter.com>
**Date:** Tuesday, July 2, 2024 at 7:59 PM
**To:** "Roland.Kuhn@nrc-cnrc.gc.ca" <Roland.Kuhn@nrc-cnrc.gc.ca>, "info@nrc-cnrc.gc.ca" <info@nrc-cnrc.gc.ca>
**Subject:** Mastriano v. Gregory III, et al

Dear Mr. Kuhn and NRC Legal Dept. and John and Jane Doe-NRC:

You have been sued for damages by my client Col. Douglas Mastriano.

Attached, please find the pleadings and a form for a timely Rule 4 waiver of service of process.  Should you not provide a waiver of service of process, we will be necessarily seeking reimbursement from you for service of process fees.

Your timely response as to whether you will provide a Rule 4 waiver of service, within 72 hours, is requested.

Very truly yours,

Daniel L. Cox, Esq.
The Cox Law Center, LLC
PO Box 545
Emmitsburg, MD 21727
UNITED STATES OF AMERICA



--

Cher M. Kuhn et CNRC : Vous avez été poursuivi en dommages-intérêts par mon client, le colonel Douglas Mastriano. Ci-joint, veuillez trouver les plaidoiries et un formulaire pour une renonciation à la signification de la procédure en vertu de la règle 4 en temps opportun. Si vous ne fournissez pas de renonciation au service de procédure, nous vous demanderons nécessairement le remboursement des frais de service de procédure. Votre réponse en temps opportun indiquant si vous fournirez une renonciation au service en vertu de la règle 4, dans les 72 heures, est demandée. Sincèrement votre,

DANIEL L. COX, ESQ.
THE COX LAW CENTER, LLC