IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Douglas Mastriano | : CIVIL NO. 5:24-cv-00567-F |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| James Gregory, III, *et al* | : |
| | : |
| Defendants. | : |

**NOTICE – CONSENT OF DEFENDANTS' COUNSEL TO FILE MOTION**

The Plaintiff, by and through his undersigned attorneys, hereby provides this notice to the Court stating the following:

1. Attorneys for defendants, Bill Swallow, has provided consent for Plaintiffs' motion for extension of time and leave to file lengthy response to their Motion to Dismiss.

2. Defendants wish for similar extensions and the undersigned has granted them the same courtesy.

WHEREFORE, considering the foregoing, plaintiff respectfully requests this Court to grant his request for extension of time to file out-of-time his approximately 40 page response in opposition to Defendants' motion to dismiss.

Respectfully submitted,
The Cox Law Center, LLC

By:
_____//s//_____
Daniel L. Cox, OKWD Bar 2490
Attorney for Plaintiff

The Cox Law Center, LLC  
P.O. Box 545  
Emmitsburg, MD 21727  
Ph: 410-254-7000  
Fx: 410-254-7220  
E-mail: dcox@coxlawcenter.com

**CERTIFICATE OF SERVICE**

This is to certify on this 9th day of September, 2024, that a copy of the foregoing was served on counsel of record via CM/ECF.

_____/s/_____
Daniel L. Cox