IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Douglas Mastriano | : CIVIL NO. 5:24-cv-00567-F |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| James Gregory, III, *et al* | : |
| | : |
| Defendants. | : |

## ORDER

IN CONSIDERATION of Plaintiff's unopposed motion for leave to file response in opposition to lengthy brief in excess of 25 pages (doc. no. 75), it is this 10th day of September, 2024,

ORDERED, that the motion is **GRANTED**; and it is further

ORDERED, that Plaintiff may file his response in opposition to certain defendants' motion to dismiss with an additional 10 pages not including cover page, tables and exhibits.  Plaintiff shall file his response of record within **three business days** from the date of this order.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0567p013.PO.rev.docx