IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-24-567-F |
| JAMES GREGORY, III, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

By order dated August 30, 2024, the court ordered plaintiff to show good cause in writing by September 9, 2024, for his failure to effect service of process upon defendants Roland Kuhn, the National Research Council of Canada, Janet Mullin, John Doe and Jane Doe within the 90-day period prescribed by Rule 4(m), Fed. R. Civ. P.

The court is in receipt of plaintiff's Response to Order to Show Cause Re: Service. Doc. no. 76. Plaintiff represents that each defendant, including John Doe and Jane Doe, have been served and the executed returns filed.

Based upon plaintiff's representations and returns filed, the court will allow the matter to proceed against defendants.

DATED this 10th day of September, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0567p014.docx