# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Douglas Mastriano, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| James Gregory, III ) | |
| 1509 Vandivort Place ) | |
| Edmond, OK 73034 ) | |
| ) | Case No: CIV-24-567-F |
| And ) | |
| ) | |
| Roland Kuhn, the National Research Council of ) | |
| Canada, Paul Mazerolle, President and Vice ) | |
| Chancellor, University of New Brunswick, ) | |
| Canada; David MaGee, Vice-President, ) | |
| Research; Drew Randall, Dean, Graduate ) | |
| Studies; Jeff Brown; Cindy Brown; Stephen ) | |
| Dutcher; Sean Kennedy, Erin Morton, Matthew ) | |
| Sears; Lee Windsor; Stefanie Hunt-Kennedy; ) | |
| Carolyn MacDonald; Sasha Mullaly; Lisa Todd; ) | |
| Sarah-Jane Corke; Bonnie Huskins; Elizabeth ) | |
| Mancke; Janet Mullin; Angela Tozer; Margaret ) | |
| MacMillan; Robert Bothwell; John Ferris; ) | |
| *-each in his or her individual capacity*, ) | |
| ) | |
| And ) | |
| ) | |
| University of New Brunswick, Canada, ) | |
| ) | |
| And ) | |
| ) | |
| National Research Counsel of Canada, ) | |
| ) | |
| And ) | |
| ) | |
| John & Jane Doe. ) | |
| ) | |
| Defendants. ) | |

## **ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

Defendant, Janet Mullin.

    I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

                                      Respectfully submitted,

                                      s/Don W. Danz
                                      DON W. DANZ, OBA #14607
                                      McATEE & WOODS, P.C.
                                      410 N.W. 13th Street
                                      Oklahoma City, OK  73103
                                      Telephone: (405) 232-5067
                                      Facsimile: (405) 232-0009
                                      dond@mcateeandwoods.com

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 13th day of September, 2024, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Daniel L. Cox, OBA #2490
The Cox Law Center, LLC
P.O. Box 545
Emmitsburg, MD 21727
Telephone: (410) 254-7000
dcox@coxlawcenter.com

Richard White, OBA #9546
Barber & Bartz
525 S. Main Street, Ste. 800
Tulsa, Oklahoma 74103
Telephone: (918) 599-7755
rwhite@barberbartz.com
***Attorneys for Plaintiff***

Robert D. Nelon, OBA #6610
HALL ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.
100 N. Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
bnelon@hallestill.com

Greg Harold Greubel
*Admitted Pro Hac Vice*
Sara E. Berinhout
*Admitted Pro Hac Vice*
Foundation for Individual Rights
and Expression
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Greg.greubel@thefire.org
Sara.berinhout@thefire.org
***Attorneys for Defendant James Gregory***

        s/*Don W. Danz*
        DON W. DANZ