# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO,<br><br>      *Plaintiff*,<br><br>v.<br><br>JAMES GREGORY III, *et al.*,<br><br>      *Defendant*. | Case No. CIV-24-567-F |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the Defendant, The National Research Council Canada (NRC).

I certify that I am admitted to practice in this Court and I am registered to file documents electronically with this Court.

Dated: September 26, 2024          Respectfully submitted,

                                           */s/ Paul E. Swain III*
                                           Paul E. Swain III, OBA #8785
                                           PAUL E. SWAIN, PLC
                                           2727 E. 21st Street, Suite 420
                                           Tulsa, OK 74114
                                           Tel.: (918) 599-0100
                                           Pswain@Swainlaw.com


## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 26 day of September, 2024, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/ Paul E. Swain
Paul E. Swain