# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Douglas Mastriano | : | CIVIL NO. 5:24-cv-00567-F |
| Plaintiff, | : | |
| v. | : | |
| James Gregory, III, *et al* | : | |
| Defendants. | : | |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND AND FOR ADDITIONAL PAGES IN RESPONSE

BEFORE THE HONORABLE STEPHEN P. FRIOT, UNITED STATES DISTRICT JUDGE.

The Plaintiff, by and through his undersigned attorneys, hereby submits his consent motion to extend time and for additional pages for his response in opposition to the Motion to Dismiss and Brief in Support (ECF 89) by James Gregory, III, with the consent of Greg Stuebel, Esq., Senior Attorney, Foundation for Individual Rights and Expression (FIRE), attorneys for defendant James Gregory, and says in support thereof:

1. The undersigned has consistently consented to defendants filing extended briefing of 35 pages with extensions of time.

2. Presently, a response to Defendant's motion is due October 9, 2024.

3. The undersigned has a week-long federal jury trial beginning October 15, 2024 and as such requests additional time to respond to the defendant's motion.

4. In addition, the lengthy briefing of defendant's motion requires similar additional briefing of 10 additional pages in order to respond appropriately.

5. A short extension of time of 21 days from the due date of October 9, 2024 until October 30, 2024 is requested to respond to defendant's motion.

6. Defendant's attorney, Greg Stuebel, has stated consent for both requests is provided.

7. No prejudice to any party will occur as dates for response to the complaint for other defendants have also been extended.

WHEREFORE the Plaintiff requests the Court GRANT his consent request for an extension of time until October 30, 2024 to respond to the defendant's motion and for 10 additional pages in briefing.

    Respectfully submitted,
    The Cox Law Center, LLC

    By: _____//s//_____
    Daniel L. Cox, Ok. Fed. Bar No. 2490
    Attorney for Plaintiff
    The Cox Law Center, LLC
    P.O. Box 545
    Emmitsburg, MD 21727
    Ph: 410-254-7000
    Fx: 410-254-7220
    E-mail: dcox@coxlawcenter.com

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of September, 2024, a copy of the foregoing was served on counsel of record via CM/ECF.

_____/s/_____<br>
Daniel L. Cox