IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Douglas Mastriano | : | CIVIL NO. 5:24-cv-00567-F |
| Plaintiff, | : | |
| v. | : | |
| James Gregory, III, *et al* | : | |
| Defendants. | : | |

**ORDER**

UPON CONSIDERATION of the plaintiff's consent motion to extend time to respond to defendant James Gregory's motion to dismiss and brief in support (ECF 92) it is hereby

ORDERED, that the extension of time is GRANTED, and it is

ORDERED, that the plaintiff may also respond with an additional 10 pages for a total of 35 pages not including the cover page, table of contents and table of cases; and it is furthermore,

ORDERED, that the plaintiff's response deadline is extended and may be filed on or before October 30, 2024.

DATED this 27th day of September, 2024.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0567p016.PO.docx