## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

DOUGLAS MASTRIANO )
)
    Plaintiff, )
)
v. ) Case No. CIV-24-567-F
)
JAMES GREGORY, III, *et al.*, )
)
    Defendants. )

### ORDER

  Before the Court is Defendant Roland Kuhn's Motion for Leave to file an Oversized Brief in support of his Motion to Dismiss Plaintiff's Complaint. Doc. 99. For good cause shown, the Court **GRANTS** the Motion. Defendant Roland Kuhn may file an oversized brief in support of his Motion to Dismiss, not to exceed 30 pages.

  IT IS SO ORDERED this 16th day of October, 2024.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0567p017.PO.docx