IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Douglas Mastriano | : CIVIL NO. 5:24-cv-00567-F |
| Plaintiff, | : |
| v. | : |
| James Gregory, III, *et al* | : |
| Defendants. | : |

ORDER

UPON CONSIDERATION of the plaintiff's consent motion to extend time to respond to the defendant NRC's motion to dismiss (ECF 121) it is therefore

ORDERED, that the extension of time is GRANTED, and it is

ORDERED, that the plaintiff's response deadline is extended and may be filed on or before January 17, 2025.

DATED this 10th day of December, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0567p023.PO.docx