## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO,<br><br>    Plaintiff,<br><br>JAMES GREGORY, III, *et al.*,<br><br>    Defendants. | Case No. 5:24-cv-00567-F |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby appears as counsel for Roland Kuhn in the above-captioned action. Further service of all papers and pleadings, should be made upon the undersigned.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

DATED this 16th day of December, 2024.

                                 */s/ Callan G. Stein*
                                 Callan G. Stein
                                 Troutman Pepper Hamilton Sanders LLP
                                 High Street Tower
                                 125 High Street, 19th Floor
                                 Boston, MA 02110
                                 Email: Callan.Stein@troutman.com

                                 *Attorney for Defendant Roland Kuhn*

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO,<br><br>　　　Plaintiff,<br><br>JAMES GREGORY, III, *et al.,*<br><br>　　　Defendants. | Case No. 5:24-cv-00567-F |

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

　　　　　　　　　　　　　　　　　　*/s/ Callan G. Stein*
　　　　　　　　　　　　　　　　　　Callan G. Stein
　　　　　　　　　　　　　　　　　　Troutman Pepper Hamilton Sanders LLP
　　　　　　　　　　　　　　　　　　High Street Tower
　　　　　　　　　　　　　　　　　　125 High Street, 19th Floor
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　Email:  Callan.Stein@troutman.com

　　　　　　　　　　　　　　　　　　*Attorney for Roland Kuhn*