IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DOUGLAS MASTRIANO, )
)
)
)
)
Plaintiff(s), )
)
v. )   Case No. CIV-24-567-F
)
JAMES GREGORY, III, et al., )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant , Roland Kuhn .
(Plaintiff/Defendant)      (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Matthew J. Lund          1/10/2025
Signature                   Date

Matthew J. Lund
Print Name

Troutman Pepper Locke LLP
Firm

4000 Town Center, Suite 1800
Address

Southfield          MI          48075
City                State       Zip Code

(248) 359-7300
Telephone

Matthew.Lund@Troutman.com
Internet E-mail Address

Criminal Cases Only:

☑ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on  January 10, 2025 , I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____ , I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Matthew J. Lund
s/ Attorney Name