# EXHIBIT B

# PROPOSED EXHIBITS TO AMENDED COMPLAINT

# EXHIBIT 1 - UNB Letter



# School of Graduate Studies

UNIVERSITY OF NEW BRUNSWICK



Senator D. Mastriano
Harrisburg Office
187 Main Capitol
Harrisburg, PA 17120
USA
717-787-4651
dmastriano@pasen.gov

July 11, 2022

Dear Senator Mastriano,

It has come to our attention that your PhD Dissertation, originally archived in 2013, with a corrigendum subsequently appended, remains embargoed, with a requested embargo through the year 2030. However, our University guidelines provide for a maximum embargo duration on graduate theses of only 4-years. Hence, the requested period of extended embargo duration greatly exceeds our embargo limits. As your thesis has, in fact, already been embargoed for more than twice the four-year period, I am writing to indicate that the embargo on your dissertation is to be removed, effective immediately, in order to uphold long-standing policy and ensure appropriate accessibility of publicly funded research and scholarly activity.

Respectfully,

*Drew Rendall*

Dr. Drew Rendall, Dean - School of Graduate Studies

**UNIVERSITY OF NEW BRUNSWICK**
PO BOX 4400
Fredericton, NB
Canada E3B 5A3
**unb.ca**

**SCHOOL OF GRADUATE STUDIES**
506-453-4673
506-453-4817 (fax)
gradschl@unb.ca
**unb.ca./gradstudies**

# EXHIBIT 2 - Gregory-Press Article Example

October 17, 2022

# Pennsylvania Governor Candidate ███████████

████████████████

criticism of Republican Doug Mastriano.

**By** Katherine Knott



Doug Mastriano, Republican gubernatorial candidate in Pennsylvania, has been the subject of criticism over his 2013 dissertation.

Mark Makela/Getty Images

S ome ████████████████████ are speaking out against Republican Doug Mastriano's controversial bid to

become the next governor of Pennsylvania—a campaign in which Mastriano's higher education credentials from a Canadian university also have been <u>called</u> into question, *The Philadelphia Inquirer* <u>reported</u>.



A spokesman for Mastriano did not respond to a request for comment.

. Mastriano's campaign

is not only attracting critics from academe, but they are also attacking his academic background.

If elected, Mastriano has said he'll make Pennsylvanians re-register in order to vote and could decertify voting machines, the *Inquirer* reported. As governor, he would have the power to appoint the secretary of state, who oversees elections. ██████████████

██████████████████████████████████████

███████████████████████████████████████

████████████████████████████████

██████████████████

"Everybody has one thing in common—all are raising serious questions about his integrity," said Jeffrey Brown, an associate professor of history at the University of New Brunswick who has questioned the veracity of Mastriano's 2013 dissertation.

Brown's concerns were not heeded, and he was dropped from the dissertation committee. Mastriano received a Ph.D. in history from the university. Other scholars, including a graduate student at the University of Oklahoma, have continued to question Mastriano's research.

███████████████████████████████

████████████████████

███████████████████████████████

██████████████████████████████

█████████████████████████████████



# A Disputed Dissertation

Mastriano's dissertation and subsequent book, *Alvin York: A New Biography of the Hero of the Argonne* (University of Kentucky Press, 2014), focused on World War I hero Sergeant Alvin York, who won the Medal of Honor after killing at least 20 German soldiers. York, who was drafted into the Army, initially started as a pacifist but then became convinced that God wanted him to fight.

James Gregory, a graduate student in history at the University of Oklahoma, detailed numerous factual errors in Mastriano's book, including fraudulent citations, nearly a decade after it was published. Gregory told the *Inquirer* that he found 213 problems in the 480-page thesis, which was made public last month along with

six pages of corrections.

Gregory detailed the book's errors in a March 2021 letter to the university's history department, Brown said, which led to an internal review of the dissertation.

"There were alarming charges of academic fraud—none of which surprised me," he said.

Brown said he raised "all the red flags I could" while serving as a member of the dissertation committee and was embarrassed to be part of it.

"His agenda is to make Sergeant York into a spiritual warrior like he is," Brown said.

Mastriano has pointed to his doctoral degree on the campaign trail "as evidence of his knowledgeability," according to the Associated Press. ███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████████████████
██████████████████████████

Following news reports on the controversy, the University of New Brunswick acknowledged the questions circulating about the thesis and said it took seriously any allegation of research misconduct.

"As stated previously, UNB will review its internal processes and procedures to ensure our systems and policies around the awarding

of Ph.D.s remain of the highest standard," the statement says. "This review will be conducted by two qualified independent academics and will begin as soon as possible. Our commitment to our students and the UNB community to continue to strive for nothing less than academic excellence in all we do has never wavered and will never diminish."

Brown said reviewing the internal processes is not good enough. He wants to see Mastriano's dissertation reviewed.

Not doing so undermines the university's reputation, he said.

## Written By

Katherine Knott

Copyright © 2024 Inside Higher Ed All rights reserved. |

EXHIBIT 3 - Gregory "Myth of Sgt. York"


Case 5:23-cv-00580-XR   Document 26-3   Filed 06/17/25   Page 12 of 66

**Follow**



**James P Gregory Jr** @JamesPGregoryJr · Oct 8, 2022 · · ·

On December 19th, Texas A&M University Press will be publishing my new book! It will reveal the controversial truth to the modern military legend of Sgt. Alvin York



💬     🔁     ♡ 3     ፵|ᐧ     🔖 ⬆️

🔁 **James P Gregory Jr reposted**



**Mark Scolforo** @houseofbuddy · Sep 9, 2022 · · ·

Amid campaign, Mastriano's disputed dissertation made public (from @AP)



Amid campaign, Mastriano's disputed dissertation made public

From apnews.com

💬 10     🔁 52     ♡ 49     ፵|ᐧ     🔖 ⬆️

🔁 **James P Gregory Jr reposted**





Welcome to x.com!

We are letting you know that we are changing our URL, but your privacy and data protection settings remain the same.

For more details, see our Privacy Policy: https://x.com/en/privacy

Terms of Service   Privacy Po
Accessibility   Ads info   Mor

⟲ James P Gregory Jr reposted

**The PhD Place** ✔ @ThePhDPlace · Nov 17, 2022

Accurate representation of me doing my PhD x.com/buitengebieden...

💬 20          ⟲ 271          ♡ 1.7K          ᶌ                    🔖 ⬆️

⟲ James P Gregory Jr reposted

**James Taub** @TaubHistory · Oct 29, 2022

Watching social media fill up with everyone's "informed" opinions on #WWI.

💬 4          ⟲ 2          ♡ 57          ᶌ                    🔖 ⬆️

## Who to follow

**Miss Chalk**                    Follow
@misschalkhist

NQT History Teacher at @CarlukeHS! Glasgow University history graduate
// Aberdeen University PGDE graduate

**Bart Parish (@bartparish.bsky.social)**
@bart_parish

Follow

Kansan by birth ... Rock Chalk Jayhawk!!! Great War history enthusiast. @GreatWarGroup. Devoted Husband. Volunteer. DaVinci Resolve Motion Graphics Animator.

**David Kieran**
@DavidKieran2

Follow

Hallock Chair, @csuhistorygp Signature Wounds (@nyupress); Forever Vietnam (@umasspress); War of My Gen & At War (@rutgersupress); Remote Warfare (@UMinnPress)

Show more

James P Gregory Jr @JamesPGregoryJr · Oct 20, 2022

···

How did Doug Mastriano publish a thesis that critics claim is problematic?

From independent.co.uk

1        2



**Today's E-edition**          **Sign Up for Newsletters**

Suburban Chicago's News Source

 

   

# World War I historian, author unravels leger at 'Date With History' lecture



James P. Gregory Jr.

## Be the first to know!

Get the latest Breaking News and Daily Headlines in your inbox.

Email

[                    ]    **SIGN UP**

## Recommended for You



**Baseball: St. Charles North's 7th inning rally gives Genke 500th win**

By Dave Heun

Any military history buff would find the "Date With History" the Visitor's Center of the First Division Museum and **Cant Wheaton** to be interesting and revealing.

But those who enjoy great stories should also mark their ca monthly presentations occur at Cantigny or online through various topics related to U.S. military engagements, heroes myths.

As a youngster, one of my favorites movies was "Sgt. York," in a World War I drama about the heroic efforts of a consci from the hills of Tennessee who entered the war and single hundreds of Germans in a famous battle.

At the Cantigny presentation earlier this month, World Wa author James Gregory Jr. spoke about the myths surroundir handed" aspect of the event and how the media and Hollyw to heroic heights while ignoring the other 16 men who sur played vital roles in capturing the enemy.

Gregory's book "Unraveling the Myth of Sgt. Alvin York: The stems from years of research to finally give the other men i battalion their proper recognition.

Po:



Libertyville, Vernon Hills teachers call for superintendent's dismissal



Pritzker, Johnson tout DNC in Chicago at preview



Lakeside Cemetery in Libertyville reaches two milestones



Police: Beach Park man accused of sexually assaulting intellectually disabled woman

AdChoices 

Continue Watching

Visit Site

Shop Now

## Trending News

**Nano brewery proposed for downtown**

"The men were just telling the truth about what happened

just a single-handed myth," Gregory said during his present

Department was scrambling (with its version of what happ

other men were saying it didn't happen like that."

The question about what happened faded until Warner Bro

popular film in 1941. "The other men were kind of thrown u

movie," Gregory said. "They were essentially pushed out of t

Gregory said he had received some flak about his work, son

trying to taint York's deeds on that Oct. 18 day in 1918 duri

Argonne Offensive. But he insists that wasn't his intention.

amazing about taking out German machine guns and capti

prisoners, and Alvin York did what he said he did," Gregory

efforts of the other 16 men who survived were just thrown

Arlington Heights

Photo that stirred antisemitism concerns fuels yearbook controversy at Bartlett High School

Construction giant sues tollway for firing; warns of delays, costs, safety issues

Festivals May 24-30: Memorial Day events, art fests, Cream of Wheaton and more

Rosemont mall nears full occupancy with latest additions

'A little less nasty': Lombard brewpub serving up cicada-infused Malört shots

Elk Grove selling vacant site to builder of affordable senior housing

Students to help build homes on land District 211 sold to developer

Libertyville, Vernon Hills teachers call for superintendent's dismissal

'We need resolution': State lawsuit against Wheaton history group drags on

 TODAY'S STORIES   NEWS   SPORTS   OPINION   OBITUARIES   BUSINESS   ENTERTAINMENT   Follow Us   

The next "Date With History" presentation is a "Conversatio

Honor Recipient" from 7 to 8 p.m. Monday, May 8, at the Vi

speaker is Staff Sgt. David Bellavia, who will discuss his her

lives during the U.S. battle for Fallujah in November of 2004

about Cantigny's "Date With History" presentations is avail

**FDMuseum.org website.**

Actor Jack Black sparked an "educational" appreciation of rock 'n' roll music

with his classic comedy "School of Rock" in 2003.

It spawned an entire field of music education programs under the franchise of

School of Rock, which operates in numerous area communities, including

Geneva, Naperville, Glen Ellyn, Schaumburg, Arlington Heights and Barrington,

to name a few.

But the movie also triggered a live theatrical version, much to the delight of music and comedy lovers of all ages. It was no surprise to see an enthusiastic audience at Paramount Theatre in Aurora at last week's opening night laughing, cheering, singing along and, ultimately, delivering a standing ovation for the cast and crew of the first Chicago production of "School of Rock."

The musical, which plays at Paramount through June 4, represents another high mark for the theater, which has always delivered high-quality productions that match or surpass anything offered in Chicago or other suburbs.

Even if you've never seen the movie, you will quickly fall in love with Nick Druzbanski's portrayal of the main character, Dewey Finn, a freeloader living with a former bandmate and his girlfriend.

Finn's journey in "borrowing" his friend's name and teaching resume to become a substitute teacher at an upscale private school - and eventually turn his classroom into a rock band - leads to encounters with numerous memorable characters.

In giving various local theaters a shoutout in my column over the years, I always like to note some stage actors who stood out in my mind.

You can't help but find Omi Lichtenstein's role as Summer Hathaway, the classroom's stickler to school rules and ultimately the band's manager, as one of the funniest in the musical. This youngster is a delight to watch.

Also, in the important role of the school principal, Rosalie Mullins, it would be hard to imagine anyone other than Veronica Garza playing this part. Garza was quite convincing in showing the side of a school principal who kept things in order while suffering anxiety at the thought of not pleasing the students' parents.

In addition, through the number "Where Did the Rock Go?" she revealed her great singing voice and the "hidden" side of her heart" - one that still enjoyed rock music and letting loose, as long as no one else was watching.

The full cast portraying the school kids impresses with its singing and dancing. And when the group belts out "Stick it to the Man" along with Dewey, it's a definite showstopper.

Check out more in the **reviews in the Daily Herald** - and then go see this play. We saw plenty of young kids in the audience, and this production is appropriate for those who know what a music class in school is all about.

While we're anxious for the new theater complex to open next month along Randall Road in Batavia so we can experience everything modern and current for the moviegoing experience, we still enjoy seeing a movie as folks did 100 years ago.

That happens at the Silent Movie Night dates at the Arcada Theatre in downtown St. Charles.

Earlier this month, I took in "Spring Fever," a 1927 romantic comedy starring a very young Joan Crawford. The movie centered around golf and country club life of the late 1920s and was fascinating from that standpoint alone. But it was a funny story, with actors who made names for themselves during the silent film era.

Mostly, it's an interesting experience to see a silent film, one made grand every time with the live musical score played by cinema arts organist Jay Warren of the Silent Film Society of Chicago.

The next silent film scheduled for the Arcada is at 7:30 p.m. Tuesday, May 9, for the 1926 romantic comedy "Kiki."

If you've never seen a silent movie at the Arcada, do so before that part of our nation's history really is just a memory.

After decades of uncertainty and no closure for the death of a young Geneva man in the Korean War in the early 1950s, the remaining relatives and family finally have some answers.

Years of trying to identify remains never revealed what happened to Sgt. Richard E. Crotty, a 22-year-old member of the Army's Easy Company infantry division.

But the family's request to disinter remains known only by number, but potentially, those of Crotty, buried as an "unknown" in a memorial cemetery in Hawaii, resulted in a match discovered through special DNA analysis at a Honolulu lab.

Further studies did not indicate if Crotty was killed in action or died as a prisoner of war. Crotty's remains will be buried Saturday, April 29, in Peoria.

As part of its efforts to further its national causes of promoting patriotism and combating child abuse, the Tri-Cities Exchange Club will draw the winning ticket for its annual Draw Down fundraiser on Tuesday, May 2, at the club's morning meeting.

You still have time to buy tickets at $100 each to win $2,000 - contact club president Brian Henry at 630-715-3162 for information or to purchase a last-minute ticket.

Also, because much of this column has a historical tone, we'll also mention the St. Charles Historical Museum is encouraging supporters to participate in an Italian Feast fundraiser through Onesti Entertainment from 6 to 9 p.m. Wednesday, May 3, at the new Rock 'n Ravioli restaurant at the Arcada Theatre in downtown St. Charles. The evening includes an Elvis Presley tribute from Rick Saucedo.Cost is $50 per person. Tickets, RSVP and more information is available at **stcmuseum.org**.

dheun@sbcglobal.net

Article

Comments



SPONSORED CONTENT | **30 Most Overrated Movies Everyone Pretends To Like** ⬈
By ItsTheVibe –

# Article Categories

Batavia    Communities    Entertainment    Geneva    Lifestyle    Literature    Museums    St. Charles    Wheaton

---



**Photo that stirred questions of antisemitism fuels yearbook controversy at Bartlett High School**
Elgin Area Unit District 46 Superintendent Suzanne Johnson responded late Wednesday to a public outcry about a controversial photo in the Bartlett High School yearbook, saying a message included in pi...

---



**Police: Man armed with knives at Elmhurst Portillo's in custody**
Elmhurst police have taken into custody a man accused of attacking his domestic partner with knives inside a Portillo's early Wednesday, authorities said. Police responded to the Portillo's off Ro...

---



**A bracelet and a 50-year promise kept: California woman coming to Arlington Heights to honor soldier killed in Vietnam**
For more than 38 years, Kathy Strong wore a bracelet in tribute to a young soldier she never met and promised to never forget. That stainless steel band is gone, buried 13 years ago with the body of S...

---



**'The world's loss is immense:' Guilty plea entered on speed-related charge in cyclist's death**
A guilty plea involving a 2022 crash that killed cyclist Nancy Nozicka brought a measure of closure for her family, but the grief is still raw, relatives said Tuesday. Nozicka's bicycle was hit by a 2...

---



**What's keeping the Bulls from playoffs? Here's a reminder.**
The NBA playoffs are down to the final four. How close are the Bulls to joining this exclusive club? Well, keep in mind they've made the conference finals once in the last 26 seasons. But if they star...

---



**Matthew Perry's death under investigation over ketamine level found in actor's blood**
LOS ANGELES — An investigation has been opened into the death of Matthew Perry and how the "Friends" actor received the anesthetic ketamine, which was ruled a contributing factor in his death. L...

## You May Also Like

**Urologist: Building Muscle After 60 Comes Down To This 1 Thing**

alphahealthsecrets.com | Sponsored

**Virginia Will Cover the Cost to Install Solar if You Live in These…**

EasySolar | Sponsored

**Virginia: New Policy For "Senior Drivers"**

Comparisons.org | Sponsored

**7 Wealth Tips Once Your Portfolio Reaches $1 Million**

Fisher Investments | Sponsored



**Neurologists Amazed: Barefoot Shoes are The Best Thing You C…**

Barefoot Vitality | Sponsored

**Tiled and 1-piece showers are a thing of the past**

westshorehomebaths.com | Sponsored

**Sleep Apnea: Ingenious Pillow Takes The US By Storm**

myhealthyhabit.co | Sponsored

**Average Cost to Charter A Private Jet May Surprise You (See Prices)**

Sponsored links | Sponsored

## Article Comments

**Guidelines:** Keep it civil and on topic; no profanity, vulgarity, slurs or personal attacks. People who harass others or joke about tragedies will be blocked. If a comment violates these standards or our **terms of service**, click the "flag" link in the lower-right corner of the comment box. To find our more, read our **FAQ**.

Loading...

⏶ Back To Top

## About Us

Daily Herald Events

Daily Herald Media Group News

Privacy Policy

Terms of Service

## Staff

Advertising/Marketing

Jobs at Paddock Publications

Contact Us

## Connect With Us



## Quick Links

🖥 E-Edition

Contests

Calendar

Share Article or Event

Newsletters

## Advertising

About our Ads

Advertise

Place a Classified Ad

Contacts

Business Directory

## Services

RSS

Email Newsletters

**Copyright © 2024** Paddock Publications, Inc., P.O. Box 280, Arlington Heights, IL 60006

**Paddock Publications, Inc. is an Employee-Owned Company**

# EXHIBIT 4 - UNB Defamation Letter


FILED UNDER SEAL

# EXHIBIT FIVE
# (ARTICLES USING DEFENDANTS' DEFAMATION TO HARM PLAINTIFF)

| Date Posted | Title of Article | Author(s) |
|---|---|---|
| 03/20/21 | In French woods, rivals take aim at senator's WWI research | Mark Scarfoli, AP News |
| 3/24/21 | Mastriano's WWI research panned | Altoona Mirror |
| 09/28/21 | Publisher to reissue Pa. Sen. Doug Mastriano's WWI book with corrections | Associated Press |
| 09/09/22 | Amid campaign, Mastriano's disputed dissertation made public | Mark Scarfoli, AP News |
| 9/11/22 | Mastriano's Dissertation, Plus Corrections, Released | Scott Jaschik, Inside Higher Ed |
| 9/16/22 | UNB releases controversial U.S. politician's PhD dissertation after months of refusals | Robert Jones, CBC News |
| 10/05/22 | One of Doug Mastriano's dissertation committee members speaks out about his "dishonest" and "sloppy" work | John Fea, Current |
| 10/05/22 | A University of New Brunswick graduate student responds to the Doug Mastriano PhD controversy | John Fea, Current |
| 10/05/22 | Mastriano is always boasting about his PhD on the Campaign Trail | John Fea, Current |
| 10/5/22 | (TEASER) One of the most controversial politicians in the United States is causing a stir far north of the campaign trail at a Canadian university that once granted him a doctorate. | |
| 10/05/22 | A controversy-courting U.S. politician causes stir on Canadian university campus | John McHutchion, CBC |
| 10/05/22 | "As it Happens" newsradio | Alexander Panetta, CBC News |
| 10/06/22 | Recent Media Coverage Regarding Thesis Debate | Nil Köksal and Chris Howden |
| 10/16/22 | In a rare rebuke, two retired War College professors say Doug Mastriano is unfit to be governor | UNB Newsroom |
| 10/17/22 | Pennsylvania Governor Candidate 'Not Fit for Office' | William Bender, The Philadelphia Inquirer |
| 10/18/22 | Mastriano's War College Stint, Once a Selling Point, Comes Under Fire | Katherine Knott, Inside Higher Ed |
| 10/18/22 | University of New Brunswick investigating how Trump ally was awarded PhD in 2013 | Trip Gabriel, NY Times |
| 10/19/22 | Mastriano Under Fire From Colleagues and Mentors | Michael MacDonald, The Canadian Press |
| 10/24/22 | How did Doug Mastriano publish a PhD-earning thesis that critics allege is full of problems? | James Joyner, Outside the Beltway |
| 11/02/22 | New Brunswick university had to remain quiet about Mastriano controversy: UNB head | Johanna Chisholm, The Independent |
| 11/02/22 | University Makes New Review of Mastriano's Doctoral Research | Michael MacDonald, The Canadian Press |
| 11/03/22 | UNB kept quiet about Mastriano controversy because of U.S. elections, president says | Mark Scarfoli, AP News |
| 3/16/23 | Mastriano's latest comments to Politico have some saying, 'Where to now, colonel?' | Ed Hunter, CBC News |
| 05/03/23 | University of New Brunswick Starts Formal Investigation into Trump Ally's PhD | Dwight Weidman, Chambersburg Public Opinion |
| 05/03/23 | Questions about Doug Mastriano's thesis spur university fraud probe: reports | Michael MacDonald, The Canadian Press |
| 05/04/23 | UNB to investigate fraud allegations against former PhD student with ties to Trump | Amy Rhoden, PennLive |
| 06/03/23 | University of New Brunswick Opens Investigation into Mastriano's Ph.D. Dissertation | Andrew Kelly, Reuters |
| 07/28/23 | A Canadian university's deadline on its investigation into Doug Mastriano's doctoral thesis has passed. Here's what we know | Robby Brod, WITF |
| 7/28/23 | The investigation behind Pa. State Sen. Doug Mastriano's doctoral thesis | Robby Brod, WITF |
| 07/31/23 | The Douglas Mastriano Scandal | Robby Brod, WITF |
| 02/19/24 | The Mastriano Affair: Revisiting Douglas Mastriano's Allegedly Fraudulent PhD | Roland Kuhn, National Research Council of Canada |
| 04/03/24 | The Mastriano Affair: Administration Response | Sophia Cohen and Bradley Garlie, Brunswickan |
| 7/12/24 | Controversial U.S. politician sues UNB for releasing his widely criticized PhD thesis | Sophia Cohen and Bradley Garlie, Brunswickan |
| | | Aiden Cox, CBC News |

| Date Posted | Title of Article |
|---|---|
| 03/20/21 | In French woods, rivals take aim at senator's WWI research |
| 3/24/21 | Mastriano's WWI research panned |
| 09/28/21 | Publisher to reissue Pa. Sen. Doug Mastriano's WWI book with corrections |
| 09/09/22 | Amid campaign, Mastriano's disputed dissertation made public |
| 9/11/22 | Mastriano's Dissertation, Plus Corrections, Released |
| 9/16/22 | UNB releases controversial U.S. politician's PhD dissertation after months of refusals |
| 10/05/22 | One of Doug Mastriano's dissertation committee members speaks out about his "dishonest" and "sloppy" work |
| 10/05/22 | A University of New Brunswick graduate student responds to the Doug Mastriano Ph.D controversy |
| 10/05/22 | Mastriano is always boasting about his PhD on the Campaign Trail |
| 10/5/22 | (TEASER) One of the most controversial politicians in the United States is causing a stir far north of the campaign trail: at a Canadian university that once granted him a doctorate. |
| 10/05/22 | A controversy-courting U.S. politician causes stir on Canadian university campus |
| 10/05/22 | "As it Happens" newsradio |
| 10/06/22 | Recent Media Coverage Regarding Thesis Debate |
| 10/16/22 | In a rare rebuke, two retired War College professors say Doug Mastriano is unfit to be governor |
| 10/17/22 | Pennsylvania Governor Candidate 'Not Fit for Office' |
| 10/18/22 | Mastriano's War College Stint, Once a Selling Point, Comes Under Fire |
| 10/18/22 | University of New Brunswick investigating how Trump ally was awarded PhD in 2013 |
| 10/19/22 | Mastriano Under Fire From Colleagues and Mentors |
| 10/24/22 | How did Doug Mastriano publish a PhD-earning thesis that critics allege is full of problems? |
| 11/02/22 | New Brunswick university had to remain quiet about Mastriano controversy: UNB head |
| 11/02/22 | University Makes New Review of Mastriano's Doctoral Research |
| 11/03/22 | UNB kept quiet about Mastriano controversy because of U.S. elections, president says |
| 3/16/23 | Mastriano's latest comments to Politico have some saying, 'Where to now, colonel?' |
| 05/03/23 | University of New Brunswick Starts Formal Investigation into Trump Ally's PhD |
| 05/03/23 | Questions about Doug Mastriano's thesis spur university fraud probe: reports |
| 05/04/23 | UNB to investigate fraud allegations against former PhD student with ties to Trump |
| 06/03/23 | University of New Brunswick Opens Investigation into Mastriano's Ph.D. Dissertation |
| 07/28/23 | A Canadian university's deadline on its investigation into Doug Mastriano's doctoral thesis has passed. Here's what we know |
| 7/28/23 | The investigation behind Pa. State Sen. Doug Mastriano's doctoral thesis |
| 07/31/23 | The Douglas Mastriano Scandal |
| 02/18/24 | The Mastriano Affair: Revisiting Douglas Mastriano's Allegedly Fraudulent PhD |
| 04/03/24 | The Mastriano Affair: Administration Response |
| 7/12/24 | Controversial U.S. politician sues UNB for releasing his widely criticized PhD thesis |

# Author(s)

Mark Scarfolo, AP News

Altoona Mirror

Associated Press

Mark Scarfolo, AP News

Scott Jaschik, Inside Higher Ed

Robert Jones, CBC News

John Fea, Current

John Fea, Current

John Fea, Current

John McHutchion, CBC

Alexander Panetta, CBC News

Nil Köksal and Chris Howden

UNB Newsroom

William Bender, The Philadelphia Inquirer

Katherine Knott, Inside Higher Ed

Trip Gabriel, NY Times

Michael MacDonald, The Canadian Press

James Joyner, Outside the Beltway

Johanna Chisholm, The Independent

Michael MacDonald, The Canadian Press

Mark Scarfolo, AP News

Ed Hunter, CBC News

Dwight Weidman, Chambersburg Public Opinion

Michael MacDonald, The Canadian Press

Amy Rhoden, PennLive

Andrew Kelly, Reuters

Robby Brod, WITF

Robby Brod, WITF

Robby Brod, WITF

Roland Kuhn, National Research Council of Canada

Sophia Cohen and Bradley Garlie, Brunswickan

Sophia Cohen and Bradley Garlie, Brunswickan

Aiden Cox, CBC News

# Article Link

https://apnews.com/article/doug-mastriano-research-alvin-york-backlash-96db4958d0caeb992347d9b83198084f

https://www.altoonamirror.com/uncategorized/2021/03/mastrianos-wwi-research-panned/

https://triblive.com/news/pennsylvania/publisher-to-reissue-pa-sen-doug-mastrianos-wwi-book-with-corrections/

https://apnews.com/article/2022-midterm-elections-science-donald-trump-new-brunswick-york-16b74c34b1902864f9fe205184830f94

https://www.insidehighered.com/quicktakes/2022/09/12/mastriano%E2%80%99s-dissertation-plus-corrections-released

https://www.cbc.ca/news/canada/new-brunswick/douglas-mastriano-unb-dissertation-1.6585144

https://currentpub.com/2022/10/05/one-of-doug-mastrianos-dissertation-committee-members-speaks-out-about-his-dishonest-and-sloppy-work/

https://currentpub.com/2022/10/05/a-university-of-new-brunswick-graduate-student-responds-to-the-doug-mastriano-ph-d-controversy/

https://www.tiktok.com/@johnfeahistory/video/7151154670776356138

https://subscriptions.cbc.ca/newsletter_static/messages/morningbrief/2022-10-05/

https://www.cbc.ca/news/world/mastriano-new-brunswick-york-1.6605669

https://www.cbc.ca/player/play/audio/1.6607725

https://blogs.unb.ca/newsroom/2022/10/thesis-debate.php

https://www.inquirer.com/news/doug-mastriano-war-college-biddle-coplen-alvin-york-20221016.html

https://www.insidehighered.com/news/2022/10/18/army-war-college-professors-speak-out-pennsylvania-governors-race

https://www.nytimes.com/2022/10/18/us/politics/doug-mastriano-war-college.html

https://www.theglobeandmail.com/canada/article-university-of-new-brunswick-investigating-how-trump-ally-was-awarded/

https://www.outsidethebeltway.com/mastriano-under-fire-from-colleagues-and-mentors/

https://www.the-independent.com/news/world/americas/us-politics/doug-mastriano-phd-thesis-trump-b2209329.html

https://globalnews.ca/news/9245241/unb-head-doug-mastriano-controversy/#:~:text=The%20president%20of%20the%20University.of%20interfering%20in%20U.S.%20politics

https://apnews.com/article/2022-midterm-elections-entertainment-pennsylvania-new-brunswick-government-and-politics-da9fd21d9be38e7590e36e81b4f12de0

https://www.cbc.ca/news/canada/new-brunswick/doug-mastriano-phd-university-new-brunswick-president-mazerolle-u-s-elections-1.6639321

https://www.publicopiniononline.com/story/opinion/columnists/2023/03/16/mastriano-plots-senate-run-but-his-past-still-causing-consternation-dwight-weidman/70008863007/

https://atlantic.ctvnews.ca/university-of-new-brunswick-starts-formal-investigation-into-trump-ally-s-phd-1.6382533

https://www.pennlive.com/news/2023/05/questions-about-doug-mastrianos-thesis-spur-university-fraud-probe-reports.html

https://www.cbc.ca/news/canada/new-brunswick/unb-investigation-student-trump-1.6832071

https://www.wdiv.org/pa-state-news/2023-06-03/university-of-new-brunswick-opens-investigation-into-mastrianos-ph-d-dissertation

https://www.witf.org/2023/07/28/a-canadian-universitys-deadline-on-its-investigation-into-doug-mastrianos-doctoral-thesis-has-passed-heres-what-we-know/

https://www.youtube.com/watch?v=2Uq6KrAOIhE

https://journalhosting.ucalgary.ca/index.php/ai/article/view/76914

https://thebruns.ca/2024/02/18/the-mastriano-affair-revisiting-douglas-mastrianos-allegedly-fraudulent-phd/

https://thebruns.ca/2024/04/03/the-mastriano-affair-administration-response/

https://www.cbc.ca/news/canada/new-brunswick/university-new-brunswick-doug-mastriano-1.7260715

## Start Time Mark   End Time Mark

49:35:00                              57:44:00

# EXHIBIT 6

## Example of Gregory's Statements to Media

Case 5:24-cv-00567-F   Document 126-2   Filed 01/17/25   Page 35 of 66



Support Now




**NEWS**   SPORTS   VOICES   CULTURE   LIFESTYLE   TRAVEL   PREMIUM

**News > World > Americas > US politics**

# How did Doug Mastriano publish a PhD-earning thesis that critics allege is full of problems?

Critics argue Doug Mastriano received a PhD from the University of New Brunswick under questionable circumstances. The school recently opened an independent review, years after academics began flagging his doctorate-earning thesis, **Johanna Chisholm** investigates

Monday 24 October 2022 15:21 BST   •   ⬚0⬚ Comments










7

Trump-endorsed Doug Mastriano is running for governor in Pennsylvania. His PhD-earning thesis, however, is currently being investigated by the Canadian university he received his doctorate from nearly a 10 years ago *(Getty Images/Library of Congress/illustration Independent)*



Your support helps us to tell the story

**Read more** ⌄

**SUPPORT NOW**

**Read more** ⌄

O n a quiet walking path on the outskirts of an idyllic French village in the country's north Argonne region stands a monument.

The accompanying plaque notes that it's the precise location where Sgt Alvin York single-handedly picked off 20 to 25 German soldiers on 8 October 1918. The Tennessee-native would go on to capture 132 more as prisoners in an act of bravery that later earned him the rarely bestowed Medal of Honor. All while only armed with a rifle and pistol.

Translated into English, French and German, the sign lends a sense of authority to the notion that the site where one of the "greatest achievements" carried out by an Allied soldier during the Great War is a settled fact, and not one up for debate.

That is, of course, how the sponsor of the tourist attraction and its accompanying signage described it when his crowning achievement was unveiled to the public in 2008.

"The debate is over," proclaimed Doug Mastriano, then only a little-known Lieutenant Colonel in the US Army.

**RECOMMENDED**


**US officials reached out to Putin over fears of possible attack, report says**


**Transfer news LIVE: Arsenal make Isak decision, Man Utd medical today**


**Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack**
Sponsored   Online Shopping Tools


**2024 Senior SUV is A True Head Turner (You'll Love The Price)**
Sponsored   TrueSearches   Search Ads

Powered by Taboola

That conjecture, which would go on to form the foundation for the now-Pennsylvania gubernatorial candidate's PhD dissertation, has faced an onslaught of challenges from Mr Mastriano's many critics in the years since.



Alvin C. York's heroism went unnoticed in the United States, even in Tennessee, until the publication of the April 26, 1919, issue of the An article published in the Saturday Evening Post, titled 'The Second Elder Gives Battle', was written by journalist George Patullo in the spring of 1919. He would be one of the first to relay the story of Sgt Alvin York's bravery, that would soon become legend ('The Second Elder Gives Battle,' magazine article by George Pattullo/Tennessee State Library and Archives)

Academics in the fields of history and archaeology maintain that the Republican's research methodologies were flawed from the start. Mr Mastriano's proposed site of the York's battle sequence is not only wrong, but 600 metres north of where it actually played out.

Case 5:24-cv-00567-F   Document 126-2   Filed 01/17/25   Page 40 of 66

Further, his critics argue that other work he's put out on the same topic, specifically his doctorate-earning thesis from the University of New Brunswick and book published with the University of Kentucky Press, has granted him both unearned authority to his problematic conclusions and even altered the record of history.

"Anyone who ever uses Mastriano as a source, their work is tainted, because he's literally changed history away from the documents and the facts to fit his own theory," said James Gregory, a doctoral candidate at the University of Oklahoma, in an interview with *The Independent* earlier this month.

## RECOMMENDED

> How Michael Flynn's 'ReAwaken' roadshow is recruiting an 'Army of God'

> Trump: 'King' to some in Pennsylvania, but will it help GOP?

> Pennsylvania Republican Doug Mastriano calls for 40 days of fasting to save flailing campaign

1/16/25, 11:44 AM    How a controversy over Doug Mastriano's PhD-earning thesis that divides college students | The Independent

Case 5:24-cv-00567-F    Document 126-2    Filed 01/17/25    Page 41 of 66

And it's not just Mr Mastriano's work as a historian that's been called out for allegedly moulding narratives to fit his own personal – and political – persuasions. His pursuit of righting the academic history of Sgt York seemed to presage his own race for the Pennsylvania governor's mansion.

In the months before and after announcing his candidacy for governor, the GOP hopeful has acted as a megaphone for spreading Donald Trump's Big Lie, taken to social media to amplify QAnon conspiracy theories and dispersed misinformation about Covid-19 all while sitting as an elected official in Pennsylvania.

1/16/25, 11:44 AM    How did I not notice? Doug Mastriano, turns a 200-earning thesis that clouds college is inappropriate | The Independent

Case 5:24-cv-00567-F    Document 126-2    Filed 01/17/25    Page 42 of 66

Should he win in the November midterms, the election-denying candidate has indicated he also plans to upset the very democratic process that made him a state senator.

"I get to appoint the secretary of the state, who's delegated to…making corrections to elections, the voting logs and everything," he said in the springtime. "I could decertify every machine in the state with a stroke of a pen."



In the political domain, Mr Mastriano has faced few repercussions for his tendency to bend the truth. In the academic world, owing greatly to the unrelenting scholarship of 27-year-old historian Mr Gregory, Mr Mastriano may get his due.

After filing a secondary report that documents more than 200 instances of academic fraud, Mr Gregory's due diligence has prompted UNB to reckon with one of their more notorious graduates in recent years. It announced earlier this month that a two-member panel of independent academics will carry out an investigation into Mr Mastriano's work.

Though it could be the most consequential instance of his skullduggery being flagged to the school, it's hardly the first time that Mr Mastriano has been put on notice by the academic community.

## A history of issues

Mr Mastriano's work digging in the French countryside and inking papers on Sgt York had been the preoccupation of York-aficionados in the field for years before Mr Gregory fired off an initial report in early 2021.

One of Mr Mastriano's rivals in the York debate, Dr Thomas Nolan, began pushing back on the site's legitimacy as early as 2007. Then, the NATO officer declared that

Case 5:24-cv-00567-FL Document 126-2 Filed 01/17/25 Page 44 of 66

he'd uncovered the original site of the famed battle.

Dr Nolan, geographer and head of the Laboratory for Spatial Technology at the University of Middle Tennessee, led a competing group of academics and specialists, who called themselves the "Sergeant York Project". While relying on his specialty of applying Geographical Information Systems (GIS) to military history, Dr Nolan and his fellow SYP's deduced that his site, lying about half a mile away from Mr Mastriano's, was more likely the one for where the battle took place.

"It's absurd to say that you're a hundred percent sure of yourself. A scientist may never claim to know the absolute truth," said Dr Nolan in a 2009 article criticising Mr Mastriano's confidence. "Our team was the only one with a permit for archaeological research. In fact, you could say that Mastriano's expedition was illegal," added the geographer.

1/16/25, 11:44 AM
How did university Doug Mastriano earn his PhD? Learning reveals that at this college in Virginia | The Independent

Case 5:24-cv-00567-F Document 126-2 Filed 01/17/25 Page 45 of 66


7

Pennsylvania Republican gubernatorial candidate Doug Mastriano is greeted by former president Donald Trump, who has backed the Republican state senator in the race, at a rally on 3 September 2022 *(Getty Images)*

Others in the field continued to share their misgivings about his work. Archaeologist James Legg, who contributed to Dr Nolan's dig in 2009, described Mr Mastriano's dig as "convincing material for the uninitiated" but that it ultimately resulted in an "unsystematic" and "unauthorized relic hunt".

Concerns were reupped in 2012 in a pair of papers published in the Winter 2012 edition of *Tennessee Historical Quarterly*. Dr Nolan and military historian Brad Posey, who also worked on the 2009 dig, enumerate the many ways in which Mr Mastriano's archaeological work was not only incorrect, but how he actually "caused irreparable damage to the site."

The pair of academics would even go on to flag their issues about Mr Mastriano's research to UNB in 2013, claiming his research was flawed and contained cases of academic misconduct.

Those early warnings went ignored. A year later, the veteran's book on the topic, which was, per UNB, his "dissertation largely unchanged", would be published with the University of Kentucky Press.

Mr Mastriano, for the time being, would be safe from scrutiny -- until the work of a young historian, interested in the same fabled military figure, would begin to pull at the threads of his not-so-well spun yarn.

## '35 instances of academic fraud'

The relationship between Mr Gregory and Mr Mastriano hadn't always been an icy one. Mr Gregory admits that he was actually in direct contact with Mr Mastriano, mostly via Facebook DMs, when he was researching his own book on the famed sergeant (which itself attempts to decipher the messy past around Sgt York's 328th Infantry Regiment, aptly titled *Unraveling the Myth of Sgt. Alvin York*).

"We had a cordial relationship or at least he would answer my questions in detail. That is until he found out that my work countered his," said Mr Gregory. "And then he stopped talking to me."

In early 2021, he began compiling a report on Mr Mastriano's work. Though, he was unable to put it under the full magnifying glass as the 500-page thesis in question was under embargo till 2030.

Having only the book to work off of, Mr Gregory managed to unearth 35 instances of academic fraud. These findings were then sent to the University of Kentucky Press and then later, Dr David MaGee, the then-acting vice-president of research at UNB.

The first institution responded by informing the graduate student that his inquiries would be taken seriously.

1/16/25, 11:44 AM    How obscurity by Doug Mastriano in his 120-earning thesis that could college in Page problems of The Independent

Case 5:24-cv-00567-F   Document 126-2   Filed 01/17/25   Page 48 of 66



Sgt. Alvin York is seen in this undated photograph *(AP)*

In a recent email, the director of the press confirmed that they'd sent Mr Gregory's initial queries to Mr Mastriano regarding citations in his book *Alvin York*.

How a University Doug Mastriano points to in 120-earning thesis that Trump's college inauguration problems | The Independent

"Some of these queries include simple confirmation of typos while others require the author to provide additional sources to confirm specific information in the book," wrote Ashley Runyon, adding that they carried out their own comprehensive review of the author's responses and original primary sources to verify its accuracy.

"This information will be used for future printings of the book to correct any errors. Our review has been independent from the author. Any potential changes were shared with the author, but the final decision will remain with the Press."

While UNB released a report to him in April of that year which dismissed the allegations as nothing more than unintentional technological errors.

"I have reviewed the results of the inquiry and have determined that this allegation does not require a formal investigation," said Dr MaGee in an email dated 3 April 2021, which Mr Gregory shared with *The Independent*. The "irregularities" in quotations, he added, were the result of a transcription error. "There is no misrepresentation or intent to deceive, but an honest error, which we will have corrected through a corrigendum to the copy of the PhD thesis."

Mr Gregory concedes that some of the original 35 errors raised could be described as being transcription error, but 20 instances, he maintains, are still "fraudulent".

"That means that left 20 of my original 35 that were blatant cases of fabrication," said Mr Gregory, who says that when he pushed back on Dr MaGee about this, the line went cold as the school maintained that the rest were "up for academic debate".

"This is not James Gregory vs. Mastriano. This is Douglas Mastriano vs. his own sources. This man is lying about these documents and passing them on," said Mr Gregory.

Without access to the original dissertation or the school addressing his earlier concerns, Mr Gregory was left to wait in the wings.

## '213 is beyond a reasonable doubt'

While that initial report was the subject of many headline-grabbing reports, it wasn't until this past fall that the university announced they'd be tasking two independent academics with reviewing Mr Mastriano's thesis.

1/16/25, 11:44 AM    How do I Unpack by Doug Mastriano push his PhD-earning thesis that divides college in his repoudents of The Independent

Case 5:24-cv-00567-F    Document 126-2    Filed 01/17/25    Page 51 of 66

That is largely because Mr Gregory had the opportunity to sink his teeth into the Mastriano dissertation ahead of its 2030 embargo and submitted a secondary report outlining more than six times the original figure of academic fraud he accounted for.

"213," he says, with a humble concession that this was just based on his first run through the text. There could, and likely are, much more, he adds.

"Thirty-five examples were a questionable amount, but now 213 is beyond a reasonable doubt," wrote Mr Gregory in that follow-up report emailed to Dr MaGee and other faculty members from the institution's history department on 6 October. "Mastriano's work is fraudulent."

Included in that damning secondary report are stunning examples of Mr Mastriano's flippancy with sourcing, outright instances of forging evidence to fit his own chronicle of history, academic dishonesty and multiple examples of fabrication.



This 1919 photo provided by the Department of the US Army, shows Sgt Alvin York of the US Army in an unknown location *((U.S. Army via AP, File))*

Case 5:24-cv-00567-FB Document 126-2 Filed 01/17/25 Page 53 of 66

Mr Mastriano cites a source that remarks 12 soldiers, when Mr Gregory notes it was actually five. Mr Gregory writes in the report that Mr Mastriano misquotes and fabricates sources, allegedly in multiple instances, to fit his own narrative.

One of York's comrades, Private Percy Beardsley, "freely discussed York but did not describe his own central role in the battle," wrote Mr Mastriano, a claim that supported his narrative that York "single-handedly" killed more than two dozen Germans.

"Fabrication," writes Mr Gregory in the next sentence. "Neither of the cited pages even mention Beardsley or his statements."

A litany of bolded "fabrications" litter the report, which Mr Gregory went through the pains of fact-checking nearly all footnotes cited by the state senator. Of the

dozens of examples listed, perhaps the most egregious of them all is one where Mr Gregory pinpoints how Mr Mastriano doctored a photograph and caption from a different document to artificially support his argument that he found the York site.

"That description is from another photograph," the PhD candidate told *The Independent* while going through the report. "So he's making it up. He's just collaged two different things to make something look like he's arguing his case."



One of the pictures of the proposed York site that Mr Gregory included in his report on Mr Mastriano's thesis. He alleged this, alongside a mismatching caption, were doctored by the state senator in his dissertation *(National Archives Records Adminstration/Records of the office of the chief Signal Officer)*

Dr MaGee confirmed in an emailed statement to *The Independent* that the university had received Mr Gregory's second report and would be following the school's policy when it came to dealing with allegations of research misconduct.

He added that, due to the Right to Information and Protection of Privacy Act, the school is not permitted to "discuss the personal information of our students, including educational information, whether the student is a public personality or not, without the student's consent," which would include Mr Mastriano.

*The Independent* has approached Mr Mastriano for comment but he didn't respond before publication.

## The fallout

On 6 October, after months of media coverage on Mr Mastriano, UNB put out a statement.

"UNB has a clear policy for dealing with any allegations of research misconduct," it said. "UNB will review its internal processes to ensure our systems and policies

1/16/25, 11:44 AM
Case 5:24-cv-00567-F Document 126-2 Filed 01/17/25 Page 56 of 66
How did University Doug Mastriano publish a PhD-earning thesis that divides college in large sections of The Independent

around the awarding of PhDs remain of the highest standard," it added, noting that the review would be carried out by two independent academics.

No timeline or whether those results would be made public was announced. *The Independent* contacted the institution to inquire about those specifics but did not hear back.

For some inside the university, addressing the problems within Mr Mastriano's work is arriving many years too late. Dr Jeffrey Brown, a history professor at UNB, sat on Mr Mastriano's examining board for his dissertation back in the early 2010s. Even then, he told *The Independent*, he was taking issue with the then-PhD candidate's squaring of the truth.

"There are all sorts of problems with it. It troubled me then and it continued to trouble me for years," he said in an interview earlier this month, just days after the second Gregory report had dropped in the inboxes of UNB staff.

Dr Brown, similar to Mr Gregory, raised those concerns with other members on Mr Mastriano's dissertation board. He spoke with the dean of graduate studies, flagged the issue to the associate dean and even contacted Mr Mastriano's supervisor, Dr Marc Milner.



In this 16 March 16 2021 photo, the statue of First World War hero Sgt Alvin York stands on the grounds of the Tennessee State Capitol in Nashville, Tenn. *(Copyright 2021 The Associated Press. All rights reserved)*

"I did everything I could to try to flag problems with it, which were multiple and glaring, and was pretty much ignored, and then eventually kind of pushed aside," he said.

Dr Milner did not respond to *The Independent'*s request for comment.

After final drafts of the thesis were presented for defence, Dr Brown realised that the issue of Mr Mastriano's research – which initially hadn't even mentioned the

1/16/25, 11:44 AM                How deeply Doug Mastriano published a PhD-earning thesis that divides a college in fringe problems of The Independent

Case 5:24-cv-00567-E   Document 126-2   Filed 01/17/25   Page 58 of 66

multiple academics who had taken issue with his archaeological work or discussed the competing York site    wasn't going to be settled to his standard.

"It's totally irresponsible scholarship. And it's not credible as a PhD thesis," he said.

In an email to Dr Milner from 2013, which the history professor shared with *The Independent*, he expresses his concerns and asks that he be removed from Mr Mastriano's board.

That was amenable, Dr Milner informed him, as he wasn't needed to sign off on Mr Mastriano's final defence.

"Thank you for your help and see you later," said Dr Brown, relaying what was said to him back in 2013. "So, that's how the thing got passed."

That spring, the now Republican nominee in Pennsylvania's governor race received his doctorate from UNB without issue.

Now, with Mr Gregory's report drawing attention, the school has announced their first public – and independent – inquiry into the issues first raised by the PhD candidate in 2021 and his predecessors, including Dr Brown, many years before.

"Certainly no one here was qualified to assess the archaeological part of [the thesis]," said Dr Brown, acknowledging that it made up about 40 per cent of the finished product. "Depending on the results of that investigation, the university ought to be prepared to rescind Mastriano's degree."

Dr Brown noted that, while he hadn't read Mr Gregory's report in full, Mr Gregory's in-depth examination of sources should've been done years before by his own

1/16/25, 11:44 AM    How did infamously Doug Mastriano publish a PhD-earning thesis that divides a college is his? | Problems | The Independent

Case 5:24-cv-00567-FL    Document 126-2    Filed 01/17/25    Page 60 of 66

supervisor.

"But if he's right, this guy got his PhD fraudulently," he said. "And he shouldn't have it."

For their part, the university hasn't indicated when, or what, will be released from the probe. And as Mr Mastriano's political star has risen, so too has the spectre that's been placed on UNB as pollsters and reporters clamour for the latest update on a man who could be the next governor of a major swing state in the 2024 election.

And while his aspirations to rewrite the rules of modern-day elections have yet to come to fruition, it's now incalculable to measure the damage he may have done to the historical record of one of the First World War's most fabled veterans.

"Basically, he comes up with the answer, and then tries to make everything fit to that final answer," says Mr Gregory, alleging that Mr Mastriano has "polluted" the record of Sgt York with his "falsified research".

"He wants everything to fit and if anything falls outside of that, he'll call them 'detractors' or says, 'it's false information, don't worry about it'."

**More about:**   Tennessee    Doug Mastriano    Midterms    First World War    French    German    New Brunswick

 ## Join our commenting forum

Join thought provoking conversations, follow other Independent readers and see their replies

0   Comments ↓

Promoted stories

### Cardiologists: Teaspoon On an Empty Stomach Slims Waist from 36 To 22

Sponsored   HEALTH WELLNESS JOURNAL                 Learn more

### Trade with Powerful Tools

Explore TradeStation's award-winning desktop trading platform.

Sponsored   TRADESTATION

### Cardiologist: Too Much Belly Fat? Do This Before Bed

Sponsored   FITNESS

### Game shows what the world without US military interventions would look like

This strategy games makes you become a player in the crucial situations of history.

Sponsored   HISTORY STRATEGY GAME                 Play Now

### Nvidia's New Rival (Hint: It's Not AMZN)

Will This Make the World's First Trillionaire?

Sponsored   MOTLEY FOOL

### Dating Site For Older Singles!

1/16/25, 11:44 AM
Case 5:24-cv-00567-F Document 126-2 Filed 01/17/25 Page 62 of 66
How did Trump ally Doug Mastriano pass a PhD – earning thesis that caused a college in rage problems? | The Independent

Sponsored  DATEMYAGE

Sign Up

## MD: Building Muscle After 60 Comes Down To This 1 Thing

Sponsored  APEX LABS

## Don't Play This Game If You Are Under 30

Sponsored  RAID

Play Now

**CULTURE**

Man Utd set new Garnacho transfer demand after £70m deal completed

Neil Young delivers verdict on Bob Dylan biopic A Complete Unknown

## These Never-Driven Trucks in Lynchburg Are Selling for Dirt Cheap

Sponsored  TRUCKS | SEARCH ADS

Learn More

1/16/25, 11:44 AM    How did Trump ally Doug Mastriano publish a PhD-earning thesis that a U.S. college is 'hugely problematic'? | The Independent

Case 5:24-cv-00567-F    Document 126-2    Filed 01/17/25    Page 63 of 66

Case 5:24-cv-00567-F   Document 126-2   Filed 01/17/25   Page 64 of 66

# Meet the parents taking the government to court over VAT on private schools

It was the manifesto promise made a reality in the Labour Budget, but will a legal challenge from parents force a U-turn?

## Enlarged Prostate Has Nothing to Do with Age. Just Stop Doing This One Common Thing!

Sponsored   **HEALTH BENEFITS**

1/16/25, 11:44 AM
Case 5:24-cv-00567-F   Document 126-2   Filed 01/17/25   Page 65 of 66
Ex-army chaplain Doug Mastriano finds his 20-year-earning thesis that dived a college in his report of The Independent

## Three Lynchburg Banks Are Paying Record High Interest Rates - See the List

Sponsored   **SAVINGSPRO**

**LIFESTYLE**

'Zip It': Tui flight attendant praised for reaction to racist remarks

Eagles fan fired from consulting job after vile rant at female Packers fan goes viral

## New Small Electric Car For Seniors - The Price May Surprise You

Sponsored   **FAVORITESEARCHES** | **SEARCH ADS**

**NEWS**

Black cop is accused of trafficking his white wife while flying to their honeymoon



**GET IN TOUCH**

Contact us

 

**OUR PRODUCTS**

Register

Newsletters

Donate

Today's Edition

Install our app

Archive

**OTHER PUBLICATIONS**

International editions

Independent en Español

Independent Arabia

Independent Turkish

Independent Persian

Independent Urdu

1/16/25, 11:44 AM     How do I properly Doug Mastriano published a PhD-earning thesis that a college is now reporting to The Independent

Case 5:24-cv-00567-F   Document 126-2   Filed 01/17/25   Page 66 of 66

**LEGAL**

Code of conduct and complaints

Contributors

Cookie policy

Donations Terms & Conditions

Privacy policy

Do Not Sell or Share My Information

User policies

Modern Slavery Statement

The Standard

**EXTRAS**

Puzzles

All topics

Betting Offers

Voucher codes

Competitions and offers

Independent Advertising

Independent Ignite

Syndication

Working at The Independent