# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Douglas Mastriano | : | CIVIL NO. 5:24-cv-00567-F |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| James Gregory, III, *et al* | : | |
| | : | |
| Defendants. | : | |

## RULE 41 NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NATIONAL RESEARCH COUNCIL OF CANADA ("NRC")

COMES NOW THE PLAINTIFF, by and through his attorneys, Daniel Lewis Cox, The Cox Law Center, LLC, and with consent of the Defendant NRC, and hereby provides notice of dismissal of the National Research Council of Canada from the Complaint, as amended, pursuant to Rule 41(1)(a)(1)(A)(i).

Respectfully submitted,

The Cox Law Center, LLC
By: _____//s//_____
Daniel L. Cox, OKWD Bar 2490
Attorney for Plaintiff
The Cox Law Center, LLC
P.O. Box 545
Emmitsburg, MD 21727
Ph: 410-254-7000
Fx: 410-254-7220
E-mail: dcox@coxlawcenter.com

**CERTIFICATE OF SERVICE**

This is to certify on this 17th day of January, 2025, that a copy of the foregoing was served on counsel of record via CM/ECF.

_____/s/_____
Daniel L. Cox