EXHIBIT 3 - Gregory "Myth of
Sgt. York"





**James P Gregory Jr** @JamesPGregoryJr · Oct 8, 2022

On December 19th, Texas A&M University Press will be publishing my new book! It will reveal the controversial truth to the modern military legend of Sgt. Alvin York



♡ 3

🔁 **James P Gregory Jr reposted**

**Mark Scolforo** @houseofbuddy · Sep 9, 2022

Amid campaign, Mastriano's disputed dissertation made public (from @AP)



Amid campaign, Mastriano's disputed dissertation made public

From apnews.com

💬 10    🔁 52    ♡ 49

🔁 **James P Gregory Jr reposted**





UNRAVELING THE MYTH OF SGT. ALVIN YORK
The Other Sixteen
James P. Gregory Jr.

0:57 / 52:31

**Unraveling the Myth of Sgt. York - James P. Gregory, Jr.**

National WWI Museum and Memorial
28.7K subscribers

Subscribe

2.6K

Share

Clip

Save

156,078 views  Streamed live on Jan 24, 2023
As machine gun fire pinned down their comrades, a squad of doughboys – including Acting Cpl. Alvin York – successfully seized and eradicated a threat ten times their number. Join historian James P. Gregory, Jr. in discussing his new book, Unraveling the Myth of Sgt. Alvin York, which tells the little-known story of the other sixteen soldiers who took part in one of the most famous battles in WWI.

For more information about the National WWI Museum and Memorial visit http://theworldwar.org



X

Home
Explore
Notifications
Messages
Grok
Premium
Lists
Bookmarks
Communities
Articles
Verified Orgs
Profile
More

Post

James P Gregory Jr
25 posts

Follow

## James P Gregory Jr

@JamesPGregoryJr

PhD Candidate: University of Oklahoma; Adjunct Professor of History: Rose State College

Oklahoma City, OK · Joined April 2022

**76** Following **67** Followers

Not followed by anyone you're following

Posts | Replies | Media | Likes

James P Gregory Jr reposted

**National WWI Museum** @TheWWImuseum · May 9, 2023

If you missed @JamesPGregoryJr's lecture earlier this year (with audible gasps from the audience) about Sgt. Alvin York, make sure you check it out here: youtube.com/watch?v=tvTBsv...

World War I historian, author unravels legend of Sgt. Alvin York at 'Date With His

From dailyherald.com

4 · 6 · 4K

James P Gregory Jr reposted

**Andy Moody** @1418filmandy · Jan 25, 2023

Brilliant forensic history from James Gregory dismantling the Alvin York MoH myth. Great War history is alive and vibrant as ever. #AEF @WW1podcast @bart_parish @akimlinger @alex_nele

youtube.com
Unraveling the Myth of Sgt. York - James P. Gregory, J
As machine gun fire pinned down their comrades, a squad of doughboys – including Acting Cpl. Alvin ...

4 · 2 · 12

Messages

## Live on X

**The Gateway Pundit**
President Trump Will Hc Rally in South Bronx, NY Are Live at 1PM EST

**RSBN** is hosting
LIVE: President Trump V the South Bronx in New 5/23/24

**Real America's Voice (R**
WAR ROOM WITH STEV BANNON PM EDITION

**Matt Couch** is speakii
LIVE: TRUMP HOLDS EVENT IN THE BRONX – WILL NY FLIP RED?

**Grant Cardone** is liste
BREAKING all Etherium Spot ETF approved!

## You might like

**Miss Chalk** @misschalkhist

**Prof. Angela Cass** @ange_cass

**Robert Montag** @RobertMontag14

Show more

## Explore

House Blocks CBDC Sur Anti-Surveillance State
3 hours ago · Financ

House Blocks Non-Citiz Rights
6 hours ago · Politic

Trump Rally in Blue Bron Enthusiastic Crowd
5 hours ago · Politic

es l

**Welcome to x.com!**

We are letting you know that we are changing our URL, but your privacy and data protection settings remain the same.
For more details, see our Privacy Policy: https://x.com/en/privacy

Terms of Service   Privacy Po
Accessibility   Ads info   Mor

💬    🔁    ♡ 7    📊    🔖    📤

🔁 James P Gregory Jr reposted

**The PhD Place** ✓ @ThePhDPlace · Nov 17, 2022    •••

Accurate representation of me doing my PhD x.com/buitengebieden...

💬 20    🔁 271    ♡ 1.7K    📊    🔖    📤

🔁 James P Gregory Jr reposted

**James Taub** @TaubHistory · Oct 29, 2022    •••

Watching social media fill up with everyone's "informed" opinions on #WWI.

💬 4    🔁 2    ♡ 57    📊    🔖    📤

## Who to follow

**Miss Chalk**                                    Follow
@misschalkhist

NQT History Teacher at @CarlukeHS! Glasgow University history graduate
// Aberdeen University PGDE graduate

**Bart Parish (@bartparish.bsky.social)**
@bart_parish

Kansan by birth ... Rock Chalk Jayhawk!!! Great War history enthusiast. @GreatWarGroup. Devoted Husband. Volunteer. DaVinci Resolve Motion Graphics Animator.

Follow

**David Kieran**
@DavidKieran2

Hallock Chair, @csuhistorygp Signature Wounds (@nyupress); Forever Vietnam (@umasspress); War of My Gen & At War (@rutgersupress); Remote Warfare (@UMinnPress)

Follow

Show more

**James P Gregory Jr** @JamesPGregoryJr · Oct 20, 2022   ···

How did Doug Mastriano publish a thesis that critics claim is problematic?

From independent.co.uk

💬   🔁 1   ♡ 2   📊   🔖   ⬆



 

   

# World War I historian, author unravels leger at 'Date With History' lecture



James P. Gregory Jr.

## Be the first to know!

Get the latest Breaking News and Daily Headlines in your inbox.

Email

[                    ]     SIGN UP

### Recommended for You


Baseball: St. Charles North's 7th inning rally gives Genke 500th win

By Dave Heun

Po...

Any military history buff would find the "Date With History" ... the Visitor's Center of the First Division Museum and **Cant...** **Wheaton** to be interesting and revealing.

But those who enjoy great stories should also mark their ca... monthly presentations occur at Cantigny or online throug... various topics related to U.S. military engagements, heroes... myths.

As a youngster, one of my favorites movies was "Sgt. York," ... in a World War I drama about the heroic efforts of a consci... from the hills of Tennessee who entered the war and single... hundreds of Germans in a famous battle.

At the Cantigny presentation earlier this month, World Wa... author James Gregory Jr. spoke about the myths surroundi... handed" aspect of the event and how the media and Hollyw... to heroic heights while ignoring the other 16 men who surv... played vital roles in capturing the enemy.

Gregory's book "Unraveling the Myth of Sgt. Alvin York: The... stems from years of research to finally give the other men i... battalion their proper recognition.



Libertyville, Vernon Hills teachers call for superintendent's dismissal



Pritzker, Johnson tout DNC in Chicago at preview



Lakeside Cemetery in Libertyville reaches two milestones



Police: Beach Park man accused of sexually assaulting intellectually disabled woman

AdChoices

Continue Watching

Visit Site

Shop Now

## Trending News

Nano brewery proposed for downtown

"The men were just telling the truth about what happened and it wasn't just a single-handed myth," Gregory said during his presentation. "The War Department was scrambling (with its version of what happened) because the other men were saying it didn't happen like that."

The question about what happened faded until Warner Bros. released a popular film in 1941. "The other men were kind of thrown under the bus by the movie," Gregory said. "They were essentially pushed out of the story."

Gregory said he had received some flak about his work, some saying he was trying to taint York's deeds on that Oct. 18 day in 1918 during the Meuse-Argonne Offensive. But he insists that wasn't his intention. "The story is amazing about taking out German machine guns and capturing over 130 prisoners, and Alvin York did what he said he did," Gregory said. "But the efforts of the other 16 men who survived were just thrown out."

**Arlington Heights**

**Photo that stirred antisemitism concerns fuels yearbook controversy at Bartlett High School**

**Construction giant sues tollway for firing; warns of delays, costs, safety issues**

**Festivals May 24-30: Memorial Day events, art fests, Cream of Wheaton and more**

**Rosemont mall nears full occupancy with latest additions**

**'A little less nasty': Lombard brewpub serving up cicada-infused Malört shots**

**Elk Grove selling vacant site to builder of affordable senior housing**

**Students to help build homes on land District 211 sold to developer**

**Libertyville, Vernon Hills teachers call for superintendent's dismissal**

**'We need resolution': State lawsuit against Wheaton history group drags on**

 TODAY'S STORIES    NEWS    SPORTS    OPINION    OBITUARIES    BUSINESS    ENTERTAINMENT    Follow Us      

The next "Date With History" presentation is a "Conversation with a Medal of Honor Recipient" from 7 to 8 p.m. Monday, May 8, at the Vis... speaker is Staff Sgt. David Bellavia, who will discuss his her... lives during the U.S. battle for Fallujah in November of 2004... about Cantigny's "Date With History" presentations is avail... **FDMuseum.org website**.

Actor Jack Black sparked an "educational" appreciation of rock 'n' roll music with his classic comedy "School of Rock" in 2003.

It spawned an entire field of music education programs under the franchise of School of Rock, which operates in numerous area communities, including Geneva, Naperville, Glen Ellyn, Schaumburg, Arlington Heights and Barrington, to name a few.

But the movie also triggered a live theatrical version, much to the delight of music and comedy lovers of all ages. It was no surprise to see an enthusiastic audience at Paramount Theatre in Aurora at last week's opening night laughing, cheering, singing along and, ultimately, delivering a standing ovation for the cast and crew of the first Chicago production of "School of Rock."

The musical, which plays at Paramount through June 4, represents another high mark for the theater, which has always delivered high-quality productions that match or surpass anything offered in Chicago or other suburbs.

Even if you've never seen the movie, you will quickly fall in love with Nick Druzbanski's portrayal of the main character, Dewey Finn, a freeloader living with a former bandmate and his girlfriend.

Finn's journey in "borrowing" his friend's name and teaching resume to become a substitute teacher at an upscale private school - and eventually turn his classroom into a rock band - leads to encounters with numerous memorable characters.

In giving various local theaters a shoutout in my column over the years, I always like to note some stage actors who stood out in my mind.

You can't help but find Omi Lichtenstein's role as Summer Hathaway, the classroom's stickler to school rules and ultimately the band's manager, as one of the funniest in the musical. This youngster is a delight to watch.

Also, in the important role of the school principal, Rosalie Mullins, it would be hard to imagine anyone other than Veronica Garza playing this part. Garza was quite convincing in showing the side of a school principal who kept things in order while suffering anxiety at the thought of not pleasing the students' parents.

In addition, through the number "Where Did the Rock Go?" she revealed her great singing voice and the "hidden" side of her heart" - one that still enjoyed rock music and letting loose, as long as no one else was watching.

The full cast portraying the school kids impresses with its singing and dancing. And when the group belts out "Stick it to the Man" along with Dewey, it's a definite showstopper.

Check out more in the **reviews in the Daily Herald** - and then go see this play. We saw plenty of young kids in the audience, and this production is appropriate for those who know what a music class in school is all about.

While we're anxious for the new theater complex to open next month along Randall Road in Batavia so we can experience everything modern and current for the moviegoing experience, we still enjoy seeing a movie as folks did 100 years ago.

That happens at the Silent Movie Night dates at the Arcada Theatre in downtown St. Charles.

Earlier this month, I took in "Spring Fever," a 1927 romantic comedy starring a very young Joan Crawford. The movie centered around golf and country club life of the late 1920s and was fascinating from that standpoint alone. But it was a funny story, with actors who made names for themselves during the silent film era.

Mostly, it's an interesting experience to see a silent film, one made grand every time with the live musical score played by cinema arts organist Jay Warren of the Silent Film Society of Chicago.

The next silent film scheduled for the Arcada is at 7:30 p.m. Tuesday, May 9, for the 1926 romantic comedy "Kiki."

If you've never seen a silent movie at the Arcada, do so before that part of our nation's history really is just a memory.

After decades of uncertainty and no closure for the death of a young Geneva man in the Korean War in the early 1950s, the remaining relatives and family finally have some answers.

Years of trying to identify remains never revealed what happened to Sgt. Richard E. Crotty, a 22-year-old member of the Army's Easy Company infantry division.

But the family's request to disinter remains known only by number, but potentially, those of Crotty, buried as an "unknown" in a memorial cemetery in Hawaii, resulted in a match discovered through special DNA analysis at a Honolulu lab.

Further studies did not indicate if Crotty was killed in action or died as a prisoner of war. Crotty's remains will be buried Saturday, April 29, in Peoria.

As part of its efforts to further its national causes of promoting patriotism and combating child abuse, the Tri-Cities Exchange Club will draw the winning ticket for its annual Draw Down fundraiser on Tuesday, May 2, at the club's morning meeting.

You still have time to buy tickets at $100 each to win $2,000 - contact club president Brian Henry at 630-715-3162 for information or to purchase a last-minute ticket.

Also, because much of this column has a historical tone, we'll also mention the St. Charles Historical Museum is encouraging supporters to participate in an Italian Feast fundraiser through Onesti Entertainment from 6 to 9 p.m. Wednesday, May 3, at the new Rock 'n Ravioli restaurant at the Arcada Theatre in downtown St. Charles. The evening includes an Elvis Presley tribute from Rick Saucedo.Cost is $50 per person. Tickets, RSVP and more information is available at **stcmuseum.org**.

dheun@sbcglobal.net

|              |
|:------------:|
| Article      |
| Comments     |



SPONSORED CONTENT | **30 Most Overrated Movies Everyone Pretends To Like** ⬈

**By ItsTheVibe** –

Ad

# Article Categories

**Batavia    Communities    Entertainment    Geneva    Lifestyle    Literature    Museums    St. Charles    Wheaton**

---



**Photo that stirred questions of antisemitism fuels yearbook controversy at Bartlett High School**
Elgin Area Unit District 46 Superintendent Suzanne Johnson responded late Wednesday to a public outcry about a controversial photo in the Bartlett High School yearbook, saying a message included in pi...

---



**Police: Man armed with knives at Elmhurst Portillo's in custody**
Elmhurst police have taken into custody a man accused of attacking his domestic partner with knives inside a Portillo's early Wednesday, authorities said. Police responded to the Portillo's off Ro...

---



**A bracelet and a 50-year promise kept: California woman coming to Arlington Heights to honor soldier killed in Vietnam**
For more than 38 years, Kathy Strong wore a bracelet in tribute to a young soldier she never met and promised to never forget. That stainless steel band is gone, buried 13 years ago with the body of S...

---



**'The world's loss is immense:' Guilty plea entered on speed-related charge in cyclist's death**
A guilty plea involving a 2022 crash that killed cyclist Nancy Nozicka brought a measure of closure for her family, but the grief is still raw, relatives said Tuesday. Nozicka's bicycle was hit by a 2...

---



**What's keeping the Bulls from playoffs? Here's a reminder.**
The NBA playoffs are down to the final four. How close are the Bulls to joining this exclusive club? Well, keep in mind they've made the conference finals once in the last 26 seasons. But if they star...

---



**Matthew Perry's death under investigation over ketamine level found in actor's blood**
LOS ANGELES — An investigation has been opened into the death of Matthew Perry and how the "Friends" actor received the anesthetic ketamine, which was ruled a contributing factor in his death. L...

---

## You May Also Like

**Urologist: Building Muscle After 60 Comes Down To This 1 Thing**

alphahealthsecrets.com | Sponsored

**Virginia Will Cover the Cost to Install Solar if You Live in These…**

EasySolar | Sponsored

**Virginia: New Policy For "Senior Drivers"**

Comparisons.org | Sponsored

**7 Wealth Tips Once Your Portfolio Reaches $1 Million**

Fisher Investments | Sponsored



**Neurologists Amazed: Barefoot Shoes are The Best Thing You C…**

Barefoot Vitality | Sponsored

**Tiled and 1-piece showers are a thing of the past**

westshorehomebaths.com | Sponsored

**Sleep Apnea: Ingenious Pillow Takes The US By Storm**

myhealthyhabit.co | Sponsored

**Average Cost to Charter A Private Jet May Surprise You (See Prices)**

Sponsored links | Sponsored

## Article Comments

**Guidelines:** Keep it civil and on topic; no profanity, vulgarity, slurs or personal attacks. People who harass others or joke about tragedies will be blocked. If a comment violates these standards or our **terms of service**, click the "flag" link in the lower-right corner of the comment box. To find our more, read our **FAQ**.

Loading...

▲ Back To Top

## About Us

Daily Herald Events

Daily Herald Media Group News

Privacy Policy

Terms of Service

## Staff

Advertising/Marketing

Jobs at Paddock Publications

Contact Us

## Connect With Us



## Quick Links

🖥 E-Edition

Contests

Calendar

Share Article or Event

Newsletters

## Advertising

About our Ads

Advertise

Place a Classified Ad

Contacts

Business Directory

## Services

RSS

Email Newsletters

**Copyright © 2024** Paddock Publications, Inc., P.O. Box 280, Arlington Heights, IL 60006

**Paddock Publications, Inc. is an Employee-Owned Company**