EXHIBIT 4

UNB DEFAMATION LETTER



26th April, 2023

Faculty within the Department of History have watched the political career of its former graduate student, Doug Mastriano, with deep concern and dismay. Mastriano's public statements reflect an anti-2SLGBTQQIA+, Islamophobic, antisemitic, sexist, racist, anti-science, violently authoritarian ideology antithetical to our values.

The humanity of individuals is not up for debate. And yet, alarmingly, policies that specifically target 2SLGBTQQIA+ folks intend to strip these populations of their human rights. Today's heightening anti-trans political discourses echo destructive historical talking points, such as those found in fascist regimes. Under these regimes, acceptance of such anti-2SLGBTQQIA+ rhetoric cleared the way for state and societally enacted violence against populations made marginal via discriminatory policies and hateful discourses. Human beings that did not fit into a heteronormative paradigm were seen as amoral, and external to "normal" society. Historically, moralising about gender presentation and consensual human sexuality has opened up a space for violence directed towards these communities in the form of imprisonment, job loss, a variety of hate crimes, and murder. Given this, we would like to reaffirm our unequivocal commitment to supporting equity-seeking groups.

Alongside communicating with the Faculty of Arts and the university about ongoing and future initiatives, we propose three tangible courses of action to advance the goal of creating a safe, respectful, welcoming, and supportive environment for all:

1. We will host a new annual public event to celebrate Queer History Month each October, giving the public, students, staff, and faculty the opportunity to learn from, and build networks with, scholars of 2SLGBTQQIA+ history.
2. We will begin the process of securing funds for a new graduate scholarship which recognizes the importance of lived experience that equity-seeking groups bring to historical studies. This will be awarded to a student whose exposure to discriminatory structures has prompted their interest in, and shaped their approach to, historical studies.
3. Our Department's Equity, Diversity, and Inclusion (EDI) Committee will invite students to participate in departmental initiatives such as Queer and Black History Months, and will create a forum for students to voice their concerns at EDI meetings.

We commit to actively working towards a better future in which all can flourish unhindered by hatred and bigotry.
Signed,

| | | |
|---|---|---|
| Cindy Brown | Jeff Brown | Sarah-Jane Corke |
| Stephen Dutcher | Stefanie Hunt-Kennedy | Bonnie Huskins |
| Sean Kennedy | Carolyn MacDonald | Elizabeth Mancke |
| Erin Morton | Sasha Mullally | Janet Mullin |
| Matthew Sears | Lisa Todd | Angela Tozer |
| Lee Windsor | | |