# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-24-567-F |
| JAMES GREGORY, III, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

The court is in receipt of the amended complaint. Doc. no. 133. In accordance with the court's February 4, 2025 order (doc. no. 132), Certain Defendants' Motion to Dismiss (doc. no. 12), Committee Defendants' Motion to Dismiss and Joinder to Certain Defendants' Motion to Dismiss (doc. no. 66), Janet Mullins' Motion to Dismiss, Joinder to Certain Defendants' Motion to Dismiss and Committee Defendants' Motion to Dismiss (doc. no. 85), Defendant James Gregory's Motion to Dismiss Counts One, Two, Three, Four, and Nine (doc. no. 89), and Defendant Roland Kuhn's Motion to Dismiss (doc. no. 105) are **STRICKEN** as **MOOT**.

DATED this 11th day of February, 2025.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0567p028.docx