IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date:   February 11, 2025

| | |
|---|---|
| DOUGLAS MASTRIANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-24-567-F |
| ) | |
| JAMES GREGORY, III, et al., ) | |
| ) | |
| Defendants. ) | |

ENTER ORDER:

Case transferred to _____Judge Bernard M. Jones_____

HEREAFTER, PLEASE REFER TO CASE AS _____CIV-24-567-J_____

Please note that, for future filings in this case, the letter at the end of the number should now be a "J" rather than an "F." This is important to ensure the prompt distribution of pleadings to the proper judge.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

Joan Kane, Clerk of Court


By:_____s/ Lori Gray_____
Deputy Clerk


cc: counsel of record