# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. CIV-24-567-J |
| JAMES GREGORY, III, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is Plaintiff's Motion for Extension of Time to Serve Individual Defendants [Doc. No. 137]. Upon review of Plaintiff's motion, and for good cause shown, the Court GRANTS Plaintiff's Motion for Extension of Time to Serve Individual Defendants. Plaintiff shall serve the individual defendants and file his proofs of service on or before September 5, 2025.

IT IS SO ORDERED this 6th day of March, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE