## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES GREGORY, III, et al., ) <br> ) <br> Defendants. ) | Case No. CIV-24-567-J |

### ORDER

Having reviewed the parties' Stipulation to Deadline to Respond to Plaintiff's Amended Complaint [Doc. No. 139], as well as all related pleadings, the Court hereby ORDERS that each Defendant shall answer, move, or otherwise respond to Plaintiff's Amended Complaint by 21 days after Plaintiff files his proofs of service for all individual Canadian defendants and a notice that all individual Canadian defendants have been served or by September 26, 2025, whichever is earlier.

IT IS SO ORDERED this 28th day of March, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE