**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| Douglas Mastriano, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: CIV-24-567-J |
| v. | ) | |
| | ) | |
| James Gregory, III, et al. | ) | |

## <u>NOTICE OF CHANGE OF FIRM NAME</u>

COMES NOW Don W. Danz, and gives notice that all future correspondence and pleadings in this matter should be mailed to their new firm name and email addresses as follows:

MAURICE WOODS, II PLLC
410 N.W. 13th Street
Oklahoma City, OK 73103
Phone: (405)232-5067
Facsimile: (405)232-0009
don@mwoodslaw.com
candace@mwoodslaw.com

Respectfully submitted,

s/Don W. Danz
DON W. DANZ, OBA #14607
MAURICE WOODS, II PLLC
410 N.W. 13th Street
Oklahoma City, OK  73103
Telephone: (405) 232-5067
Facsimile: (405) 232-0009
don@mwoodslaw.com
*Attorneys for the University of New Brunswick, Paul Mazerolle, David MaGee, Drew Rendall, Jeff Brown, Cindy Brown, Stephen Dutcher, Sean Kennedy, Erin Morton, Matthew Sears, Lee Windsor, Stefanie Hunt-Kennedy, Carolyn MacDonald, Sasha Mullaly, Lisa Todd, Sarah-Jane Corke, Bonnie Huskins, the Estate of Elizabeth Mancke, Angela Tozer, Margaret MacMillan, Robert Bothwell, John Ferris, and Janet Mullin.*

## CERTIFICATE OF ELECTRONIC FILING

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically on the 25th day of August, 2025, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

s/*Don W. Danz*
DON W. DANZ