IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Douglas Mastriano | : | CIVIL NO. 5:24-cv-00567-F |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| James Gregory, III, *et al* | : | |
| | : | |
| Defendants. | : | |

LIST OF RETURNS OF SERVICE

BEFORE THE HONORABLE JUDGE BERNARD JONES, UNITED STATES DISTRICT JUDGE.

The Plaintiff, by and through his undersigned attorneys, files the attached returns of service for the following defendants: Windsor; Brown, Cindy; Brown, Jeff; Mullaly; Dutcher; Estate of Elizabeth Menke; Todd; Hunt-Kennedy; Huskins; Corke; MacDonald; Magee; Kennedy; Mullin; Mazerolle. Gregory was previously served. Defendants not yet served to date and still being attempted to be served pursuant to the Hague convention are: Sears; Rendall; Tozer; Morton; Kuhn; Bothwell; MacMillan; Ferris.

Date: September 4, 2025            Respectfully submitted,

                                   THE COX LAW CENTER, LLC

                                   By: _____//s//_____
                                   Daniel L. Cox, Ok. Fed. Bar No. 2490
                                   Attorney for Plaintiff
                                   P.O. Box 545

1

Emmitsburg, MD 21727  
Ph: 410-254-7000  
E-mail: dcox@coxlawcenter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on counsel of record via CM/ECF.

           _____/s/_____
           Daniel L. Cox