UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-567-J |
| | ) |
| JAMES GREGORY, III, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT ROLAND KUHN'S RESPONSE IN OPPOSITION
TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO SERVE INDIVIDUAL DEFENDANTS**

Defendant Roland Kuhn ("Dr. Kuhn"), for his Response in Opposition to Plaintiff's Motion for Extension of Time to Serve Individual Defendants (the "Motion"), adopts and incorporates by reference the arguments submitted in Certain Defendants' Objections and Opposition to Plaintiff's Second Motion for Extension of Time to Serve Individual Defendants ("Certain Defendants' Opposition"). *See* Doc. 144.

Specific to Dr. Kuhn, this Court previously concluded that Plaintiff's service of process was invalid. Doc. 132 at 13. In lieu of dismissing Plaintiff's claims as requested by Dr. Kuhn, the Court quashed service of process, and provided Plaintiff a period of time to properly effectuate service. *Id*. That time period, and a subsequent extension period, has lapsed.

Upon the law and reasoning set forth in Certain Defendants' Opposition, Dr. Kuhn requests that this Court deny Plaintiff's Motion so that the case may advance in the manner, and on the timeline, ordered by the Court on March 28, 2025. *See* Doc. 140.

1

Dated: September 11, 2025

Respectfully submitted,

/s/ Gerard M. D'Emilio
Gerard M. D'Emilio, OBA No. 33496
GABLEGOTWALS
BOK Park Plaza
499 West Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
T: 405.235.5500
F: 405.235.2875
Email: gdemilio@gablelaw.com

R. Trent Shores, OBA No. 19705
Barrett L. Powers, OBA No. 32485
GABLEGOTWALS
110 North Elgin Avenue, Suite 200
Tulsa, OK 74120
T: 918.595.4800
F: 918.595.4990

-and-

Callan G. Stein (SBN 670569),
*admitted pro hac vice*
TROUTMAN PEPPER LOCKE LLP
High Street Tower
125 High Street, 19th Floor
Boston, MA 02110
callan.stein@troutman.com

Matthew J. Lund (P48632),
*admitted pro hac vice*
TROUTMAN PEPPER LOCKE LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
248.359.7300
matthew.lund@troutman.com

**Attorneys for Defendant Roland Kuhn**

2

## CERTIFICATE OF SERVICE

    I hereby certify that on September 11, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

                                          */s/ Gerard M. D'Emilio*
                                          Gerard M. D'Emilio