IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO<br><br>*PLAINTIFF*,<br><br>v.<br><br>James Gregory, III<br>1509 Vandivort Place<br>Edmond, OK 73034<br><br>And<br><br>Roland Kuhn, the National Research Council of Canada, Paul Mazerolle, President and Vice-Chancellor, University of New Brunswick, Canada; David MaGee, Vice-President, Research; Drew Rendall, Dean, Graduate Studies; Jeff Brown; Cindy Brown; Stephen Dutcher; Sean Kennedy; Erin Morton; Mattew Sears; Lee Windsor; Stefanie Hunt-Kennedy; Carolyn MacDonald; Sasha Mullaly; Lisa Todd; Sarah-Jane Corke; Bonnie Huskins; Elizabeth Mancke; Janet Mullin; Angela Tozer; Margaret MacMillan; Robert Bothwell; John Ferris;<br>- *each in his or her individual capacity*<br><br>And<br><br>University of New Brunswick, Canada,<br><br>And<br><br>John & Jane Doe<br><br>*DEFENDANTS*. | Case No.: 5:24-cv-00567-J<br><br>Assigned to the Hon. Bernard M. Jones<br><br>**CERTAIN DEFENDANTS' MOTION FOR LEAVE TO FILE OVERSIZED BRIEFS AND FOR EXTENSION OF TIME FOR BRIEFING** |

1

## MOTION FOR LEAVE TO FILE OVERSIZED BRIEF
## AND FOR EXTENSION OF TIME FOR BRIEFING

NOW COME Defendants the University of New Brunswick (identified in the Complaint as "University of New Brunswick, Canada") and its alleged administrators and staff members Paul Mazerolle, David MaGee, Drew Rendall, Jeff Brown, Cindy Brown, Stephen Dutcher, Sean Kennedy, Erin Morton, Matthew Sears, Lee Windsor, Stefanie Hunt-Kennedy, Carolyn MacDonald, Sasha Mullaly, Lisa Todd, Sarah-Jane Corke, Bonnie Huskins, the Estate of Elizabeth Mancke, and Angela Tozer (collectively, "the University Defendants") and, pursuant to LCvR 7.1(e)(g)&(h), respectfully requests that this Court grant leave to file an oversized brief in support of their to-be-filed Motions to Dismiss and for extension of time for briefing. In support of this Motion, the University Defendants state as follows:

1. Pursuant to LCvR 7.1(e), briefs shall not, without leave of court, exceed 25 pages as to all motions other than summary judgment briefs.

2. Pursuant to LCvR 7.1(g), each party opposing a motion shall file a response within 21 days after the date the motion was filed, but the Court may shorten or lengthen the time in which to respond.

3. Pursuant to LCvR 7.1(h), a reply to new matter raised in the response may be filed within 7 days after the date the response was filed and reply briefs shall be limited to 10 pages in length unless otherwise authorized by the Court.

4. The University Defendants intend to file Motions to Dismiss Plaintiff's Amended Complaint.

5. The University Defendants are located in Canada. Litigation across international lines raises complex, non-standard legal issues. Granting leave to file an oversized brief and permitting an extended briefing schedule is therefore appropriate so that the University Defendants can address these non-standard legal issues in their Motion to Dismiss.

6. Litigation across international lines also implicates several different sections of Fed. R. Civ. P. 12(b), including subject matter jurisdiction, personal jurisdiction, and service. Granting leave to file an oversized brief is appropriate so that the University Defendants can, where appropriate, address multiple sections of Fed. R. Civ. P. 12(b) in a single brief.

7. Upon information and belief, Co-Defendants James Gregory and Roland Kuhn also intend to file Motions to Dismiss and would also benefit from leave to file oversized briefs and an extended briefing schedule. Like the University Defendants, Co-Defendant Kuhn is also located in Canada and his motion to dismiss the original complaint also raised multiple sections of Fed. R. Civ. P. 12(b) in a single brief.

8. Upon information and belief, Plaintiff Mastriano intends to oppose the Defendants' Motions to Dismiss. He would also likely benefit from leave to file oversized briefs and an extended briefing schedule so that he may respond to the complex, non-standard legal issues that will be raised by the Defendants and which will implicate multiple sections of Fed. R. Civ. P. 12(b).

9. Pursuant to LCvR 7.1(j), counsel for the University Defendants have conferred with counsel for Plaintiff, as well as counsel for Defendant Gregory and

Defendant Kuhn.  None of the Parties' counsel object to this Motion.  The relief requested below is a product of good faith negotiation between counsel, and counsel for all of the Parties have agreed in writing to the relief requested.

## RELIEF REQUESTED

WHEREFORE, the University Defendants respectfully request that this Court enter an Order as follows:

1. In support of their Motions to Dismiss the Amended Complaint, the Defendants may file Motions to Dismiss and Briefs in Support that may be up to 35 pages in length;

2. In opposition to the Defendants' Motions to Dismiss the Amended Complaint, Plaintiff shall have twenty-eight (28) days after the date the Motions were filed to file Response Briefs that may be up to 35 pages in length; and

3. In support of their Motions to Dismiss the Amended Complaint, the Defendants shall have fourteen (14) days after the date the Response Briefs were filed to file Reply Briefs that may be up to 25 pages in length.

Dated: September 22, 2025

Respectfully submitted,

*/s/ William C. Swallow*

| | |
|---|---|
| William C. Swallow (*PHV*, IL No. 6293910) | Don W. Danz |
| Michael H. Passman (*PHV*, IL No. 6297381) | |
| Emily M. Vanderlaan (*PHV*, CO No. 55293) | McATEE & WOODS, P.C. |
| | 410 NW 13th Street |
| CLYDE & CO US LLP | Oklahoma City, OK 73103 |
| 30 S. Wacker Drive, Suite 2600 | T: (405) 232-5067 |
| Chicago, Illinois 60606 | E: DonD@McAteeandWoods.com |
| T: (312) 635-7000 | |
| E: bill.swallow@clydeco.us | |
| E: michael.passman@clydeco.us | |
| E: emily.vanderlaan@clydeco.us | |

*Attorneys for the University of New Brunswick, Paul Mazerolle, David MaGee, Drew Rendall, Jeff Brown, Cindy Brown, Stephen Dutcher, Sean Kennedy, Erin Morton, Matthew Sears, Lee Windsor, Stefanie Hunt-Kennedy, Carolyn MacDonald, Sasha Mullaly, Lisa Todd, Sarah-Jane Corke, Bonnie Huskins, the Estate of Elizabeth Mancke, Angela Tozer, Margaret MacMillan, Robert Bothwell, John Ferris, and Janet Mullin.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically on this 22nd day of September, 2025, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

*/s/ William C. Swallow*
William C. Swallow
*Admitted Pro Hac Vice*

5