UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-567-J |
| | ) |
| JAMES GREGORY, III, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Certain Defendants' Motion for Leave to File Oversized Briefs and for Extension of Time for Briefing [Doc. No. 146]. Upon review of the motion, and for good cause shown, the Court GRANTS Certain Defendants' Motion for Leave to File Oversized Briefs and for Extension of Time for Briefing. Defendants may file motions to dismiss and briefs in support up to 35 pages in length. Plaintiff shall have 28 days after the date the motions were filed to file response briefs that may be up to 35 pages in length. Finally, Defendants shall have 14 days after the date the response briefs were filed to file reply briefs that may be up to 25 pages in length.

IT IS SO ORDERED this 22nd day of September, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE