UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-567-J |
| ) | |
| JAMES GREGORY, III, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is Plaintiff's Second Motion for Extension of Time to Serve Individual Defendants [Doc. No. 143]. Various defendants have objected to Plaintiff's motion. Upon review of Plaintiff's motion and Defendants' objections, the Court finds that Plaintiff has shown good cause for an extension of time to serve the eight remaining defendants who have not been served. Accordingly, the Court GRANTS Plaintiff's Second Motion for Extension of Time to Serve Individual Defendants [Doc. No. 143]. Plaintiff shall serve Defendants Matthew Sears, Drew Rendall, Angela Tozer, Erin Morton, Roland Kuhn, Robert Bothwell, Margaret MacMillan, and John Ferris and file his proofs of service as to these defendants on or before December 5, 2025.[1]

IT IS SO ORDERED this 29th day of September, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

---

[1] The Court does not anticipate granting any further extensions of time to serve.