# Exhibit Six
# (Rendall – NB Canadian Process Server – Attempts)

Civil Action No. 5:24-cv-00567-J

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*    Drew Rendall

was received by me on      **February 27, 2025** .

☒  I attempted to personally serve the summons on the individual at *(place)* **University of New Brunswick, Room 320 of Sir Howard Douglas Hall, 4 Bailey Drive, Fredericton, NB E3B 4G3** on *(date)* **March 10, 2025 at 8:45am** ;

I was told he used to be a Dean at UNB, but he resigned a couple of years ago, they noted he still had a UNB email account and I sent him an email (copy attached). They believed he was in Calgary now. I did a search on google and potentially found a record of him at the University of Lethbridge. As of the date of signing this affidavit he has not responded to my email.

☒  I returned the summons unexecuted because     I was unable to serve Drew Rendall

☐  Other *(specify):*

My fees are $0.00        for travel and $96.40  for services, for a total of **$96.40**

I declare under penalty of perjury that this information is true.

Date:  March 20, 2025

_____
*Server's signature*

**Karen Kozak, Process Server**
*Printed name and title*

**KND Process Servers, 95 Linden Crescent, Fredericton, NB E3A 5A1**
*Server's office address*

DECLARED TO BEFORE ME at the City of          )
Fredericton, County of York and Province of New   )
Brunswick this 20th day of March 2025.        )
                          )
                          )
                          )
_____      )
Laura M. Murphy                )
A NOTARY PUBLIC in and for the
Province of New Brunswick
Being A Solicitor

 LinkedIn respects your privacy

LinkedIn and 3rd parties use essential and non-essential cookies to provide, secure, analyze and improve our Services, and to show you relevant ads (including professional and job ads) on and off LinkedIn. Learn more in our Cookie Policy.

Select Accept to consent or Reject to decline non-essential cookies for this use. You can update your choices at any time in your settings.

Accept     Reject

    

Home    My Network    Jobs    Messaging    Notifications    Me ▾    For Business ▾    Retry Premium CA$0

# Drew Rendall ☑

Professor at University of Lethbridge

• University of Lethbridge

Lethbridge, Alberta, Canada · Contact info

4 connections

Connect    ( Message )    ( More )

## Activity
4 followers

**Drew hasn't posted yet**
Recent posts Drew shares will be displayed here.

Show all activity →

## Experience

 **Professor**
University of Lethbridge

## Interests

Companies    Schools

 **The University of Lethbridge**
47,103 followers

( + Follow )

Invoice Number 2025-131-148

# INVOICE
## SERVICE OF DOCUMENTS
### By

Dale & Karen Kozak

## KND PROCESS SERVERS

95 Linden Crescent
Fredericton, NB  E3A 5A1
506-461-0883 (cell)
info@kndprocessservers.com
www.kndprocessservers.com

To:     Daniel L. Cox, Esq.
The Cox Law Center, LLC
PO Box 545
Emmitsburg, MD 21727
Phone: 410-254-7000
Email: dan@coxlawcenter.com

RE: Feb 27-Mar 18, 2025   Serve Summons on 18
Employees @ University of New
Brunswick - Various Locations
Fredericton, NB E3B 5A3

| | |
|---|---:|
| Serve 18 Summons @$75 | $1,350.00 |
| Printing Costs @$0.20/page (1,926 pages) | $385.20 |
| **TOTAL AMOUNT DUE** | **$1,735.20** |

Payment is due upon receipt by etransfer to info@kndprocessservers.com, direct deposit or cheque
made payable to Karen Kozak

**Subject:** [ServeManager] Job #14468865 Update

**Date:** Tuesday, October 28, 2025 at 11:48:06 PM Eastern Daylight Time

**From:** Joe Horton

**To:** Dan Cox

## Attempted Serve

Joe Horton shared a service notification with you:

### Details

**Process Server:** Andrew Tomlinson

**Date & Time:** Oct 28, 2025, 9:18 pm EDT

**Service Type:** Unsuccessful Attempt

**Description of Service:**

Point on the Bow Condominium Building. Attempted service, no answer at the door despite knocking for several minutes.

### Service Address

837 2nd Avenue SW #503, Calgary, AB T2P 0E6

## Job & Case

**Job:** 14468865

**Priority: Routine**

**Job Type:** Standard

**Recipient:** Drew Rendall

**Case:** 5:24-cv-00567-F

**Plaintiff:** Douglas Mastriano

**Defendant:** James Gregory, III, et al.

**Court:** United States District Court for the Western District of Oklahoma

**County:**

**Documents:** AO440 Summons in a Civil Action; Proof of Service; Exhibits; Amended Complaint; Request for Service Abroad; Certificate of Attestation; Warning; Summary of the Documents to be Served

**Shared with you by:**

Joe Horton
LawServePro
jhorton@lawservepro.com
(888) 507-0913

**Subject:** [ServeManager] Job #14468865 Update

**Date:**    Thursday, October 30, 2025 at 12:33:20 AM Eastern Daylight Time

**From:**    Joe Horton

**To:**        Dan Cox

## Attempted Serve

Joe Horton shared a service notification with you:

### Details

**Process Server:** Andrew Tomlinson

**Date & Time:** Oct 29, 2025, 8:16 am EDT

**Service Type:** Unsuccessful Attempt

**Description of Service:**

Arrived at service location address, attempted service, no answer at the door despite knocking for several minutes.

### Service Address

837 2nd Avenue SW #503, Calgary, AB T2P 0E6

## Job & Case

**Job:** 14468865

**Priority: Routine**

**Job Type:** Standard

**Recipient:** Drew Rendall

**Case:** 5:24-cv-00567-F

**Plaintiff:** Douglas Mastriano

**Defendant:** James Gregory, III, et al.

**Court:** United States District Court for the Western District of Oklahoma

**County:**

**Documents:** AO440 Summons in a Civil Action; Proof of Service; Exhibits; Amended Complaint; Request for Service Abroad; Certificate of Attestation; Warning; Summary of the Documents to be Served

**Shared with you by:**

Joe Horton
LawServePro
jhorton@lawservepro.com
(888) 507-0913

**Subject:** [ServeManager] Job #14468865 Update
**Date:** Thursday, October 30, 2025 at 7:52:42 PM Eastern Daylight Time
**From:** Joe Horton
**To:** Dan Cox

## Attempted Serve

Joe Horton shared a service notification with you:

### Details

**Process Server:** Andrew Tomlinson

**Date & Time:** Oct 30, 2025, 1:27 pm EDT

**Service Type:** Unsuccessful Attempt

**Description of Service:**

Attempted service, no answer at the door despite knocking for several minutes. I could hear noise coming from inside but I could not get anyone to answer.

### Service Address

837 2nd Avenue SW #503, Calgary, AB T2P 0E6

## Job & Case

**Job:** 14468865

**Priority: Routine**

**Job Type:** Standard

**Recipient:** Drew Rendall

**Case:** 5:24-cv-00567-F

**Plaintiff:** Douglas Mastriano

**Defendant:** James Gregory, III, et al.

**Court:** United States District Court for the Western District of Oklahoma

**County:**

**Documents:** AO440 Summons in a Civil Action; Proof of Service; Exhibits; Amended Complaint; Request for Service Abroad; Certificate of Attestation; Warning; Summary of the Documents to be Served

**Shared with you by:**

Joe Horton
LawServePro
jhorton@lawservepro.com
(888) 507-0913