UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DOUGLAS MASTRIANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CIV-24-567-J |
| v. | ) | |
| | ) | |
| JAMES GREGORY, III, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF NON-SERVICE IN SUPPORT OF
DEFENDANT ROLAND KUHN'S RENEWED MOTION TO DISMISS**

Callan G. Stein (*admitted pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
High Street Tower
125 High Street, 19th Floor
Boston, MA  02110
callan.stein@troutman.com

-and-

Matthew J. Lund (*admitted pro hac vice)*
**TROUTMAN PEPPER LOCKE LLP**
500 Woodward Ave., Suite 2800
Detroit, MI 48226
248.359.7300
matthew.lund@troutman.com

Gerard M. D'Emilio, OBA No. 33496
**GABLEGOTWALS**
BOK Park Plaza
499 West Sheridan Ave., Suite 2200
Oklahoma City, OK 73102
T: 405.235.5500
F: 405.235.2875
gdemilio@gablelaw.com

-and-

R. Trent Shores, OA No. 19705
Barrett L. Powers, OBA No. 32485
**GABLEGOTWALS**
110 N. Elgin Ave., Suite 200
Tulsa, Oklahoma 74120-1495
T: 918.595.4800
F: 918.595.4990
tshores@gablelaw.com
bpowers@gablelaw.com

*Attorneys for Defendant Roland Kuhn*

Defendant Roland Kuhn ("Dr. Kuhn"), through his undersigned counsel, submits the following Notice of Non-Service in Support of his Renewed Motion to Dismiss.

On December 5, 2025, Plaintiff filed a "List of Returns of Service" that appended, *inter alia*, an "Affidavit of Return of Service of Roland Kuhn" (the "Affidavit") comprised of a set of 20 pages of documents. ECF No. 171-1. The Affidavit does not attest that Plaintiff or anyone on his behalf properly served Dr. Kuhn in accordance with Fed. R. Civ. P. 4(f). The Affidavit inaccurately and improperly implies that Dr. Kuhn received papers by Federal Express from the Plaintiff.

The content of the Affidavit includes papers stating that "R. Kuhn" signed for a Federal Express package from Plaintiff's counsel in Savannah, Georgia, on November 26, 2025. *ECF. No. 171-4 at 1–5*. Aside from the fact that this Court has not granted Plaintiff's request to serve Dr. Kuhn by Federal Express, Dr. Kuhn was not at the referenced address on November 26, 2025, did not sign for a package at that address, and has never been to Savannah, Georgia. *See Ex. 1, Kuhn Decl. at ¶¶ 2–4*.

The Affidavit next appends papers reflecting that "C. Raph" signed for a Federal Express package at 1200 Montreal Rd, Ottawa, Canada, on November 26, 2026. *ECF No. 171-4 at 6–8*. Dr. Kuhn was not present at the referenced address on November 26, 2025. *Ex. 1, ¶ 5*. Dr. Kuhn did not authorize "C. Raph" or any other person to accept service of process on his behalf. *Id. ¶ 6*.

The Affidavit next appends an affidavit stating that Dr. Kuhn was ***not*** served on October 6, 2025. *ECF No. 171-4 at 9–10*.

The remaining papers in the Affidavit relate to issues in 2024 that were previously

addressed by Dr. Kuhn and considered by this Court prior to its holding in February 2025 that service upon Dr. Kuhn was invalid. *ECF No. 132 at 11*.

Dr. Kuhn was not served by the deadline set by this Court, and he did not receive the November 2025 Federal Express packages identified in the Affidavit.

Finally, Plaintiff's request for reimbursement of costs for service is moot because service was not ever effectuated. In any event, Plaintiff has no basis to seek costs from Dr. Kuhn, who is a Canadian citizen. *See* Fed. R. Civ. P. 4(d)(2) (rule applicable only to defendants "located within the United States"). Further, Dr. Kuhn has never acted in an evasive manner; any costs by Plaintiff incurred in his unsuccessful attempts at service are a product of decisions made, and actions taken, by Plaintiff, not Dr. Kuhn.

Dated:  December 9, 2025						Respectfully submitted,

							*/s/ Gerard M. D'Emilio*
							Gerard M. D'Emilio, OBA No. 33496
							**GABLEGOTWALS**
							BOK Park Plaza 4
							99 West Sheridan Ave., Suite 2200
							Oklahoma City, OK 73102
							T: (405) 235-5500
							F: (405) 235-2875
							gdemilio@gablelaw.com

							R. Trent Shores, OBA No. 19705
							Barrett L. Powers, OBA No. 32485
							**GABLEGOTWALS**
							110 N. Elgin Ave., Ste. 200
							Tulsa, Oklahoma 74120-1495
							Telephone (918) 595-4800
							Facsimile (918) 595-4990
							Email: tshores@gablelaw.com
							bpowers@gablelaw.com

							Callan G. Stein (*admitted pro hac vice*)
							**TROUTMAN PEPPER LOCKE LLP**
							High Street Tower
							125 High Street, 19th Floor
							Boston, MA 02110
							callan.stein@troutman.com

							Matthew J. Lund (*admitted pro hac vice*)
							**TROUTMAN PEPPER LOCKE LLP**
							500 Woodward Avenue, Suite 2800
							Detroit, MI 48226
							248.359.7300
							matthew.lund@troutman.com

							***Attorneys for Defendant Roland Kuhn***

5

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

*/s/ Gerard M. D'Emilio*
Gerard M. D'Emilio