UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-567-J |
| ) | |
| JAMES GREGORY, III, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Before the Court is Plaintiff's motion for leave to file a sur-reply [Doc. No. 176]. Upon review of Plaintiff's motion, the Court concludes that no sur-reply is necessary. Accordingly, the Court DENIES Plaintiff's Motion for Leave to File Sur-Reply.

IT IS SO ORDERED this 11th day of December, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE