IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Douglas Mastriano | : | CIVIL NO. 5:24-cv-00567-J |
| Plaintiff, | : | |
| v. | : | |
| James Gregory, III, *et al.* | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION FOR LEAVE (IN THE ALTERNATIVE) TO
FILE SECOND AMENDED COMPLAINT
UNDER FED. R. CIV. P. 15**

Plaintiff Colonel Douglas Mastriano (Ret), by undersigned counsel, respectfully moves this Court for an order authorizing Plaintiff to file a Second Amended Complaint pursuant to Federal Rule of Civil Procedure Rule 15(a)(2). In support of his motion, and as more fully explained in the accompanying memorandum of law, Plaintiff states the following:

1. Plaintiff filed his original Complaint on May 31, 2024.

2. This court granted Plaintiff leave to amend on February 4, 2025, and Plaintiff filed his First Amended Complaint on February 8, 2025.

3. Defendants have again filed multiple Motions to Dismiss, challenging the sufficiency of the First Amended Complaint.

4. Plaintiff seeks leave to file a Second Amended Complaint that directly addresses each of these challenges.

5. The Second Amended Complaint is attached hereto as **Exhibit 1** with eight exhibits 1-8 to the complaint also attached.

6. The amendments are not unduly delayed. This case remains in its early stages, with no discovery started and no trial date set. The need for amendment became apparent only after Defendant Gregory and defendants filed their Motion to Dismiss and Replies, which were only recently filed even though the Court granted the filing of the Amended Complaint in or about January 2025.

7. The amendments are made in good faith to cure the alleged deficiencies identified by Defendant Gregory, and to provide the factual specificity he contends is lacking. Plaintiff has not engaged in any dilatory tactics, and has acted in good faith and diligence.

8. The first amended complaint successfully addressed deficiencies in the original complaint. The second amended complaint responds to new challenges that could not have been anticipated before Defendant Gregory's Motion to Dismiss.

9. Defendants will not suffer undue prejudice from the amendments. The case is still in the pleading stage, and Defendants will have a full opportunity to respond to the second amended complaint through appropriate motions and discovery.

10. The amendments will add factual detail to existing claims, rather than fundamentally altering the nature of the case.

11. The amendments are not futile. The second amended complaint cures each of the alleged deficienceies claimed by Defendant Gregory and provides the factual specificity required to state claims upon which relief can be granted.

12. Federal Rule of Civil Procedure 15(a)(2) provides that "the court should freely give leave when justice so requires," and justice plainly supports granting leave here. Plaintiff has meritorious claims that warrant resolution on their merits, and the proposed amendments directly respond to the specific challenges raised by Defendants. The case remains at an early stage, meaning amendment will not disrupt the proceedings or prejudice any party. And as a public figure who alleges significant harm occuring to himself caused by Defendants, Plaintiff deserves his fair day in court on a properly pleaded complaint.

13. No scheduling order has yet been entered in this case. To the extent any scheduling order deadline for amendments has passed, Plaintiff shows good cause for modification under Federal Rule of Civil Procedure 16(b)(4). Plaintiff has acted diligently, and no party will be prejudiced.

WHEREFORE, Plaintiff Col. Douglas Mastriano respectfully requests that this court grant him leave to file his Second Amended Complaint (attached as **Exhibit 1**), and grant such other relief as this Court deems just and proper.

Respectfully submitted,
THE COX LAW CENTER, LLC

By: _____//s//_____
Daniel L. Cox, Ok. Fed. Bar No. 2490
Attorney for Plaintiff
P.O. Box 545
Emmitsburg, MD 21727
Ph: 410-254-7000
E-mail: dcox@coxlawcenter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on counsel of record via CM/ECF.

_____/s/_____
Daniel L. Cox