# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. CIV-24-567-J |
| v. | ) |
| | ) |
| JAMES GREGORY, III, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT ROLAND KUHN'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Callan G. Stein (*admitted pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
High Street Tower
125 High Street, 19th Floor
Boston, MA 02110
callan.stein@troutman.com

-and-

Matthew J. Lund (*admitted pro hac vice)*
**TROUTMAN PEPPER LOCKE LLP**
500 Woodward Ave., Suite 2800
Detroit, MI 48226
248.359.7300
matthew.lund@troutman.com

Gerard M. D'Emilio, OBA No. 33496
**GABLEGOTWALS**
BOK Park Plaza
499 West Sheridan Ave., Suite 2200
Oklahoma City, OK 73102
T: 405.235.5500
F: 405.235.2875
gdemilio@gablelaw.com

-and-

R. Trent Shores, OA No. 19705
Barrett L. Powers, OBA No. 32485
**GABLEGOTWALS**
110 N. Elgin Ave., Suite 200
Tulsa, Oklahoma 74120-1495
T: 918.595.4800
F: 918.595.4990
tshores@gablelaw.com
bpowers@gablelaw.com

*Attorneys for Defendant Roland Kuhn*

Defendant Roland Kuhn, through his undersigned counsel, submits his response in opposition to Plaintiff's Motion for Leave to File Second Amended Complaint (the "Motion").

Plaintiff filed his original Complaint in May 2024. Dr. Kuhn moved to Dismiss the Complaint on October 16, 2024. Dkt. No. 105. Over the objection of Dr. Kuhn and other Defendants, the Court granted Plaintiff leave to file a first amended complaint. Dkt. No. 132. Dr. Kuhn moved to dismiss Plaintiff's First Amended Complaint on September 26, 2025. Dkt. No. 152. Dr. Kuhn's Motion is pending. Plaintiff now seeks to file a third pleading though the present Motion.

A motion to amend is properly denied where there is "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [or] futility of [the] amendment." *See U.S. ex. rel. Ritchie v. Lockheed Martin Corp.*, 558 F.3d 1161, 1166 (10th Cir. 2009) (citing *Foman v. Davis,* 371 U.S. 178, 182 (1962)).

The Court gave Plaintiff an opportunity to amend his pleading nearly 11 months ago. Plaintiff's delay, and his failure—in May 2024 and again in February 2025—to assert the full bases for his claim has unduly prejudiced Dr. Kuhn. Dr. Kuhn sought to be extricated from the frivolous claims asserted against him over 14 months ago and has now incurred the significant cost of fully briefing two separate motions to dismiss as well as other motions filed by Plaintiff. Due to Plaintiff's delay and prior failure to cure whatever deficiencies Plaintiff now seeks to cure, Plaintiff's Motion should be denied.

Dr. Kuhn hereby joins in and adopts by this reference the arguments and briefing that have been or will be submitted by the other defendants in opposition to Plaintiff's Motion for Leave to File Second Amended Complaint. *See, e.g.*, Dkt. Nos. 179, 180.

WHEREFORE, Defendant Roland Kuhn respectfully requests that this Court deny Plaintiff's Motion for Leave to File Second Amended Complaint, and grant whatever further relief this Court deems appropriate.

Dated: January 2, 2026

Respectfully submitted,

*/s/ Gerard M. D'Emilio*
Gerard M. D'Emilio, OBA No. 33496
**GABLEGOTWALS**
BOK Park Plaza 4
99 West Sheridan Ave., Suite 2200
Oklahoma City, OK 73102
T: (405) 235-5500
F: (405) 235-2875
gdemilio@gablelaw.com

R. Trent Shores, OBA No. 19705
Barrett L. Powers, OBA No. 32485
**GABLEGOTWALS**
110 N. Elgin Ave., Ste. 200
Tulsa, Oklahoma 74120-1495
Telephone (918) 595-4800
Facsimile (918) 595-4990
Email: tshores@gablelaw.com
bpowers@gablelaw.com

- *and* -

Callan G. Stein (*admitted pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
High Street Tower
125 High Street, 19th Floor
Boston, MA 02110

        callan.stein@troutman.com

        Matthew J. Lund (*admitted pro hac vice*)
        **TROUTMAN PEPPER LOCKE LLP**
        500 Woodward Avenue, Suite 2800
        Detroit, MI 48226
        248.359.7300
        matthew.lund@troutman.com

        ***Attorneys for Defendant Roland Kuhn***

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

        */s/ Gerard M. D'Emilio*
        Gerard M. D'Emilio