UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-567-J |
| ) | |
| JAMES GREGORY, III, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On September 26, 2025, the Individual University Defendants, Defendant University of New Brunswick, Canada, and Defendant James Gregory filed motions to dismiss Plaintiff's Amended Complaint, *see* [Doc. Nos. 148, 149, and 150]. Also on September 26, 2025, these same defendants filed amended motions to dismiss Plaintiff's Amended Complaint, *see* [Doc. Nos. 151, 153, and 154]. In light of the filing of the amended motions to dismiss, the Court FINDS the original motions to dismiss [Doc. Nos. 148, 149, and 150] are now MOOT.

IT IS SO ORDERED this 2nd day of February, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE