# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-24-567-J |
| JAMES GREGORY, III, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is Plaintiff's motion for leave to file a second amended complaint [Doc. No. 178]. Defendants have filed responses to Plaintiff's motion, and Plaintiff has filed replies. Upon review of the parties' submissions, the Court GRANTS Plaintiff's motion for leave to file a second amended complaint.[1] Plaintiff shall file his second amended complaint on or before February 9, 2026.

IT IS SO ORDERED this 4th day of February, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

---

[1] Absent extraordinary circumstances, this is the last time the Court will grant Plaintiff leave to amend his complaint.