# EXHIBIT 1 - UNB Letter

UNB
EST. 1785
UNIVERSITY OF NEW BRUNSWICK
School of Graduate Studies

Senator D. Mastriano
Harrisburg Office
187 Main Capitol
Harrisburg, PA 17120
USA
717-787-4651
dmastriano@pasen.gov

July 11, 2022

Dear Senator Mastriano,

It has come to our attention that your PhD Dissertation, originally archived in 2013, with a corrigendum subsequently appended, remains embargoed, with a requested embargo through the year 2030. However, our University guidelines provide for a maximum embargo duration on graduate theses of only 4-years. Hence, the requested period of extended embargo duration greatly exceeds our embargo limits. As your thesis has, in fact, already been embargoed for more than twice the four-year period, I am writing to indicate that the embargo on your dissertation is to be removed, effective immediately, in order to uphold long-standing policy and ensure appropriate accessibility of publicly funded research and scholarly activity.

Respectfully,

Drew Rendall

Dr. Drew Rendall, Dean - School of Graduate Studies

**UNIVERSITY OF NEW BRUNSWICK**
PO BOX 4400
Fredericton, NB
Canada E3B 5A3
**unb.ca**

**SCHOOL OF GRADUATE STUDIES**
506-453-4673
506-453-4817 (fax)
gradschl@unb.ca
**unb.ca/gradstudies**