# Exhibit 7
# (Civil RICO Case Statement)

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| Douglas Mastriano | : | |
| Plaintiff, | : | |
| v. | : | CIVIL NO. 5:24-cv-00567-J |
| James Gregory, III, *et al*. | : | |
| Defendants. | : | |

---

**ATTACHMENT 2:**
**CIVIL RICO CASE STATEMENT IN SUPPORT OF PLAINTIFF'S AMENDED COMPLAINT**

1. **Plaintiff incorporates his Amended Complaint and Exhibits as if fully set forth herein.**

2. **Plaintiff submits this Civil RICO Case Statement as a non-exhaustive demonstrative form for his claims under 18 U.S.C. §§1961 to 1968 ("Civil RICO").**

3. **The specific actions of Defendants include:**
   a. A plan and scheme to defraud Col. Mastriano;
   b. An intent to defraud Col. Mastriano;
   c. Reasonable foreseeability that the mail or wires would be used; and
   d. Actual use of the mail or wires to further the scheme.

4. **Defendants misconduct in violation of 18 U.S.C. § 1961 (c) and (d) include but are not limited to, the following predicate acts and violations of 18 U.S.C. § 1341 (mail fraud) and 18 U.S.C. § 1343 (wire fraud):**

a. Chart One:

| **Am. Compl.¶/ Exhibit** | **Approx. date** | **Defendant(s) alleged actor(s)** | **Predicate act(s) (alleged)** | **Allegation summary (very short)** |
|---|---|---|---|---|
| Am. Compl. ¶20 | 2019–2022 (scheme period alleged) | UNB; Paul Mazerolle; Drew Rendall; David MaGee; James Gregory III (and others) | Wire fraud; Mail fraud (scheme using email/press/ social media) | Alleged enterprise/scheme to release embargoed dissertation and use it to undermine/devalue Plaintiff's work and market opportunities. |
| Am. Compl. ¶24 | In or about 2019 | James Gregory III (and unnamed persons) | Wire fraud (communica tions) | Alleged communications to committee for 100th anniversary event stating Plaintiff's work is a fraud. |
| Am. Compl. ¶25; Ex. 5 (context) | In or about 2019 | James Gregory III; David MaGee (recipient/UNB) | Wire fraud; Mail fraud (complaint submissions ) | Alleged false/fraudulent complaint about dissertation filed with UNB; alleged dismissed as without merit. |
| Am. Compl. ¶26; Ex. 1 | July 11, 2022 | Drew Rendall; University of New Brunswick | Wire fraud; Mail fraud | Letter removing dissertation embargo 'effective immediately'; complaint alleges it used U.S. wires/mails. |
| Am. Compl. ¶28–31; Ex. 2 (referenced) | Oct. 2022 (incl. Oct. 17, 2022) | James Gregory III; Jeff Brown; UNB officials (Mazerolle/Ma Gee/UNB) | Wire fraud (internet/me dia disseminati on) | Alleged renewed complaint via international wires/emails + press statements disseminated online accusing fraud and undermining credibility. |
| Am. Compl. ¶29–34; Ex. 5 context | Oct. 2022– Nov. 3, 2022 | Paul Mazerolle; David MaGee; UNB; James Gregory III | Wire fraud (press interviews/c ommuncatio ns) | Alleged agreement to open/reopen investigation and publicize it around election timeframe. |

b. Chart Two:

| **Source (FAC ¶ / Exhibit)** | **Approx. date** | **Defendant(s)** | **Predicate act(s) alleged** | **Allegation (short)** |
|---|---|---|---|---|
| FAC ¶26; Ex.1 (133-1) | July 11, 2022 | UNB (Drew Rendall) | Mail/Wire fraud (alleged) | Letter removing embargo on dissertation 'effective immediately' (release of thesis) alleged as part of racketeering scheme. |
| FAC ¶50 | Sep 9, 2022 | Defendants Gregory, Brown, UNB -> WHYY comms | Wire fraud (18 USC 1343) (alleged) | Alleged communications with WHYY calling academic credentials into question; widely published during election campaign. |
| FAC ¶50 | Nov 2, 2022 | Defendants Mazerolle, UNB -> WESA 90.5 FM comms | Wire fraud (alleged) | Alleged communications running story questioning credentials to interfere with election; alleged deprivation of intangible property via interstate/foreign commerce. |
| FAC ¶57-58 (list within Count One) | Oct 2022 | UNB; Gregory; Mazarolle, MaGee, MacMillan, Bothwell, Ferris | Mail/Wire fraud; extortion (alleged) | Alleged reopening of 'investigation' at height of election campaign; failure to provide due process; alleged scheme to harm economically. |
| FAC ¶50 | Mar 3, 2023 2:53pm ET | David MaGee / UNB | Wire fraud (email) (alleged) | Email re-opening investigation of alleged 'misconduct'. |
| FAC ¶50 | Mar 10, 2023 3:43pm ET | David MaGee / UNB | Wire fraud (email) (alleged) | Email confirming receipt of counsel letter exposing alleged Gregory fraud; allegedly no action to close matter. |
| FAC ¶50; ¶37 | Mar 26, 2023 1:33pm ET | David MaGee / UNB | Wire fraud (email) (alleged) | Email indicating rebuttal provided / defending actions and routing future contact to committee. |
| FAC ¶¶ 41-42, 46, 135; Exhibit 4 | April 26, 2023 | UNB/Cindy Brown, Stephen | Wire fraud (alleged) | public letter of denouncement in Exhibit 4 falsely accused Col. |

| | | | | |
|---|---|---|---|---|
| | | Dutcher, Sean Kennedy, Erin Mo1ton Matthew Sears, Lee Windsor, Jeff Brown, Stefanie Hunt-Kennedy, Carolyn MacDonald Sasha Mullally, Lisa Todd, Sarah-•Jane Corke, Bonnie Huskins (Estate of) Elizabeth Mancke, Janet Mullin, Angela Tozer | | Mastriano personally of having evil viewpoints and committing evil acts, and it inferred that he was committing hate crimes and harboring viewpoints leading to murder |
| FAC ¶50 | June 2023 and July 31, 2023 | Roland Kuhn | Wire fraud (alleged) | University of Calgary Journal publication about Prof. Kuhn hosting an event advancing the fraud against Col. Mastriano in or about June 2023 and publishing the same in or about July 31, 2023 |

## 5. Additional Timeline Descriptions of Patterns of Racketeering Activity Under 18 U.S.C. § 1961(5).

2018 – Initial Academic Attacks Following Publication of Mastriano's Book

Actors: James Gregory III; UNB-affiliated individuals

Event: Filing of initial complaints and public accusations targeting Mastriano's dissertation and initial run for U.S. Congress.

Description:
In or around 2018, coinciding with the 100th Anniversary of the Alvin York events, Col. Mastriano published *Thunder in the Argonne!*. According to the complaint and Exhibit 5, James Gregory III, a competing author/scholar, used university channels and communications to challenge the legitimacy of Mastriano's doctoral work shortly after the book's release and during the early stages of Mastriano's political involvement.
Alleged predicate act(s): Use of interstate electronic communications (wire fraud); defamatory communications intended to sabotage professional and economic opportunities.

---

2019 – UNB Dismisses the Complaint, but Communications Continue

Actors: UNB administrators; Gregory

Event: Dismissal of Gregory's complaint as frivolous, communications continue with Gregory after Mastriano announces his intent to run for State Senate.

Description:
In 2019, UNB formally dismissed the academic complaint against Mastriano as meritless and opted only to add a corrigendum to the dissertation. Despite the dismissal, Exhibit 5 states that Gregory continued making public accusations, including contacting organizations and individuals in the U.S. and Canada. Alleged predicate act(s): Continued use of emails and internet communication in a scheme to defraud (wire fraud).

---

2020–2021 – Ongoing Background Campaign by Gregory and Associates

Actors: Gregory; unnamed collaborators; UNB faculty

Event: Continued dissemination of allegations attacking Mastriano's dissertation and integrity, all during rise of Mastriano as State leader opposing COVID lockdowns and mandates.

Description:
Exhibit 5 identifies a period of ongoing attacks by Gregory and related academics, involving continued messaging to UNB and external parties. Although UNB had

closed the matter in 2019, Gregory allegedly persisted in characterizing the dissertation as fraudulent in electronic communications, establishing continuity of the pattern.

Alleged predicate act(s): Repeated wire-based defamatory accusations; use of electronic mail and internet channels.

---

July 11, 2022 – Removal of Dissertation Embargo

Actors: UNB (Dean Drew Rendall), MaGee, Mazerolle
Event: Letter lifting the dissertation embargo "effective immediately"; this followed Mastriano's announcement as a candidate for Governor of Pennsylvania in early 2022.

Description:
Exhibit 1 and the FAC detail that on July 11, 2022, UNB suddenly reversed its prior embargo protection and released the dissertation publicly. According to the allegations, this decision was influenced by complaints promoted by Gregory and timed to coincide with intensifying political interest in Mastriano's U.S. campaign.
Alleged predicate act(s): Wire/mail fraud via cross-border correspondence affecting the dissertation's release and intentionally negatively impacting his campaign for Governor because it was released to and coordinated with those making false and already dismissed complaints, namely Gregory and certain UNB defendants.

---

September 2022 – Renewed Media Attacks Triggered by Complaint Activity

Actors: Gregory; Jeff Brown; UNB leaders; media outlets

Event: Coordinated press interest and story circulation. Beginning of early voting in Governor election '22.

Description:
Exhibit 5 and the complaint indicate that after the embargo was lifted, Gregory and affiliates had direct or indirect communications with media organizations—resulting in September 2022 media stories questioning Mastriano's dissertation.
Alleged predicate act(s): Wire fraud through coordinated dissemination of allegations through press and digital channels.

---

October 2022 – Height of Coordinated Attacks, Renewed Complaint, and Increased Press Publications

Actors: Gregory; Jeff Brown; UNB (Mazerolle, MaGee); CBC, AP News, WITF, academic bloggers

Event: Rapid sequence of renewed allegations, internal complaints, and widespread media reports.

Description:
Between October 3–17, 2022, a new wave of articles appeared (CBC, WITF, AP News). Exhibit PDFs you uploaded match these dates. The complaint states that Defendants coordinated a renewed internal "investigation" and delivered statements to the press that reinforced Gregory's allegations.

Alleged predicate act(s): Wire fraud (interstate communications with journalists); mail/wire fraud through coordinated media push to disrupt, interfere with and destroy electoral votes and election for Governor '22 during active early voting.

---

October 2022 – November 2022 – Political Timing and Public "Investigation" Announcements

Actors: UNB leadership; faculty signatories; Gregory

Event: Publicizing the "investigation" during an active U.S. election. Description:

Exhibit 5 states that these releases and stories occurred "right before the gubernatorial election" to maximize political damage. UNB and Gregory allegedly used emails and media communication to publicize the reopened investigation during the election cycle.

Alleged predicate act(s): Wire fraud; extortion-like conduct by applying reputational pressure for political gain, election interference and with coordinated statements and appearances to turn public opinion away from voting for Col. Mastriano during an active United States election.

---

March 3–26, 2023 – Renewed Email Actions by Gregory and UNB (MaGee)

Actors: Gregory, UNB; MaGee; internal review committee (MacMillan, Bothwell and Ferris).

Event: New investigation-related communications. **Col. Mastriano was announced the frontrunner to be the next United States Senator for Pennsylvania**.

Description:
The FAC lists specific email timestamps (March 3, March 20, March 26) from UNB Pro-Vost MaGee announcing reopening of the investigation. Exhibit 5 affirms these dates.
Alleged predicate act(s): Wire fraud (emails crossing U.S.–Canada boundaries).

---

March 31, 2023 – Mastriano Letter of Cease and Desist to UNB, citing conspiracy with Gregory to commit fraud against him with election interference

Actors: Gregory, UNB and certain defendants

Event: third renewed notice and threat of "investigation" related e-mails. **Col. Mastriano was announced the frontrunner to be the next United States Senator for Pennsylvania.**

Description: Demand letter by Col. Mastriano to cease and desist the international interference with his elections as his Ph.D. was once again "reopened" for investigation with leaked announcement of a committee of three to review; emails apparently with Gregory and UNB.

Alleged predicate act(s): Wire fraud (emails crossing U.S.–Canada boundaries).

---

April 26, 2023 – Faculty Letter of Denouncement Released and Circulated

Actors: UNB faculty signatories; Gregory; media contacts
Event: Publication of "denouncement letter" by UNB professors on UNB letterhead.

Description:
Exhibit 4 shows the April 26, 2023 public letter identifying and accusing former UNB "Graduate student Doug Mastriano" of a political career and pursuit of policies that are "anti-2SLGBTQQIA+, Islamophobic, antisemetic…anti-science, [and] violently authoritarian," "intend[ing] to strip populations of human rights" and support "violence directed towards these communities in the form of…hate crimes and murder." According to the complaint, it was widely disseminated via email and social networks and used for further press reporting.
Alleged predicate act(s): Wire fraud; mail fraud; public dissemination as part of the racketeering pattern, seeking to destroy his reputation, career, office, and interference with his front-running position for U.S. Senate.

---

June–July 2023 – Roland Kuhn Article and Symposium Publications

Actors: Roland Kuhn; Gregory; academic bloggers
Event: Publication of "The Douglas Mastriano Scandal" and related commentary.
Description:
Exhibit 5 identifies the June 2023 symposium and the July 31, 2023 article accusing Mastriano of fraud. These publications allegedly pressured UNB to keep the investigation active; were connected to the Canadian university system via the employment and influence of and intended dissemination of, Roland Kuhn's statements; all done during the active announced political front-runner status of Doug Mastriano to the United States Senate.

Alleged predicate act(s): Wire fraud (internet publication); extortion-like coercion aimed at forcing renewed investigation.

---

August–October 2023 – Radio and Broadcast Dissemination of Accusations

Actors: Gregory; Jeff Brown; media outlets (WITF, WHYY, others)
Event: Broadcast attacks.

Description:
FAC ¶50 and Exhibit 5 describe radio interviews where Gregory and Brown allegedly disseminated accusations of fraud to U.S. listeners during the peak election decision season for Mastriano, the top candidate for the United States Senate.
Alleged predicate act(s): Wire fraud (radio/interstate broadcast).

---

December 12, 2023 – UNB Extends/Reopens Investigation by Email

Actors: MaGee; UNB; investigation committee (MacMillan, Bothwell, Ferris)

Event: Email renewing or extending the investigation beyond the 60-day rule.
Description:
FAC lists December 12, 2023 as one of the predicate email communications central to the pattern. This occurs during the announcement that Doug Mastriano may in fact decide to run for United States Senate; immediately, after months of silence, an announcement occurs and is disseminated to Gregory and the world that the Ph.D. investigation is being extended beyond the 60 days required by Canada statute.

Alleged predicate act(s): Wire fraud.

---

June 1, 2024 – Continued Investigation Order

Actors: MaGee; UNB; investigation committee (MacMillan, Bothwell, Ferris)

Event: Email allegedly restarting or extending the investigation yet again.
Description:
According to the FAC and Exhibit 5, this email represents the continuation of a multi-year pattern of reopening academic complaints despite their prior dismissal.
Alleged predicate act(s): Wire fraud.

**<u>Summary of Pattern Elements Supporting § 1961(5)</u>**

From 2018–2024, the materials show an alleged continuous, related, multi-actor pattern involving:

- repeated electronic cross-border communications,
- coordinated timing with political events,
- public dissemination through press outlets,
- repeated reopening of an academic investigation,
- publication of defamatory articles/blog posts,
- syndicated radio and podcast appearances, and
- alleged efforts to cause reputational and economic injury to Mastriano.

Together, these acts are presented as a pattern of racketeering activity involving wire fraud, mail fraud, and extortion-like coercion, satisfying both relationship and continuity requirements.

**6. Description of the Enterprise Under 18 U.S.C. § 1961(4)**

The enterprise consists of a group of individuals and entities associated-in-fact, including but not limited to: James Gregory III, UNB administrators (including Mazerolle, Rendall, MaGee), UNB faculty signatories, and media collaborators who, according to the FAC, acted in concert or coordination to defame, discredit, undermine, and economically injure Col. Mastriano.

The enterprise is alleged to function, without limitation, through:

- the use of university investigative machinery,
- the strategic timing of communications to media outlets,
- the publication and republication of academic allegations, and
- the coordinated release of the embargoed dissertation, followed by press promotion of the renewed "investigation."

This associated-in-fact enterprise is alleged to have continuity, structure, and a common purpose, as required under § 1961(4).

**7. How the Racketeering Activity and the Enterprise Merge or Are Separate**

The enterprise is the *vehicle*, the structure through which the Defendants allegedly coordinated actions.

The racketeering activity consists of the *predicate acts*, the use of electronic mail, internet-based publications, articles, press interviews, and broadcasts, alleged to constitute wire fraud, mail fraud, and in some instances extortion-like conduct, intended to injure Mastriano's reputation, suppress his economic prospects, and interfere with his political and academic career.

Although the members of the enterprise overlap with those committing the predicate acts, the enterprise is separate, because:

1. The enterprise's purpose (collective action to discredit Mastriano) is distinct from each actor's individual daily functions; and
2. The predicate acts are alleged *instrumentalities* used to advance the enterprise's objectives, rather than the routine activities of the participants.

**8. How the Activities Delineated Relate to the Pattern of Racketeering Activity**

The alleged predicate acts:

- were continuous, occurring from 2018 through at least 2024;
- were related, sharing the common purpose of discrediting Mastriano's scholarship, reputation, military career, and political influence;
- involved similar methods, such as email campaigns, public letters, deliberate media engagement, and dissemination of accusations across U.S.–Canadian communications channels; and
- were interdependent, each new publication or investigation announcement building upon the prior accusations to amplify perceived misconduct.

Thus, the activities described exhibit both continuity and relationship, satisfying the RICO "pattern" requirement under *H.J. Inc. v. Northwestern Bell Telephone Co.*

**9. How the Racketeering Activity Differs From the Usual and Daily Activities of the Enterprise**

According to the allegations and exhibits, neither UNB administrators nor academic critics ordinarily:

- coordinate cross-border media campaigns;
- release embargoed dissertations during politically sensitive periods;
- repeatedly reopen or publicize investigations previously dismissed as meritless;
- issue mass-distributed public denunciation letters; or
- collaborate with external political or media entities for strategic public narratives.

These actions fall outside normal academic or administrative processes and are therefore distinct from the enterprise's legitimate activities.

10**. The Benefits Believed to Be Received by Defendants From the Racketeering Activities**

Defendants allegedly obtained:

- Professional or reputational benefit from discrediting a competing scholar and public figure;

- Institutional benefit by distancing themselves from Mastriano's work amid political attention (demonstrated in the press by a student of Elizabeth Mencke and others, along with UNB professor Jeff Brown, denouncing UNB for association with Mastriano by conferring his degree);
- Media visibility, enhanced prestige, or influence within academic and political communities;
- Economic benefit via increased engagement with their publications, interviews, commentary, or academic agendas; and
- Political or ideological benefit, by undermining a U.S. political figure whose positions were publicly controversial in exchange for potential positive American considerations including lucrative contracts with DOD.

These benefits supply the motive element consistent with civil-RICO allegations.

**11. The Effect of the Activities on Interstate and Foreign Commerce**

The alleged conduct:

- involved U.S.–Canada transmissions of emails, letters, and digital publications;
- used internet-based media outlets, including CBC, AP News, WITF, and independent academic blogs;
- impacted Mastriano's book sales, speaking engagements, and academic reputation in U.S. commercial markets;
- affected political campaign interests, which themselves constitute commerce under RICO jurisprudence; and
- foreseeably influenced U.S. consumers of media reporting and academic publications.

Accordingly, the activities had a substantial effect on interstate and foreign commerce, meeting § 1962's jurisdictional requirement.

**12. Description of the Conspiracy in Violation of 18 U.S.C. § 1962(d)**

Defendants are alleged to have conspired to conduct the affairs of the enterprise through a pattern of racketeering activity.

The conspiracy does not require that each defendant personally commit a predicate act; rather, each knowingly agreed that others would commit acts constituting wire fraud, mail fraud, and related schemes.

The materials presented, including coordinated timelines of publications, email campaigns, renewed investigations, and media outreach, support the inference of agreement, coordination, and shared purpose.

a. Injury to Col. Mastriano's Property and Violation of the Statute

As alleged in the FAC and supported by the timeline of events and publications:

- Mastriano suffered economic harm, including damage to book sales, reduced speaking or academic opportunities, and impairment of professional relationships.
- He suffered injury to business reputation, which is a cognizable RICO injury where it results in concrete economic loss.
- His political and commercial prospects were negatively affected by widely disseminated allegations across U.S. and Canadian media.
- These harms were directly caused by the alleged predicate acts constituting the racketeering pattern.

b. Damages Claimed Against Each Defendant Jointly and Severally

Under civil-RICO (18 U.S.C. § 1964(c)), Mastriano seeks:

- Treble damages for injury to business and property;
- Costs of suit;
- Reasonable attorney's fees;
- Economic damages measured by lost book sales, disrupted publishing opportunities, and diminished professional and political standing;
- Reputational damages to the extent they translate into measurable financial loss;
- Damages arising from the interruption of academic and commercial activity caused by the release of the dissertation embargo and ensuing media reporting.

These damages are sought jointly and severally against each defendant who participated in or furthered the alleged enterprise and pattern of racketeering activity.