# Exhibit 8
# (transcripts and articles)

JULY 28, 2023 | 11:00 AM

# A Canadian university's deadline on its investigation into Doug Mastriano's doctoral thesis has passed. Here's what we know

Robby Brod

With the deadline passing this month for an investigation into state Sen. Doug Mastriano's 2013 doctoral thesis < **https://unbscholar.lib.unb.ca/items/36ad7823-d822-458a-9f95-2160be10a6ba>** , here is a detailed look at the issues underlying the allegations that prompted the probe.

The university has said it will not release the results of the investigation, and it is not clear whether that work has concluded. The university's stance drew criticism from two researchers — one of whom was on the committee that approved Mastriano's dissertation.

## PHD CANDIDATE MAKES ALLEGATIONS

James Gregory, a University of Oklahoma PhD candidate, used Mastriano's book, "Alvin York: A New Biography of the Hero of the Argonne," in his own research about World War I icon **Sgt. Alvin York < https://www.thenmusa.org/biographies/alvin-c-york/>** in 2021 – and caught flak from other war historians because of alleged inaccuracies in the book.

Gregory submitted a report about Mastriano's thesis to UNB, alleging that:

- The site of York's infamous defeat of a German unit is incorrect in photos, captions, and text.
- A U.S. Army photograph number was removed from a battlefield picture and replaced with a caption from another photo.
- Mastriano's dissertation labels a photo as showing Sgt. York returning with his German prisoners of war, but there is no evidence that's what the photo shows.
- Dozens of citations fail to support Mastriano's claims, including some that cite himself as a reference.

Gregory first began looking more closely at Mastriano's research when a WWI historian, Brad Posey, pointed out what he said were errors in the caption of a photograph of German soldiers.

Posey declined an interview, but referred WITF to an article published by the Tennessee Historical Society.

"The few quotes from German archival documents found in the report are poorly translated; one entry even refers to events that occurred on October 9 — the day after the firefight," Posey wrote.

"The maps found in the report are misconstrued as a result of [Mastriano's] misunderstanding of the Humserberg, known to the Americans as the Cornay Ridge. In the report the author continuously depicts Hill 167 as the Humserberg, despite the fact that it can clearly be seen in archival documents that the Humserberg is not Hill 167."

Gregory said the sources Mastriano cited in the photo caption didn't support his facts.

"[A colleague] sent me German documents with court-appointed translations that show Mastriano is wrong," Gregory said. "And that's when I started to realize that if he's wrong about even these German units, for someone that likes to wave in front of everyone's face, 'Well, I did research in Germany,' what else is he wrong about?"



Mastriano did not return requests for comment, but he has previously claimed the academic fraud accusations are politically motivated.

"The left wing goes after our academic work on the right," he said last year, when he was the Republican nominee for governor of Pennsylvania. "And I did have concerns that some of the left-leaning professors there would hold my politics or my military background against me."

Mastriano represents the 33rd district, which includes Adams County and parts of Franklin County. He's a retired United States Army colonel with over 30 years of military service, including deployments to Iraq and Afghanistan. He holds a Bachelor of Science degree from the United States Military Academy at West Point, a Master's of Strategic Studies from the United States Army War College, and a Ph.D. in History from UNB.

He briefly considered **< https://www.witf.org/2023/05/25/gop-field-in-pennsylvania-senate-race-still-wide-open-as-candidates-consider-jumping-in/>** running for Pa.'s open U.S. Senate seat next year, but did not have the support of Pa. Republican party officials and decided not to run. He lost the 2022 gubernatorial race by about 15 percentage points.

Gregory rebuts Mastriano's defense.

"I live in Oklahoma. I'm a Republican myself. This is not about politics. I don't care about what he's doing in Pennsylvania. It has no effect on me," he said. "I only care about the academics here. That's the issue we need to really focus on."

## WAS A BATTLEFIELD PHOTO DOCTORED?

York is famed for his actions during the Meuse-Argonne offensive in France – the largest American operation of

World War I.

During a mission on Oct. 8, 1918, U.S. Army records show York (a corporal at the time) lost most of his division to German gunfire, including all of the unit's sergeants. Despite this, York led the remaining soldiers to victory, killing around 20 Germans, capturing 132 prisoners, and silencing up to 25 machine guns. His bravery resulted in a promotion to sergeant and the awarding of the Medal of Honor in 1919.

Gregory's report, which cross-references official U.S. Army records, contends Mastriano misrepresented the battlefield location by cropping out the assigned photograph number on an Army Signal Corps photo and substituting the caption from a different picture.

Mastriano says the Army mislabeled its own photos. Gregory's report shows an uncropped version of the photo that can be found in the Army archives, with a different identification number than Mastriano used in his thesis.




< https://www.witf.io/wp-content/uploads/2023/07/MicrosoftTeams-image-11.png>

Map from Mastriano's thesis. (Doug Mastriano/UNB)






< https://www.witf.io/wp-content/uploads/2023/07/MicrosoftTeams-image-10.png>

A close-up of a photograph used in Mastriano's thesis with "Photo matches terrain" posted over the U.S. Army Signal Corps caption. (Doug Mastriano/UNB)

According to U.S. Army archives, the photograph Mastriano used in his dissertation was taken one day before the date Mastriano indicated.




*Photograph 154637, National Archives Records Adminstration (NARA), Records Group 111, Records of the office of the chief Signal Officer*

**< https://www.witf.io/wp-content/uploads/2023/07/MicrosoftTeams-image-9.png>**




*NARA-111-SC-154641*

< https://www.witf.io/wp-content/uploads/2023/07/MicrosoftTeams-image-5.png>

Doug Mastriano's labeled photographs contradict U.S. Army records, shown above. (U.S. Army Signal Corps)

Mastriano has **rejected suggestions < https://apnews.com/article/doug-mastriano-research-alvin-york-backlash-96db4958d0caeb992347d9b83198084f>** that the location is subject to debate, writing, "We know with certainty the location of the York action... [it] has been located and verified."

**Mastriano cited himself to support a mislabeled photo and urged the Army to use his caption**




Photo from Mastriano's thesis which labels a man as York; Army records contradict the caption. (Doug Mastriano/UNB)

Another dispute involves a picture Mastriano claims shows York with his prisoners of war.

In his dissertation, the photo is captioned: "Photo of York escorting his German prisoners on 8 October 1918 near Varennes."

However, in Army records, that same photo is dated Sept. 26, and the caption reads: "Prisoners on way to P.C. 36th Division near 35th Division headquarters near Boureuilles, Meuse, France."

There's no mention of York.


SUBJECT: Misc 31859
NUMBER

Sgt. A. C. Duff, S. C.
PHOTOGRAPHER

Dec. 27, 1918 REC'D
Sept. 26, 1918 TAKEN

DESCRIPTION:

PRISONERS ON WAY TO P.C. 36th Division near 35th Division headquarters near Boureuilles, Meuse, France.

Same as 45799 23041

Passed by A.E.F. censor, date not given.




< https://www.witf.io/wp-content/uploads/2023/07/MicrosoftTeams-image-8.png>

Official U.S. Army photo makes no mention of York. (U.S. Army Signal Corps)

Gregory said the photo could not have been taken on Oct. 8, because Army records show the Signal Corps photographer listed on the photo was at an evacuation hospital 15 miles away on that date.

Mastriano claims a clerical error caused a misprint of the photo's original date, but he does not provide proof to support the claim.


SUBJECT: 26532 NUMBER E

2nd Lt. Adrain C. Duff, S. C.
PHOTOGRAPHER

REC'D 11/15'18 TAKEN Oct. 8'18

DESCRIPTION

VIEW IN FRONT OF RED CROSS tent. L to R: Miss Frances Anderson, in charge; Capt. James G. Pedlow, A. R. C.; and Miss Faustine Davis. American Red Cross. Evacuation Hospital #114. Fleury-sur-Aire, Meuse, France.

Released by A. E. F. Censor. Date not given.




[< https://www.witf.io/wp-content/uploads/2023/07/MicrosoftTeams-image-12.png>](https://www.witf.io/wp-content/uploads/2023/07/MicrosoftTeams-image-12.png)

Army Signal Corps photographer was elsewhere when York returned with his prisoners, according to this photo from the U.S. Army archives. (U.S. Army Signal Corps)

In an email to the U.S. Army Heritage and Education Center, Mastriano disputed the number of prisoners captured by the division and cited as a source his own book, which was largely based on his dissertation.

"The book, 'Thunder in the Argonne,' describes how the US 35th Division performed miserably in the opening days of the Meuse Argonne Offensive," Mastriano wrote. "I know of no instance where a throng of more than 100 prisoners was brought in that included three officers in the front rank."

However, the 35th Division histories published in 1919 show the division captured "an estimate of 450 prisoners," including "some taken from the second Landwehr Division, and from the 15th Landsturm. But then came captives from the 1st and 4th Divisions of the Prussian Guard."

He also urged the heritage and education center to change its caption.

"This photo is incorrectly labeled," Mastriano wrote. "How can the AHEC archivists and [US Army War College] historians come together to begin correcting the record on these?"

This is the second time Gregory has called for UNB to investigate Mastriano's thesis.

Gregory first alerted the university in March 2021 to 35 cases of possible academic fraud after he struggled to verify references in Mastriano's book.

Further research, he said, revealed Mastriano's dissertation had been under embargo – unable to be accessed by the public until 2030.

In academia, some dissertations are kept from the public to preserve intellectual property or keep sensitive information private. According to UNB's website, a student can request an embargo for a maximum period of four years.

Gregory called Mastriano's 17-year embargo "ridiculous."

"Most embargoes last five years, so it's highly, highly unusual," he said.

The university concluded the discrepancies in Mastriano's thesis were due to the "use of a transcription of the York autobiography rather than a published version of the source."

UNB allowed Mastriano to address some mistakes in a corrigendum – a document that acknowledges and corrects errors in a published work.

One correction involves changing the caption "Photo of York escorting his German prisoners on 8 October 1918 near Varennes." to say "seems to show Alvin York and his prisoners." But the document did not provide a corroborating source. In another, Mastriano references a different page of his dissertation to support his caption.

Gregory argues that many of these corrections were unsubstantiated, and also qualify as academic fraud, according to the **university's bylaws. < https://www.unb.ca/gradstudies/current/resources/regulations-and-guidelines/regulations/academic-offenses.html>**

UNB's list of academic offenses includes, "Falsifying or knowingly submitting false assignments or credentials, records, transcripts, references or other academic documents, or altering research results, whether in a course or in a degree requirement."

Gregory's concerns caught the eye of Jeff Brown, a professor of American History at UNB, who served on the committee that issued Mastriano's doctorate in 2013.

"I thought, 'Well, yeah, that doesn't surprise me a bit.' That dissertation was awful," Brown said. "There were all kinds of problems with it and all kinds of questions raised even at that time by other scholars, mostly archaeologists, about Mastriano's archaeological work in France."

Brown refused to approve the dissertation at the time, but he said UNB told him that his signature wasn't needed, and the thesis was approved.

"They only want positive press. And I think they made this mistake of believing that this was like a kind of flash-in-the-pan issue, and that it would disappear," Brown said. "I think it had everything to do with just the image of the university."

A spokesperson for UNB declined to comment on the investigation, citing privacy laws concerning "personal information of our students, including educational information."

Brown said the university should consider the "important public interest" of the accusations.

## UNB'S INVESTIGATION

Following Gregory's second report, which detailed each of the accusations with U.S. Army records, UNB announced

in May that it would **appoint < https://www.cbc.ca/news/canada/new-brunswick/unb-investigation-student-trump-1.6832071>** a three-professor panel to investigate the matter. The university has **also enlisted < https://apnews.com/article/2022-midterm-elections-entertainment-pennsylvania-new-brunswick-government-and-politics-da9fd21d9be38e7590e36e81b4f12de0>** an external team to assess its policies and procedures about graduate coursework – including the embargo process.

They began their investigation in May with a 60-day deadline, which has since passed.

UNB said it will not publish the results of the investigation. Gregory said he understands and supports the need for privacy, but says he thinks historians who have used Mastriano's research "deserve to know if it is fraudulent work or not because that impacts our work."

Brown said the university should have taken Gregory's allegations more seriously from the start. And he says its policy does more harm than good.

"UNB's stance from the beginning seems to have been say nothing and hope that it goes away," he said. "I think that has raised more questions and more suspicions, both about Mastriano's work, and about the university's role in that."

**TAGS**

Doug Mastriano   world war I

**CATEGORIES**

REGIONAL & STATE NEWS

©WITF

There's an easy way to get rid of your unwanted vehicle - Donate it.
WDIY 30 88.1 LEHIGH VALLEY PUBLIC RADIO npr

# University of New Brunswick Opens Investigation into Mastriano's Ph.D. Dissertation

By Robby Brod | WITF

Published June 3, 2023 at 11:22 PM EDT

Print

LISTEN • 1:13

WDIY 88.1 LEHIGH VALLEY PUBLIC RADIO npr 30 YEARS

Donate



Emma.davie / CC BY 4.0, Via Wikimedia Commons

The Old Arts Building, Fredericton campus, University of New Brunswick

Now Playing
University of New Brunswic...
Now Playing
University of New Brunswic...

Brod looks at some of the most egregious allegations.

(Original air-date: 5/13/23)

PA State News

Print



## Robby Brod | WITF

Robby Brod is WITF's Democracy Beat Reporter covering mis/disinformation and the harm they cause communities across Pennsylvania.

See stories by Robby Brod | WITF







UNITED
FOR COMMUNITY
LEARN MORE
UNITED WAY

Stay Connected

© 2025

Contact

DEIB Statement

EEO Report

FCC Public File

Financial Information

LVCBA By-Laws

Privacy Policy

Terms of Service

Text Message Sign-Up

npr

Menu CBC Search Sign In

New Brunswick

# UNB releases controversial U.S. politician's PhD dissertation after months of refusals

Until recently, details of Douglas Mastriano's Canadian doctorate had been under lock and key

Robert Jones · CBC News · Posted: Sep 16, 2022 8:21 AM EDT | Last Updated: September 16, 2022

Listen to this article
Estimated 7 minutes

comments



Doug Mastriano, a Pennsylvania state senator seen at a May appearance, received a doctorate from the University of New Brunswick in 2013. (Carolyn Kaster/The Associated Press)

After months insisting it was not possible — or even legal — to share a maligned

doctoral dissertation by controversial U.S. politician Doug Mastriano, the University of New Brunswick suddenly made the document public in August, in a move that appeared to undermine excuses used to keep it secret in the first place.

Mastriano, the Republican nominee running to be governor of Pennsylvannia, rose to prominence there as an early opponent of mask and vaccine mandates to fight the COVID-19 pandemic, and as an ardent supporter of former president Donald Trump.

A state senator, author and retired army colonel, Mastriano obtained a PhD in history from UNB in 2013, toward the end of his military career.

Numerous attempts to access the dissertation that Mastriano wrote in order to earn the doctorate have, however, been repelled for the last two years.

"The choice to embargo a thesis is at the discretion of the author, not the institution," UNB's Heather Campbell wrote in May, while rejecting a CBC request to access Mastriano's dissertation.



A statue of First World War hero Sgt. Alvin C. York stands on the grounds of the Tennessee State Capitol in Nashville, Tenn. UNB awarded a doctorate in history to Pennsylvania governor candidate Doug Mastriano in 2013 based on his research about York. (Mark Humphrey/Associated Press)

She said an author's reasons for not wanting work shared "are not scrutinized," and an embargo could last indefinitely under university rules.

"It is by default for four years, but an author may request an extension," she wrote.

That is contrary to the policy of many North American universities, which view scholarship as a public good to be shared except in rare circumstances.

For instance, York University in Toronto says on its website that its policy is to allow the embargo of a dissertation for a maximum of three years, and only when it meets certain conditions and is agreed to be necessary by a student's supervisor.

"As a publicly funded institution, York University has an obligation to ensure that research produced by its graduate students is available for the benefit of the public, particularly by making successfully defended theses and dissertations available through York University Libraries and Library and Archives Canada," states the university policy.

## 'They really divulged nothing'

Nevertheless UNB used its more restrictive policy to deny at least four separate requests since 2020 to view the dissertation.

Chris Rodkey, a Pennsylvania Democrat running to represent his local district in the state election this fall, made one of those requests.

Rodkey, who has a PhD himself, was surprised in November 2020 when he could not find a record of Mastriano's dissertation in UNB's library system.

That changed to shock when UNB responded to a formal written request for information by declining to disclose even the title of Mastriano's dissertation.

Fall foliage is in the foreground, with two red brick campus buildings in the background

The University of New Brunswick refused multiple requests to release the doctoral dissertation of Douglas Mastriano claiming it would violate his privacy rights but then reversed itself without immediately explaining why in August. (University of New Brunswick)

"Since this request is asking for the personal information of a third-party's educational history, we are obligated to protect the privacy of said individual," UNB's Sarah DeVarenne wrote in a letter responding to Rodkey's request

"They didn't confirm or deny anything, and they really divulged nothing," Rodkey said in an interview this week.

"I thought it was strange that they wouldn't comment or they wouldn't give me any information whatsoever."

- **These Democrats are trying to help far-right Republicans win their primaries**

Mastriano led hearings in Pennsylvania in November 2020 that gave Trump lawyer Rudy Giuliani a forum to allege widespread fraud in Joe Biden's election win in that state. He also attended the pro-Trump rally in Washington D.C. on Jan. 6, 2021 that devolved into a deadly riot.

"The one guy that supported election integrity and supported me right from the beginning is Doug Mastrianio," reads an endorsement from Donald Trump on Mastriano's social media platforms.

CBC News has not received any replies to Mastriano's campaign for comment. Mastriano has barred reporters from attending his events, garnering national media attention in the U.S. because of it.

## Doctorate has been used to counter criticism

Mastriano cites the UNB doctorate in his campaign materials, and the dissertation has been used to counter criticisms of some of his controversial statements and actions that have emerged during the campaign, like an old photo showing him at an event dressed as a confederate soldier.

"Media MELT DOWN that Mastriano apparently once posed as a civil war historical figure," tweeted campaign legal advisor Jenna Ellis in response to that controversy. "He has a PhD in HISTORY."

**Jenna Ellis** 
@realJennaEllis · Follow

Media MELT DOWN that Mastriano apparently once posed as a civil war historical figure for a photo. And? He has a Ph.D in HISTORY. The left wants to erase history. @dougmastriano wants us to learn from it. I invite @Reuters to go on a Gettysburg tour with Doug. You'll learn a lot!

6:05 PM · Aug 26, 2022

1.8K Reply Copy link

Read 435 replies

As Mastriano's profile grew, a variety of media outlets and other parties attempted to access his heavily criticized dissertation on First World War hero Sgt. Alvin C. York but UNB insisted its policies and privacy laws prohibited it

In addition to Rodkey and the CBC, UNB also rejected requests for Mastriano's dissertation from the Associated Press and from University of Oklahoma graduate student James Gregory, who has become a vocal critic of errors in Mastriano's historical research.

"I don't care about Mastriano's politics. I live in Oklahoma," said Gregory in an interview.

"This had nothing to do with politics. This was just purely due diligence within the field of being a historian."

## List of errors given to university

UNB told Gregory in 2021 that Mastriano's dissertation about Sgt. York was largely reprinted as a commercially available book in 2014. Based on that information, Gregory gave the university a list of errors it should check for in the Mastriano dissertation.

> "I find it suspicious, at the least, that they would even allow that."
>
> *- Graduate student James Gregory*

The university still did not allow him to view the document but launched a review that led to 21 revisions in Mastriano's original dissertation that were attached in a "corrigendum" in June 2021.

That was not publicly known at the time, however, because of the ongoing embargo on the work enforced by the university.

Chris Rodkey, a Pennsylvania Democrat, was shocked that UNB refused access to even the title of Douglas Mastriano's doctoral dissertation. (Chris Rodkey/Twitter)

Gregory wonders if UNB kept Mastriano's dissertation suppressed to protect his privacy rights or to spare itself embarrassment over errors that it had failed to detect and then rewarded with a degree.

"They were going to bury it again under the embargo where no one could double-check it," said Gregory, describing revisions that were made and then also placed under embargo.

"I find it suspicious, at the least, that they would even allow that."

Further questions about whether Mastriano's privacy rights were really behind the embargo emerged again in August when the university suddenly reversed course and released the dissertation after nine years of secrecy, apparently without Mastriano's permission.

The Associated Press reported last week that Drew Rendall, UNB's dean of graduate studies, informed Mastriano the embargo was being lifted and did so without ever hearing back from the candidate.

Rendall did not respond to a request for an interview about whether his ending of the embargo suggests UNB's prior claims — that the decision was up to Mastriano alone —

were untrue.

In an unsigned statement that UNB issued Friday, the school claimed it had learned "recently" that a PhD thesis embargo it did not identify had been extended long past its normal four-year maximum.

"We acknowledge that the extended embargo was contrary to the practice and academic principle of scholarly activity and did not adhere to UNB regulations and guidelines for preparing and submitting graduate student thesis, dissertations and reports," said the statement.

The university did not address false statements its representatives made over the past two years claiming the extended embargo was normal and up to Mastriano alone to end.

Gregory said that based on the now-public document and the 21 revisions made as a result of his 2021 complaint about suspected errors in the work, he is preparing a second, larger challenge to Mastriano's research and UNB's awarding of a PhD based on it.

CBC's Journalistic Standards and Practices · About CBC News

Corrections and clarifications · Submit a news tip · Report error

CBC NEWSLETTERS

Get the latest top stories from across New Brunswick in your inbox every weekday.

Email address:

Enter your email address

Subscribe

This site is protected by reCAPTCHA and the Google Privacy Policy and Google Terms of Service apply.

TRENDING VIDEOS

4:19

VIDEO

Homeowner says she's out $381K after hiring Ottawa contractor to renovate

2:53

VIDEO

Trump threatens strikes on any country trafficking drugs into the U.S.

2:05

VIDEO

We found out who bought a $13M Mercedes now linked to fugitive Ryan Wedding

2:38

VIDEO

Trump suggests he's open to letting CUSMA expire

VIDE

Shall unea Erie

Case 5:24-cv-00567-J Document 188-9 Filed 02/10/26 Page 22 of 120

kitchen

CBC News Ottawa The National The National The National

September 11, 2022

# Mastriano's Dissertation, Plus Corrections, Released

**By** Scott Jaschik

The University of New Brunswick, in Canada, has released Pennsylvania gubernatorial candidate Doug Mastriano's 2013 doctoral thesis about Alvin C. York, a World War I hero, the Associated Press reported.

The university also released six pages of recent corrections to the dissertation that critics said did not correct errors in the document.

A University of New Brunswick history professor, Jeff Brown, provided documents to the AP that recorded his own misgivings about the dissertation nearly a decade ago, when he was on Mastriano's doctoral committee. He said he was "appalled" by the dissertation and "disturbed by the fact that no one on the committee was qualified to evaluate the huge part of it that was archaeological."

Brown said he flagged glaring issues to other faculty members and administrators and was dismissed from Mastriano's committee by the lead adviser, yet the published dissertation still listed Brown on the title page, giving the impression that he endorsed the material.

Mastriano did not respond to a request for comment.

## Written By

Scott Jaschik

## Share This Article

Copyright © 2025 Inside Higher Ed All rights reserved. |

X



# UNB News

News and stories from one of Canada's top universities

## Recent media coverage regarding thesis debate

Author: UNB Newsroom

Posted on Oct 6, 2022

Category: UNB Fredericton (/newsroom/category/unb-fredericton.php) , UNB Saint John (/newsroom/category/unb-saint-john.php)

The University of New Brunswick (UNB) has a proud 200 + year history as an institution with academic integrity and exemplary educational programs. Recently questions have been raised in the media regarding a thesis by former student Dr. Douglas Mastriano. We recognize that for our students, alumni and the public, there may be some concern or confusion regarding the situation as they hear it portrayed in the media.

We want to assure individuals with concerns that allegations of this nature are taken seriously and investigated accordingly. UNB has a clear policy for dealing with any allegations of research misconduct, which we follow in all cases.

The Right to Information and Protection of Privacy Act clearly states that we cannot discuss the personal information of our students, including educational information, whether the student is a public personality or not, without the student's consent.

As stated previously, UNB will review its internal processes and procedures to ensure our systems and policies around the awarding of PhDs remain of the highest standard. This review will be conducted by two qualified independent academics and will begin as soon as possible.

Our commitment to our students and the UNB community to continue to strive for nothing less than academic excellence in all we do has never waivered and will never diminish.

@ (mailto:?subject=Recent%20media%20coverage%20regarding%20thesis%20debate&body=https%3A%2F%2Fblogs.unb.ca%2Fnewsroom%2F2 debate.php)

(https://twitter.com/share?url=https%3A%2F%2Fblogs.unb.ca%2Fnewsroom%2F2022%2F10%2Fthesis-debate.php&text=Recent%20media%20coverage%20regarding%20thesis%20debate)

(https://facebook.com/sharer/sharer.php?u=https%3A%2F%2Fblogs.unb.ca%2Fnewsroom%2F2022%2F10%2Fthesis-debate.php)

UNB news search

UNB news categories

DataNB (../../category/datanb.php)

Faculty of Forestry and Env Mgt (../../category/faculty-of-forestry-and-env-mgt.php)

Faculty of Science (../../category/faculty-of-science.php)

Press Releases (../../category/press-releases.php)

Research (../../category/research.php)

UNB Fredericton (../../category/unb-fredericton.php)

UNB in the News (../../category/unb-in-the-news.php)

UNB Saint John (../../category/unb-saint-john.php)

Archives

2025 (../../2025/index.php)

2024 (../../2024/index.php)

2023 (../../2023/index.php)

2022 (../index.php)

January (../01/index.php)
February (../02/index.php)
March (../03/index.php)
April (../04/index.php)
May (../05/index.php)
June (../06/index.php)
July (../07/index.php)
August (../08/index.php)
September (../09/index.php)
October (index.php)
November (../11/index.php)
December (../12/index.php)

2021 (../../2021/index.php)

2020 (../../2020/index.php)

2019 (../../2019/index.php)

2018 (../../2018/index.php)

2017 (../../2017/index.php)

2016 (../../2016/index.php)

© University of New Brunswick

# One of Doug Mastriano's dissertation committee members speaks out about his "dishonest" and "sloppy" work

John Fea | October 5, 2022




Here is the latest on Pennsylvania gubernatorial candidate Doug

Mastriano's "academic" career:

1. One of the members of his dissertation committee called his work, "dishonest, sloppy, tinged with religious zealotry, and indifferent to facts that contradicted his claims." The committee member is Jeffrey Brown, a member of the University of New Brunswick history department. Brown says that the "prospect of Doug Mastriano having any power, anywhere, is horrifying."
2. Mastriano could not write basic sentences and his dissertation on World War I military hero Sergeant York is filled with spelling errors.
3. Mastriano regularly injected providential history into his writing. In one case he asserted, "The idea that [Sergeant] York survived the carnage because of Divine intervention also speaks of a miracle." First, this is an awful sentence. Second, what Ph.D committee would allow such an appeal to divine providence to make it into the final draft of a doctoral dissertation? I can understand why Brown is not happy that his name still appears on the dissertation after requesting that it be removed.
4. A graduate student in history at the University of Oklahoma who has written a book on Sergeant York claims Mastriano's work is "rife with academic fraud" and outright lies.
5. Graduate students at the University of New Brunswick are worried about the value of their degrees now that the school is associated with Mastriano.
6. Brown believes that Mastriano was given the Ph.D. degree despite his shoddy work because the University of New Brunswick has a good relationship with the military and the school did not want to jeopardize that.

All of this information comes from Alexander Panetta's reporting at

Case 5:24-cv-00567-J Document 188-9 Filed 02/10/26 Page 30 of 120

the website of the Canadian Broadcasting Company.

Mastriano regular touts his doctorate on the campaign trail when he spins his providential views of American and Pennsylvania history.

Filed Under: Way of Improvement
Tagged With: bad history, dissertations, Doug Mastriano, graduate school in history, Pennsylvania, Pennsylvania politics, providential history, University of New Brunswick

## Comments



David says
October 5, 2022 at 7:06 pm

Please–it's "Sergeant York." It's his rank; his first name was Alvin.

John Fea says
October 11, 2022 at 9:04 pm

Corrected. Thanks, David.

The Way of Improvement Leads Home

# A University of New Brunswick graduate student responds to the Doug Mastriano Ph.D controversy

John Fea October 5, 2022





Earlier today we called your attention to a Canadian Broadcasting Company story on Doug Mastriano's Ph.D dissertation at the University of New Brunswick. In that post I noted that current University of New Brunswick students were concerned about the reputation of their school in the wake of its decision to grant a doctoral degree in history to the Pennsylvania gubernatorial candidate.

Here is one of those students, a Ph.D student in history named Richard Yeomans:

**Richard Yeomans**
@richrray · **Follow**

In 2013, a committee assembled by the former director of the Gregg Centre for the study of war and society organized a defence for a PhD candidate that had, at that point, only been in the programme for 3 years. (2

10:14 AM · Oct 5, 2022

17 Reply Copy link

Read 2 replies

**Richard Yeomans** · Oct 5, 2022
@richrray · **Follow**
Nine years later, a PhD candidate from the US got a copy of the dissertation and has, thus far, found over 150 instances of what he labels 'academic fraud,' and since March 2021 has been trying to get a response from UNB History or the Gregg Centre (4

**Richard Yeomans**
@richrray · **Follow**

He has been ignored for well over a year. Now that this issue has become a major media story, the Department and Gregg Centre continue to say nothing, and have not even acknowledged why current grad students might be upset (5

10:14 AM · Oct 5, 2022

24 Reply Copy link

Read 1 reply

Case 5:24-cv-00567-J Document 188-9 Filed 02/10/26 Page 34 of 120

**Richard Yeomans** · Oct 5, 2022
@richrray · **Follow**

Because we are upset. Imagine committing 5+ years of your life and thousands of dollars so you can produce good research, and then come to find someone else was granted the same degree after 3 years, (6

**Richard Yeomans**
@richrray · **Follow**

And defended what was essentially a flawed biography to a committee that was not in the least bit critical. Now that person's PhD has been used to absolve them of being blatantly racist. He openly romanticizes antebellum America, the confederacy, and what it stood for (7

10:14 AM · Oct 5, 2022

30 Reply Copy link

Read 1 reply

**Richard Yeomans** · Oct 5, 2022
@richrray · **Follow**
There are a lot of faculty in my department that will call themselves allies, including those in the Gregg Centre. But from this, and other examples because I do not think 2013 was not an isolated incident, it is clear that they will not treat students equitably (8

**Richard Yeomans**
@richrray · **Follow**

Instead, the department of history at UNB will grant vanity PhDs to some students; but demand labour-intensive research from others. It's not fair to any of us, and it's especially unfair to students working with the Gregg Centre who are actually putting in the work. (9

10:14 AM · Oct 5, 2022

48 Reply Copy link

Read 1 reply

https://twitter.com/richrray/status/1577663615578128386

https://twitter.com/richrray/status/1577663616739905536

Several people have been asking me today if I know anything about the University of New Brunswick. What kind of school is this? Is it a diploma mill? As far as I know, the University of New Brunswick is a very reputable research university. I know a few Ph.D graduates of this institution and they are outstanding scholars. Mr. Yeomans is studying early American history with Elizabeth Mancke, a leading scholar in the field of Atlantic Studies.

From what I have read about the many problems with Mastriano's dissertation I am left wondering how he managed to get a Ph.D from this fine institution.

Way of Improvement

academic life, Christian Right, dissertations, Doug Mastriano, graduate school in history, Pennsylvania, Pennsylvania politics, University of New Brunswick

Support The Way of Improvement Leads Home

Donate with PayPal

## 2 responses to "A University of New Brunswick graduate student responds to the Doug Mastriano Ph.D controversy"



Richard
October 5, 2022

Methinks Mr. Yeoumans doth protest too much.

★ Like

John Fea
October 6, 2022

Maybe. But I'd be pretty ticked-off if my Ph.D program also gave a Ph.D. to Doug Mastriano.

★ Like

## Subscribe for free

Type your en Subscribe

After subscribing, click here to manage the frequency of your emails.

## Search The Way of Improvement

Search



The Way of Improvement Leads Home

reflections at the intersection of American history, religion, politics, and academic life

Donate with PayPal

© 2005 John Fea. All rights reserved.

Menu CBC Search Sign In

World

# A controversy-courting U.S. politician causes stir on Canadian university campus

Far-right candidate Doug Mastriano got a doctorate in New Brunswick. A professor says it was undeserved

Alexander Panetta · CBC News · Posted: Oct 05, 2022 4:00 AM EDT | Last Updated: October 5, 2022

Listen to this article
Estimated 10 minutes



If Doug Mastriano becomes governor of Pennsylvania, the Republican who tried to overturn the 2020 presidential election for Donald Trump would gain power over elections in a key swing state. (Mary Altaffer/The Associated Press)

comments

One of the most controversial politicians in the United States is causing a stir far north of the campaign trail: at a Canadian university that once granted him a doctorate.

Students at the University of New Brunswick are pushing their university for details

about its role in granting Doug Mastriano the crowning academic achievement on his CV in 2013.

A UNB associate professor listed on Doug Mastriano's doctoral dissertation describes it as atrocious academic work and says he can't understand why the paper includes his name.

"This dissertation has bothered me for nine years," Jeffrey Brown told CBC News in an interview.

"[Mastriano] was awarded a PhD on very shaky grounds."

The famous alumnus is now running for governor of Pennsylvania in next month's midterm elections on a hard-right platform with potentially major implications, far beyond his state.



Mastriano received his doctorate in history here, at the University of New Brunswick in Fredericton, in 2013. (The Canadian Press)

## Election denier could gain power over elections

Election denialism is what made Mastriano nationally famous.

The state lawmaker tried overturning the 2020 election on behalf of Donald Trump; he was at the Capitol as the riot began there on Jan. 6, 2021 and even helped transport protesters to Washington.

Now he's the Republican nominee for governor of Pennsylvania. The polls show him trailing. But if he happens to win, he would gain new power over national elections.

The Pennsylvania governor will appoint the chief election administrator and also judges who would hear election cases in the critical swing state.



Mastriano tried overturning the 2020 election for Donald Trump. It made him a celebrity on the right. And he won a Republican gubernatorial nomination for this fall's midterm elections. (Mary Altaffer/The Associated Press)

Up in New Brunswick, Brown's objections to Mastriano go way back, long predating his political career.

That old dispute within the university has now resurfaced publicly as Mastriano runs for an important office.

## Prof describes work as dishonest, sloppy, fanatical

Mastriano's campaign used his doctorate in fending off a recent political controversy. When a photo surfaced showing Mastriano wearing a Confederate uniform at a 2014 educational event, an adviser dismissed it as a smear job against a historian, pointing to his academic credentials.

Brown was on the examining board for Mastriano's dissertation.

Mastriano's campaign has used his PhD to deflect criticism — including when Reuters reported in August on this 2014 photo showing Mastriano, left, wearing a Confederate uniform at a 2014 educational event. (Army War College/Reuters)

Mastriano's work was dishonest, sloppy, tinged with religious zealotry, and indifferent to facts that contradicted his claims, said Brown, a scholar of U.S. history at UNB and a U.S.-Canada dual citizen.

He expressed alarm when the university granted the PhD and has provided CBC News with emails he sent colleagues at the time.

Brown lamented that the same traits he denounced back then are materializing in Mastriano's public life: namely the fanaticism and indifference to facts.

- **UNB releases controversial U.S. politician's PhD dissertation after months of refusals**

"The prospect of Doug Mastriano having any power, anywhere, is horrifying," said Brown, who met and worked with Mastriano on several revisions to his dissertation.

Eventually, Brown bowed out of the project. Or so he thought.

## Thesis subject: a Christian soldier

Mastriano's dissertation involved a legendary American soldier, one of the most highly decorated of the last century.

Alvin York was a deeply religious Army sergeant who described being touched by God before a First World War battle where he killed 25 Germans.

A statue of Alvin York at the Tennessee legislature. Other scholars accuse Mastriano of corner-cutting and dishonesty. (Mark Humphrey/The Associated Press)

His life story inspired a Gary Cooper movie. Mastriano has a long-running project to spread his story to younger generations, with a website, a doctoral dissertation and then a book.

Yet Mastriano's project was dogged by scrutiny from the start.

Even before he arrived in New Brunswick, Mastriano, then an Army intelligence officer, made news in 2008 for his work to pinpoint the location of York's heroics on a French battlefield.

Other scholars and a French bureaucrat accused him of sloppy research methods, misidentifying the battle location, ignoring contradictory details, digging without a permit and ruining an archeological site.

Mastriano dismissed his detractors as jealous and maintained his certainty he'd found the true battle site.

The archeological controversy was the initial reason Brown, the New Brunswick professor, voiced concern with the project.

Nobody examining Mastriano's work had any archeological expertise, so, he asked, how were they supposed to scrutinize a paper filled with archeological claims, claims being vigorously disputed?

The list of concerns grew with time.

Mastriano's academic work is dedicated to reviving the memory of York, a legendary First World War soldier inspired by his religious faith. (The Associated Press)

One was the quality of the writing: Brown said it took multiple revisions to correct basic grammar, style and punctuation problems on almost every page.

A cursory read of the finished paper still turns up basic errors: a colonel's name repeatedly misspelled, an Italian military award misspelled in the introduction, and the wrong release year (1940) for the 1941 Gary Cooper movie.

There were more substantive complaints.

He said Mastriano offered opinions without facts or attribution to support them, an approach Brown called non-academic.

## 'That's what God wanted'

In a dramatic example of that, Brown said, Mastriano would make matter-of-fact claims even when referring to heavenly phenomena.

In one example, on Page 260, Mastriano writes: "The idea that York survived the carnage because of Divine Intervention also speaks of a miracle."

Brown said that approach just isn't scholarly.

"It wasn't so much, 'Sergeant York reported that,' or, 'York believed that,' as it was, 'God talked to York,'" Brown said in an interview.

"That's where Mastriano wanted to go with it: that this guy was literally directed by God to begin fighting people. That would be righteous. That's what God wanted."

A Mastriano rally last month at the Pennsylvania state capitol included prayers and an unfurling of a gigantic American flag. (Alexander Panetta/CBC)

Faith is central to Mastriano's life, and to his gubernatorial campaign.

He's said journalists who appear to mock his faith will be barred from covering his campaign events and has bristled at being described as a "Christian nationalist."

In the past, he's explained how the Alvin York story fits into his faith.

In a 2019 speech, he espoused York as an alternative to the pacifist, turn-the-other-cheek philosophy within Christianity, as evidence the faithful can be warriors.

Prayer is a regular part of his campaign events. It was a recurring theme in speeches at a rally last month at the Pennsylvania legislature.

"Lord, you told us to pray for our enemies," one speaker said, in a prayer to open the rally.

"We pray that they would lose."

## The critics amass

Criticism of Mastriano's scholarly work goes back years and spans several countries.

In Oklahoma, a teacher and history PhD candidate wrote last year to the UNB warning that Mastriano's work was rife with academic fraud.

James Gregory, who first encountered Mastriano's work in his published book, says he's since found over 150 problems with the thesis.

It's rampant with fake footnotes, he says, meaning the paper often makes a claim, cites a footnote to back it up, then, when you actually go check the source mentioned in the footnote, it says something else.

He showed CBC News some examples.

For instance, Mastriano's paper says a journalist first took an interest in York's story because of its religious aspect; a footnote then cites a telegram the journalist, Canadian George Pattullo, sent on Jan. 30, 1919. But Gregory tracked down the telegram and there's nothing about religion, just Pattullo's travel plans and a request for battlefield data.

"His dissertation is just filled with these issues," Gregory said. "He's making it up."

"It's academic fraud."



Mastriano's dissertation claims York's faith is what first inspired a journalist to write about him. As evidence, it cites this telegram. This telegram doesn't say that. A researcher says Mastriano's work is filled with problems like this. (James Gregory)

Gregory insists he has no political axe to grind. He says he's a registered Republican, in Oklahoma, and doesn't care who the governor of Pennsylvania is.

His gripe, he says, is strictly academic. And somewhat personal. That's because Gregory has also written about York; he cited Mastriano in his work and now he's feeling deceived.

"It's tainted," Gregory said.

"He was wrong. Therefore my article was wrong. And everyone in the future who cites Mastriano's work, now, their work is tainted.

"It's not just that he's changing history by lying and making things up. He's also ruining everyone else's work that trusts him."

Gregory said he actually had a cordial relationship with Mastriano, exchanging messages online about their shared scholarly interest in York.

Then, suddenly, Gregory says, when he started spotting details that contradicted Mastriano's work, the politician cut off contact and blocked him on Facebook.

## UNB students concerned, frustrated

Some students in New Brunswick started worrying about reputational taint after the Associated Press first reported on the controversy at their school.

A headline in a Fredericton newspaper cuts to the heart of their concern, asking: "Will employers question the value of UNB PhDs?"

A dozen Master's and PhD students gathered last month to discuss plans to press the university for details about Mastriano's degree.

The students plan to release a letter soon.

"A lot of us vented our frustrations at this.... This reflects on our academic training," said Richard Yeomans, a PhD candidate in the history department.

"This man's credentials are unearned.... It's very clear a vanity degree was granted to him."

Mastriano's thesis supervisor, Marc Milner, a history professor and honorary colonel in the Air Force, did not respond to emails seeking comment.

Multiple efforts to reach current and retired staff at the university, including the communications office, received no response.

Mastriano, meanwhile, did not respond to requests for comment via phone calls to his three state legislative offices and emails to his legislative and campaign staff.

The professor, Brown, has a theory about what happened.

Mastriano is the underdog in the race. He's behind in polling and fundraising. National Republicans aren't helping him. Organizers of his recent rally at the Pennsylvania legislature said they were disappointed when only a few dozen people turned out. (Alexander Panetta/CBC)

The school, he says, has a good relationship with the military, and let Mastriano through to avoid disrupting that.

He sent CBC News printouts of email exchanges from 2012 and 2013 laying out his myriad concerns, including one final note.

In that note, Brown told Milner that, from what he understood, regardless of his complaints, Mastriano would get his degree anyway.

Brown wrote: "I know that I will regret it if I allow my signature to stand on this dissertation."

He says Milner responded that his services were no longer needed because the three-member examining committee already had enough people.

Brown backed away, after having spent months on the project.

But he just got a surprise.

The university finally released Mastriano's thesis over the summer, amid external pressure after a years-long delay in making it public.

Brown's name is still there, listed on the examining board.

CBC's Journalistic Standards and Practices · About CBC News

Corrections and clarifications · Submit a news tip · Report error

## TRENDING VIDEOS

4:19

VIDEO

**Homeowner says she's out $381K after hiring Ottawa contractor to renovate kitchen**

CBC News Ottawa

2:53

VIDEO

**Trump threatens strikes on any country trafficking drugs into the U.S.**

The National

2:05

VIDEO

**We found out who bought a $13M Mercedes now linked to fugitive Ryan Wedding**

The National

2:38

VIDEO

**Trump suggests he's open to letting CUSMA expire**

The National

VIDE

**Shall unea Erie**

## RECOMMENDED FOR YOU

**U.S. admiral says there was no 'kill them all' order in boat attack facing Congress scrutiny**

World

UPDATED

**Joly says feds will serve Stellantis with notice of default on funding contracts**

Emma Loop

Canada - Windsor |

ANALYSIS

**'It would be wrong': Why Richmond, B.C., residents weren't told about First Nation's claim to title**

Jason Proctor

Canada - British Columbia

**Man who killed attacker in Banff used 'excessive' force, sentenced to 2-year house arrest**

Meghan Grant

Canada - Calgary

**Albe chan rules nam**

Made

Cana

AP

Subscribe to our notifications for the latest news and updates. You can disable anytime.

Later Subscribe

LIV

Trump admi

ge Best movies of 2025

# Amid can ade public



1 of 5 | FILE - Pennsylvania Republican gubernatorial candidate Doug Mastriano speaks ahead of former President Donald Trump at a rally in Wilkes-Barre, Pa., Saturday, Sept. 3, 2022. A Canadian university is making public Mastriano's 2013 doctoral thesis about W Read More



BY MARK SCOLFORO

Published 8:38 AM EST, September 9, 2022

HARRISBURG, Pa. (AP) — A Canadian university has quietly made public Pennsylvania gubernatorial

candidate Doug Mastriano's 2013 doctoral thesis about a legendary World War I hero, including six pages of recently added corrections that, in some cases, do not appear to fix anything.

Researchers who have long criticized Mastriano's investigation into U.S. Army Sgt. Alvin C. York as plagued by factual errors, amateurish archaeology and sloppy writing say the dissertation, released last month by the University of New Brunswick, echoes the problems in his 2014 book based on the same research.

Mastriano won the Republican primary in May thanks, in part, to a late endorsement by former President Donald Trump. He came to political prominence by leading protests against pandemic mitigation efforts, energetically supporting the movement to overturn Trump's 2020 reelection defeat and appearing outside the U.S. Capitol during the Jan. 6 insurrection.

ADVERTISEMENT

The far-right state senator, a retired Army colonel, regularly brings up his Ph.D. status in public remarks and on the campaign trail as evidence of his knowledgeability. When a photo of Mastriano wearing a Confederate uniform surfaced last month, he brandished his academic credentials as a defense of his credibility.

Mastriano's 480-page thesis includes a retelling of York's life story and the results of Mastriano's own research. The version now online has Mastriano's June 2021 corrections, appended after a complaint from another researcher prompted the university to review the work.

A University of New Brunswick history professor, Jeff Brown, provided documents to The Associated Press that recorded his own misgivings about the dissertation nearly a decade ago when he was on Mastriano's doctoral committee. He says he was "appalled" by the dissertation and "disturbed by the fact that no one on the committee was qualified to evaluate the huge part of it that was archaeological."

ADVERTISEMENT

Brown said he flagged glaring issues to other faculty members and administrators and was dismissed from Mastriano's committee by the lead adviser — yet the published dissertation still listed Brown on the title page, giving the impression that he endorsed the material.

Brown said in an email that Mastriano's main adviser, now-retired history professor Marc Milner, told him "that as it turns out, I never really needed to be on the examining committee after all, so there was no need to worry about evaluating Mastriano's dissertation (despite the fact that I had already done so)."

"This was presented to me as a favour, to relieve me of the necessity of having to decide whether to sign off on it or not," Brown added. "I never understood how I suddenly became superfluous."

Neither Milner nor Mastriano responded to multiple requests for comment.

The 21 revisions made last year, numbered in a list that skips from No. 9 to No. 11, include altered footnote references along with several changes that do not actually appear to correct anything but instead add descriptive text or defend aspects of the dissertation.

ADVERTISEMENT

The most significant correction involves his longstanding claim that a photo of an American soldier leading German prisoners was misdated and mislabeled by the military photographer in 1918, and that it in fact shows York with three officers he would force to surrender two weeks after the date.

Mastriano's certainty about the American soldier's identity has evolved over the years: He wrote in 2007 that the photo "is now believed to show" York, then was "fairly sure" in 2011, described York as "clearly identified" in the 2013 dissertation and declared in the 2014 book that the photo "is confirmed to be" York. But his new explanatory footnote backtracks, saying it "seems to show Corporal York marching his prisoners into the American lines, with what is likely the German officers."

"He didn't 'fix' that — he just doubled down on his ridiculous assessment," said University of Oklahoma history graduate student and instructor James Gregory, the complainant who triggered New Brunswick's review.

ADVERTISEMENT

He said Mastriano's revisions ignored more than a dozen of the problems Gregory found in the book and argued Mastriano "has no evidence other than this guy has a mustache and looks like Alvin York." Gregory is preparing a similar list for the Canadian university with what he has identified as the dissertation's errors.

A spokesperson for the University of New Brunswick, Heather Campbell, said Mastriano's "credentials are not impacted" as a result of the corrections and the school's review. And retired history professor Steve Turner, another committee member, wrote in an email last week he stands by the decision to accept Mastriano's thesis and grant him a doctorate.

"There was no reason to question the authenticity or accuracy of the sources cited in footnotes," Turner said.

ADVERTISEMENT

Turner said he did not recall that Brown raised concerns about the work but remembered Mastriano as "respectful and polite" during a meeting in which Turner urged him to engage more directly with critics of his research.

"I believe the truth is nonexistent in Mastriano's vocabulary, but the word 'detractors' is and he applies it to anyone who is in disagreement with him," said one of those critics, British author Michael Kelly. Kelly's 2018 book, "Hero on the Western Front," includes a section on the controversy over Mastriano's findings.

Mastriano claims to have pinpointed where York engaged in the gun battle with German troops for which he received the Medal of Honor. But critics like Kelly call his work shoddy and substandard, built on falsified evidence and bald assertions.

Penn State history professor Dan Letwin, asked to evaluate the dissertation's quality, said it does not appear to meet current academic standards for doctoral-level historical research, describing it as "very lacking."

"There's nothing interpretive here about big historical questions," Letwin said.

Last year, after Mastriano's book was questioned, New Brunswick officials declined to comment on the dissertation without Mastriano's permission.

But earlier this summer, the dean of New Brunswick's school of graduate studies, Drew Rendall, came back from a yearlong sabbatical to learn Mastriano's dissertation was still under embargo. Embargoes of a few years are not uncommon in academia, particularly when there are plans to turn the work into a book, but it's unclear why the embargo on Mastriano's dissertation more than doubled the school's usual four-year limit.

Rendall said he notified Mastriano the thesis was being made public but never received a reply.

The 2014 book 's publisher, the University Press of Kentucky, is also planning corrections if it does another printing. Mastriano was sent a list of about 30 questions, some regarding minor typos and others seeking

"additional sources to confirm specific information in the book," press director Ashley Runyon said in an email.

The publisher plans to use his responses and its own review of primary sources "for future printings of the book to correct any errors," Runyon wrote. Mastriano was informed of the proposed changes but has not responded, and the press has the final say in the revisions, Runyon added.

The book, which features the photo of a soldier leading German prisoners inside and on its dust jacket, is going to be changed to add information about the dispute in a preface, she said.

**MARK SCOLFORO**
Scolforo is an Associated Press reporter in the Pennsylvania Capitol in Harrisburg.



ADVERTISEMENT

## MOST READ

1 Live updates: Admiral says there was no 'kill them all' order in boat attack, but video alarms lawmakers

2 Admiral says there was no 'kill them all' order in boat attack, but video alarms lawmakers

3 Man accused of planting pipe bombs before Jan. 6 Capitol attack is charged with explosives offenses

4 Raccoon goes on drunken rampage in Virginia liquor store and passes out on bathroom floor

5 Pentagon knew boat attack left survivors but still launched a follow-on strike, AP sources say

## SUGGESTED FOR YOU





Schwab's Opening Market Update

Advertisement: Charles Schwab




Get Our '25 Tax Checklist Now

Advertisement: Savant Wealth Management



How to Freeze Your Credit—and Why It Matters

Advertisement: Charles Schwab





**Leverage a powerful platform designed for self-directed traders.**

Advertisement: TradeStation

ADVERTISEMENT

TRANSCRIPT – OCTOBER 5, 2022 – DURING EARLY VOTING FOR GOVERNOR '22 - HIT AGAINST MASTRIANO
BY GREGORY, UNB AND JEFF BROWN VIA CANADA BROADCASTING
https://www.tiktok.com/@johnfeahistory/video/7151154670776356138




JOHN FEA – "Doug Mastriano is back in the news today. A professor at the University of New Brunswick, who for a brief time served on Mastriano's dissertation committee, has said that Mastriano's dissertation on the World War I officer, Sergeant York, is, quote, dishonest, sloppy, tinged with religious zealotry, and indifferent to facts that contradicted his claim. The committee's member's name is Jeffrey Brown. He's a member of the University of New Brunswick History Department. Brown says that, quote, the prospect of Doug Mastriano having any power anywhere is horrifying to him. I

should add here that the University of New Brunswick is a very fine academic institution. This is not some kind of diploma mill. I know several scholars who've received their PhD there in early American history. It is a legitimate research university. But according to Brown, Mastriano got his PhD despite the fact that he could not write basic sentences and his dissertation was filled with misspellings. But the big problem with the dissertation was Mastriano regularly injected providential history into his writing. Let me give you an example of this. In one case, he asserted, quote, the idea that Sergeant York survived the carnage of World War I because of divine intervention also speaks of a miracle. Now, notice what Mastriano's saying. He's not saying that Sergeant York believed he was saved because of a miracle of God. But rather, he is saying that Sergeant York was saved because of a miracle of God. That's why he managed to survive the carnage. In other words, he's injecting God and Christianity, Christian theology, into his understanding of history. We call this, again, providential history. Meanwhile, there's a graduate student at the University of Oklahoma who is also an expert on Sergeant York. He's actually written a book on Sergeant York who has looked into Mastriano's dissertation and the subsequent book that he published with the University of Kentucky Press. And this graduate student and author claims that Mastriano's work, quote, is rife with academic fraud, unquote, and outright lies. In other words, Mastriano is making claims in the dissertation that he has absolutely no evidence for. And to top it all off, graduate students at the University of New Brunswick, especially in their history department, are now worried about the value of their degrees now that the school is associated with Mastriano. Frankly, I do not understand how an institution like the University of New Brunswick, a very fine academic institution, would allow someone like Mastriano to use this kind of providential language in a Ph.D. doctoral dissertation. The Canadian Broadcasting Company broke this story, and we have the link over at CurrentPub.com. Follow this account for more.

CTV NEWS

Atlantic | News

# University of New Brunswick investigating how Trump ally was awarded PhD in 2013

By **The Canadian Press**

Published: October 18, 2022 at 10:24AM EDT



Pennsylvania Republican gubernatorial candidate Doug Mastriano speaks during a campaign stop in Erie, Pa., Thursday, Sept. 29, 2022. (THE CANADIAN PRESS/AP/David Dermer)

HALIFAX — A high-profile ally of former U.S. president Donald Trump is at the centre of an academic controversy at the University of New Brunswick, where the administration has promised an independent review of how he received a PhD in 2013.

Doug Mastriano, a retired U.S. army colonel, was a little-known state senator in Pennsylvania until he took an active role in the movement to overturn Trump's 2020 election defeat. In May, with Trump's support, he won the Republican nomination to run for state governor, catapulting his far-right campaign into the national spotlight.

On Sept. 9, Mastriano's academic credentials from UNB were called into question when The Associated Press reported allegations from scholars asserting that his doctoral dissertation was plagued by factual errors and amateurish archeology.

Mastriano has yet to publicly respond to the allegations. Calls to his Pennsylvania offices -- in Chambersburg and

Gettysburg -- were not returned.

Richard Yeomans, a PhD candidate in UNB's history department, said students on the Fredericton campus want to know what the university is going to do to uphold its academic standards.

"I think that everybody is just shocked at the fact that the department has said nothing since this became an international news story," Yeomans said in a recent interview. "The university has chosen to save face rather than come to terms with what this means. A certain level of trust has been breached."

Yeomans said graduate students have raised their concerns with the chair of the history department, Lisa Todd. Todd did not respond to a request for an interview.

Earlier this month, the university issued a statement acknowledging the allegations against Mastriano were causing "concern or confusion" among students, alumni and the public.

"UNB has a clear policy for dealing with any allegations of research misconduct," the statement said. "UNB will review its internal processes to ensure our systems and policies around the awarding of PhDs remain of the highest standard."

The Oct. 6 statement said the review would be conducted by two independent academics, but there was no indication of a deadline or if the results would be made public.

Jeffrey Brown, a history professor at UNB, said he was among the first to raise red flags about Mastriano's dissertation in 2012-13, which focused on U.S. army Sgt. Alvin York, a highly decorated First World War infantryman. As a member of the examining board that reviewed Mastriano's work, Brown said he identified problems early on.

"Through subsequent drafts, those problems did not disappear," Brown said in an interview last week. "It became evident that Mastriano wasn't really taking my suggestions seriously."

He said the main problem with Mastriano's 500-page paper was that it relied too heavily on a 1928 autobiography that has been called into question by other historians for being a simplistic portrait that glorifies York's life and battlefield exploits.

Brown, who has taught at UNB for 21 years, also cited shortcomings with an archeological dig Mastriano led in France before enrolling in the PhD program, which Mastriano claimed unearthed the site where York defeated an entire German machine-gun battalion in October 1918. The professor said two qualified experts had come forward in 2008 to dispute Mastriano's findings.

In an internal examiner's assessment submitted Feb. 8, 2013, Brown told Mastriano to recognize that the two researchers -- geoscientist Thomas Nolan at Middle Tennessee State University and historian Michael Birdwell at Tennessee Tech University -- had located the battlefield at a different site.

"These scholars explicitly reject Mastriano's findings," the assessment says. "Mastriano makes no mention of this debate in his dissertation."

After Mastriano provided final revisions to his paper in April 2013, Brown submitted a letter to the dissertation supervisor, Marc Milner, saying he was considering removing his name from the paper.

"Doug (Mastriano's) revisions may have spoken to some of what disturbs me about his work, but they have not diminished my concerns about its fairness and scholarly integrity," says the letter, a copy of which was provided to The Canadian Press.

"The charge of dishonesty, in fact, is everywhere in the letters of concern we have both received from people who believe that Doug's dissertation should not be accepted by UNB."

According to Brown, Milner told him his input was no longer required because the examining board had enough members to proceed. Brown said he expected his name would be removed from the paper's final draft, but that didn't happen. Mastriano was awarded a PhD later that year, and the paper was subsequently used as the basis for a 2014 book by Mastriano.

Milner could not be reached for comment.

James Gregory, an instructor and PhD candidate at the University of Oklahoma, said he became concerned about Mastriano's work after he cited a passage from the 2014 book in an article. Gregory received messages indicating the material was questionable and decided to have a closer look at the book.

In January 2021, Gregory submitted a list of 15 issues he found to the publisher, the University Press of Kentucky. And he followed up by requesting the original dissertation from UNB.

"No one would tell me where it was," Gregory said in an interview last week. Eventually, he was told the paper had been placed under an embargo until 2030, which the university later admitted was a violation of UNB regulations that allow for only a four-year embargo.

After the dissertation was released in August of this year, Gregory discovered Mastriano had attached a list of 21 corrections, some of which addressed his original allegations.

But upon reviewing the dissertation, Gregory sent a report to UNB this month documenting 213 allegations of academic misconduct. "His dissertation and subsequent book are built upon falsified research," Gregory's latest report alleges.

As an example, Gregory points to a citation for a passage that describes in detail the weather conditions in France's Argonne forest as an investigation began into York's battlefield heroics. According to Gregory, the cited source is a telegram that includes nothing more than a brief travel itinerary.

"The university needs to do something," said Gregory, author of "Unravelling the Myth of Sgt. Alvin York," to be published in December.

"They either need to come out and say Mastriano's dissertation is perfect example of the standard we uphold here at UNB, or they need to do something about it. There's no way this should have passed."

*This report by The Canadian Press was first published Oct. 18, 2022.*

*-- With files from The Associated Press*

**Related Stories**

- **Trump-backed Republican nominee sues Jan. 6 committee over deposition authority**
- **Tight Pennsylvania GOP Senate race; Mastriano wins gov nod**
- **Trump rallies for Oz, Mastriano in Pa. amid midterm worries**

Report an Error    Editorial standards & policies    Why you can trust CTV News

## Top Stories ›

ICE says armoured vehicles ordered from Roshel produced in U.S.

December 04, 2025 at 4:56PM EST

EQB is buying PC Financial. Here's what it means for PC Optimum points collectors

December 04, 2025 at 4:02PM EST

Breast cancer survivor's family doctor quits as talks with Quebec break down

December 04, 2025 at 4:47PM EST

U.S. approves potential US$2.68 billion sale of air strike weapons to Canada

December 04, 2025 at 4:39PM EST

2 more charged, 1 outstanding in major credit card fraud scheme dating back to 2016

December 04, 2025 at 5:30PM EST

Joly says Stellantis getting a notice of default following production shift to U.S.

December 04, 2025 at 5:59PM EST

## Top Videos ›

LIVE: U.S. President Trump and first lady Melania Trump light National Christmas Tree in Washington

December 04, 2025 at 4:13PM EST

Rustad explains why he resigned as B.C. Conservative leader, calls out fighting inside the party

December 04, 2025 at 5:19PM EST

Nova Scotia calls for crackdown on illegal cannabis shops

December 04, 2025 at 5:18PM EST

PM Carney meeting with U.S. President Trump could include CUSMA discussions: former advisor

December 04, 2025 at 3:17PM EST

Unusually large lobster catches in Nova Scotia this season

December 04, 2025 at 5:35PM EST

'The number of Canada-U.S. trade advocates was small': Laura Dawson on defending CUSMA in Washington

December 04, 2025 at 4:12PM EST

## Editor's Picks ›

Popular children's entertainer releases new single in response to 'rise of fascism'

'Love your kids': Family demands change after teen dies of fentanyl overdose

CFIA orders testing of pistachios as salmonella outbreak grows

## In Pictures ›

These stunning Christmas trees from around the world are lighting up December

Mass wedding in Gaza brings hope after years of war

Epstein files: These images have been released by the U.S. House Oversight Committee

## Toronto >

2 suspects charged, 2 outstanding following armed home invasion in Etobicoke

Finch West LRT should be free on opening day, councillor and MPP say

2 more charged, 1 outstanding in major credit card fraud scheme dating back to 2016

## Vancouver >

B.C. judge finds murderer in contempt over 'inmate code' refusal to answer questions

City of Vancouver lays off dozens of staff following property tax freeze

Police in Abbotsford, B.C., launch exit-support program to address extortions' roots

## Calgary >

Rage or real? Experts urge caution as X reveals location data

Banff considers clearing forest near train tracks to reduce elk-train collisions

Teenager faces multiple charges in connection with drug offences following fatal overdoses

## Ottawa >

Mayor announces $1M pilot project to hire private security for the ByWard Market

This is why the city installed an oversized pedestrian crossing button

Child-care deal extended, but Ottawa parents still waiting on $10-a-day and more spaces

## Montreal >

Opposition wants inquiry on organized crime's 'grip' on Quebec bars, restaurants

▶ Breast cancer survivor's family doctor quits as talks with Quebec break down

▶ Montreal opens 100 emergency shelter spots with more to come over 2 weeks

## Edmonton >

Alberta tables bill to deter long ballots, restrict future use of legacy party names

'The crowd got a little rude': Dave Chappelle heckled during Edmonton show

Treat yourself: Brio, Duchess bakeries benefitting from rising Edmonton industry

## Atlantic ›

N.S. justice minister calls on police to crack down on illegal cannabis shops

N.S. RCMP looking for man wanted on drug, weapons charges

N.S. woman accused of stabbing 6-year-old pleads not guilty

## Winnipeg ›

Winnipeg Indigenous man believes he is target of racial profiling outside Home Depot

Manitoba's stock of U.S. booze to be sold for charity: premier

Clown mask, imitation air-powered rifle used in armed robberies: WPS

## Regina ›

Lorilee Davies to serve as new chief of Regina Police Service

Swift Current woman forced to travel hours while in labour after hospital disruption

Suspicious person resulted in hold and secure status at Whitewood School

## Kitchener >

Transport truck driver wanted for fatal hit-and-run crash on Highway 401 identified

Six weeks since Eli Wood's mysterious disappearance and still no answers

Mediation talks break down between Region of Waterloo and encampment representatives

## Saskatoon >

'I was told what to do:' Former Sask. school director says he was instructed to hit students

Police charge ninth suspect in 2024 Saskatoon homicide

Saskatchewan's finance minister says $1B in extra spending won't affect deficit

## Northern Ontario >

## Northern Ontario ›

Police say impaired driver rolled pickup truck into the ditch in North Bay

Sault woman charged after stolen truck crashes into restaurant

Five people arrested in Timmins, handgun, $20K in drugs seized

## London ›

Charges laid in Lambton County homicide, deceased woman identified

Transport truck driver wanted for fatal hit-and-run crash on Highway 401 identified

Jury deliberates recommendations at inquest looking into death of London, Ont. woman in police custody

## Barrie ›

Intense band of squalls forced Highway 26 closure

City of Barrie provides answers to top 5 winter service concerns

Barrie police welcome new member, Poppy, the search and rescue dog

## Windsor >

Windsor could wait six months for new deputy police chief, board says

Pedestrians injured in separate hit-and-run crashes; suspects sought

WPS investigating suspicious package in Riverside

## Vancouver Island >

B.C. plane crash that injured 5 caused by contaminated fuel, investigation finds

Here's what people are saying about John Rustad's exit as B.C. Conservative leader

▶ These Canadian strangers look so alike they can even unlock each other's phones

## Canada >

B.C. plane crash that injured 5 caused by contaminated fuel, investigation finds

Judge to rule in January if Quebec man accused in triple murder was criminally responsible

Case 5:24-cv-00567-J Document 188-9 Filed 02/10/26 Page 71 of 120

Six weeks since 25-year-old's mysterious disappearance and still no answers

## World ›

Court allows National Guard deployment in U.S. capital to continue for now

Hegseth put troops at risk by sharing sensitive plans on personal phone, Pentagon watchdog finds

U.S. prioritizes visas for fans traveling for the World Cup, Olympics and other events

## Politics ›

Joly says Stellantis getting a notice of default following production shift to U.S.

Key ministers address Assembly of First Nations in Ottawa after Hodgson is bumped

ICE says armoured vehicles ordered from Roshel produced in U.S.

## Business ›

Ulta Beauty lifts annual forecasts on demand for cosmetics

Bryzgalski painting of snowshoers in striped coats star of HBC's first online auction

Hewlett Packard forecasts weak quarterly revenue, shares fall

## Health ›

Study that said glyphosate herbicide is safe retracted 25 years after publication

New Health Canada public dashboard shares data on illicit drug use through wastewater

Hepatitis B vaccine for newborns faces scrutiny in U.S.

## Entertainment >

At least 4 countries pull out of 2026 Eurovision contest as Israel's participation sows discord

'Euphoria' creator Sam Levinson teases social media addiction and an 'unforgettable' wedding in Season 3

Steve Cropper, guitarist and member of Stax Records' Booker T and the M.G.'s, has died at age 84

## Sports >

Canada coach has 'gut feeling' about what lies ahead at FIFA World Cup draw

Canadian ice dancers Gilles and Poirier sit third at Grand Prix Final

Sexual assault suit against Conor McGregor dropped

## Lifestyle >

Parents under pressure offer creative tips for moving Santa's spy Elf on the Shelf

'Why does Trump want Canada?' Google reveals what Canadians searched most for in 2025

Pantone names its Colour of the Year for 2026

## Climate & Environment >

Snowfall warnings remain in place for Ontario amid countrywide weather advisories

Decades-old palm trees in Rio de Janeiro flower for the first - and only - time

Renowned astronomers push to protect Chile's cherished night sky from an industrial project

## Sci-Tech >

Hegseth put troops at risk by sharing sensitive plans on personal phone, Pentagon watchdog finds

AI chatbots can influence voters: studies

Volcanic eruption led to the Black Death, new research suggests

## Highly Engaged >

People worldwide don't know enough about menopause. Here's why that's dangerous

'The math doesn't add up': Former environment minister says 2030 emissions targets now not possible

Photos and video from Epstein's private island released by House Democrats

ADVERTISEMENT

## Shopping Trends ›

Here Are The 60 Best Advent Calendars For 2025 You Can Get In Canada (So Far)

I've been Using This Canadian Shampoo And Conditioner For Over A Month, And It's Totally Changed My Scalp And Hair Health

20 Foolproof Gifts To Order If You Want To Get Your Holiday Shopping Done Early

I Tried It: A Laundry Basket So Smart It Solved Our Biggest Household Argument

20 Things From Amazon Canada That CTV Shopping Trends Readers Loved Ordering In October

How To Choose The Best Vacuum Sealer For You (And A Few Of Our Favourite Models For 2025)

13 Budget-Friendly Beauty Products That Are Dupes Of More Expensive Items

12 Products For Damaged Hair That'll Help Bring Your Fried Tresses Back To Life

15 Of The Best Korean Beauty Skincare Finds For Fall 2025

of th

omr

27 Of The Absolute Best Last-Minute Beauty Discounts To Take Advantage Of Before The Amazon Prime Big Deal Days Sale Ends

CTV News App Contact Us FAQ Newsletters Team

X

**Accessibility & Feedback**

BCE Accessibility

**About BellMedia**

Bell Privacy Policy
Terms & Conditions
Political Ad Registry

**Other Brands**

CP24
BNN Bloomberg
TSN.ca

**Autres Marques**

Noovo.info
Noovomoi.ca
RDS.ca

CTV NEWS

WIKIPEDIA
The Free Encyclopedia

# Doug Mastriano

**Douglas Vincent Mastriano** (born January 2, 1964) is an American far-right[1] politician and retired military officer who has served in the Pennsylvania Senate since 2019, representing the 33rd district. A member of the Republican Party, he was also the party's nominee in the 2022 Pennsylvania gubernatorial election.

Born in New Jersey, Mastriano served in the United States Army from 1986 to 2017 and attained the rank of colonel. He ran for U.S. Congress in Pennsylvania's 13th congressional district in 2018, where he finished fourth in the primary. Mastriano won the state senate seat for the 33rd District the following year in a special election. In 2022, he won the Republican nomination for governor and lost to Democratic state attorney general Josh Shapiro in the general election.

Mastriano is a prominent figure in fundamentalist Christian nationalism and has called the separation of church and state a myth.[2][3] He has made social media posts referencing QAnon and has spoken at events that promoted QAnon and 9/11 conspiracy theories.[4][5][6][7][8][9] An election denier and self-professed close ally of former president Donald Trump, Mastriano received national attention for his efforts to overturn the 2020 United States presidential election.[10]

He attended Trump's January 6 rally in Washington, D.C., prior to Trump supporters' storming of the United States Capitol,[10][11] and was seen on video passing through Capitol Police barriers after they had been breached by others in the crowd.[10]

**Doug Mastriano**



Mastriano in 2022

| | |
|---|---|
| **Member of the Pennsylvania Senate from the 33rd district** | |
| **Incumbent** | |
| **Assumed office** June 10, 2019 | |
| **Preceded by** | Richard Alloway |
| **Personal details** | |
| **Born** | Douglas Vincent Mastriano<br>January 2, 1964<br>New Brunswick, New Jersey, U.S. |
| **Party** | Republican |
| **Spouse** | Rebbie Stewart (m. 1987) |

Mastriano was subpoenaed by the United States House Select Committee on the January 6 Attack in February 2022, but stopped cooperating with the Select Committee the following August.[12][13]

| | |
|---|---|
| **Children** | 1 |
| **Education** | Mercer County Community College<br>Eastern University (BA)<br>National Intelligence University (MS)<br>Air University (MMAS, MA)<br>United States Army War College (MS)<br>University of New Brunswick (PhD) |
| **Website** | Campaign website (http://doug4gov.com)<br>State Senate website (https://www.legis.state.pa.us/cfdocs/legis/home/member_information/Senate_bio.cfm?id=1869) |
| **Military service** | |
| **Branch/service** | United States Army |
| **Years of service** | 1986–2017 |
| **Rank** | Colonel |
| **Unit** | 2nd Cavalry Regiment<br>3rd Infantry Division<br>United States Army Europe and Africa |
| **Battles/wars** | Gulf War<br>Iraq War |

# Early life and education

## Early life

Mastriano was born in New Brunswick, New Jersey, on January 2, 1964, the son of Italian Americans Richard L. and Janice C. (Bono) Mastriano.[14][15] Raised in Hightstown, New Jersey, he graduated from Hightstown High School in 1982. He was a member of the Boy Scouts of America and obtained the rank of Eagle Scout.[16] He then attended Mercer County Community College, where he was a member of Psi Beta and Phi Theta Kappa.[17][18]

Mastriano himself has said that he did not grow up in a "strong Christian family", but was led to embrace religion as a teenager by an "on-fire youth pastor" after being invited to a youth group called "The Way".[19]

In 1986, Mastriano received a bachelor's degree in history from Eastern College.[20] While at Eastern, he participated in the Reserve Officers' Training Corps.[21]

## Continued education

Mastriano received a master's degree in strategic intelligence from the Joint Intelligence College in 1992.[20] His education also includes a master's degree in airpower theory from the Air University in 2001.[20] In 2002, he received a master's degree in military operational art and science from the Air University's School of Advanced Air and Space Studies.[20] He received a master's degree in strategic studies from the United States Army War College in 2010.[20]

While a Major at Air University, Mastriano wrote a thesis titled "The Civilian Putsch of 2018: Debunking the Myth of a Civil-Military Leadership Rift".[22] In the thesis, Mastriano writes from a perspective of a colonel, like himself, who is forced to hide out in a cave because a politically correct leader has taken over America and killed millions.[22]

In 2013, Mastriano completed a Ph.D. in history from the University of New Brunswick.[20]

### Allegations of academic misconduct

During his 2022 run for governor of Pennsylvania, formal complaints were made to the University of New Brunswick (UNB) about potential academic fraud contained in his book published about Alvin York. As Mastriano's book on York was heavily based on his Ph.D. thesis, this eventually prompted the university to launch an investigation to determine if his history Ph.D. awarded in 2013 was fraudulent.[23][24][25] The complaint cited 213 allegations of potential academic misconduct contained in Mastriano's doctoral thesis.[26] Regarding the incident, Jeffrey Brown, a UNB associate professor who was listed on Mastriano's doctoral dissertation, said that "[Mastriano] was awarded a Ph.D. on very shaky grounds."[26] Brown also said that Mastriano's work was "dishonest, sloppy, ... and indifferent to facts that contradicted his claims".[26] James Gregory, an educator and a history PhD candidate, has found more than 150 problems with Mastriano's doctoral thesis and has said it amounts to "academic fraud".[26] Mastriano claimed that the accusations were made due to his political beliefs, stating that he "did have concerns that some of the left-leaning professors there would hold [his] politics or [his] military background against [him]."[27] In May 2023, the University of New Brunswick appointed three professors from other institutions to review Mastriano's dissertation for academic fraud.[28][29] The committee's final report was not made public.[30] In 2024, Mastriano filed a lawsuit against the University of New Brunswick, alleging them of "leaking his doctoral thesis and of participating in a scheme to discredit his research on a First World War hero".[31]

## Military career

After college, Mastriano was commissioned as a second lieutenant in the United States Army and assigned to the Military Intelligence Corps.[21][32] After initial training, he started his career in Nuremberg, Germany, with the 2nd Armored Cavalry Regiment in the area of the West German borders with East Germany and Czechoslovakia.[33] Mastriano also spent four years at the NATO Land Headquarters in Heidelberg, Germany.[34] Mastriano was deployed to Iraq for Operation Desert Storm in 1991.[35] He served at the DLIFLC in Monterey, California, as the company commander of Alpha company from 1995 to 1996. Mastriano then was in Washington, DC, in the 3rd Infantry Division and US Army Europe.[35] He ended his military career as a faculty instructor

in the Department of Military Strategy at the U.S. Army War College in Carlisle, Pennsylvania, during 2012–2017,[20] and retired in 2017 at the rank of colonel.[36][37]




U.S. Army portrait, 2017

# 2018 congressional campaign

On February 13, 2018, at the Otterbein Church in Waynesboro, Pennsylvania, Mastriano announced his candidacy for U.S. representative for Pennsylvania's 9th congressional district, a seat being vacated by the retiring congressman Bill Shuster.[36][37] Less than a week after his announcement, the Supreme Court of Pennsylvania redrew the congressional district map of Pennsylvania after ruling the previous map unconstitutional (due to gerrymandering by the majority Republican Party), and the area previously covered by the 9th District corresponds most closely to the new 13th District, so Mastriano became a candidate for Pennsylvania's 13th congressional district.[38]

During his run for Congress, Mastriano made multiple controversial statements including stating that same-sex marriage and adoption by same-sex couples should "[a]bsolutely not" be legal.[39] He also said that Islam is not compatible with the constitution and that recipients of the Deferred Action for Childhood Arrivals program should be deported.[39]

Mastriano ultimately finished fourth of the eight candidates in the primary election, receiving 10,485 votes.[40]

# Pennsylvania State Senate

## Electoral history

### 2019

On January 22, 2019, Mastriano announced that he intended to run for the State Senate seat being vacated by Rich Alloway in the 33rd District, saying he "can't, in good conscience, stand aside", wanting to "serve his country in a new way".[41] Mastriano won the Republican nomination for the May 21 election at a party conference held in Gettysburg on March 30, 2019.

Val DiGiorgio, the chairman of the Republican Party of Pennsylvania, said "Doug Mastriano is the kind of conservative candidate that reflects the values of South Central Pennsylvania and will be a key asset in helping advance the Republican agenda in Harrisburg."[42]

On May 21, 2019, Mastriano defeated Democrat Sarah Hammond with 70% of the vote.[43] Mastriano was sworn into the Pennsylvania Senate on June 10.[44]

### Campaign Facebook page controversy

Mastriano has been criticized by some religious leaders and the Pennsylvania Democratic leadership[45] for posts on his campaign's Facebook page, "Doug Mastriano Fighting for Freedom".[46]

In May 2019, during his campaign for state senate, Mastriano spread Islamophobic content via several shared posts on his campaign Facebook page targeting Muslims. "Islam wants to kill gay rights, Judaism, Christianity and pacifism" read one of the posts, which critiqued the common "Coexist" bumper stickers.[45][47] After the fire at the Notre-Dame cathedral in Paris, Mastriano had shared an image that was circulated implying that it had been an act perpetrated by Muslim terrorists,[48] with a caption reading "something wicked comes this way".[47][49] He also made birtherist allusions regarding president Obama.[47] In April 2018, his campaign Facebook page shared an article headlined, "A Dangerous Trend: Muslims running for office".[47]

While various Democratic critics have condemned his Facebook posts, neither Mastriano, the county, nor the state Republican party responded publicly to questions raised about the issues.[45][50]

### 2020

On November 3, 2020, Mastriano was re-elected to the Pennsylvania State Senate for the 33rd District by 68.7 percent of the vote. His Democratic opponent Rich Sterner had 31.3 percent.[51]

### 2024

## Tenure

### Cannabis prohibition

Mastriano opposed efforts by Governor Tom Wolf to legalize recreational cannabis. He has said that cannabis "causes an increase in violence, mental illness and driving under the influence" and that ending the prohibition is "madness and stupid".[52] In a 2019 interview, in reference to states like California and Colorado that have legalized cannabis, Mastriano has said "[all] it's done is destroy their society," and turned the states "into rat holes and third-world backwashes".[53]

### Caucus meetings

In 2021, Mastriano was banned from attending closed-door Republican state senate caucus meetings after he publicly shared information that was meant to be confidential. After fellow members requested he be let back in, Mastriano was allowed to attend caucus meetings starting on May 23, 2022.[54]

### Chemtrails

Mastriano has made social media posts reminiscent of the chemtrail conspiracy theory. In December 2022, Mastriano posted photos of contrails over his senate district and linked to an article discussing a government research proposal to investigate whether releasing aerosols into the upper atmosphere to reflect solar radiation would combat climate change. In November 2023, Mastriano posted another photo of what he insinuated were abnormal contrails, and claimed, "I have legislation to stop this."[55]

### Confederate monuments

In early summer 2020, fictitious rumors circulated online that a July 4 protest near Gettysburg National Military Park would involve burning the US Flag and calling for the removal of Confederate monuments and memorials.[56][57] No permit was issued and although the protest did not materialize, "hundreds" of individuals showed up to counter the fictitious protest, many in tactical gear, heavily armed, and brandishing Confederate flags. Profanity-laced shouting matches took place between this group and cemetery visitors throughout the afternoon.[56][57] In October 2020, Mastriano introduced Senate Bill 1321 to protect such monuments from being removed or vandalized. Mastriano said "We don't have to destroy the past. We don't have to rewrite the past ... We should learn from it, understand it, and become even better."[58]

### COVID-19 policies

On March 17, 2020, Mastriano called for suspension of the HIPAA law to allow the Department of Health to share more COVID-19 data, including publishing the names and addresses of those infected with the virus.[59]

On March 28, 2020, during the COVID-19 pandemic, Mastriano proposed legislation that would allow Pennsylvania businesses to reopen if they followed CDC mitigation guidelines, subject to health department and law enforcement inspections.[60][61]

Mastriano spoke during an anti-lockdown protest held on April 20, 2020, in support of reopening Pennsylvania during the state's ongoing pandemic.[62]

On May 11, 2020, Mastriano called for the resignation of Secretary of Health Rachel Levine, saying she was "being complicit in the virus spreading through our elder care homes, triggered by unscientific and illogical directives, forcing them to readmit COVID-19 patients", and that she was "responsible for the deaths of approximately 2,500 of our citizens, and display[ing] the gross incompetence of someone unfit for office".[63]

In May 2020, Mastriano wrote a letter signed by other Republican state legislators and a county commissioner calling for his home county of Franklin County to move out of the "red" phase of Governor Tom Wolf's reopening plan. At the time Franklin County's seat Chambersburg had one of the highest average daily growth rates of COVID-19 cases in the country. Mastriano's initiative was opposed by the mayor of Chambersburg and two county commissioners.[64]

In response to a Pennsylvania mask-wearing order, Mastriano called for a mask-burning party at a rally in Gettysburg on July 22, 2020.[65] At the rally, Mastriano urged people to reject store employees telling them to wear a mask and "tell them to mind your own business and say you're exempt".[66]

In March 2022, Mastriano introduced legislation that would make it easier for Pennsylvanians who are diagnosed with COVID-19 to access dubious drug treatments such as hydroxychloroquine, azithromycin and ivermectin.[67] Medical studies have shown that there is no medical benefit to those drugs in treating COVID-19.[68][69][70][71][72][73]

### Firearms

In July 2022, following a string of mass shootings, including the Robb Elementary School shooting in Uvalde, Texas, Mastriano introduced legislation that would arm teachers and staff inside of schools.[74] The legislation was criticized by the president of the Pittsburgh Federation of Teachers as "a dangerous, kind of scary proposal".[74]

### Municipal separate storm sewer systems opposition

Mastriano was a vocal opponent of the implementation of municipal separate storm sewer systems (MS4) programs as applied by the Pennsylvania Department of Environmental Protection.[75] In an op-ed, Mastriano wrote, in part,:

> A week rarely passes without me hearing from multiple residents who have been severely impacted by Harrisburg's latest revenue scheme. Since 2017, DEP has combined water quality standard requirements with MS4 and expanded beyond the original scope of the law. It now taxes impervious surfaces (which are not included in the Clean Water Act) and it applies MS4 requirements to any stormwater source, whether or not it discharges into navigable waterways. .. This oppressive government overreach has resulted in a program that is crushing our municipalities. MS4 was never intended to force small towns to spend hundreds of thousands of dollars on what is essentially a new public utility that gobbles up taxpayer money whether or not it rains![75]

# Efforts to overturn 2020 presidential election results and positive COVID-19 diagnosis

On November 5, 2020, Mastriano alleged various irregularities in the voting process for the U.S. presidential election and called for the resignation of the Secretary of the Commonwealth Kathy Boockvar. He sent a lengthy letter to Boockvar saying that "Nothing is more crucial to Americans than confidence that our voices will be heard through voting," and "Pennsylvanians no longer feel secure in casting their vote."[76] On November 6, Mastriano and two other state senators, Michele Brooks and Scott Hutchinson, issued a joint memo calling for a full recount "in any counties where state law was broken, regardless of the Department of State's instructions, as well as in any precinct where questionable actions were demonstrated".[77]

At Mastriano's request,[78][79] a public meeting of the Republican Party's Majority Policy Committee of the Pennsylvania Senate[80] was held on November 25, 2020, at the Wyndham hotel near Gettysburg, Pennsylvania, about claims of election fraud.[81] The meeting, which lasted more than four hours, was organized by Mastriano (although Mastriano was not a member of the Policy Committee)[82] and was chaired by Pennsylvania State Senator Dave Argall.[80][83] President Donald Trump's legal team, including Trump's attorney Rudy Giuliani, gave a lengthy presentation in the meeting, and Trump himself participated by phone.[83] Trump made claims at the meeting alleging unfairness in the election process and saying he should be declared the winner. "This election was rigged, and we can't let that happen. This election has to be turned around because we won Pennsylvania by a lot and we won all these swing states by a lot," he said.[84] Immediately after the meeting, Trump invited some of the Pennsylvania lawmakers, including Mastriano, to meet with him in the West Wing of the White House on the same day.[84] The Republican leadership in the Pennsylvania legislature did not attend Trump's White House meeting and all those who did participate initially refused to discuss what happened at the meeting.[84]

On November 27, Mastriano and three other state senators announced that they would introduce a resolution to permit the state legislature to appoint delegates to the Electoral College instead of following the results of the presidential vote in the state. The proposed resolution, as circulated in a memorandum seeking additional co-sponsorships, alleges that "officials in the Executive and Judicial Branches of the Commonwealth infringed upon the General Assembly's authority by unlawfully changing the rules governing the November 3, 2020 election in the Commonwealth", and declares, "based on the facts and evidence presented and our own Board of Elections data, that the Presidential election held on November 3, 2020, in Pennsylvania is irredeemably corrupted".[85][86]

## Editorial response and gubernatorial candidacy predictions

In the wake of the events, the editorial board of the *York Dispatch*, the local newspaper for much of his state senate district, wrote an editorial on December 2 that strongly criticized Mastriano's actions relating to the election.[87] The editorial described him as someone who "regularly spouts his love of freedom" but has a relationship to Trump that had been "exposed as nothing more than a vassal doing his master's bidding", and said his actions were that of a "craven oligarch" making a "shocking call for tyranny" in a "campaign to undercut democracy itself for a generation".[87]

*The Philadelphia Inquirer* reported on December 5, 2020, that Mastriano's involvement with Trump in disputing the election results had raised his profile, and that he might become a candidate for Governor of Pennsylvania in the 2022 election.[88] *The Beaver County Times* echoed this view on December 9, saying Mastriano had "shot to the top of the list for the GOP", and quoting local Democratic strategist Mike Mikus as saying Mastriano seemed to be "aggressively angling" to position himself as a potential candidate.[89]

Mastriano published an op-ed article in the *York Daily Record* on December 11, accusing Pennsylvania Governor Tom Wolf, Secretary Boockvar, and the Supreme Court of Pennsylvania of taking advantage of the COVID-19 pandemic to abuse and contravene Pennsylvania Act 77, an act passed on October 29, 2019, that modified the election laws in Pennsylvania. He said they "have been making up rules on the fly and unconstitutionally rewrote the law, which compromised our election".[90] Mastriano said he had joined two lawsuits seeking to overturn the election results (*Texas v. Pennsylvania*, which the U.S. Supreme Court dismissed on the same day for lack of standing, and *Kelly v. Pennsylvania*, a lawsuit brought by Pennsylvania U.S. Representative Mike Kelly, which the U.S. Supreme Court had rejected three days prior to Mastriano's article).[90]

## Positive COVID-19 test

It was reported on November 29 that Mastriano, who had participated in the meeting with Trump, had left the meeting abruptly upon learning that he had tested positive for COVID-19 infection.[83] In addition to Mastriano himself, Mastriano's son and a friend of his son, who also attended the

White House meeting, tested positive as well.[83] All participants of the meeting had been administered a rapid test for the virus as part of the White House health protocol, but the results of the test were not provided to them until they were already in the meeting in the West Wing.[83] It was also reported that Mastriano had not worn a mask during the Gettysburg public meeting that day, which had lasted more than four hours, and all but a few of the other participants had also not been wearing masks at the meeting.[83][91] Some of the participants had ridden in a large van from the Gettysburg meeting to the White House meeting, while Mastriano, his son and his son's friend had driven together in a separate car.[83] Another Pennsylvania state senator, Judy Ward, who sat next to Mastriano during the public meeting he had organized, tested positive for COVID-19 within five days after the meeting.[82][92][93] After acknowledging that he had tested positive for the virus on his Facebook page on November 30, Mastriano said that his case was "pretty mild",[94] and he appeared that day on *The Eric Metaxas Show*, with Donald Trump on the phone, supporting Trump's[91][95] claim that he had won the election.[96] When asked about his infection by conservative radio commentator Glenn Beck the next day, Mastriano replied, "I'm feeling fantastic."[94]

Interim Pennsylvania Senate President Jake Corman said that "mistakes were made" in the conduct of the Pennsylvania public meeting, as the organizers of the meeting had allowed a large crowd to attend without following guidelines for social distancing and mask-wearing.[82] The meeting participants were also not screened for symptoms of infection.[82] Corman said "There is no penalty, but you have to review what happened, acknowledge that there were mistakes, and make sure there are policies in place so that it doesn't happen again."[82] Pennsylvania political leaders had been warned by federal officials a few days before the meeting that the state had entered the "red zone" for its percentage of positive virus test results, indicating uncontrolled spreading of COVID-19 in the community, and they had been previously warned that the state was also in the "red zone" for the number of confirmed cases per capita in the state population.[79]

After participating in the event organized by Mastriano and several other events elsewhere disputing the validity of the election without wearing a mask, Giuliani tested positive for COVID-19 infection 10 or 11 days after the Pennsylvania meeting.[97]

## Role in 2021 storming of the United States Capitol

Mastriano helped organize bus rides for Trump supporters to the protest that preceded the 2021 United States Capitol attack in Washington, D.C.[98] During the protest, Mastriano said he and his wife left the rally area when it turned violent, which he called "unacceptable". Democratic colleagues called for his resignation, saying senators must be held to a higher standard than others.[99] On the morning of January 13, Mastriano wrote on Twitter and Facebook, "Please do not participate in rallies or protests over the next ten days," and "Let's focus on praying for our nation during these troubling times."[100]

In May 2021, crowdsourced video analysis identified Mastriano and his wife watching as another rioter tore a police barricade away and then passing through a breached Capitol Police barricade, contradicting his previous claims that he had not been among the rioters. Mastriano said he was following police directions and dismissed the accusations as the work of "angry partisans" who were "foot soldiers of the ruling elite".[101][102] This claim is not supported by the video evidence.[103] Mastriano said he was in the "second row, watching the Trump rally", hoping Congress would legally stop the election's certification. "Once I realized all the speaking events were off we left and that's a darn shame... I was there to cheer on Congress, the House and the Senate, not to disrupt it," Mastriano said.[102] No negative consequences were expected as a result of the released videos, according to multiple university political science leaders.[104]

Rioters storming the Capitol in 2021

According to CNN, after images of Mastriano outside the Capitol emerged in the summer of 2021, Mastriano fully cooperated when questioned by the FBI.[105] As of July 12, 2022, Mastriano has not been charged with any crimes related to the Capitol breach by the DOJ.[106]

Transcripts released by the January 6th Committee later showed that investigators were aware of Mastriano's attempt to contact Vice President Mike Pence on the day of the attack.[107]

## Continuing efforts to contest 2020 presidential election results

### Arizona

In June 2021, after the inauguration of President Joe Biden, and without invitation, Mastriano traveled to Arizona along with fellow state senator Cris Dush and state house member Rob Kauffman[108] to observe the 2021 Maricopa County presidential ballot audit, which the Maricopa County Board of Supervisors called a "spectacle".[109] The audit was ordered by the state's Republican senate majority, the rationale for which was generated by widely discredited conspiracy theories.[110][111] Mastriano expressed the desire that the 2020 Pennsylvania ballots be subjected to a process similar to that employed in Maricopa County, Arizona,[108] even though Pennsylvania had already recounted the votes twice and twice confirmed Joe Biden's win and Donald Trump's loss.

The United States Department of Justice warned the audit participants that they may have broken the law in compromising the integrity of those Arizona ballots.[112][113] One firm involved had previously audited the 2020 election in Pennsylvania.[114] Wake TSI, the business contracted to do the audit in Fulton County, Pennsylvania by a nonprofit group was directed by discredited Trump attorney and conspiracy theorist Sidney Powell,[115] though she and they never found evidence of fraud. Further, Wake reported the Fulton County's count was "well run" and "conducted in a diligent and effective manner", but its conclusions were subsequently altered before being finalized by the county.[116]

### January 6 attack

On February 15, 2022, Mastriano was subpoenaed by the congressional committee investigating the January 6 attack on the U.S. Capitol, reportedly to inquire about his role in trying to impanel a slate of alternative electors in Pennsylvania, in an effort to overturn the 2020 presidential election.[117] He submitted pertinent documents to the committee on May 30, 2022, and agreed to be interviewed. His submissions included receipts for $3,354 for the buses he rented to take his supporters to the January rally that segued into a violent insurrection. He further provided the names of attendees. He sold more than 130 tickets for those buses.[118] Mastriano has compared the actions of the committee as similar to the Nazi Party's crackdown on civil liberties following the Reichstag fire, and making "McCarthy in the '50s look like an amateur".[119] On August 9, 2022, Mastriano was scheduled to testify before the committee in a virtual deposition. But he answered no questions and ended the session after only fifteen minutes, after several disputes were brought up by his lawyer, including Mastriano's request that he be allowed to record his deposition, something the committee denied.[13] The following month Mastriano sued the committee arguing that they did not follow proper procedure and did not have the power to conduct depositions.[120] In 2024, Mastriano was subject to an ethics complaint filed by State Senator Art Haywood. The complaint was based on a report by Citizens for Responsibility and Ethics in Washington (CREW) which outlined Mastriano's involvement in attempts to overturn the election and January 6. CREW's report stated, "There is compelling evidence that Mastriano is disqualified under Section 3 of the 14th Amendment . . . He should be investigated and, if the evidence is substantiated, held accountable by the Pennsylvania Legislature, including possible expulsion from the Chamber."[121]

## 2022 Pennsylvania gubernatorial campaign

Mastriano had long been rumored to be considering a bid for Governor of Pennsylvania, particularly following his high-profile role in trying to change the results of the 2020 presidential election. In October 2021, Mastriano said he was considering a run for governor, but was putting out a fleece, and waiting for a sign from God before he could officially announce.[122] He has said that God and former president Donald Trump wanted him to run for governor.[19][123] On January

8, 2022, Mastriano announced his candidacy as a Republican candidate for governor.[124] Mastriano emerged as an early frontrunner in the race, alongside former Congressman Lou Barletta.[125]

While campaigning, Mastriano often used religious rhetoric. *The Philadelphia Inquirer* said "Mastriano often invokes Esther, the biblical Jewish queen who saved her people from slaughter by Persians, casting himself and his followers as God's chosen people who have arrived at a crossroads – and who must now defend their country, their very lives."[19] *Inquirer* reporter Andrew Seidman described his rallies as a "megachurch event".[126] Mastriano's campaign motto "Walk as Free People" was a reference to the Bible verse John 8:36.[5]

In April, Mastriano spoke at and raised money for his campaign at a far-right Christian conference called "Patriots Arise for God and Country" in Gettysburg.[9][127] The conference promoted conspiracy theories claiming that there is a global cabal of Democrats sex trafficking children, 9/11 was a false flag attack, vaccines amount to genocide therapy and Adolf Hitler faked his death.[9] Jewish organizations criticized Mastriano following the rally due to the improper use of Jewish symbols as "campaign props" to open the event.[19]

Mastriano campaigning for Governor in Wilkes-Barre in 2022

Mastriano's campaign had largely avoided talking to media outlets and journalists,[123] instead choosing to directly reach supporters via Facebook and speaking to a few conservative outlets.[119] Reporters from several outlets had been refused entry to his rallies, including reporters from *The Philadelphia Inquirer*,[19] NBC News,[128] and CNN.[129] A *Philadelphia Inquirer* reporter said that there were printed-out photographs of him and other journalists at the check-in desk at a Mastriano rally in Lancaster County.[19] Mastriano's campaign also attempted to have two CNN journalists removed from a hotel where they had video equipment set up on a balcony overlooking a rally in Uniontown. The journalists had previously been prevented from being admitted to the rally; they were allowed by the hotel to stay.[129]

On November 8, 2022, Mastriano lost the general election to Pennsylvania Attorney General Josh Shapiro, the Democratic nominee by about 14 percentage points. Mastriano conceded defeat to Shapiro five days after the election while also calling for reforms to Pennsylvania's electoral system.[130] Former Republican senator from Pennsylvania Pat Toomey criticized Mastriano's campaign for its negative effect on Republican congressional races.[131]

## Platform

At a rally on May 7, 2022, Mastriano suggested that his gubernatorial administration would be so conservative that it would make Florida Governor Ron DeSantis look like an "[a]mateur".[128] His platform for governor included prohibiting abortion, expanding gun rights, lowering taxes, and supporting charter schools.[19]

### Abortion

Mastriano is opposed to abortion. He has expressed support for a ban on abortion from conception, saying "I'm at conception. We're going to have to work our way towards that."[132][133] He opposes exceptions for rape, incest, or the life of the mother.[133] Mastriano has sponsored heartbeat bills, which ban abortions after 6 to 10 weeks.[134][135] In 2019, Mastriano said women who violated his proposed 10-week abortion ban should be charged with murder.[136] Mastriano has referred to the practice as a "barbaric holocaust" and said that the slogan "my body, my choice" is "ridiculous nonsense".[39][19][128][137][138] Mastriano has called the Supreme Court's decision in *Roe v. Wade*, "worse than the Holocaust".[139]

Shapiro has argued that Mastriano's anti-abortion views will cost Pennsylvania business and jobs as some Pennsylvania-based corporations, such as Duolingo, have said they will leave the state if an abortion ban is passed.[140]

### Christian nationalism

An Associated Press article discussing Mastriano's combination of religion and politics said that Mastriano "leads rise in Christian nationalism among GOP candidates" and the article asserted that "watchers of Christian nationalism" considered Mastriano's primary win to be "by far the highest-profile victory for the movement".[141] Republican strategist Mike Madrid told Politico Mastriano's Christian nationalism "is a movement....The [separation] between evangelical Christianity, white identity and American nationalism is basically gone. They're merging into the same thing."[142] Despite being commonly described as a Christian nationalist, Mastriano has rejected this label.[141][8][19][143]

### Voting restrictions and plan to only certify elections for Republicans

Although no evidence of "compromised" voting machines has been found[144] and although pending defamation lawsuits have been brought by both Dominion Voting Systems and Smartmatic Corp against certain defendants who claimed otherwise, Mastriano has said that if he is elected, within his first 100 days he would "immediately end all contracts with compromised voting machine companies". Mastriano seeks to restrict voting.[19] He would repeal Pennsylvania's no-excuse mail voting law, which he previously voted for.[8][128] As governor, Mastriano would have the power to appoint Pennsylvania's secretary of state, who oversees elections in the state. In April 2022, Mastriano said that his secretary of state would "reset" voter rolls so that Pennsylvanians would have to re-register to vote.[128] He reiterated his intent to do so days after the primary election held on May 17, 2022.[145] According to legal scholars consulted by the Associated Press, such an action would be a clear violation of federal law and may also violate state law and constitutional protections as well.[145] At a 2022 campaign event, Mastriano suggested that he might only certify Pennsylvania's election results if the Republican candidate for president wins.[146]

### Disbelief in climate change

Mastriano supports pulling Pennsylvania out of the Regional Greenhouse Gas Initiative, a market-based program to reduce greenhouse gas emissions to combat climate change.[147] Dismissing the extensively documented scientific consensus that humans are dangerously interfering with the climate system,[148][149][150][151] Mastriano justified his opposition to the initiative by claiming climate change is "just a theory" based on "pop science" while "the weatherman can't get the weather right 24 hours out."[147] In a 2018 radio interview with WEEO-FM, Mastriano said that climate science is a "fake science. And it's a racket at the academic level."[152]

### Education plan and school funding cuts

On the issue of education, Mastriano has called for cuts to funding of public education and proposed reducing per-student school funding from $19,000 to about $9,000.[153] The Pennsylvania State Education Association analyzed Mastriano's education plan and determined it would "amount to a school funding cut of $12.75 billion and could likely lead to the loss of more than 118,000 jobs in public schools in Pennsylvania..."[153] He supports school vouchers that could be used at any school including charter and religious schools.[153]

During an October 2022 rally, Mastriano said, if elected governor, that "the sexualization of our kids, pole dancing, and all this other crap that's going on will be forbidden in our schools."[154]

### Illegal immigration

Mastriano supports removing all undocumented immigrants living in Pennsylvania. He has said he supports busing them to Wilmington, Delaware, the hometown of President Joe Biden.[155]

### LGBTQ+ rights

Mastriano has said that same-sex marriage should be illegal, and that same-sex parents should not be allowed to adopt children.[156] On Mastriano's campaign page for the Pennsylvania Senate, he says that "marriage is between a man and woman – and that no amount of disinformation or political correctness will change these facts".[157]

Mastriano opposes efforts to ban or discourage conversion therapy, a pseudoscientific practice of attempting to change an individual's sexual orientation. He has called efforts to discourage the practice as "disgusting" saying the practice can be used to cure children who are "confused".[158]

He supports legislation to ban gender transition surgeries for transgender children. He has described the procedures as "experimental medical procedures" that distort "the concept of gender so that it defies the bounds of science and logic".[159] In October 2022, Mastriano, without evidence, accused the Children's Hospital of Philadelphia of "grabbing homeless kids and kids in foster care, apparently, and experimenting on them with gender transitioning...".[160]

## Republican primary

In the closing days of the primary election, Mastriano led in most polls, much to the dismay of the Pennsylvania Republican establishment, who believed Mastriano would lose the general election to the presumptive Democratic nominee, Attorney General Josh Shapiro.[125] A number of candidates including President pro tempore of the Pennsylvania Senate Jake Corman and former Congresswoman Melissa Hart dropped out and endorsed Lou Barletta, in a bid to stop Mastriano.[125] Three days before the election former president Donald Trump endorsed Mastriano.[161] Mastriano won the Republican primary election with 44% of the vote.[162]

During the lead-up to the primary, Shapiro's campaign released a televised advertisement stating that a Mastriano win is "a win for what Donald Trump stands for". The ad was labeled as promoting Mastriano, a candidate Democrats saw as being easier to defeat in the general election.[163]

An investigation by *Media Matters for America* reported that Mastriano paid $5,000 to the Gab social network service on April 28, 2022, for "campaign consulting". As a result of the payments, every new account on Gab automatically followed Mastriano's account. Gab has been described as a social media haven for white supremacists and neo-Nazis. Gab co-founder and CEO Andrew Torba has a history of antisemitic comments and associations with white supremacists.[164] Torba said, "This is the most important election of the 2022 midterms because Doug is an outspoken Christian. We are going to build a coalition of Christian nationalists, of Christians, of Christian candidates, at the state, local and federal levels and we're going to take this country back for the glory of God." Torba added, "My policy is not to conduct interviews with reporters who aren't Christian or with outlets who aren't Christian and Doug has a very similar media strategy where he

does not do interviews with these people. He does not talk to these people. He does not give press access to these people."[165][166][167][168][169] After his ties to Gab were revealed, Mastriano distanced himself from the social platform following criticism and said he rejects antisemitism. His Gab account was also removed on July 28.[170] Mastriano has said that he is not antisemitic because his campaign has had Jewish symbols, including the tallit and shofar, at one of their rallies.[171] Some Jewish organizations, however, have criticized Mastriano for the use of Jewish symbols at his campaign events.[19] The man at the rally, who presented the Jewish symbols, was identified as "Pastor Don" and is a messianic Jew.[171]

## General election

Mastriano faced Pennsylvania Attorney General Josh Shapiro in the November 8, 2022 general election, and lost by 14.8%.[172] *The New York Times* described Mastriano's general election efforts as a "ragtag campaign" that had "no television ads on the air [after] May, [chose] not to interact with the state's news media in ways that would push his agenda, and trail[ed] by double digits in reputable public polling..."[173] Matt Brouillette, a Pennsylvania Republican strategist, said of Mastriano's campaign, "I've not seen anything that is even a semblance of a campaign."[173]

In July 2022, the Anti-Defamation League (ADL), a Jewish civil rights organization, condemned Mastriano's "politics that teeter on the edge of a kind of extremism".[174] In August, Mastriano was placed on their list of "right-wing extremists" seeking elected office and once again condemned by the ADL after spreading debunked, antisemitic, conspiracy theories that George Soros, a Jewish liberal businessman, was a Nazi.[174]

In August 2022, Mastriano condemned the FBI search of Mar-a-Lago, the residence of former president Trump, as "an outrageous weaponization of America's tools of justice against political opponents of the current regime in Washington, DC". He urged his supporters "to exercise their votes and throw the bums out – Democrats in Washington and Harrisburg".[175]

Mastriano faced accusations of antisemitism in September 2022 following comments he made regarding Shapiro, who is Jewish.[176] Mastriano said that Shapiro cannot relate to voters because he grew up "in a privileged neighborhood" and attended a "privileged, exclusive, elite school", which therefore means Shapiro has "disdain for people like us".[176] Shapiro's alma mater in question is Jack M. Barrack Hebrew Academy (then Akiba Hebrew Academy), a Jewish day school. Mastriano also critiqued Shapiro for sending his kids to a Jewish day school.[176] A number of figures, including Jake Tapper, a CNN journalist and fellow alumnus of Shapiro's school,[177] condemned the remarks as antisemitic.[176] Tapper said: "I don't think I have ever heard Mr. Mastriano describe any other Pennsylvania parochial school in that way."[176] A school official said that more than 60% of students receive financial aid.[176] Responding to Tapper, Mastriano said the "irony was listening to Jake Tapper, one of his classmates, defend the elite school they go to.

'I'm not elitist' — it's like Nixon saying 'I'm not a criminal.' Yes, you are elitist."[178] Mastriano has continued to use the line of attack saying "[apparently] now it is some kind of racist thing if I talk about the school..."[179] Mastriano's wife, Rebbie, defended the comments saying "we probably love Israel more than a lot of Jews do", citing years of outreach contributions.[180]

Towards the end of the summer, Shapiro's lead over Mastriano began to grow in the polls and Mastriano's campaign lacked the funding to run many ads on TV.[181] *The Philadelphia Inquirer* reported that Mastriano's "messaging has grown increasingly erratic, sometimes arguably bordering on nonsensical".[181] Forty days prior to the general election, Mastriano called on his supporters to join him for a fast that would last until election day.[181]

In October, in a rare move, two retired U.S. Army War College professors publicly rebuked Mastriano and said he was unfit to serve as governor.[182]

One week before the general election, acting Pennsylvania Secretary of State Leigh M. Chapman announced the total vote count would take "days". Mastriano falsely claimed this was "an attempt to have the fix in".[183] After the election had been called for Shapiro, Mastriano initially did not concede.[184] Five days after the election was called for Shapiro, Mastriano formally conceded the race without issue.[130]

### Ties to far-right extremists and militias

During an Independence Day parade, supporters of Mastriano could be seen carrying a flag bearing the emblem of the Three Percenters, a far-right anti-government militia that has been labeled as an extremist organization by the Southern Poverty Law Center.[185]

A July 2022 article in *Salon*,[186] expanded upon by *Media Matters for America* in August, found that Mastriano has campaigned with and promoted Julie Green, an acknowledged prophet in the New Apostolic Reformation.[187] Green, who says she has "a special relationship" with Mastriano and gave the opening prayer at one of Mastriano's campaign events, has promoted conspiracy theories including that Nancy Pelosi "loves to drink the little children's blood" and that Joe Biden is actually dead and being played by an actor.[187] Green has prophesied that a number of politicians including Liz Cheney, Doug Ducey, Mitch McConnell, Jerry Nadler, Mitt Romney and Chuck Schumer will be executed for treason.[187]

An August 2022 investigation by *LNP* found that Mastriano's security detail was made up of non-professional, armed guards including the former regional leader of the Oath Keepers, a far-right extremist militia group.[188] Several other members of the security detail are members of LifeGate, an Elizabethtown-based evangelical church, whose leaders have spoken publicly about their goals to elect Christians to public office to advance biblical principles in government.[188]

At a September 2022 rally in Chambersburg, a speaker directed the crowd to raise their hands in unison and then to bring their hands down on the count of three.[189] The crowd shouted "as one" as they lowered their hands.[189] The gesture was described as being "eerily similar" to a Nazi salute.[189] The Texas evangelist who directed the unison activity said he is part Jewish and that the salute comparison was "typical leftist lies" about a Republican event.[190]

In October 2022, Mastriano appeared at a campaign rally with conspiracy theorist Jack Posobiec.[191][192] Posobiec has repeatedly used white supremacist and antisemitic talking points, including the Fourteen Words, a reference to a white supremacist slogan.[193][194][195][196]

In November 2022, *The Daily Beast* reported that Mastriano was an administrator for a Facebook group, which features a number of racist and antisemitic posts.[197] The page features posts stating that Michelle Obama is transgender, George Soros is a Jewish puppet master who controls politicians and that immigrants are "scary brown people".[197]

At least six people who were in Washington, D.C., on January 6, 2021, during the Capitol attack have donated to Mastriano's campaign.[198] He also received a $500 donation from Andrew Torba, a white supremacist and Christian nationalist.[198]

### Confederate uniform controversy

In late August 2022, Reuters obtained a photograph via a FOIA request showing Mastriano dressed in a Confederate uniform while posing in a 2013–14 faculty portrait for the Army War College. The photo was taken at the U.S. Army Heritage and Education Center along the Army Heritage Trail.[199] According to Reuters, the faculty was permitted to dress in historical attire.[199] At least 15 of the 21 people in the picture chose to wear regular attire.[199] One man in the photograph could be seen wearing an aviator's helmet while another wore a trench coat.[199] Mastriano was the only member photographed wearing Confederate attire.[199]

After the report was published, the photo was removed from the Army War College's collection of portraits "because it does not meet AWC values"; a spokesperson for the Army noted that "the Army supports commanders who remove symbols or images that do not comport with Army values."[199] According to Reuters, "Confederate symbols can be seen as insensitive to those who view them as painful reminders of racial oppression" and "Confederate symbols and dress have been embraced by white supremacists in the United States."[199]

Following the controversy, *Media Matters for America* published a Facebook livestream from Mastriano in 2020 where he praised armed men, who were ostensibly defending a statue of Confederate General Robert E. Lee in Gettysburg National Park.[200] In the video, Mastriano says "Friends, thanks for being here. I'm Senator Mastriano ... It's good to see you guys ... Thanks for being vigilant."[200] In another part of the video, Mastriano says to a man wearing a half-Confederate, half-U.S. flag: "You're looking good there, man. I can't think of a better cape."[200]

# Published works as author

## *Alvin York: A New Biography of the Hero of the Argonne*

Mastriano's first book, *Alvin York: A New Biography of the Hero of the Argonne* (ISBN 978-0813145198), was published by the University Press of Kentucky in 2014.[201] Mastriano conducted twelve years of research for the book.[202] His team uncovered thousands of artifacts that Mastriano believed were related to Alvin York's battle of October 8, 1918.[201]

Mastriano pictured in a Confederate uniform, adapted from Army War College faculty photograph

Mastriano's book received the 2015 William E. Colby Award of the William E. Colby Military Writers' Symposium at Norwich University (an award for a first published work of a military topic author),[33] the Army Historical Foundation Award, the US Army War College Madigan Award and the 2015 Crader Family Book Prize in American Values.[203][204]

Other researchers have questioned the accuracy of the book, including James Gregory, a PhD Candidate at the University of Oklahoma, who has identified 30 citations in the work that he asserts are fraudulent (i.e., not supporting the claims they are cited to support or having obviously doubtful reliability), and a photo on the dust jacket that is labeled by the Army as having been taken twelve days before York's Medal of Honor action but is presented as depicting the action's aftermath.[205] The University Press of Kentucky, which published the book, asked Mastriano in September to respond before November 2021 to about 30 items of concern; his response or the publisher's own recommendations were then to be reviewed by the publisher and a peer reviewer for inclusion in a new printing in 2022.[206]

Several archeologists and historians have raised questions about Mastriano's findings regarding the location of Alvin York's Medal of Honor actions.[207] In an introduction to Michael Kelly's *Hero on the Western Front: Discovering Alvin York's Battlefield*, the late Ed Bearss, former chief

historian for the National Park Service, says that Kelly "identifies serious problems with [Mastriano's York Group] that compromise the validity of their claims that they had located the York sites".[208]

Brad Posey, who had initially been a member of Mastriano's team, described Mastriano as "A U.S. Army or Air Force officer using a very cheap-looking metal detector with no experience in metal detecting".[208] Posey left Mastriano's team after becoming convinced that Mastriano was incorrect, and joined the competing Nolan group.[208] Lieutenant Col. Taylor V. Beattie, an Alvin York researcher,[209] was critical of Mastriano's lack of annotation during his research, saying, "This is actually one of the things I warned Mastriano about. Somebody should be able to retrace what he did."[208] Beattie later criticized Mastriano's team for using a bulldozer to make room for a monument, rendering any further archaeological investigation impossible.[208]

### Other works

Other works by Mastriano include:

- *Thunder in the Argonne: A New History of America's Greatest Battle* (ISBN 978-0813175553)
- *Project 1704: U.S. Army War College Analysis of Russian Strategy in Eastern Europe, Appropriate U.S. Response, and Implications for U.S. Landpower – Putin's Rise to Power, Military, Ukraine Crisis*, as project leader for a U.S. Army War College project, 2017[210]
- *Project 1721: A U.S. Army War College Assessment on Russian Strategy in Eastern Europe and Recommendations on How to Leverage Landpower to Maintain the Peace*, as project leader for a U.S. Army War College project, 2017[211]
- *Project 1704: A U.S. Army War College Analysis of Russian Strategy in Eastern Europe, an Appropriate U.S. Response, and the Implications for U.S. Landpower*, as project leader for a U.S. Army War College project, 2015[212]
- *Nebuchadnezzar's Sphinx: What Have We Learned from Baghdad's Plan to Take Kuwait?*, a thesis for the School of Advanced Air Power Studies, Air University, Maxwell Air Force Base, Montgomery, Alabama, June 2002[213]
- *The Civilian Putsch of 2018: Debunking The Myth of a Civil-Military Leadership Rift*, a research report for the School of Advanced Air Power Studies, Air University, Maxwell Air Force Base, Montgomery, Alabama, April 2001[214]

## Personal life

Mastriano grew up in Mercer County, New Jersey and voted in New Jersey until 2010.[215] In 2012, he moved to Pennsylvania. Mastriano's mother Janice was a member of the East Windsor Regional Board of Education for three terms.[215] She faced calls for her resignation in 2000 after saying in an interview "I wouldn't want a known homosexual camping with my boys, because you know most of them are pedophiles too."[215]

Mastriano and his wife, Rebecca, have one child.[216] Both he and his son Josiah appeared in the 2019 film *Operation Resist*, a film *The New Yorker* described as historically revisionist for its presentation of Evangelical Christians as a persecuted minority in Nazi Germany alongside Jews.[217] The film has also been criticized by scholars for its distortions of the Holocaust, and for equating abortion and gun-control with Nazism.[218] Josiah played the role of the Nazi Fritz and Mastriano played the role of American Captain Peter Ortiz.[219]

Mastriano (center) with his wife Rebbie and son Josiah in 2018

He worships at a Mennonite church, likely a Conservative Mennonite Conference church.[19][220] Mastriano has attended events of the New Apostolic Reformation, a movement advocating the restoration of the offices of so-called "prophets and apostles".[221][5]

# Electoral history

2018 Pennsylvania's 13th Congressional District, 2018 Republican Primary[40]

| Party | Candidate | Votes | % |
|---|---|---|---|
| **Republican** | **John Joyce** | **14,615** | **21.9** |
| Republican | John Eichelberger | 13,101 | 19.6 |
| Republican | Steve Bloom | 12,195 | 18.3 |
| Republican | Doug Mastriano | 10,485 | 15.7 |
| Republican | Art Halvorson | 10,161 | 15.2 |
| Republican | Travis Schooley | 3,030 | 4.5 |
| Republican | Bernie Washabaugh | 1,908 | 2.9 |
| Republican | Ben Hornberger | 1,182 | 1.8 |
| | **Total votes** | **66,677** | **100.0** |

2019 Pennsylvania Senate special election, District 33[222][223][224][225]

| Party | | Candidate | Votes | % |
|---|---|---|---|---|
| | **Republican** | **Doug Mastriano** | **20,595** | **68.29** |
| | Democratic | Sarah E. Hammond | 9,490 | 31.47 |
| | Write-in | | 73 | 0.24 |
| | | **Total votes** | **30,158** | **100.00** |
| | Republican **hold** | | | |

2020 Pennsylvania Senate election, District 33[226][227][228][229]

| Party | | Candidate | Votes | % |
|---|---|---|---|---|
| | **Republican** | **Doug Mastriano** | **96,029** | **68.64** |
| | Democratic | Rich Sterner | 43,867 | 31.36 |
| | | **Total votes** | **139,896** | **100.00** |
| | Republican **hold** | | | |

2022 Pennsylvania gubernatorial election, Republican Primary[230]

| Party | | Candidate | Votes | % |
|---|---|---|---|---|
| | **Republican** | **Doug Mastriano** | **590,703** | **43.8** |
| | Republican | Lou Barletta | 272,884 | 20.2 |
| | Republican | William McSwain | 212,536 | 15.8 |
| | Republican | Dave White | 128,885 | 9.6 |
| | Republican | Melissa Hart[a] | 54,307 | 4.0 |
| | Republican | Joe Gale | 27,756 | 2.1 |
| | Republican | Jake Corman[a] | 25,903 | 1.9 |
| | Republican | Charlie Gerow | 17,829 | 1.3 |
| | Republican | Nche Zama | 16,111 | 1.2 |
| | | **Total votes** | **1,346,914** | **100.0** |

2022 Pennsylvania gubernatorial election[231]

| Party | | Candidate | Votes | % | ±% |
|---|---|---|---|---|---|
| | **Democratic** | **Josh Shapiro**<br>**Austin Davis** | **3,031,137** | **56.49%** | **−1.28%** |
| | Republican | Doug Mastriano<br>Carrie DelRosso | 2,238,477 | 41.71% | +1.01% |
| | Libertarian | Matt Hackenburg<br>Tim McMaster | 51,611 | 0.96% | −0.02% |
| | Green | Christina DiGiulio<br>Michael Bagdes-Canning | 24,436 | 0.46% | −0.09% |
| | Keystone | Joe Soloski<br>Nicole Shultz | 20,518 | 0.38% | N/A |
| | | **Total votes** | **5,366,179** | **100.0%** | N/A |
| | | Turnout | | 60.53% | |
| | | Registered electors | 8,864,831 | | |
| | Democratic **hold** | | | | |

# Notes

a. Withdrew, remained on ballot

# References


1. Multiple sources:
   - Epstein, Reid J. (May 17, 2022). "Doug Mastriano, a far-right 2020 election denier, is Pennsylvania Republicans' choice for governor" (https://www.nytimes.com/2022/05/17/us/politics/doug-mastriano-pa-governor-gop.html). *The New York Times*. Retrieved May 18, 2022.
   - Smith, Allan (May 17, 2022). "Far-right election denier Mastriano wins GOP race for governor in Pennsylvania" (https://www.nbcnews.com/politics/2022-election/far-right-election-denier-mastriano-wins-gop-race-governor-pennsylvani-rcna29136). *NBC News*. Retrieved May 19, 2022.
   - Dunklau, Sam (May 17, 2022). "A far-right election denier wins GOP governor primary in swing state of Pennsylvania" (https://www.npr.org/2022/05/17/1099374329/pennsylvanias-republican-governor-race-mastriano-barletta-shapiro-results). *NPR*. Retrieved May 19, 2022.
2. Dias, Elizabeth (July 8, 2022). "The Far-Right Christian Quest for Power: 'We Are Seeing Them

Emboldened' " (https://www.nytimes.com/2022/07/08/us/christian-nationalism-politicians.html). *The New York Times*. "The separation of church and state was a 'myth,' he said. 'In November we are going to take our state back, my God will make it so.' Mr. Mastriano's ascension in Pennsylvania is perhaps the most prominent example of right-wing candidates for public office who explicitly aim to promote Christian power in America. The religious right has long supported conservative causes, but this current wave seeks more: a nation that actively prioritizes their particular set of Christian beliefs and far-right views and that more openly embraces Christianity as a bedrock identity."

3. Peter Smith; Deepa Bharath (May 29, 2022). "Christian nationalism on the rise in some GOP campaigns" (https://apnews.com/article/2022-midterm-elections-pennsylvania-religion-nationalism-8bf7a6115725f508a37ef944333bc145). Associated Press.
4. Otterbein, Holly; Montellaro, Zach (May 10, 2022). "Pennsylvania GOP panics over possible Mastriano nomination" (https://www.politico.com/news/2022/05/10/pennsylvania-republicans-stop-mastriano-00031607). *Politico*. Philadelphia. Retrieved May 11, 2022.
5. Griswold, Eliza (May 9, 2021). "A Pennsylvania Lawmaker and the Resurgence of Christian Nationalism" (https://www.newyorker.com/news/on-religion/a-pennsylvania-lawmaker-and-the-resurgence-of-christian-nationalism). *The New Yorker*. Retrieved May 11, 2021.
6. Hanonoki, Eric (July 13, 2021). "PA state Sen. Doug Mastriano promoted QAnon on Twitter over 50 times" (https://www.mediamatters.org/qanon-conspiracy-theory/pa-state-sen-doug-mastriano-promoted-qanon-twitter-over-50-times). *Media Matters for America*. Retrieved May 7, 2022.
7. "GOP fears far-right candidate will be PA governor nominee" (https://www.independent.co.uk/news/world/americas/us-politics/ap-donald-trump-democrats-gop-harrisburg-b2075924.html). *The Independent*. May 10, 2022. Retrieved May 11, 2022.
8. Huangpu, Kate (April 18, 2022). "Pa. primary election 2022: Your guide to the Democratic and GOP candidates for governor" (https://www.spotlightpa.org/news/2022/04/pa-primary-governor-election-2022-candidates-guide/). *Spotlight PA*. Retrieved May 17, 2022.
9. Seidman, Andrew (April 27, 2022). "A top GOP candidate for governor campaigned at an event promoting QAnon and conspiracy theories about 9/11" (https://www.inquirer.com/politics/election/doug-mastriano-teddy-daniels-qanon-conference-gop-candidates-20220427.html). *The Philadelphia Inquirer*. Retrieved May 12, 2022.
10. "Pa. GOP lawmaker Doug Mastriano says he left the Capitol area before the riot. New videos say otherwise" (https://www.inquirer.com/news/doug-mastriano-capitol-riot-pennslyvania-video-20210525.html). *The Philadelphia Inquirer*. May 25, 2021. Retrieved May 14, 2022.
11. Rogers, Kaleigh (November 1, 2022). "Meet The Midterm Candidates Who Attended The Jan. 6 Rally" (https://fivethirtyeight.com/features/meet-the-midterm-candidates-who-attended-the-jan-6-rally/). *FiveThirtyEight*. Retrieved November 6, 2022.
12. Smith, Allan; Jester, Julia (June 2, 2022). "Doug Mastriano, Pa. GOP nominee for governor, cooperating with Jan. 6 panel" (https://www.nbcnews.com/politics/congress/pa-gop-gov-nominee-doug-mastriano-cooperating-jan-6-committee-rcna31680). *NBC News*. Retrieved June 12, 2022.
13. Thompson, Charles (August 19, 2022). "Pa. governor candidate Doug Mastriano shuts down Jan. 6th committee deposition in dispute over recording, rules" (https://www.pennlive.com/news/2022/08/pa-governor-candidate-doug-mastriano-shuts-down-jan-6th-committee-deposition-in-dispute-over-recording-rules.html). *PennLive Patriot-News*. Advance Local Media LLC.

Retrieved August 9, 2022.

14. "Area Hospital Births: St. Peter's General Hospital; Mastriano" (https://www.newspapers.com/clip/73961509/area-births/). *The Daily Home News*. New Brunswick, NJ. January 9, 1964. p. 11 – via Newspapers.com.
15. "Obituary, Richard Louis Mastriano" (https://obits.nj.com/obituaries/trenton/obituary.aspx?n=richard-louis-mastriano&pid=194874645&fhid=27062). *The Times*. Trenton, NJ. December 31, 2019 – via Legacy.com.
16. "Senator Doug Mastriano announces plan to run for Governor" (https://www.wfmz.com/news/area/pennsylvania/senator-doug-mastriano-announces-plan-to-run-for-governor/article_8c75d7c0-7098-11ec-af8d-cfbf05148eb3.html). *WFMZ-TV 69 News*. January 8, 2022. Retrieved May 19, 2022.
17. "Local happenings: Douglas V. Mastriano" (https://web.archive.org/web/20210322140638/https://www.digifind-it.com/hightstown/data/gazette/1983/1983-06-23.pdf) (PDF). *The Hightstown Gazette*. Hightstown, NJ. June 23, 1983. p. 1. Archived from the original (https://www.digifind-it.com/hightstown/data/gazette/1983/1983-06-23.pdf) (PDF) on March 22, 2021. Retrieved March 20, 2021.
18. "Area Students Inducted Into National Honor Societies" (https://www.newspapers.com/clip/73959475/area-students/). *Messenger-Press*. Allentown, NJ. May 12, 1983. p. 11 – via Newspapers.com.
19. Reyes, Juliana Feliciano; Seidman, Andrew (May 4, 2022). "Doug Mastriano embodies a Christian nationalist movement as he runs for governor: 'We have the power of God' " (https://www.inquirer.com/politics/doug-mastriano-governor-christian-nationalism-qanon-20220504.html). *The Philadelphia Inquirer*. Retrieved May 17, 2022.
20. "Doug Mastriano" (https://www.legis.state.pa.us/cfdocs/legis/home/member_information/senate_bio.cfm?id=1869). Pennsylvania State Senate. Retrieved May 18, 2022.
21. Mastriano, Doug (July 3, 2019). "Sen. Doug Mastriano: Fighting for you in District 33 and in Harrisburg" (https://www.publicopiniononline.com/story/opinion/2019/07/03/mastriano-fighting-you-pa-s-33rd-district-and-harrisburg/1627537001/). *Public Opinion*. Chambersburg, PA.
22. Julia, Manchester (September 15, 2022). "Shapiro rolls out new ad hitting Mastriano over 2001 thesis" (https://thehill.com/homenews/campaign/3644059-shapiro-rolls-out-new-ad-hitting-mastriano-over-2001-thesis/). *The Hill*. Retrieved October 5, 2022.
23. Kuhn, Roland (July 31, 2023). "The Douglas Mastriano Scandal: A fraudulent PhD thesis from a Canadian university gets entangled in US politics" (https://journalhosting.ucalgary.ca/index.php/ai/article/view/76914). *Canadian Perspectives on Academic Integrity*. **6** (1). doi:10.11575/cpai.v6i1.76914 (https://doi.org/10.11575%2Fcpai.v6i1.76914). ISSN 2561-6218 (https://search.worldcat.org/issn/2561-6218).
24. "University makes new review of Mastriano's doctoral research" (https://apnews.com/article/2022-midterm-elections-entertainment-pennsylvania-new-brunswick-government-and-politics-da9fd21d9be38e7590e36e81b4f12de0). *AP NEWS*. November 2, 2022. Retrieved November 3, 2022.
25. MacDonald, Michael (October 18, 2022). "University of New Brunswick investigating how Trump ally was awarded PhD in 2013 | Globalnews.ca" (https://globalnews.ca/news/9206507/trump-ally-doug-mastriano-unb/). *Global News*. Retrieved September 14, 2023.
26. Panetta, Alexander (October 5, 2022). "A controversy-courting U.S. politician causes stir on Canadian university campus" (https://www.cbc.ca/news/world/mastriano-new-brunswick-york-1.

6605669). *Canadian Broadcasting Corporation*. Retrieved October 5, 2022.

27. "A Canadian university's deadline on its investigation into Doug Mastriano's doctoral thesis has passed. Here's what we know" (https://www.witf.org/2023/07/28/a-canadian-universitys-deadline-on-its-investigation-into-doug-mastrianos-doctoral-thesis-has-passed-heres-what-we-know/). *WITF*. July 28, 2023. Retrieved September 14, 2023.
28. "UNB to investigate fraud allegations against former PhD student with ties to Trump" (https://www.cbc.ca/news/canada/new-brunswick/unb-investigation-student-trump-1.6832071). *The Canadian Press*. CBC News. May 4, 2023. Retrieved September 14, 2023.
29. Michael MacDonald (May 3, 2023). "University of New Brunswick starts formal investigation into Trump ally's PhD" (https://www.thestar.com/news/canada/university-of-new-brunswick-starts-formal-investigation-into-trump-ally-s-phd/article_674d6579-3785-5ce9-8d23-291ab42f21fa.html). *Toronto Star*. The Canadian Press. Retrieved September 14, 2023.
30. Worden, Amy (May 5, 2023). "Questions about Doug Mastriano's thesis spur university fraud probe: reports" (https://www.pennlive.com/news/2023/05/questions-about-doug-mastrianos-thesis-spur-university-fraud-probe-reports.html). *PennLIVE Patriot-News*. Advance Local Media LLC. Retrieved May 5, 2023.
31. Cox, Aidan (July 12, 2024). "Controversial U.S. politician sues UNB for releasing his widely criticized PhD thesis" (https://www.cbc.ca/news/canada/new-brunswick/university-new-brunswick-doug-mastriano-1.7260715). *CBC News*. Retrieved July 17, 2024.
32. "Campaign 2018: Republican enters crowded race for 9th District seat" (https://www.indianagazette.com/news/campaign-2018-republican-enters-crowded-race-for-9th-district-seat/article_28ae8f5c-0daa-11e8-a914-37120d87c760.html). *Indiana Gazette*. February 9, 2018. Retrieved December 8, 2020.
33. "Col Douglas V. Mastriano, PhD" (https://web.archive.org/web/20150501094312/http://colby.norwich.edu/participants/douglas-v-mastriano/). *William E. Colby Military Writers' Symposium, Norwich University*. Archived from the original (https://colby.norwich.edu/participants/douglas-v-mastriano/) on May 1, 2015. Retrieved April 29, 2015.
34. Montgomery, Nancy (September 26, 2008). "Officer says he's pinpointed York's stand" (http://www.stripes.com/news/officer-says-he-s-pinpointed-sgt-york-s-stand-1.79280). *Stars and Stripes*. Retrieved April 29, 2015.
35. "Biography – Senator Douglas V. Mastriano, Ph.D. (Colonel, U.S. Army, Retired)" (https://senatormastriano.com/biography/). *Senate of Pennsylvania*. Pennsylvania State Government. Retrieved December 8, 2020.
36. Hardy, Shawn (February 9, 2018). "Mastriano to Run for Congress" (https://web.archive.org/web/20210322145115/https://www.therecordherald.com/news/20180209/mastriano-to-run-for-congress). *The Record Herald*. Archived from the original (http://www.therecordherald.com/news/20180209/mastriano-to-run-for-congress) on March 22, 2021. Retrieved February 16, 2018.
37. Hardy, Shawn (February 13, 2018). "Franklin County man running for Shuster's seat" (https://web.archive.org/web/20210322145110/https://www.echo-pilot.com/news/20180213/franklin-county-man-running-for-shusters-seat). *The Echo-Pilot*. Archived from the original (http://www.echo-pilot.com/news/20180213/franklin-county-man-running-for-shusters-seat) on March 22, 2021. Retrieved February 16, 2018.
38. Cohn, Nate; Bloch, Matthew; Quealy, Kevin (February 19, 2018). "The New Pennsylvania Congressional Map, District by District" (https://www.nytimes.com/interactive/2018/02/19/upshot/pennsylvania-new-house-districts-gerrymandering.html). *The New York Times*. Retrieved

March 30, 2018.

39. Dickinson, Tim (August 16, 2022). "Ban Gay Marriage, Deport Dreamers: Doug Mastriano's Extreme Views Caught on Tape" (https://www.rollingstone.com/politics/politics-news/doug-mastriano-senate-lgbtq-islam-climate-dreamers-1397275/). *The Rolling Stone*. Retrieved August 16, 2022.
40. Fisher, Tyler; Frostenson, Sarah; Lin, Jeremy C.F.; McClure, Jon; Mihalik, Lily (May 17, 2018). "2018 Pennsylvania Election Results" (https://www.politico.com/election-results/2018/pennsylvania/primary/). *Politico*. Retrieved September 23, 2022.
41. "Doug Mastriano announces bid for state Senate" (https://web.archive.org/web/20210322141719/https://www.therecordherald.com/news/20190122/doug-mastriano-announces-bid-for-state-senate). *The Record Herald*. January 22, 2019. Archived from the original (https://www.therecordherald.com/news/20190122/doug-mastriano-announces-bid-for-state-senate) on March 22, 2021. Retrieved January 23, 2019.
42. Rose, Andrea (April 1, 2019). "Doug Mastriano named Republican nominee for the 33rd Senatorial District to replace retired Sen. Rich Alloway" (https://web.archive.org/web/20210322141718/https://www.therecordherald.com/news/20190401/doug-mastriano-named-republican-nominee-for-33rd-senatorial-district-to-replace-retired-sen-rich-alloway). *The Record Herald*. Waynesboro, PA. Archived from the original (https://www.therecordherald.com/news/20190401/doug-mastriano-named-republican-nominee-for-33rd-senatorial-district-to-replace-retired-sen-rich-alloway) on March 22, 2021. Retrieved April 2, 2019.
43. Carbonare, Jossie (May 22, 2019). "Republican candidate Doug Mastriano wins 33rd District State Senate seat" (https://fox43.com/2019/05/22/republican-candidate-doug-mastriano-wins-33rd-district-state-senate-seat/). *WPMT Fox43*. Retrieved June 10, 2019.
44. Cloonan, Patrick. "Pittman takes seat in Harrisburg" (https://www.indianagazette.com/news/pittman-takes-seat-in-harrisburg/article_0b8aa992-8bad-11e9-a6ab-13742b5383b3.html). *Indiana Gazette*. Retrieved June 10, 2019.
45. Hullinger, Logan. "GOP candidate for Alloway's state Senate seat accused of spreading Islamophobia" (https://www.yorkdispatch.com/story/news/politics/2019/05/07/gop-candidate-alloways-state-senate-seat-accused-spreading-islamophobia/3661917002/). *York Dispatch*. Retrieved May 7, 2019.
46. "Doug Mastriano Fighting for Freedom" (https://www.facebook.com/Fight4pa/). *www.facebook.com*. Retrieved November 28, 2020.
47. Hardison, Elizabeth (May 6, 2019). "Conspiratorial, anti-Muslim memes populated Facebook page of state Senate candidate" (https://www.penncapital-star.com/government-politics/conspiratorial-anti-muslim-memes-populate-facebook-page-of-state-senate-candidate/). *Pennsylvania Capital-Star*.
48. Ganley, Elaine (June 26, 2019). "Paris prosecutor: no sign Notre Dame fire of criminal origin" (https://apnews.com/180ed163685d41b1869546c1176f6bf3). *AP News*. Retrieved July 24, 2021.
49. Lewis, Aimee (May 8, 2019). "State Senate candidate facing questions for Facebook posts" (https://www.abc27.com/news/us-world/politics/election/state-senate-candidate-facing-questions-for-facebook-posts/). *ABC27*.
50. "Mastriano should leave Facebook" (http://www.gettysburgtimes.com/opinion/letters_to_editor/article_1630f347-de41-5dc9-84b1-2de0aa5cb779.html). *The Gettysburg Times*. August 20, 2019. Retrieved August 21, 2019.
51. South, Amber (November 4, 2020). "PA-33 Senate race: Doug Mastriano fends off challenger

Rich Sterner" (https://www.publicopiniononline.com/story/news/politics/elections/2020/11/03/live-results-mastriano-vs-sterner-pa-district-33-senate-seat-2020-election/6034733002/). *Chambersburg Public Opinion*. Retrieved May 18, 2022.

52. Nowell, Joyce F. (November 1, 2019). "Franklin County legislators address chamber members" (https://www.heraldmailmedia.com/story/news/local/2019/11/01/franklin-county-legislators-address-chamber-members/44354903/). *Herald-Mail Media*.
53. Bender, William (October 8, 2022). "Legal weed in Pennsylvania? Not if Doug Mastriano can stop it" (https://www.inquirer.com/news/marijuana-laws-mastriano-shapiro-decriminalization-20221007.html). *The Philadelphia Inquirer*.
54. Scolforo, Mark (May 24, 2022). "After primary, Mastriano rejoins closed Senate GOP meetings" (https://apnews.com/article/2022-midterm-elections-pennsylvania-primary-18eba38ecb198688b28c82246b0cd235). *AP News*. Retrieved May 26, 2022.
55. Hall, Peter; Miller, Cassie; Lyons, Kim (December 28, 2023). "Weird Pennsylvania: Bills that make you go 'hmmmm' " (https://www.penncapital-star.com/government-politics/weird-pennsylvania-bills-that-make-you-go-hmmmm/). *Pennsylvania Capital-Star*. Retrieved December 30, 2023.
56. Boeckel, Teresa. "Gettysburg protest draws call for removal of Confederate statues, criticism of response" (https://www.ydr.com/story/news/2020/07/07/gettysburg-protest-draws-call-confederate-monument-removal-others-disagree/5389134002/). *York Daily Record*. Retrieved July 12, 2022.
57. Isenberg, Britt. "Gettysburg expert: Park Service and 'patriots' failed the community last week (letter)" (https://www.ydr.com/story/news/2020/07/06/gettysburg-park-expert-britt-isenberg-says-park-service-and-militia-both-failed/5384553002/). Retrieved July 12, 2022.
58. "Sen. Mastriano unveils new bill aimed at protecting confederate monument" (https://local21news.com/news/local/sen-mastriano-unveils-new-bill-aimed-at-protecting-confederate-monuments). *CBS 21*. October 8, 2020. Retrieved May 31, 2022.
59. Gisriel, Sarah (March 18, 2020). "Midstate lawmaker urging suspension of HIPAA protections among COVID19 outbreak" (https://www.abc27.com/news/local/harrisburg/midstate-lawmaker-urging-suspension-of-hipaa-protections-among-covid19-outbreak/). *ABC 27*.
60. Leigh, Harri (March 29, 2020). "Proposed legislation would allow all businesses in PA to reopen" (https://www.fox43.com/article/news/health/coronavirus/proposed-legislation-would-allow-all-pa-businesses-to-reopen/521-27482374-63bb-43ca-983d-0c5f063d673d). *Fox 43*. Retrieved March 31, 2020.
61. "Bill Information – Senate Bill 1103; Regular Session 2019–2020" (https://www.legis.state.pa.us/cfdocs/billInfo/billInfo.cfm?sYear=2019&sInd=0&body=S&type=B&bn=1103). *The official website for the Pennsylvania General Assembly*. Retrieved October 15, 2020.
62. Norristown (April 20, 2020). "Watch Live: PA Protest Against Coronavirus Shutdowns" (https://patch.com/pennsylvania/norristown/watch-live-thousands-protest-coronavirus-shutdowns-pa). *Patch*. Retrieved April 21, 2020.
63. "Pennsylvania state senator calls for resignation of Secretary of Health" (https://www.wpxi.com/news/top-stories/pennsylvania-state-senator-calls-resignation-secretary-health/WZO3O6MHDJEDLF3DOUTSEAAWAA/). *WPXI*. May 12, 2020. Retrieved May 15, 2020.
64. Benshoff, Laura. "Clash over reopening economy simmers below the surface in rural Pa. COVID hotspot" (https://whyy.org/articles/clash-over-reopening-economy-simmers-below-the-surface-in-rural-pa-covid-hotspot/). *WHYY*. Retrieved May 15, 2020.

urface-in-rural-pa-covid-hotspot/). *WHYY*. Retrieved May 15, 2020.

65. Sholtis, Brett (July 20, 2020). "Chambersburg postal workers refuse to wear masks, and the state can't do anything about it" (https://www.witf.org/2020/07/20/chambersburg-postal-workers-refuse-to-wear-masks-and-the-state-cant-do-anything-about-it/). *WITF*. Retrieved July 20, 2020.
66. Marroni, Steve (July 22, 2020). "Rally held at Capitol to protest mask mandates, Gov. Wolf's coronavirus restrictions" (https://www.pennlive.com/news/2020/07/rally-held-at-capitol-to-protest-mask-mandates-gov-wolfs-coronavirus-restrictions.html). *PennLive*. Retrieved July 24, 2020.
67. Whittaker, John (March 1, 2022). "Bill would allow off-label drugs to treat COVID-19" (https://www.timesobserver.com/news/local-news/2022/03/bill-would-allow-off-label-drugs-to-treat-covid-19/). *Times Observer*. Retrieved May 31, 2022.
68. Hinks, Timothy S C; Cureton, Lucy; Knight, Ruth; Wang, Ariel; Cane, Jennifer L; Barber, Vicki S; Black, Joanna; Dutton, Susan J; Melhorn, James; Jabeen, Maisha; Moss, Phil; Garlapati, Rajendar; Baron, Tanya; Johnson, Graham; Cantle, Fleur; Clarke, David; Elkhodair, Samer; Underwood, Jonathan; Lasserson, Daniel; Pavord, Ian D; Morgan, Sophie; Richards, Duncan (October 2021). "Azithromycin versus standard care in patients with mild-to-moderate COVID-19 (ATOMIC2): an open-label, randomised trial" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8270523). *The Lancet Respiratory Medicine*. **9** (10): 1130–1140. doi:10.1016/S2213-2600(21)00263-0 (https://doi.org/10.1016%2FS2213-2600%2821%2900263-0). ISSN 2213-2600 (https://search.worldcat.org/issn/2213-2600). PMC 8270523 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8270523). PMID 34252378 (https://pubmed.ncbi.nlm.nih.gov/34252378). S2CID 235779746 (https://api.semanticscholar.org/CorpusID:235779746).
69. López-Medina, Eduardo; López, Pío; Hurtado, Isabel C.; Dávalos, Diana M; Ramirez, Oscar; Martínez, Ernesto; Díazgranados, Jesus A.; Oñate, José M.; Chavarriaga, Hector; Herrera, Sócrates; Parra, Beatriz; Libreros, Gerardo; Jaramillo, Roberto; Avendaño, Ana C.; Toro, Dilian F.; Torres, Miyerlandi; Lesmes, Maria C.; Rios, Carlos A.; Caicedo, Isabella (April 13, 2021). "Effect of Ivermectin on Time to Resolution of Symptoms Among Adults With Mild COVID-19: A Randomized Clinical Trial" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7934083). *JAMA*. **325** (14): 1426–1435. doi:10.1001/jama.2021.3071 (https://doi.org/10.1001%2Fjama.2021.3071). PMC 7934083 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7934083). PMID 33662102 (https://pubmed.ncbi.nlm.nih.gov/33662102).
70. Popp, Maria; Reis, Stefanie; Schießer, Selina; Hausinger, Renate Ilona; Stegemann, Miriam; Metzendorf, Maria-Inti; Kranke, Peter; Meybohm, Patrick; Skoetz, Nicole; Weibel, Stephanie (June 21, 2022). "Ivermectin for preventing and treating COVID-19" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9215332). *The Cochrane Database of Systematic Reviews*. **2022** (6) CD015017. doi:10.1002/14651858.CD015017.pub3 (https://doi.org/10.1002%2F14651858.CD015017.pub3). ISSN 1469-493X (https://search.worldcat.org/issn/1469-493X). PMC 9215332 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9215332). PMID 35726131 (https://pubmed.ncbi.nlm.nih.gov/35726131).
71. Axfors, Cathrine; Schmitt, Andreas M.; Janiaud, Perrine; van't Hooft, Janneke; Abd-Elsalam, Sherief; Abdo, Ehab F.; Abella, Benjamin S.; Akram, Javed; Amaravadi, Ravi K.; Angus, Derek C.; Arabi, Yaseen M.; Azhar, Shehnoor; Baden, Lindsey R.; Baker, Arthur W.; Belkhir, Leila; Benfield, Thomas; Berrevoets, Marvin A. H.; Chen, Cheng-Pin; Chen, Tsung-Chia; Cheng, Shu-Hsing; Cheng, Chien-Yu; Chung, Wei-Sheng; Cohen, Yehuda Z.; Cowan, Lisa N.; Dalgard, Olav; de Almeida e Val, Fernando F.; de Lacerda, Marcus V. G.; de Melo, Gisely C.; Derde, Lennie; Dubee, Vincent; Elfakir, Anissa; Gordon, Anthony C.; Hernandez-Cardenas, Carmen M.; Hills, Thomas; Hoepelman, Andy I. M.; Huang, Yi-Wen; Igau, Bruno; Jin, Ronghua; Jurado

M., Hills, Thomas; Hoepelman, Andy I. M.; Huang, Yi-Wen; Igau, Bruno; Jin, Ronghua; Jurado-Camacho, Felipe; Khan, Khalid S.; Kremsner, Peter G.; Kreuels, Benno; Kuo, Cheng-Yu; Le, Thuy; Lin, Yi-Chun; Lin, Wu-Pu; Lin, Tse-Hung; Lyngbakken, Magnus Nakrem; McArthur, Colin; McVerry, Bryan J.; Meza-Meneses, Patricia; Monteiro, Wuelton M.; Morpeth, Susan C.; Mourad, Ahmad; Mulligan, Mark J.; Murthy, Srinivas; Naggie, Susanna; Narayanasamy, Shanti; Nichol, Alistair; Novack, Lewis A.; O'Brien, Sean M.; Okeke, Nwora Lance; Perez, Léna; Perez-Padilla, Rogelio; Perrin, Laurent; Remigio-Luna, Arantxa; Rivera-Martinez, Norma E.; Rockhold, Frank W.; Rodriguez-Llamazares, Sebastian; Rolfe, Robert; Rosa, Rossana; Røsjø, Helge; Sampaio, Vanderson S.; Seto, Todd B.; Shahzad, Muhammad; Soliman, Shaimaa; Stout, Jason E.; Thirion-Romero, Ireri; Troxel, Andrea B.; Tseng, Ting-Yu; Turner, Nicholas A.; Ulrich, Robert J.; Walsh, Stephen R.; Webb, Steve A.; Weehuizen, Jesper M.; Velinova, Maria; Wong, Hon-Lai; Wrenn, Rebekah; Zampieri, Fernando G.; Zhong, Wu; Moher, David; Goodman, Steven N.; Ioannidis, John P. A.; Hemkens, Lars G. (December 2021). "Mortality outcomes with hydroxychloroquine and chloroquine in COVID-19 from an international collaborative meta-analysis of randomized trials" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8050319). *Nature Communications*. **12** (1): 2349. Bibcode:2021NatCo..12.2349A (https://ui.adsabs.harvard.edu/abs/2021NatCo..12.2349A). doi:10.1038/s41467-021-22446-z (https://doi.org/10.1038%2Fs41467-021-22446-z). PMC 8050319 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8050319). PMID 33859192 (https://pubmed.ncbi.nlm.nih.gov/33859192).

72. Reis, Gilmar; Moreira Silva, Eduardo Augusto dos Santos; Medeiros Silva, Daniela Carla; Thabane, Lehana; Singh, Gurmit; Park, Jay J. H.; Forrest, Jamie I.; Harari, Ofir; Quirino dos Santos, Castilho Vitor; Guimarães de Almeida, Ana Paula Figueiredo; Figueiredo Neto, Adhemar Dias de; Savassi, Leonardo Cançado Monteiro; Milagres, Aline Cruz; Teixeira, Mauro Martins; Simplicio, Maria Izabel Campos; Ribeiro, Luciene Barra; Oliveira, Rosemary; Mills, Edward J. (April 22, 2021). "Effect of Early Treatment With Hydroxychloroquine or Lopinavir and Ritonavir on Risk of Hospitalization Among Patients With COVID-19: The TOGETHER Randomized Clinical Trial" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8063069). *JAMA Network Open*. **4** (4): e216468. doi:10.1001/jamanetworkopen.2021.6468 (https://doi.org/10.1001%2Fjamanetworkopen.2021.6468). PMC 8063069 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8063069). PMID 33885775 (https://pubmed.ncbi.nlm.nih.gov/33885775).
73. Self, Wesley H.; et al. (December 1, 2020). "Effect of Hydroxychloroquine on Clinical Status at 14 Days in Hospitalized Patients With COVID-19: A Randomized Clinical Trial" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7653542). *JAMA*. **324** (21): 2165–2176. doi:10.1001/jama.2020.22240 (https://doi.org/10.1001%2Fjama.2020.22240). PMC 7653542 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7653542). PMID 33165621 (https://pubmed.ncbi.nlm.nih.gov/33165621).
74. Dealno, Jon (July 26, 2022). "Doug Mastriano's plan to allow armed teachers and staff in schools brings strong reaction from Josh Shapiro" (https://www.cbsnews.com/pittsburgh/news/doug-mastriano-plan-to-allow-armed-teachers-strong-reaction-josh-shapiro/). *CBS 2*. Retrieved September 22, 2022.
75. Mastriano, Doug (December 5, 2019). "Op-Ed: MS4 Regulations – Dangerous Overreach by the Harrisburg Bureaucracy" (https://web.archive.org/web/20210419095623/https://senatormastriano.com/2019/12/05/op-ed-ms4-regulations-dangerous-overreach-by-the-harrisburg-bureaucracy/). *Senator Doug Mastriano*. Archived from the original (https://senatormastriano.com/2019/12/05/op-ed-ms4-regulations-dangerous-overreach-by-the-harrisburg-bureaucracy/) on April 19, 2021. Retrieved May 8, 2022.
76. Creitz, Charles (November 6, 2020). "Pennsylvania voters 'no longer feel secure' about

elections, GOP state lawmaker claims" (https://www.foxnews.com/politics/pennsylvania-voters-no-longer-feel-secure-about-elections-gop-state-lawmaker-claims). *Fox News*. Retrieved November 30, 2020.

77. O'Laughlin, Lindsey (November 10, 2020). "State GOP lawmakers call for election audit after Trump's fraud claims" (https://www.yorkdispatch.com/story/news/2020/11/09/state-gop-lawmakers-call-election-audit-after-trumps-fraud-claims/6189591002/). *York Dispatch*. Retrieved November 30, 2020.
78. "Media Advisory: Mastriano and Senate Majority Policy Committee to vet Election Issues" (https://web.archive.org/web/20201124200902/https://senatormastriano.com/2020/11/24/media-advisory-mastriano-and-senate-majority-policy-committee-to-vet-election-issues/). *Senator Doug Mastriano*. November 24, 2020. Archived from the original on November 24, 2020. Retrieved November 30, 2020.
79. Sholtis, Brett (December 3, 2020). "As GOP State Senators Held Public Event, White House Warned Of COVID 'Red-Zone' " (https://www.wesa.fm/post/gop-state-senators-held-public-event-white-house-warned-covid-red-zone#stream/0). *WITF* – via WESA.
80. PA Senate GOP [@PASenateGOP] (November 24, 2020). "Wednesday @ 12:30 p.m., the #PASenate Majority Policy Committee, chaired by @SenatorArgall, will hold an informational meeting on 2020 election issues. Members will meet in Gettysburg and remotely. Streamed live @ http://PASenateGOP.com" (https://x.com/PASenateGOP/status/1331324547111530499) (Tweet) – via Twitter.
81. "Trump Cancels Trip To PA GOP Election Meeting: Reports" (https://news.yahoo.com/trump-giuliani-cancel-trip-pa-155538596.html). *news.yahoo.com*. November 26, 2020. Retrieved November 28, 2020.
82. Couloumbis, Angela (December 12, 2020). " 'Mistakes were made' at Mastriano's maskless election hearing, Pa. Senate leader says" (https://www.gettysburgtimes.com/news/spotlight_pa/article_59e1207a-be40-54d3-9bb4-7228526c4c9e.html). *The Gettysburg Times*.
83. Scolforo, Mark (November 29, 2020). "Source: Pa. lawmaker gets a positive test at Trump meeting" (https://apnews.com/article/joe-biden-donald-trump-pennsylvania-gettysburg-coronavirus-pandemic-70354ddc031781fb7ee476809a6b67db). *AP News*. Retrieved November 30, 2020.
84. Bender, William; Couloumbis, Angela (November 26, 2020). "President Trump invited Pa. lawmakers to the White House. Then everyone went silent" (https://www.inquirer.com/news/president-trump-invited-pa-lawmakers-white-house-then-everyone-went-silent-20201126.html). *The Philadelphia Inquirer*. Retrieved November 28, 2020.
85. Mastriano, Doug; Arnold, David J. Jr.; Brooks, Michele; Scavello, Mario M. (November 27, 2020). "Senate Co-Sponsorship Memoranda: Memorandum: Resolution: Disputing the 2020 General Election" (https://www.legis.state.pa.us/cfdocs/Legis/CSM/showMemoPublic.cfm?chamber=S&SPick=20190&cosponId=32629&mobile_choice=suppress).
86. Mastriano, Doug [@SenMastriano] (November 28, 2020). "Thread: There is mounting evidence that the PA presidential election was compromised. If this is the case, under Article II, Section 1.2 of the US Constitution, the state legislature has the sole authority to direct the manner of selecting delegates to the Electoral College. (1) // This power was given to the state legislature for the purpose of safeguarding the appointment of our President, specifically contemplating corruption and ensuring that the people are not disenfranchised through a corrupt election process. (2) // Therefore, we are introducing a Resolution to exercise our obligation and

authority to appoint delegates to the Electoral College. (3)" (https://x.com/SenMastriano/status/1332666953350205441) (Tweet) – via Twitter.

87. The Dispatch Editorial Board (December 3, 2020). "Editorial: Mastriano isn't a hack. He's much worse" (https://www.yorkdispatch.com/story/opinion/editorials/2020/12/02/editorial-mastriano-isnt-hack-hes-much-worse/3792077001/). *York Dispatch*. Retrieved December 3, 2020.
88. Seidman, Andrew (December 5, 2020). "A Pa. senator gets a political boost from pushing Trump's false election claims — with 2022 in sight" (https://www.inquirer.com/politics/pennsylvania/doug-mastriano-pennsylvania-election-20201205.html). *The Philadelphia Inquirer*.
89. Prose, J.D. (December 9, 2020). "Handicapping Pa.'s 2022 gubernatorial race: As year comes to a close, plenty of contenders" (https://www.timesonline.com/story/news/politics/elections/2020/12/09/pa-governors-race-2022-drawing-interest-many-both-sides-shapiro-mastriano-fetterman/6498004002/). *The Beaver County Times*.
90. Mastriano, Doug (December 11, 2020). "Sen. Mastriano: I'm trying to prevent Gov. Wolf from hijacking the election (opinion)" (https://www.ydr.com/story/opinion/2020/12/11/sen-mastriano-im-trying-prevent-gov-wolf-hijacking-election/6512785002/). *York Daily Record*.
91. Scolforo, Mark; Levy, Marc (December 1, 2020). "After White House test, Pa. senator calls COVID-19 case mild" (https://apnews.com/article/joe-biden-donald-trump-pennsylvania-glenn-beck-gettysburg-8089351fd9bed02a5b6066612124fb4c). *AP News*. Retrieved December 4, 2020.
92. Gorsegner, Michael (December 1, 2020). "Pennsylvania State Senator Judy Ward announces positive COVID-19 test" (https://www.msn.com/en-us/news/politics/pennsylvania-state-senator-judy-ward-announces-positive-covid-19-test/ar-BB1bwenE). *21 News WFMJ* – via MSN.
93. "Sen. Judy Ward" (https://www.facebook.com/SenJudyWard/posts/2923008727956116). November 30, 2020 – via Facebook.
94. Scolforo, Mark; Levy, Marc (December 1, 2020). "After White House test, Pa. senator calls COVID-19 case mild" (https://apnews.com/article/joe-biden-donald-trump-pennsylvania-glenn-beck-gettysburg-8089351fd9bed02a5b6066612124fb4c). *AP News*.
95. Calefati, Jessica (December 7, 2020). "Fact-checking false claims about Pennsylvania's presidential election by Trump and his allies" (https://www.inquirer.com/politics/election/pennsylvania-election-results-trump-fraud-fact-check-20201206.html). *The Philadelphia Inquirer*.
96. "Pres. Donald Trump Talks With Eric About 'The Greatest Scam In The History Of Our Country' " (https://www.youtube.com/watch?feature=youtu.be&v=c3MAz7Pvp_o). *The Eric Metaxas Show*. November 30, 2020 – via YouTube.
97. Fearnow, Benjamin (December 6, 2020). "Rudy Giuliani Tests Positive for COVID-19 After Attending a Number of Election Hearings Maskless" (https://www.newsweek.com/rudy-giuliani-tests-positive-covid-19-after-attending-number-election-hearings-maskless-1552703). *Newsweek*.
98. Meyer, Katie; Bryan, Miles; Briggs, Ryan (January 12, 2021). "Mastriano campaign spent thousands on buses ahead of D.C. insurrection" (https://whyy.org/articles/mastriano-campaign-spent-thousands-on-buses-ahead-of-d-c-insurrection/). *WHYY*.
99. Dil, Cuneyt (January 6, 2021). "West Virginia delegate records himself storming U.S. Capitol" (https://apnews.com/article/social-media-electoral-college-west-virginia-media-7c5635060b39f41337229511a26ed61d). *AP News*. Retrieved January 7, 2021.
100. "State Sen. Doug Mastriano tells supporters to stand down" (https://www.yorkdispatch.com/story/news/2021/01/14/state-sen-doug-mastriano-tells-supporters-stand-down/4157659001/). *York*

*Dispatch*. January 14, 2021.

101. Roebuck, Jeremy; Seidman, Andrew (May 25, 2021). "Pa. GOP lawmaker Doug Mastriano says he left the Capitol area before the riot. New videos say otherwise" (https://www.inquirer.com/news/doug-mastriano-capitol-riot-pennslyvania-video-20210525.html). *The Philadelphia Inquirer*. Archived (https://web.archive.org/web/20210526131656/https://www.inquirer.com/news/doug-mastriano-capitol-riot-pennslyvania-video-20210525.html) from the original on May 26, 2021. Retrieved May 26, 2021.
102. 'I was a moderating force,' says controversial Pa. GOP Senator Doug Mastriano in interview (https://www.abc27.com/news/this-week-in-pennsylvania/i-was-a-moderating-force-says-controversial-pa-gop-senator-doug-mastriano-in-interview/), *ABC27*, Dennis Owens, June 8, 2021. Retrieved June 22, 2021.
103. Harvey, Josephine (May 25, 2021). "Videos Contradict State Lawmaker's Claim He Left Capitol While It Was 'Still Peaceful' " (https://www.huffpost.com/entry/doug-mastriano-capitol-riot_n_60ac5e99e4b019ef10de09c7). *HuffPost*. Retrieved June 29, 2021.
104. Dunklau, Sam (May 28, 2021). "Pa. Sen. Mastriano unlikely to face consequences over newly released Jan. 6 videos at the Capitol" (https://www.witf.org/2021/05/28/pa-sen-doug-mastriano-unlikely-to-face-consequences-over-newly-released-jan-6-videos/). *WITF-TV*. Retrieved May 16, 2022.
105. Cohen, Zachary; Reid, Paula (June 2, 2022). "Trump-backed gubernatorial candidate was questioned by FBI after photos emerged of him on January 6" (https://www.cnn.com/2022/06/02/politics/doug-mastriano-january-6-committee/index.html). *CNN*. Retrieved July 12, 2022.
106. "Capitol Breach Cases" (https://web.archive.org/web/20211104225001/https://www.justice.gov/usao-dc/capitol-breach-cases). *www.justice.gov*. February 4, 2021. Archived from the original (https://www.justice.gov/usao-dc/capitol-breach-cases) on November 4, 2021. Retrieved July 12, 2022.
107. Sholtis, Brett (December 30, 2022). "Doug Mastriano 'apparently' called Mike Pence on the day of the insurrection" (https://whyy.org/articles/doug-mastriano-jan-6-mike-pence-call-transcript/). *WHYY*. Retrieved January 21, 2023.
108. "Arizona GOP Election Audit Draws More Republican Politicians" (https://www.usnews.com/news/politics/articles/2021-06-02/arizona-gop-election-audit-draws-republican-politicians). *U.S. News & World Report*. Associated Press. June 2, 2021. Retrieved June 9, 2021.
109. Corse, Alexa (May 23, 2021). "The Republican-majority Maricopa County board says the audit ordered by Senate leaders is a mismanaged 'spectacle' " (https://www.wsj.com/articles/arizona-election-audit-to-resume-amid-gop-infighting-11621785600). *Wall Street Journal*. Retrieved June 10, 2021.
110. Cooper, Jonathan J.; Christie, Bob (May 10, 2021). "Inside Arizona's election audit, GOP fraud fantasies live on" (https://apnews.com/article/arizona-election-recount-b38a9205c306796f914d62bbad601587). *Associated Press*. Retrieved June 10, 2021.
111. "Wake Technology Services audited a Pennsylvania election as part of the #StopTheSteal movement" (https://www.azmirror.com/2021/05/21/wake-technology-services-audited-a-pennsylvania-election-as-part-of-the-stopthesteal-movement/). *Arizona Mirror*. May 21, 2021. Retrieved June 10, 2021.
112. Solender, Andrew (June 3, 2021). "Trump Reportedly Thinks Audits Will Lead To Reinstatement Of Defeated GOP Senators" (https://www.forbes.com/sites/andrewsolender/2021/06/03/trump-reportedly-thinks-audits-will-lead-to-reinstatement-of-defeated-gop-senators/?sh

=7d47f6cc661f). *Forbes Magazine*. Retrieved June 9, 2021.

113. Giles, Ben (May 6, 2021). "Justice Department: Arizona Senate Audit, Recount May Violate Federal Law" (https://www.npr.org/2021/05/06/994246426/justice-department-shares-concerns-with-arizona-senate-audit-recount). *National Public Radio*. Retrieved June 9, 2021.
114. Epstein, Reid J.; Corasaniti, Nick (May 24, 2021). "Long After Trump's Loss, a Push to Inspect Ballots Persists" (https://www.nytimes.com/2021/05/24/us/politics/georgia-election-recount.html). *The New York Times*. Retrieved June 10, 2021.
115. Walsh, Joe (November 20, 2020). "Who Is Sidney Powell? Meet Trump's New Top Conspiracy Theorist" (https://www.forbes.com/sites/joewalsh/2020/11/20/who-is-sidney-powell-meet-trumps-new-top-conspiracy-theorist/?sh=2ed589a51f9d). *Forbes*. Archived (https://web.archive.org/web/20201121172738/https://www.forbes.com/sites/joewalsh/2020/11/20/who-is-sidney-powell-meet-trumps-new-top-conspiracy-theorist/?sh=2ed589a51f9d) from the original on November 21, 2020. Retrieved November 21, 2020.
116. Helderman, Rosalind S. (June 6, 2021). " 'It was like this rogue thing': How the push by Trump allies to undermine the 2020 results through ballot reviews started quietly in Pennsylvania" (https://www.washingtonpost.com/politics/pennsylvania-2020-ballot-audits/2021/06/06/4e456952-bfe0-11eb-b26e-53663e6be6ff_story.html). *The Washington Post*. Retrieved June 18, 2021.
117. Seldman, Andrew (February 15, 2022). "Doug Mastriano was subpoenaed by the committee investigating the Jan. 6 Capitol attack" (https://www.inquirer.com/politics/election/doug-mastriano-subpoena-jan-6-capitol-attack-20220215.html). *The Philadelphia Inquirer*. Retrieved February 23, 2022.
118. Doug Mastriano will be interviewed by the Jan. 6 congressional committee and he provided some documents (https://www.inquirer.com/news/doug-mastriano-jan-6-committee-insurrection-pennsylvania-governor-20220602.html), *Philadelphia Inquirer*, Chris Brennan, June 2, 2022. Retrieved June 2, 2022.
119. Seidman, Andrew (June 28, 2022). "Doug Mastriano is sticking to his MAGA playbook in the general election for Pa. governor" (https://www.inquirer.com/politics/election/doug-mastriano-pennsylvania-governor-race-2022-maga-trump-20220628.html). *The Philadelphia Inquirer*. Retrieved July 12, 2022.
120. Swan, Betsy Woodruff (September 1, 2022). "Trump-aligned Pa. governor nominee Mastriano sues Jan. 6 committee" (https://www.politico.com/news/2022/09/01/mastriano-lawsuit-jan6-committee-00054554). *Politico*. Retrieved September 5, 2022.
121. Caruso, Stephen (January 19, 2024). "What's next for the Jan. 6th ethics complaint against Doug Mastriano" (https://www.spotlightpa.org/news/2024/01/pennsylvania-us-capitol-insurrection-doug-mastriano-ethics-complaint/). *Spotlight PA*. Retrieved January 20, 2024.
122. "Doug Mastriano is waiting on a financial sign from God about running for governor" (https://www.inquirer.com/politics/clout/state-senator-doug-mastriano-2022-race-governor-republican-lou-barletta-jake-corman-20211022.html). *The Philadelphia Inquirer*. October 22, 2021. Retrieved May 14, 2022.
123. Levy, Marc (May 10, 2022). "GOP fears far-right candidate will be PA governor nominee" (https://apnews.com/article/abortion-2022-midterm-elections-covid-health-pennsylvania-854dc3d0559708896beffc40b35682b2). *AP News*. Retrieved May 17, 2022.
124. "Mastriano announces candidacy for Pennsylvania governor" (https://apnews.com/article/elections-pennsylvania-campaigns-presidential-elections-election-2020-165fa34683cdc90ab3853118257c0a5c). *Associated Press*. January 8, 2022. Retrieved January 9, 2022.

125. Seidman, Andrew (May 12, 2022). "Lou Barletta is getting new support in the governor's race as GOP leaders try to stop Doug Mastriano" (https://www.inquirer.com/politics/election/lou-barletta-endorsements-pa-governor-race-20220512.html). *inquirer.com*. Retrieved May 12, 2022.
126. Jennings, Natalie (May 20, 2022). "Doug Mastriano really believes Trump's lies about 2020. He also might be Pennsylvania's next governor" (https://www.vox.com/2022/5/20/23132676/doug-mastriano-pennsylvania). *Vox*. Retrieved July 24, 2022.
127. Kaylor, Brian; Underwood, Beau. "Christian Nationalism as the Keystone" (https://publicwitness.wordandway.org/p/christian-nationalism-as-the-keystone). A Public Witness. Retrieved May 14, 2022.
128. Smith, Allan; Gomez, Henry J. (May 12, 2022). "Doug Mastriano's far-right path to front-runner status upends Pa.'s GOP primary for governor" (https://www.nbcnews.com/politics/2022-election/doug-mastrianos-far-right-path-front-runner-status-upends-pas-gop-prim-rcna28389). *NBC News*. Retrieved May 17, 2022.
129. Stelter, Brian (May 9, 2022). "Analysis: Candidates in Republican primaries are trying to dodge journalists" (https://www.cnn.com/2022/05/09/media/midterm-campaigns-reliable-sources/index.html). *CNN*. Retrieved May 17, 2022.
130. Mueller, Julia (November 13, 2022). "Mastriano concedes to Shapiro, calls for election reform" (https://thehill.com/homenews/campaign/3733639-mastriano-concedes-to-shapiro-calls-for-election-reform/). *The Hill*. Retrieved November 14, 2022.
131. Vaillancourt, William (November 12, 2022). "Fetterman's Republican Predecessor Turns on Trump After Dr. Oz' Big Loss" (https://www.thedailybeast.com/john-fettermans-republican-predecessor-pat-toomey-blames-trump-for-dr-oz-big-loss). *The Daily Beast*. Retrieved July 10, 2023.
132. "Doug Mastriano has been consistent about his abortion views for years" (https://www.witf.org/2022/09/28/doug-mastriano-has-been-consistent-about-his-abortion-views-for-years/). *WITF*. September 28, 2022. Retrieved October 29, 2022.
133. Glueck, Katie (September 27, 2022). "Mastriano Said in 2019 That His Bill Would Treat Abortions as Murder" (https://www.nytimes.com/2022/09/27/us/politics/doug-mastriano-abortion-murder.html). *The New York Times*. ISSN 0362-4331 (https://search.worldcat.org/issn/0362-4331). Retrieved October 29, 2022.
134. Reyes, Juliana Feliciano; Seidman, Andrew (May 4, 2022). "Doug Mastriano embodies a Christian nationalist movement as he runs for governor: 'We have the power of God' " (https://www.inquirer.com/politics/doug-mastriano-governor-christian-nationalism-qanon-20220504.html). *The Philadelphia Inquirer*. Retrieved May 17, 2022.
135. Potter, Chris (September 28, 2022). "Doug Mastriano doubles down on abortion restrictions during Pa. governor race - WHYY" (https://whyy.org/articles/doug-mastriano-abortion-restrictions-pa-governor-race/). WHYY.org. Retrieved October 24, 2022.
136. Smith, Allan (September 27, 2022). "In 2019, Doug Mastriano said women who violated proposed abortion ban should be charged with murder" (https://www.nbcnews.com/politics/doug-mastriano-said-2019-women-violated-proposed-abortion-ban-charged-rcna49601/). *NBC News*. Retrieved September 27, 2022.
137. Phillips, Amber. "Who is Doug Mastriano, the GOP nominee for governor in Pennsylvania?" (https://www.washingtonpost.com/politics/2022/05/18/doug-mastriano-republican-pennsylvania/). *The Washington Post*. Retrieved May 18, 2022.
138. Orso, Anna. "The next Pa. governor will decide the future of abortion here. Shapiro and

Mastriano's records are wildly different" (https://www.inquirer.com/politics/inq2/josh-shapiro-doug-mastriano-abortion-20220705.html). *The Philadelphia Inquirer*. Retrieved July 21, 2022.

139. "Josh Shapiro is the clear choice for Pennsylvania governor" (https://www.inquirer.com/opinion/editorials/josh-shapiro-pennsylvania-governor-2022-endorsement-20221009.html). *The Philadelphia Inquirer*. October 9, 2022. Retrieved October 9, 2022.
140. McGoldrick, Gillian. "Josh Shapiro's campaign, in first ad of $16.9 million buy, declares Doug Mastriano's anti-abortion, anti-LGBTQ beliefs 'too risky for Pa.' " (https://www.post-gazette.com/news/politics-state/2022/09/06/josh-shapiro-doug-mastriano-campaign-ads-abortion-lgbtq-stance-duolingo-roe-v-wade/stories/202209060067). *Pittsburgh Post-Gazette*. Retrieved September 6, 2022.
141. "Mastriano leads rise in Christian nationalism among GOP candidates" (https://www.pennlive.com/news/2022/05/mastriano-leads-rise-in-christian-nationalism-among-gop-candidates.html). Associated Press. May 29, 2022. Retrieved July 3, 2022.
142. Siders, David (June 10, 2022). " 'Comes Across as a Cult Guy': The Pennsylvania Candidate Freaking Out Both the Left and the Right" (https://www.politico.com/news/magazine/2022/06/10/doug-mastriano-pennsylvania-governor-profile-00038187). *Politico Magazine*. Retrieved July 3, 2022.
143. Bender, William (August 19, 2022). "Doug Mastriano's comments on Islam and climate change resurface, the latest hit for his campaign" (https://www.inquirer.com/politics/election/doug-mastriano-islam-global-warming-2018-governor-pennsylvania-20220819.html). *The Philadelphia Inquirer*. Retrieved August 20, 2022.
144. "U.S. finds no evidence flaws in Dominion voting machines were ever exploited" (https://www.cbsnews.com/news/dominion-voting-machines-2020-election-cisa/). Retrieved July 18, 2022.
145. Levy, Marc (June 2, 2022). "Explainer: Can Pa. gubernatorial nominee Doug Mastriano make voters re-register?" (https://www.post-gazette.com/news/politics-state/2022/06/02/doug-mastriano-re-register-to-vote-2022-pa-governor-race-explainer-federal-voting-law/stories/202206020107). *Pittsburgh Post-Gazette*. Associated Press. Retrieved June 2, 2022.
146. Dawsey, Josh. "Doug Mastriano's Pa. victory could give 2020 denier oversight of 2024" (https://www.washingtonpost.com/politics/2022/05/18/doug-mastrianos-pa-victory-could-give-2020-denier-oversight-2024/). *The Washington Post*. Retrieved May 19, 2022.
147. Bender, William (July 18, 2022). "Doug Mastriano is deleting his videos from Facebook as he runs for Pa. governor" (https://www.inquirer.com/news/facebook-pennsylvania-governor-mastriano-abortion-climate-20220718.html). *The Philadelphia Inquirer*. Retrieved July 18, 2022.
148. Cook, John; Oreskes, Naomi; Doran, Peter T.; Anderegg, William R. L.; et al. (2016). "Consensus on consensus: a synthesis of consensus estimates on human-caused global warming" (https://doi.org/10.1088%2F1748-9326%2F11%2F4%2F048002). *Environmental Research Letters*. **11** (4) 048002. Bibcode:2016ERL....11d8002C (https://ui.adsabs.harvard.edu/abs/2016ERL....11d8002C). doi:10.1088/1748-9326/11/4/048002 (https://doi.org/10.1088%2F1748-9326%2F11%2F4%2F048002). hdl:1983/34949783-dac1-4ce7-ad95-5dc0798930a6 (https://hdl.handle.net/1983%2F34949783-dac1-4ce7-ad95-5dc0798930a6).
149. Powell, James Lawrence (November 20, 2019). "Scientists Reach 100% Consensus on Anthropogenic Global Warming" (https://journals.sagepub.com/doi/abs/10.1177/0270467619886266). *Bulletin of Science, Technology & Society*. **37** (4): 183–184. doi:10.1177/0270467619886266 (https://doi.org/10.1177%2F0270467619886266). S2CID 213454806 (https://api.semanticscholar.org/CorpusID:213454806). Retrieved November 15, 2020.

November 15, 2020.

150. Lynas, Mark; Houlton, Benjamin Z.; Perry, Simon (October 19, 2021). "Greater than 99% consensus on human caused climate change in the peer-reviewed scientific literature" (https://doi.org/10.1088%2F1748-9326%2Fac2966). *Environmental Research Letters*. **16** (11): 114005. Bibcode:2021ERL....16k4005L (https://ui.adsabs.harvard.edu/abs/2021ERL....16k4005L). doi:10.1088/1748-9326/ac2966 (https://doi.org/10.1088%2F1748-9326%2Fac2966). S2CID 239032360 (https://api.semanticscholar.org/CorpusID:239032360).
151. Myers, Krista F.; Doran, Peter T.; Cook, John; Kotcher, John E.; Myers, Teresa A. (October 20, 2021). "Consensus revisited: quantifying scientific agreement on climate change and climate expertise among Earth scientists 10 years later" (https://doi.org/10.1088%2F1748-9326%2Fac2774). *Environmental Research Letters*. **16** (10): 104030. Bibcode:2021ERL....16j4030M (https://ui.adsabs.harvard.edu/abs/2021ERL....16j4030M). doi:10.1088/1748-9326/ac2774 (https://doi.org/10.1088%2F1748-9326%2Fac2774). S2CID 239047650 (https://api.semanticscholar.org/CorpusID:239047650).
152. Lakhani, Nina; Milman, Oliver (November 4, 2022). "Republican candidates on climate: 'fake science' to 'carbon is healthy' " (https://www.theguardian.com/us-news/2022/nov/04/republican-democrat-candidates-climate-crisis). *The Guardian*. Archived (https://web.archive.org/web/20221104115008/https://www.theguardian.com/us-news/2022/nov/04/republican-democrat-candidates-climate-crisis) from the original on November 4, 2022.
153. Meyer, Katie (August 24, 2022). "Slashed funding, equity, parent choice: Pa. gov candidates have hugely different education plans" (https://whyy.org/articles/pa-2022-election-governor-candidates-shapiro-mastriano-education-plans/). *WHYY-FM*. Retrieved August 25, 2022.
154. Shoaib, Alia (October 2, 2022). "Doug Mastriano bizarrely pledged to ban pole dancing from schools if he is elected governor of Pennsylvania" (https://www.businessinsider.com/doug-mastriano-said-he-would-ban-pole-dancing-from-pennsylvania-schools-2022-10). *Insider Inc.* Retrieved October 2, 2022.
155. "Trump moves to general election mode with Pennsylvania rally" (https://apnews.com/article/abortion-2022-midterm-elections-donald-trump-presidential-pennsylvania-a4ff7b3916db0f2babf439f5c9e8184b). *Associated Press*. September 3, 2022.
156. "Doug Mastriano: is the Trump-backed election denier too extreme to win?" (https://www.theguardian.com/us-news/2022/oct/24/doug-mastriano-pennsylvania-republicans-trump-governor). *The Guardian*. October 24, 2022. Retrieved October 26, 2022.
157. "Doug Mastriano, Republican for State Senate" (https://web.archive.org/web/20210322140034/https://fight4pa.com/). Archived from the original on March 22, 2021. Retrieved July 29, 2020.
158. McClure, Kelly (August 26, 2022). "Doug Mastriano says it's "disgusting" to discourage conversion therapy for LGBTQIA+ kids" (https://www.salon.com/2022/08/26/doug-mastriano-says-its-disgusting-to-discourage-conversion-therapy-for-lgbtqia-kids/). *Salon.com*. Retrieved August 26, 2022.
159. "Mastriano Announces Bill Prohibiting Pediatric Gender Transition Surgeries" (https://senatormastriano.com/2022/09/23/mastriano-announces-bill-prohibiting-pediatric-gender-transition-surgeries/). September 23, 2022. Retrieved October 21, 2022.
160. Bender, William (October 25, 2022). "The final days of Doug Mastriano's shoestring campaign: Is his 'army' of fans enough?" (https://www.inquirer.com/politics/pennsylvania/doug-mastriano-josh-shapiro-final-days-army-rallies-20221025.html). *The Philadelphia Inquirer*. Retrieved October 28, 2022.
161. Knuston, Jacob (May 14, 2022). "Trump endorses Doug Mastriano for governor of

161. Knuston, Jacob (May 14, 2022). "Trump endorses Doug Mastriano for governor of Pennsylvania" (https://axios.com/2022/05/14/trump-mastriano-pennsylvania-governor). *Axios*. Retrieved May 14, 2022.
162. "Here are the key primary election results from Pennsylvania" (https://www.npr.org/2022/05/17/1098065185/pennsylvania-primary-election-results). *NPR*. May 17, 2022. Retrieved May 18, 2022.
163. Weisman, Jonathan (June 16, 2022). "Democrats' Risky Bet: Aid G.O.P. Extremists in Spring, Hoping to Beat Them in Fall" (https://web.archive.org/web/20220905075301/https://www.nytimes.com/2022/06/16/us/politics/democrats-midterms-trump-gop.html). *The New York Times*. Archived from the original (https://www.nytimes.com/2022/06/16/us/politics/democrats-midterms-trump-gop.html) on September 5, 2022.
164. "Andrew Torba: Five Things to Know | ADL" (https://www.adl.org/resources/blog/andrew-torba-five-things-know-0). *Anti-Defamation League*. August 18, 2022. Retrieved October 18, 2022.
165. Mathias, Christopher (July 15, 2022). "Gab Was Key To The Tree Of Life Shooting. Doug Mastriano Seems To Be Paying It For Followers" (https://www.huffpost.com/entry/doug-mastriano-gab-andrew-torba_n_62d08787e4b02d3ecf3184b9). *HuffPost*. Retrieved July 15, 2022.
166. Bender, William (July 21, 2022). "A Jewish Republican group is denouncing Doug Mastriano's links to an extremist social-media site" (https://www.inquirer.com/politics/election/doug-mastriano-gab-republican-jewish-coalition-andrew-torba-20220721.html). *The Philadelphia Inquirer*. Retrieved July 23, 2022.
167. Morrison, Oliver (July 13, 2022). "GOP candidate for Pa. governor Mastriano paid $5,000 to the website used by the Tree of Life shooter" (https://www.wesa.fm/courts-justice/2022-07-13/gop-candidate-for-pa-governor-mastriano-paid-5-000-to-the-website-used-by-the-tree-of-life-shooter). *90.5 WESA*. Retrieved July 25, 2022.
168. Deto, Ryan (July 21, 2022). "Pittsburgh Jewish, Black leaders call out Doug Mastriano for ties to Gab social platform" (https://triblive.com/news/politics-election/pittsburgh-jewish-black-leaders-call-out-mastriano-for-ties-to-gab-social-platform/). *TribLIVE*. Retrieved July 25, 2022.
169. Joffree, Tzvi (July 26, 2022). "Jews, non-Christians not part of conservative movement - GOP candidate consultant" (https://www.jpost.com/american-politics/article-713128). *The Jerusalem Post*.
170. Deto, Ryan (July 29, 2022). "Doug Mastriano's Gab page removed, candidate responds to criticism of social media platform" (https://triblive.com/news/pennsylvania/doug-mastrianos-gab-page-removed-candidate-responds-to-criticism-of-social-media-platform/). *TribLIVE*. Retrieved August 1, 2022.
171. Kornbluh, Jacob (August 3, 2022). "Mastriano fights back against antisemitism accusations, citing use of shofar" (https://forward.com/fast-forward/512986/doug-mastriano-fights-back-against-antisemitism-accusations-citing-shofar/). *The Forward*. Retrieved October 4, 2022.
172. Smith, Allan (November 9, 2022). "Democrat Josh Shapiro defeats Republican Doug Mastriano in Pennsylvania governor's race" (https://www.nbcnews.com/politics/2022-election/josh-shapiro-declared-winner-2022-pennsylvania-governor-midterm-electi-rcna55169). *NBC News*. Retrieved November 9, 2022.
173. Epstein, Reid (September 26, 2022). "Mastriano's Sputtering Campaign: No TV Ads, Tiny Crowds, Little Money" (https://www.nytimes.com/2022/09/26/us/politics/doug-mastriano-campaign-pennsylvania.html). *The New York Times*. Retrieved August 20, 2022.
174. Brennan, Chris (August 15, 2022). "Josh Shapiro's new ads cite Doug Mastriano's ties to

antisemitic content on Gab" (https://www.inquirer.com/politics/election/doug-mastriano-josh-shapiro-george-soros-campaign-governor-20220815.html&int_promo=). *The Philadelphia Inquirer*. Retrieved August 20, 2022.

175. Fischler, Jacob (August 10, 2022). "DPa. Rep. Perry says feds seized his cell phone after search at Mar-a-Lago" (https://www.penncapital-star.com/dc-bureau/republicans-in-congress-line-up-behind-trump-after-he-says-fbi-searched-mar-a-lago/). *Pennsylvania Capital-Star*. Retrieved August 9, 2022.
176. Korbluh, Jacob (September 15, 2022). "PA governor race: Mastriano attacks Shapiro for going to Jewish day school" (https://forward.com/fast-forward/518163/doug-mastriano-josh-shapiro-jewish-day-school-antisemitism/). *The Forward*. Retrieved August 20, 2022.
177. Tornoe, Rob (September 16, 2022). "CNN's Jake Tapper rebukes Doug Mastriano's claims about Jewish school in Philly suburbs" (https://web.archive.org/web/20220916131319/https://www.inquirer.com/politics/pennsylvania/cnn-jake-tapper-doug-mastriano-josh-shapiro-jewish-school-philadelphia-20220916.html). *The Philadelphia Inquirer*. Archived from the original (https://www.inquirer.com/politics/pennsylvania/cnn-jake-tapper-doug-mastriano-josh-shapiro-jewish-school-philadelphia-20220916.html) on September 16, 2022. Retrieved November 9, 2022.
178. Samuels, Ben (October 12, 2022). "Hitler's Car Becomes Latest Scandal in Key Pennsylvania Election" (https://www.haaretz.com/us-news/2022-10-12/ty-article/.premium/hitlers-car-and-a-jewish-day-school-are-latest-scandals-in-key-pennsylvania-elections/00000183-c77b-d751-abff-cffb20e60000). *Haaretz*. Retrieved October 12, 2022.
179. Cohen, Benyamin (October 3, 2022). "New details about Trump-Kushner relationship leak ahead of blockbuster book release" (https://forward.com/forward-newsletters/forwarding-the-news/519998/new-details-about-trump-kushner-relationship-leak-ahead-of-blockbuster-book-release/). *The Forward*. Retrieved October 3, 2022.
180. Joffre, Tzvi (October 30, 2022). "GOP candidate Doug Mastriano's wife: 'We love Israel more than Jews' " (https://www.jpost.com/diaspora/antisemitism/article-721026). *The Jerusalem Post*. Retrieved October 30, 2022.
181. Bender, William (September 28, 2022). "As campaign struggles, Doug Mastriano plans '40 days of fasting and prayer' " (https://www.inquirer.com/news/doug-mastriano-fasting-prayer-campaign-rally-struggling-20220928.html). *The Philadelphia Inquirer*. Retrieved September 29, 2022.
182. Bender, William (October 16, 2022). "In a rare rebuke, two retired War College professors say Doug Mastriano is unfit to be governor" (https://www.inquirer.com/news/doug-mastriano-war-college-biddle-coplen-alvin-york-20221016.html). *The Philadelphia Inquirer*. Retrieved October 16, 2022.
183. Dale, Daniel (November 7, 2022). "Trump and other Republicans are already casting doubt on midterm results" (https://www.cnn.com/2022/11/06/politics/trump-midterms-casting-doubt-pennsylvania/index.html). *CNN*. Retrieved November 11, 2022.
184. Siwy, Bruce (November 11, 2022). "Doug Mastriano refuses to concede in Pa. amid new baseless allegations from Trump" (https://www.goerie.com/story/news/politics/elections/2022/11/11/doug-mastriano-not-conceding-pennsylvania-governor-race-josh-shapiro/69639736007/). *Erie Times-News*. Retrieved November 14, 2022.
185. Campisi, Jon (July 5, 2022). "Mastriano Supporters Seen Carrying Three Percenters Flag During Parade" (https://patch.com/pennsylvania/abington/mastriano-supporters-seen-carrying-three-percenters-flag-during-parade). *Patch.com*. Retrieved August 11, 2022.

186. Clarkson, Frederick (July 4, 2022). "He's on a mission from God: Pennsylvania GOP candidate Doug Mastriano's war with the world" (https://www.salon.com/2022/07/04/hes-on-a-mission-from-god-pennsylvania-candidate-doug-mastrianos-with-the-world/). *salon.com*. Retrieved September 19, 2022.
187. Hananoki, Eric (August 17, 2022). "Doug Mastriano's campaign 'prophet': Political executions are coming, Biden 'is no longer alive,' Pelosi drinks 'children's blood' " (https://www.mediamatters.org/qanon-conspiracy-theory/doug-mastriano-campaign-prophet-julie-green-political-executions-are-coming). *Media Matters for America*. Retrieved August 21, 2022.
188. Walker, Carl (August 20, 2022). " 'Flow from the pulpit:' The LifeGate church members providing security to Doug Mastriano" (https://lancasteronline.com/news/politics/flow-from-the-pulpit-the-lifegate-church-members-providing-security-to-doug-mastriano-video/article_df406aa2-1fe2-11ed-aeff-03f9ba26a060.html). *LNP*. Retrieved August 20, 2022.
189. "Hand Symbols, Raised Arms and QAnon Theme Music: How Recent Far-Right Rallies Took an Ominous Tone" (https://people.com/politics/donald-trump-doug-mastriano-rallies-spark-controversy-nazi-qanon-parallels/). *People*. September 20, 2022. Retrieved September 20, 2022.
190. Bender, William (September 20, 2022). "New 'prophet' on the campaign trial with Doug Mastriano is a prayer-coin salesman who calls Biden the 'antichrist' " (https://www.mcall.com/news/pennsylvania/mc-nws-pa-mastriano-campaign-preacher-20220920-uz2gbld7avba7owuzhxp5jppia-story.html). *The Philadelphia Inquirer*. Retrieved September 21, 2022 – via The Morning Call.
191. Sofield, Tom (October 1, 2022). "Mastriano Brings Campaign For Governor To Bucks County, Calls For 'New Day' In PA" (https://levittownnow.com/2022/10/02/mastriano-brings-campaign-for-governor-to-bucks-county-calls-for-new-day-in-pa/). *Levittownnow.com*. Retrieved October 5, 2022.
192. Hananoki, Eric (September 28, 2022). "Doug Mastriano is holding an event with Jack Posobiec, who has collaborated with neo-Nazis and spread antisemitism" (https://www.mediamatters.org/jack-posobiec/doug-mastriano-holding-event-jack-posobiec-who-has-collaborated-neo-nazis-and-spread). *Media Matters*. Retrieved October 5, 2022.
193. "Florida State Rep. Wants Attacking "Political Affiliation" to Be Hate Crime" (https://www.miaminewtimes.com/news/florida-republican-wants-to-add-political-affiliation-to-hate-crime-list-9707608). *Miami New Times*. September 28, 2017. Archived (https://web.archive.org/web/20180806145709/https://www.miaminewtimes.com/news/florida-republican-wants-to-add-political-affiliation-to-hate-crime-list-9707608) from the original on August 6, 2018. Retrieved September 3, 2018.
194. Obeidallah, Dean (August 15, 2019). "New York Young Republicans Flirt With the Racist Right" (https://www.thedailybeast.com/new-york-young-republicans-go-full-alt-right). *The Daily Beast*. Archived (https://web.archive.org/web/20201108003026/https://www.thedailybeast.com/new-york-young-republicans-go-full-alt-right) from the original on November 8, 2020. Retrieved June 27, 2020.
195. Hayden, Michael Edison (July 8, 2020). "Twitter Gave Free Rein for Jack Posobiec To Publish Antisemitic Hate and Disinformation" (https://www.splcenter.org/hatewatch/2020/07/08/twitter-gave-free-rein-jack-posobiec-publish-antisemitic-hate-and-disinformation). *Southern Poverty Law Center*. Retrieved December 31, 2020.
196. Hayden, Michael Edison (July 8, 2020). "Jack Posobiec's Rise Tied to White Supremacist Movement" (https://www.splcenter.org/hatewatch/2020/07/08/jack-posobiecs-rise-tied-white-supremacist-movement). *Southern Poverty Law Center*. Retrieved March 2, 2021.

197. Sollenberger, Rolly (November 1, 2022). "PA Guv Candidate Doug Mastriano's Secret Meme Page Is a Far-Right Rats' Nest" (https://www.thedailybeast.com/pennsylvania-governor-candidate-doug-mastrianos-secret-meme-page-is-a-far-right-rats-nest?ref=scroll). *The Daily Beat*. Retrieved November 1, 2022.
198. Brennan, Chris (September 28, 2022). "Mastriano mocks Shapiro as 'little Josh.' Shapiro's revenge: a massive bank account" (https://www.inquirer.com/news/josh-shapiro-doug-mastriano-campaign-finance-reports-20220927.html). *The Philadelphia Inquirer*. Retrieved September 28, 2022.
199. Stewart, Phil (August 26, 2022). "Exclusive: Pennsylvania candidate Mastriano posed in Confederate uniform at Army War College" (https://www.reuters.com/world/us/exclusive-pennsylvania-candidate-mastriano-posed-confederate-uniform-army-war-2022-08-26/). *Reuters*. Retrieved August 26, 2022.
200. Hananoki, Eric (August 29, 2022). "In Facebook video, Doug Mastriano thanked pro-Confederate armed men for supposedly defending Gen. Lee statue" (https://www.mediamatters.org/diversity-discrimination/facebook-video-doug-mastriano-thanked-pro-confederate-armed-men-supposedly). *Media Matters for America*. Retrieved August 30, 2022.
201. "Biographer of WWI hero Sergeant York named Winner of 2015 Colby Award" (https://web.archive.org/web/20180325050215/http://www.thenorthfieldnews.com/news/2015-02-05/News/Biographer_of_WWI_hero_Sergeant_York_Named_Winner_.html). *The Northfield News*. February 5, 2015. Archived from the original on March 25, 2018. Retrieved April 29, 2015.
202. Smith, Craig S. (October 26, 2006). "Proof offered of Sgt. York's war exploits" (https://www.nytimes.com/2006/10/26/world/americas/26iht-york.3300183.html). *The New York Times*. Retrieved April 29, 2015.
203. "Author Douglas V. Mastriano Wins Crader Book Prize" (http://www.broadwayworld.com/bwwbooks/article/Author-Douglas-V-Mastriano-Wins-Crader-Book-Prize-20150424). *Broadway Books*. May 24, 2015. Retrieved May 24, 2015.
204. "AUSA Book Wins Four Awards" (http://www.ausa.org/news/2015/Pages/AUSABookWinsFourAwards.aspx). *Association of the United States Army*. May 19, 2015. Retrieved May 24, 2015.
205. Scolforo, Mark (March 20, 2021). "In French woods, rivals take aim at senator's WWI research" (https://apnews.com/article/donald-trump-pennsylvania-kentucky-new-brunswick-gary-cooper-96db4958d0caeb992347d9b83198084f). *AP News*.
206. "Publisher to reissue Pa. Sen. Doug Mastriano's WWI book with corrections" (https://triblive.com/news/pennsylvania/publisher-to-reissue-pa-sen-doug-mastrianos-wwi-book-with-corrections/). *Trib Live*. Associated Press. September 8, 2021. Retrieved September 13, 2021.
207. "Battledetective Battle studies" (https://battledetective.com/battlestudy19.html). *battledetective.com*. Retrieved November 28, 2020.
208. Kelly, Michael (August 30, 2018). *Hero on the Western Front: Discovering Alvin York's WWI Battlefield* (https://books.google.com/books?id=-dXLDwAAQBAJ). Casemate Publishers. ISBN 978-1-5267-0077-3.
209. "Sergeant Alvin York: Personal Accounts That Reveal His True Story" (https://warfarehistorynetwork.com/2015/09/28/sergeant-alvin-york-personal-accounts-that-reveal-his-true-story/). *Warfare History Network*. September 28, 2015. Retrieved November 28, 2020.
210. Project 1704: U.S. Army War College Analysis of Russian Strategy in Eastern Europe, Appropriate U.S. Response, and Implications for U.S. Landpower – Putin's Rise to Power, Military, Ukraine Crisis (Report). January 13, 2017. ISBN 978-1-5201-2210-6.

211. Mastriano, Douglas V., ed. (March 22, 2017). Project 1721: A U.S. Army War College Assessment On Russian Strategy In Eastern Europe And Recommendations On How To Leverage Landpower To Maintain The Peace (https://web.archive.org/web/20180317141905/https://ssi.armywarcollege.edu/pubs/display.cfm?pubID=1342). *Strategic Studies Institute* (Report). Archived from the original (https://ssi.armywarcollege.edu/pubs/display.cfm?pubID=1342) on March 17, 2018. Retrieved March 30, 2018.
212. Project 1704: A U.S. Army War College Analysis of Russian Strategy in Eastern Europe, an Appropriate U.S. Response, and the Implications for U.S. Landpower (https://web.archive.org/web/20150404004432/http://www.strategicstudiesinstitute.army.mil/pubs/display.cfm?pubID=1274). *Strategic Studies Institute* (Report). March 26, 2015. Archived from the original (http://www.strategicstudiesinstitute.army.mil/pubs/display.cfm?pubID=1274) on April 4, 2015. Retrieved March 30, 2018.
213. Mastriano, Douglas V. (June 2002). *Nebuchadnezzar's Sphinx: What Have We Learned from Baghdad's Plan to Take Kuwait?* (http://apps.dtic.mil/dtic/tr/fulltext/u2/a420681.pdf) (PDF) (Thesis). Air University, Maxwell Air Force Base, Montgomery, Alabama. Archived (https://web.archive.org/web/20170227124216/http://www.dtic.mil/dtic/tr/fulltext/u2/a420681.pdf) (PDF) from the original on February 27, 2017. Retrieved March 30, 2018.
214. Mastriano, Douglas V. (April 2001). The Civilian Putsch of 2018: Debunking The Myth of a Civil-Military Leadership Rift (https://web.archive.org/web/20180729143352/http://www.dtic.mil/cgi-bin/GetTRDoc?AD=ADA407262&Location=U2&doc=GetTRDoc.pdf) (PDF) (Report). Air University, Maxwell Air Force Base, Montgomery, Alabama. Archived from the original (http://www.dtic.mil/cgi-bin/GetTRDoc?AD=ADA407262&Location=U2&doc=GetTRDoc.pdf) (PDF) on July 29, 2018. Retrieved March 30, 2018.
215. Wildstein, David (September 16, 2022). "Pennsylvania GOP gubernatorial nominee was registered to vote in N.J. until 2021" (https://newjerseyglobe.com/national/pennsylvania-gop-gubernatorial-nominee-was-registered-to-vote-in-n-j-until-2021/). *New Jersey Globe*. Retrieved September 16, 2022.
216. "Senator Doug Mastriano" (https://senatormastriano.com/biography/). Senate of Pennsylvania. 2022. Retrieved May 17, 2022. "Doug is married to Rebecca (Stewart). […] Their son Josiah is a graduate of Liberty University, and an Eagle Scout, Canadian Chief Scout and recipient of the Duke of Edinburgh's Gold, Silver and Bronze Awards."
217. Griswold, Eliza (October 31, 2022). "How Election Subversion Went Mainstream in Pennsylvania" (https://www.newyorker.com/magazine/2022/11/07/how-election-subversion-went-mainstream-in-pennsylvania). *The New Yorker*. Retrieved November 2, 2022.
218. Kampeas, Ron (November 3, 2020). "GOP nominee had role in Holocaust film that likened abortion, gun control to Nazism" (https://www.timesofisrael.com/gop-nominee-had-role-in-holocaust-film-that-likened-abortion-gun-control-to-nazism/). *The Times of Israel*. Retrieved November 3, 2022.
219. Reinhard, Beth; Itkowitz, Colby; Helderman, Rosalind S. (November 2, 2022). "How Doug Mastriano ended up in a Holocaust film that troubles scholars" (https://www.washingtonpost.com/politics/2022/11/02/doug-mastriano-holocaust-film-agenda/). *The Washington Post*. Retrieved November 2, 2022.
220. "Pa. Governor nominee linked to CMC church, right-wing politics" (https://anabaptistworld.org/pa-governor-nominee-linked-to-cmc-church-right-wing-politics/). June 6, 2022.
221. The Evangelicals Engaged In Spiritual Warfare (https://www.npr.org/2011/08/24/139781021/the

-evangelicals-engaged-in-spiritual-warfare), *National Public Radio*, Rachel Tabachnick, August 19, 2011. Retrieved June 2, 2022.

222. "SUMMARY REPORT ADAMS COUNTY, PENNSYLVANIA MUNICIPAL PRIMARY ELECTION MAY 21, 2019" (https://web.archive.org/web/20201028115614/http://www.adamscounty.us/Dept/ElectVoteReg/Documents/Election2019/2019PrimaryResults.txt). *Adams County, Pennsylvania*. May 21, 2019. Archived from the original (http://www.adamscounty.us/Dept/ElectVoteReg/Documents/Election2019/2019PrimaryResults.txt) on October 28, 2020. Retrieved September 24, 2022.
223. "Official Summary Report.pdf" (https://records.ccpa.net/Weblink_Public/9/edoc/1202903/Official%20Summary%20Report.pdf) (PDF). *Cumberland County, Pennsylvania*. May 28, 2019. p. 24. Retrieved September 24, 2022.
224. "SUMMARY REPORT FRANKLIN COUNTY, PA OFFICIAL RESULTS PRIMARY ELECTION" (https://lfweb.franklincountypa.gov/WebLink8Public/DocView.aspx?id=7795117&dbid=0&repo=FranklinCounty8). *Franklin County, Pennsylvania*. May 28, 2019. p. 16. Retrieved September 24, 2022.
225. "Spring Municipal Primary 2019 May 21, 2019 Summary Report York County Official Results" (https://yorkcountypa.gov/DocumentCenter/View/3366/2019primarycountyrecap?bidId=). *York County, Pennsylvania*. May 31, 2019. p. 1. Retrieved September 24, 2022.
226. "Summary Results Report 2020 GENERAL ELECTION November 3, 2020 Cumberland County" (https://records.ccpa.net/weblink_public/9/edoc/1353175/Summary%20Results%20with%20Write%20Ins.pdf) (PDF). *Cumberland County, Pennsylvania*. November 16, 2020. p. 22. Retrieved March 7, 2023.
227. "Summary Results Report Franklin County November 3, 2020 OFFICIAL RESULTS" (https://lfweb.franklincountypa.gov/WebLink8Public/DocView.aspx?id=9383120&dbid=0&repo=FranklinCounty8). *Franklin County, Pennsylvania*. November 13, 2020. p. 6. Retrieved March 7, 2023.
228. "Election Summary Report York County Summary for: All Contests, All Precincts, All Tabulators, All Counting GroupsOFFICIAL RESULTS November 03, 2020 General Election" (https://yorkcountypa.gov/DocumentCenter/View/3368/2020_General_Official_Countywide?bidId=). *York County, Pennsylvania*. February 22, 2022. p. 15. Retrieved March 7, 2023.
229. "Election Summary Results Report GENERAL ELECTION November 3, 2020 OFFICIAL RESULTS ADAMS COUNTY, PENNSYLVANIA" (https://www.adamscountypa.gov/getmedia/608d3d19-d4ce-4614-80ec-70c25da4d75c/2020AdamsCountyElectionSummary-ElectionDayMail-InProvisionalAndMilitaryOverseas.pdf) (PDF). *Adams County, Pennsylvania*. November 12, 2020. p. 4. Retrieved March 7, 2023.
230. "2022 Pennsylvania Governor Primary Election Results" (https://www.nytimes.com/interactive/2022/05/17/us/elections/results-pennsylvania-governor.html). *The New York Times*. May 22, 2022. Retrieved May 22, 2022.
231. "2022 General Election Official Returns - Governor" (https://www.electionreturns.pa.gov/General/OfficeResults?OfficeID=3&ElectionID=94&ElectionType=G&IsActive=0). *Pennsylvania Department of State*.

# External links

- Gubernatorial campaign website (http://doug4gov.com)
- Senatorial campaign website (http://fight4pa.com)
- Legislative profile (https://www.legis.state.pa.us/cfdocs/legis/home/member_information/Senate_bio.cfm?id=1869)
- The Controversy Surrounding Sergeant York: Uncovering the WWI Iconic Hero's Background (https://kentuckypress.wordpress.com/tag/douglas-v-mastriano/) Archived (https://web.archive.org/web/20210322140028/https://kentuckypress.wordpress.com/tag/douglas-v-mastriano/) March 22, 2021, at the Wayback Machine, posted by the University Press of Kentucky to the WordPress.com blog site, June 11, 2014
- Mastriano, Doug (August 2010). "Leadership Q&A" (http://www.ocfusa.org/articles/leadership-q/#.VUFC-LEo7cs). *Officers' Christian Fellowship*. Retrieved May 2, 2020.
- Appearances (https://www.c-span.org/person/?97285) on C-SPAN
- WWI Scholar Brad Posey details flaws in Mastriano's York Location findings on C-SPAN Interview (https://www.c-span.org/video/?451973-2/alvin-york-world-war-battle-location)

---

Retrieved from "https://en.wikipedia.org/w/index.php?title=Doug_Mastriano&oldid=1321363798"