UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-24-567-J |
| JAMES GREGORY, III, et al., | ) |
| Defendants. | ) |

**<u>ORDER</u>**

Before the Court is Plaintiff's Motion to Accept Filing Second Amended Complaint Out of Time (Motion to Accept) [Doc. No. 189]. Upon review of Plaintiff's motion, the Court GRANTS Plaintiff's Motion to Accept and DEEMS Plaintiff's Second Amended Complaint timely filed. Additionally, in light of the filing of Plaintiff's Second Amended Complaint, the Court FINDS Defendants' motions to dismiss the amended complaint [Doc. Nos. 151, 152, 153, and 154] are now MOOT.

IT IS SO ORDERED this 11th day of February, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE