THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO, *Plaintiff*, v. JAMES GREGORY III, *et al.*, *Defendants*. | CIVIL ACTION NO.: 5:24-cv-00567-J |

**DEFENDANT GREGORY'S MOTION FOR LEAVE FOR ALL PARTIES TO FILE OVERSIZED BRIEFS**

Under LCvR 7.1(e), Defendant James Gregory Jr. respectfully requests that this Court grant leave to all parties to file oversized briefs in support of and opposing upcoming Motions to Dismiss. Good cause exists for the requested relief as follows:

1. Pursuant to LCvR 7.1(e), briefs shall not, without leave of court, exceed 25 pages as to all motions other than summary judgment briefs.

2. Pursuant to LCvR 7.1(h), reply briefs shall be limited to 10 pages in length unless otherwise authorized by the Court.

3. Defendant Gregory intends to file a Motion to Dismiss Plaintiff's Second Amended Complaint.

4. Defendant Gregory needs additional space because Plaintiff Mastriano's Second Amended Complaint contains over two hundred paragraphs and

1

asserts ten causes of action, including multiple claims under the Racketeer Influenced and Corrupt Organizations (RICO) Act and Sherman Antitrust Act. (Doc. No. 188, Second Amend. Compl. at 2). Given Plaintiff's status as an elected official, the Complaint's defamation and false light allegations also implicate important First Amendment concerns. (*Id.*)

5.  On September 22, 2025, this Court granted the Motion for Leave to File Oversized Briefs and for Extension of Time for Briefing by the University of New Brunswick, Paul Mazerolle, David MaGee, Drew Rendall, Jeff Brown, Cindy Brown, Stephen Dutcher, Sean Kennedy, Erin Morton, Matthew Sears, Lee Windsor, Stefanie Hunt-Kennedy, Carolyn MacDonald, Sasha Mullaly, Lisa Todd, Sarah-Jane Corke, Bonnie Huskins, the Estate of Elizabeth Mancke, and Angela Tozer (collectively referred to as "the University Defendants") (Doc. No. 146), permitting all Defendants to file Motions to Dismiss up to 35 pages in length, extending Plaintiff's time to respond to 28 days and permitting Plaintiff to file Response Briefs up to 35 pages in length, and extending all Defendants' time to file replies to 14 days and permitting all Defendants to file Reply Briefs up to 25 pages in length. (Doc. No. 147).

6.  Upon information and belief, University Defendants and Defendant Kuhn also intend to file Motions to Dismiss and would also benefit from leave to file oversized briefs.

7. Upon information and belief, Plaintiff Mastriano intends to oppose the Defendants' Motions to Dismiss. He would also likely benefit from leave to file oversized briefs so that he may respond to the complex, nonstandard legal issues that will be raised by the Defendants.

8. Pursuant to LCvR 7.1(j), counsel for Defendant Gregory has conferred with counsel for Plaintiff, as well as counsel for Defendant Kuhn and the University Defendants.

9. Defendant Kuhn and the University Defendants consent to Defendant Gregory's Motion.

10. Plaintiff Mastriano consents and requested the following quote be included: "Plaintiff Mastriano is again willing to graciously consent in good faith to Defendant Gregory's request to again expand briefing while opposing any argument by defendant that such continued expansions or further briefing are either necessary or charged to him."

11. A proposed order will be submitted according to the Local Rules.

### RELIEF REQUESTED

WHEREFORE, Defendant Gregory respectfully requests that this Court enter an Order as follows:

1. In support of their Motions to Dismiss the Second Amended Complaint, the Defendants may file Motions to Dismiss and Briefs in Support that may be up to 35 pages in length;

2. In opposition to the Defendants' Motions to Dismiss the Second Amended Complaint, Plaintiff may file a Response Brief up to 35 pages in length; and

3. In support of their Motions to Dismiss the Second Amended Complaint, the Defendants may file Reply Briefs up to 25 pages in length.

Respectfully Submitted,

/s/ Robert D. Nelon
Robert D. Nelon, OBA #6610
Hall, Estill, Hardwick, Gable,
Golden & Nelson, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553–2828
Facsimile: (405) 553–2855
bnelon@hallestill.com

/s/ Greg H. Greubel
GREG HAROLD GREUBEL*
PA Bar No. 321130; NJ Bar No. 171622015; CA Bar No. 343028; IA Bar No. 201452
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
greg.greubel@thefire.org

* Admitted *Pro Hac Vice*