# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS MASTRIANO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. CIV-24-567-J |
| JAMES GREGORY, III, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is Defendant Gregory's Motion for Leave for All Parties to File Oversized Briefs [Doc. No. 192].  Upon review of the motion, the Court GRANTS Defendant Gregory's Motion for Leave for All Parties to File Oversized Briefs.  Defendants may file motions to dismiss and briefs in support up to 35 pages in length; Plaintiff may file response briefs up to 35 pages in length, and Defendants may file reply briefs up to 25 pages in length.

IT IS SO ORDERED this 23rd day of February, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE