IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Douglas Mastriano | : | CIVIL NO. 5:24-cv-00567-J |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| | : | |
| James Gregory, III, *et al.* | : | |
| | : | |
| Defendants. | : | |
| | : | |

**DECLARATION OF DANIEL L. COX CERTIFYING
PROOF OF SERVICE**

I, Daniel L. Cox, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I represent Plaintiff Col. Douglas Mastriano (Ret) in the above-captioned matter.

2. Defendants objecting to prior service of process and numerous attempts thereto are represented by counsel of record and are residents of Canada with last known addresses of:

    a. Roland Kuhn, Employer(s): National Research Council of Canada, 1200 Montreal Road, Building M-58, Ottawa, Ontario K1A 0R6, and resides at 965 West St W Ottawa, ON K4C 1C6, Canada. E-mail: Roland.Kuhn@nrc-cnrc.gc.ca;

    b. Margaret MacMillan, Employer(s) University of Toronto: 2169 Dufferin St., Toronto, ON M6E 3R9, and resides at 2169 Dufferin Street, Toronto, ON M6E 3R9, Canada; and also teaches at St.

      Antony's College, University of Oxford, England, E-mail: margaret.macmillan@history.ox.ac.uk;

   c. Drew Rendall, Employer(s): ("retired" listed at UNB, Sir Howard Douglas Hall 320, current employer unknown); residence at 197 W Cranarch Landing SE, Calgary, AB T3M 0J1, (Confirmed on November 11, 2025). E-mail: d.rendall@unb.ca;

   d. Robert Bothwell, Employer(s): University of Toronto (retired), residence at 275 Bamburgh Circle Penthouse 09, Toronto, ON M1W 3X4, E-mail: bothwell@chass.utoronto.ca;

   e. John Ferris, Employer(s): University of Calgary, 2500 University Drive NW, Calgary, Alberta T2N 1N4 Canada; residence at 93 Macewan Meadow Way NW, Calgary, AB T3K 3H9 Canada. E-mail: ferris@ucalgary.ca;

   f. Erin Morton, Employer(s): St. Francis Xavier University, 4130 University Ave., Nicholson Tower, Room 305, Antigonish, Nova Scotia, B2G 2W5, Canada, residence at: being determined by investigator; E-mail: emorton@stfx.ca.

3. I hereby certify that I have served, pursuant to this honorable Court's Order (ECF 186), the following objecting defendants at least three times per week for the past four (4) weeks:

4. Defendants Drew Rendall, Erin Morton, Margaret MacMillan, Robert Bothwell, John Ferris, and Roland Kuhn,

5. The service of process was provided as follows: (1) by emailing the summons, the Second Amended Complaint, and a copy of the Order (ECF 186) to Objecting Defendants (at least) three times per week for three consecutive weeks, except that Mr. Kuhn, via counsel, e-mailed after the

second week a confirmation of receipt of service and that we no longer needed to e-mail them the service of process documents; (2) the subject line of each email included "Service of Federal Court Summons and Second Amended Complaint as Ordered by the United States District Court for the Western District of Oklahoma".

6. I further certify that I received confirmation of receipt of our e-mail service via an auto-responder from Erin Morton on Thursday, February 26, 2026 at 12:46 PM indicating that " I am out of the office on university business Friday, February 20-Thursday February 26. I will reply to your message upon my return. For immediate assistance, please contact nkaur@stfx.ca.

7. This indicated that Ms. Morton had been in her office for all but one of the e-mail service of processes, so we served her when she returned to the office at least three more times.  Furthermore, per her e-mail notice, we also served her contact nkaur@stfx.ca..

8. I further certify that I received confirmation of receipt of our e-mail service from Mr. Kuhn via auto-responder on February 13, 2026 stating: "Since September 27 2025, I've been retired. I won't be reading messages sent to my NRC email account. If you want to get in touch with me, you can reach me via my personal email: rolandewkuhn@gmail.com. Roland Kuhn. »

9. I thereafter emailed his personal e-mail multiple times and received confirmation from his attorney on February 24, 2026 at 5:06pm stating:

> Daniel:
> This will confirm that Dr. Kuhn has received the email(s) you sent to him pursuant to the Court's February 4, 2026 Order. This email will acknowledge receipt of service pursuant to the Order. You need not send further emails to Dr. Kuhn.
>
> If you have any questions, please feel free to call me.
>
> Thank you.
> Matt
> **Matthew J. Lund**

10. No rejection e-mails were received from the e-mailed services of process.

11. All e-mails were indicated as served and delivered via our law firm servers and no "bounce-backs" were noted or discovered.

12. Accordingly, the undersigned certifies proof of compliance with this honorable Court's Order dated February 4, 2026 (ECF 186) ordering alternative service of process of the objecting defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 2, 2026.

Frederick County, State of Maryland

_____
Daniel L. Cox