THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DOUGLAS MASTRIANO,

*Plaintiff*,

v.

JAMES GREGORY III, *et al*.,

*Defendants*.

**CIVIL ACTION NO.:**
**5:24-cv-00567-J**

## MOTION TO WITHDRAW SARA BERINHOUT AS ATTORNEY FOR DEFENDANT JAMES GREGORY

Pursuant to LCvR 83.5, Defendant James Gregory Jr. respectfully moves this Court to allow the withdrawal of attorney Sara Berinhout, as she is no longer employed by the Foundation for Individual Rights and Expression. Attorneys Greg Harold Greubel and Robert D. Nelon continue to represent Defendant James Gregory Jr. in this matter. This withdrawal does not prejudice any party and will not cause any delay in proceedings.

Respectfully submitted,

*/s/ Greg Harold Greubel*
GREG HAROLD GREUBEL*
PA Bar No. 321130
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
greg.greubel@fire.org

Robert D. Nelon, OBA #6610
Hall, Estill, Hardwick, Gable,
Golden & Nelson, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553–2828
Facsimile: (405) 553–2855
bnelon@hallestill.com

* Admitted *Pro Hac Vice*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic filing to those registered participants of the ECF system.

/s/ Greg Harold Greubel
GREG HAROLD GREUBEL*
PA Bar No. 321130
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
greg.greubel@fire.org
* Admitted *Pro Hac Vice*

Robert D. Nelon, OBA #6610
Hall, Estill, Hardwick, Gable,
Golden & Nelson, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553–2828
Facsimile: (405) 553–2855
bnelon@hallestill.com