**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **DOUGLAS MASTRIANO**<br><br>**Plaintiffs,**<br>**v.**<br><br>**JAMES GREGORY III, *et. al.*,**<br><br>**Defendants.** | **Case No. 5:24-cv-00567-J** |

**MOTION FOR ADMISSION *PRO HAC VICE***
**OF NON–RESIDENT ATTORNEY**

Robert D. Nelon, being duly admitted to practice in the State of Oklahoma and before this court, moves pursuant to LCvR 83.2 and 83.4 to grant admission to the United States District Court for the Western District of Oklahoma *pro hac vice* to the non–resident attorney identified below to represent the defendant, James Gregory, in this case. In support of this motion, the undersigned represents as follows:

1. Applicant Hannah M. Abbott is a member in good standing of the Bar of the States of California and Pennsylvania. She is a Staff Attorney at the Foundation for Individual Rights and Expression. Her contact information is as follows:

510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
hannah.abbott@fire.org

2. In accordance with LCvR 83.2(g), attached as Exhibit 1 is the Request for Admission Pro Hac Vice form completed by the applicant.

Dated: October 21, 2026

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

By: *s/ Robert D. Nelon*
Robert D. Nelon, OBA #6610
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: bnelon@hallestill.com

**ATTORNEYS FOR DEFENDANT JAMES GREGORY**

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, which will transmit a Notice of Electronic Filing to all ECF registrants on the docket.

/s/Robert D. Nelon