**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DOUGLAS MASTRIANO,<br>*Plaintiff*,<br>v.<br>JAMES GREGORY III, *et al*.,<br>*Defendants*. | **CIVIL ACTION NO.: 5:24-cv-00567-J** |

**DEFENDANT GREGORY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Under LCvR 6.3, Defendant James Gregory respectfully moves this Court for a four-day extension of time to file a reply in support of his Motion for Reconsideration. Good cause exists for the requested relief as follows:

1. Pursuant to LCvR 7.1(h), a reply to new matter raised in a response opposing a motion may be filed within 7 days after the date the response was filed.

2. Defendant filed his Motion for Reconsideration on Friday, October 23, 2026, ECF No. 217, and Plaintiff Douglas Mastriano filed a response on Monday, November 9, 2026, ECF No. 218, making Defendant's deadline to file a reply Monday, November 16, 2026.

3. Defendant's request would extend his deadline to file a reply to Friday, November 20, 2026.

4. Defendant Gregory has not previously sought an extension of his deadline to file a reply in support of his Motion for Reconsideration, ECF No. 217.

5. Good cause exists for an extension because, although counsel for Defendant Gregory have been working diligently on the reply, competing obligations in other matters and previously scheduled travel have necessitated this request.

6. Pursuant to LCvR 7.1(j), counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff does not object to the requested extension.

7. The parties are concurrently engaging in the initial phases of discovery, and a brief extension will not pause or delay these efforts. No other deadlines are pending at this time, and no party will be prejudiced by the extension.

## RELIEF REQUESTED

Defendant Gregory respectfully requests that the Court extend his deadline to reply to Plaintiff's response by four days to November 20, 2026, for good cause shown.

Respectfully Submitted,

*/s/ Greg H. Greubel*
GREG HAROLD GREUBEL*
PA Bar No. 321130; NJ Bar No. 171622015; CA Bar No. 343028; IA Bar No. 201452
HANNAH M. ABBOTT*
PA Bar No. 337123; CA Bar No. 360626

Robert D. Nelon, OBA #6610
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553–2828
Facsimile: (405) 553–2855
bnelon@hallestill.com

FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
greg.greubel@fire.org
hannah.abbott@fire.org

* Admitted *Pro Hac Vice*