**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DOUGLAS MASTRIANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-24-567-J |
| | ) | |
| JAMES GREGORY, III, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Defendant James Gregory, III's Unopposed Motion for Extension of Time to File Reply (Motion for Extension) [Doc. No. 219]. Upon review of the Motion for Extension, and for good cause shown, the Court GRANTS the Motion for Extension. Defendant James Gregory, III may file a reply to Plaintiff's response to his motion for reconsideration on or before November 20, 2026.

IT IS SO ORDERED this 13th day of November, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE